**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
DISTRICT OF VERMONT

Case number (if known) _____ Chapter **7**

☐ Check if this an amended filing

Official Form 205
# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. Chapter of the Bankruptcy Code — Check one:
   - ☑ Chapter 7
   - ☐ Chapter 11

### Part 2: Identify the Debtor

2. Debtor's name: **Hermitage Inn Real Estate Holding, LLC**

3. Other names you know the debtor has used in the last 8 years:
   - Hermitage Club at Haystack Mountain
   - The Hermitage Club

   Include any assumed names, trade names, or *doing business as* names.

4. Debtor's federal Employer Identification Number (EIN): ☐ Unknown
   **36-4711531** EIN

5. Debtor's address:

   **Principal place of business**
   - Number: 10   Street: Gatehouse Trail
   - City: Wilmington   State: VT   Zip Code: 05363
   - County: Windham

   **Mailing address, if different**
   - Number / Street: 
   - P.O. Box: 2210
   - City: West Dover   State: VT   Zip Code: 05356

   **Location of principal assets, if different from principal place of business**
   - Number / Street:
   - City / State / Zip Code:

6. Debtor's website (URL): **Suspended**

7. Type of debtor:
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. Type of debtor's   Check one:

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  Hermitage Inn Real Estate Holding, LLC _____ Case number *(if known)* _____

business

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A)
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad (as defined in 11 U.S.C. § 101(44)
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A)
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6)
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3)
- [x] None of the types of business listed.
- [ ] Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

   - [x] No
   - [ ] Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                    MM / DD / YYYY
     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                    MM / DD / YYYY

## Part 3: Report About the Case

10. **Venue** *Check one:*

    - [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    - [x] The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
    - [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

    - [x] No
    - [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

13. **Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Bobbi Resek | Contract | $ 28,027.50 |
| Dan Solaz | Judgment | $320,917.16 |
| Lakeland Bank | Bank Loan | $350,202.98 |
| * See Attached Documents | Total of petitioners' claims | $699,147.64 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

Debtor: Hermitage Inn Real Estate Holding, LLC

Case number (if known):

---

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative** | **Attorneys**

Name and mailing address of petitioner

Name: Bobbi Resek

Number/Street: 73 North St., P.O. Box 74
City: East Dover   State: VT   Zip Code: 05341

Name and mailing address of petitioner's representative, if any

Name: e

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 5/22/2019

/s/ Bobbi Resek
Signature of petitioner or representative, including representative's title

Printed name: Jess T. Schwidde, Esq.
Firm name: Glinka & Schwidde
Number/Street: 77 Grove Street, Ste. 106, P.O. Box 28
City: Rutland   State: VT   Zip Code: 05702-0028
Contact phone: 802-779-0219   Email: jtsesq@vtbankruptcylaw.com
Bar number: 1132
State: VT

/s/ Jess T. Schwidde
Signature of attorney
Date signed: 5/22/2019

---

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative** | **Attorneys**

Name and mailing address of petitioner

Name: Dan Solaz

Number/Street: 25 Saw Mill Village Way, P.O. Box 986
City: West Dover   State: VT   Zip Code: 05356

Name and mailing address of petitioner's representative, if any

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 5/22/2019

/s/ Dan Solaz
Signature of petitioner or representative, including representative's title

Printed name: Jess T. Schwidde, Esq.
Firm name: Glinka & Schwidde
Number/Street: 77 Grove Street, Ste. 106, P.O. Box 28
City: Rutland   State: VT   Zip Code: 05702-0028
Contact phone: 802-779-0219   Email: jtsesq@vtbankruptcylaw.com
Bar number: 1132
State: VT

/s/ Jess T. Schwidde
Signature of attorney
Date signed: 5/22/2019

---

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Debtor | Hermitage Inn Real Estate Holding, LLC | Case number *(if known)* | |

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
Lakeland Bank
*Name*

166 Changebridge Rd.
*Number    Street*
Montville    NJ    07045
*City    State    Zip Code*

**Name and mailing address of petitioner's representative, if any**
Neil Schreyer, Senior Vice President
*Name*

250 Oak Ridge Road
*Number    Street*
Oak Ridge    NJ    07438
*City    State    Zip Code*

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 5/22/2019

*[signed]* NEILL SCHREYER, SVP

### Attorneys

Jess T. Schwidde, Esq.
*Printed name*

Glinka & Schwidde
*Firm name, if any*
77 Grove Street, Ste. 106, P.O. Box 28
*Number    Street*
Rutland    VT    05702-0028
*City    State    Zip Code*
Contact phone 802-779-0219    Email jtsesq@vtbankruptcylaw.com

Bar number 1132

State VT

*[signed]*
Signature of attorney
Date signed 5/22/2019

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 4
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com