September 30, 2016

Ms. Bobbi Resek
P.O. Box 74
East Dover, VT 05341

Re: Independent Contractor Agreement

Dear Bobbi:

This letter explains your Independent Contracting Agreement (herein defined as "The Agreement" with the Hermitage Club at Haystack Mountain or any present or future parent, subsidiary or affiliate thereof (collectively, the "Company"). You and the Company agree to and in consideration of the mutual promises and covenants contained herein, and for other good and valuable consideration, as to the following:

1. **Services.**

(a) Subject to the terms and conditions of this Agreement, the Company will engage you, as an Independent Contractor (the "Contractor") reporting only to the Vice President (the "Vice President ") of Sales. You will be responsible for:

(b) Providing membership sales and membership services support at the Hermitage Club and such other locations as directed by the Vice President of Sales.

(c) Attending/hosting meet and greets at the Hermitage Club and other such venues as determined by you and the Vice President of Sales.

(d) You will also perform such other sales and membership services for the Company as may be assigned to you from time to time by the Vice President of Sales.

2. **Term of Contracting Services.**

Subject to the terms hereof, your service to the Company an Independent Contractor hereunder will be a one-year term: September 18, 2016 ("The Commencement date") and will continue until September 17, 2017 (the "Initial Term"). The Commencement Date shall also be the effective date of this Agreement.

Notwithstanding the foregoing, your services hereunder will terminate upon the first to occur of the following:

By the Company:

(a) By written notice to you effective the date of such notice, for cause;

(b) At any time by written notice to you effective 30 days after the date of such notice

By you:

(a) At any time by written notice to the Company effective 30 days after the date of such notice

3. **Compensation and Benefits**

(a) Base Salary. While you are an Independent Contractor hereunder, the Company will pay you an annual base fee of $50,000 in consideration of receiving the balance of commissions owed a copy of which is attached to this Agreement. You will be responsible for covering your own benefits.

(b) Membership Sales Commission. A total of 5% of the net membership fee collected for each full membership sold where you were the lead sales associate. Such Membership Sales Commission will be paid on a twice monthly schedule. You are exclusively paid commissions by the Hermitage Club for Membership, DAR, and Club owned or contracted real estate marketed by the Club for chosen developers. The Club will communicate a list of Chosen Developers from time to time to you directly.

(c) Real Estate Sales Commission. A Real Estate Sales Commission will be paid to you where you were the lead sales associate for sales of Hermitage Club property. The commission will be based upon The Hermitage Club Real Estate Commission Schedule as published by the Company from time to time. Real Estate sales commission will be paid fifty percent (50%) within 30 days of a fully executed Purchase and Sale agreement and receipt of the initial deposit. The remaining fifty percent (50%) will be paid within 5 days of the company receiving the remaining balance in full.

(d) You are precluded from selling any other real estate for any non-club owned or contracted developers or third parties. Further, you agree you are exclusive to the Hermitage Club and agree it's a violation of this Agreement to receive referrals, kickbacks, gifts in kind etc. from anybody for real estate. In the unlikely event such a transaction was to occur, any amounts that might be due you under this Agreement would be subject to forfeiture and, at the option of the Company, you would be subject to immediate dismissal.

(e) Equity/Debt Referral Fee. The fee for Equity Club referrals will be determined from time to time by the Company. For the period September 16, 2016 until otherwise modified by the Company you will be eligible to participate in a one percent (1%) commission pool on equity Club referrals as determined in the sole discretion of the President or Vice President of Sales of the Company. Equity/Debt referrals will be paid two times per year.

4. **Confidential Information.**

You will at all times, both during the period while you are engaged under this Agreement and after the for any reason or for no reason, maintain in confidence and will not, without the prior written consent of the Company, use, except in the course of performance of your duties for the Company or by court order, disclose or give to others any proprietary or confidential information of the Company ("Confidential Information"), provided that Confidential Information will not include information that is (1) in the public domain other than through any fault or act by you, (2) known to you prior to its disclosure to you in the course of your employment hereunder, or (3) lawfully disclosed to you by a source other than the Company which source has a legal right to disclose such information.

If the foregoing accurately sets forth our agreement, please so indicate by signing and returning to us the enclosed copy of this letter.

_____   Date: 9/30/16
James R. Barnes
Founder, President
The Hermitage Club

_____   9/30/16
Bobbi Resek                       Date:
Independent Contractor

THIS AGREEMENT SHALL NOT BE EFFECTIVE UNTIL BOTH BOBBI RESEK AND JAMES BARNES AFFIX THEIR RESPECTIVE SIGNATURES TO THIS SIGNATURE PAGE AND INITIAL EACH PAGE

**Hermitage Club**

Commission Calculation Worksheet

Payroll Date: n/a

| Member Name(s) | | Date Joined | Sales Rep |
|---|---|---|---|

**Club - New Memberships**

| | | | |
|---|---|---|---|
| Sciaretta | Richard & Sarah | 06/16/16 | Bobbi |
| Sullivan | Tim & Kim | 11/04/16 | Bobbi |
| Scrudato | Paul & Cindy | 11/08/16 | Bobbi/Tom |
| Solomon | Joshua & Jennifer | 01/21/17 | Bobbi/Rees |
| Lofgren | Maggie & Preston | 01/22/17 | Bobbi |
| Kelly | Patrick & Erika | 01/30/17 | Bobbi/Rees |
| Marks | Steven & Allie | 02/10/17 | Bobbi |
| Frank | Jordan & Laura Levine | 02/16/17 | Bobbi |

**Club- Real Estate**

| | | | |
|---|---|---|---|
| Tejpaul | Brett | 12/06/16 | Bobbi |

|  | Membership |  |  | Bobbi 5% |  |
| --- | --- | --- | --- | --- | --- |
| Category | Price | $$ received | % |  | Amount |
| LEM | 7,500.00 | $ (7,500.00) | FLAT | $ | 1,000.00 |
| Auction Upgrade | 60,500.00 | (72,225.00) | 5.0% | $ | 3,025.00 |
| Family Legacy | 85,000.00 | (31,227.50) | 2.5% | $ | 2,125.00 |
| Auction Upgrade | 76,500.00 | (81,855.00) | 2.5% | $ | 1,912.50 |
| Family Legacy | 83,000.00 | (10,165.00) | 2.5% | $ | 2,075.00 |
| Auction Upgrade | 77,000.00 | (82,390.00) | 2.5% | $ | 1,925.00 |
| Family Legacy | 63,000.00 | (89,550.00) | 5.0% | $ | 3,150.00 |
| Auction Upgrade | 56,300.00 | (81,641.00) | 5.0% | $ | 2,815.00 |
|  | $ 68,000.00 | $ (79,725.00) |  | $ | 18,027.50 |

|  | Deposit received | Commission Remaining |  |
| --- | --- | --- | --- |
|  |  | % | Amount |
| CLOSING |  | 100.0% | $ 10,000.00 |
|  | $  -    $  -   |  | $ 10,000.00 |
|  | $ (79,725.00) |  | $ 28,027.50 |
|  | $$ Received |  |  |
|  |  |  | $ 3,526.00 |
|  |  |  | $ 2,011.00 |
|  |  |  | $ 33,564.50 |

half pay on install

Subtotal

Equity Club 2015
Equity Club 2016

Total

Case 19-10214 Doc 1-1 Filed 05/22/19 Entered 05/22/19 13:38:16
Desc Exhibit Petitioner Bobbi Resek Docs Involuntary Petition Exhibit A Page 6 of 17

**Hermitage Club**
Commission Calculation Worksheet
Payroll Date: n/a

| Member Name(s) | | Date Joined | Sales Rep | Membership Category | Price | $$ received | Bobbi 5% % | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| **Club - New Memberships** | | | | | | | | | |
| Horn | Matty & Ashley | 01/24/16 | Bobbi | Legacy Guest Upgrade | 69,400.00 | (16,050.00) | 5.0% | $ 3,470.00 | |
| Struk | Nick & Christa | 02/15/16 | Bobbi | Auction Upgrade | 71,000.00 | (16,602.50) | 5.0% | 3,550.00 | |
| Osborn | John & Lesley | 02/15/16 | Jim/Bobbie | Family Legacy | 73,000.00 | (20,062.50) | 5.0% | 3,650.00 | |
| Seidl | Torie & Chris | 02/20/16 | Jim/Bobbie | Family Legacy | 73,000.00 | (27,017.50) | 2.5% | 1,825.00 | |
| Ward | Katie & Kevin | 02/29/16 | Bobbi | Family Legacy | 73,000.00 | (20,062.50) | 5.0% | 3,650.00 | |
| Grayken | John | 03/02/16 | Bobbi | Family Legacy | 68,000.00 | (80,250.00) | 5.0% | 3,400.00 | |
| Hillard | Virany & Brooke | 04/27/16 | Bobbi | Auction Upgrade | 63,000.00 | (75,970.00) | 5.0% | 3,150.00 | |
| Demmo | Nick & Tracy | 10/11/16 | Bobbi/Tom | Family Legacy | 80,000.00 | (90,950.00) | 2.5% | 2,000.00 | PAID |
| | | | | | $ 570,400.00 | $ (346,965.00) | | $ 24,695.00 | |

| | | | | | Deposit received | | Commission Remaining % | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| **Club - Real Estate** | | | | | | | | | |
| Warner | Sanny | 11/28/15 | Bobbi | GC6 #504 | $ 975,000.00 | $ (305,533.33) | 50.0% | $ 10,000.00 | |
| Beevers | Nicholas | 02/01/16 | Bobbi | 10 Stags Leap | $ 2,100,000.00 | $ (2,100,000.00) | 100.0% | 25,000.00 | |
| | | | | | $ 3,075,000.00 | $ (2,405,533.33) | | $ 35,000.00 | |

TOTAL #REF!

$ 59,695.00
Paid 8/29/16 $ (15,000.00)
$ 44,695.00

**Hermitage Club**
Commission Calculation Worksheet
Payroll Date 4/29/2016

| | Member Name(s) | Date Joined | Sales Rep | Membership Category | Membership Price | Bobbi 5% % | Bobbi 5% Amount |
|---|---|---|---|---|---|---|---|
| **Club - New Memberships** | | | | | | | |
| Kimball | Walker & Nancy | 02/08/16 | Bobbi | Auction Upgrade | $ 63,000.00 | 5.0% | $ 3,150.00 |
| Piccini | Jeremy | 02/09/16 | Bobbi/Dale | Single Legacy | $ 65,000.00 | 2.5% | $ 1,625.00 |
| Erickson | Kris & Lauren | 02/10/16 | Bobbi | Auction Upgrade | $ 71,000.00 | 5.0% | $ 3,550.00 |
| Rockman | John & Lara | 02/12/16 | Bobbi | Auction Upgrade | $ 69,250.00 | 5.0% | $ 3,462.50 |
| | | | | | $ 268,250.00 | | $ 11,787.50 |

**Hermitage Club**
Commission Calculation Worksheet
Payroll Date: 3/10/2016

| Member Name(s) | | Date Joined | Sales Rep | Membership Category | Price | Bobbi 5% % | Amount | |
|---|---|---|---|---|---|---|---|---|
| **Club - New Memberships** | | | | | | | | |
| Warner | Sanny & Matt | 12/11/15 | Bobbi | Family Legacy | $ 65,000.00 | 5.0% | $ 3,250.00 | |
| Ramnes | Daniel & Kurt Slye | 12/26/15 | Bobbi | Family Legacy | $ 75,000.00 | 5.0% | $ 3,750.00 | |
| Lawrence | Chris & Lisa | 12/31/15 | Bobbi | Auction Upgrade | $ 71,000.00 | 5.0% | $ 3,550.00 | |
| Wolf | Jeffrey & Allison | 01/01/16 | Bobbi | Family Legacy | $ 75,000.00 | 5.0% | $ 3,750.00 | |
| Richetelli | Noelle | 01/23/16 | Bobbi | Legacy Guest Upgrade | $ 59,400.00 | 5.0% | $ 2,970.00 | |
| Fogel | Stefanie & Robert Warren | 01/31/16 | Bobbi | Family Legacy | $ 70,000.00 | 5.0% | $ 3,500.00 | |
| Yao | Kevin & Judy Chen | 02/03/16 | Bobbi | Auction Upgrade | $ 69,000.00 | 5.0% | $ 3,450.00 | |
| Egan | Michael & Wendy | 02/04/16 | Bobbi/Rod | Auction Upgrade | $ 63,749.00 | 2.5% | $ 1,593.73 | $ 25,813.73 |
| | | | | | $ 548,149.00 | | $ 25,813.73 | |

Hermitage Club
Commission Calculation Worksheet
Payroll Date: 7/24/2015

| Member Name(s) | | Date Joined | Sales Rep | Membership Category | Membership Price | Bobbi 5% % | Bobbi 5% Amount |
|---|---|---|---|---|---|---|---|
| **Club - New Memberships** | | | | | | | |
| Boeckmann | Johannes & Anne Chiang | 04/11/15 | Bobbi | Auction Upgrade | 61,000.00 | 5.0% | $ 3,050.00 |
| Parker | Rob & Lindsey | 06/15/15 | Bobbi | Family Legacy | 72,000.00 | 5.0% | $ 3,600.00 |
| | | | | | $ 133,000.00 | | $ 6,650.00 |

Hermitage Club
Commission Calculation Worksheet
Payroll Date                 7/10/2015

## Club- Real Estate

Tejpaul            Brett                    06/16/15  Bobbi         Garmisch 501

| Deposit received | Bobbi | |
|---|---|---|
| | % | Amount |
| $ 300,000.00 | | |
| Total Commission | | |
| $ 20,000.00 | 50.0% | $ 10,000.00 |
| | | $ 10,000.00 |

Hermitage Club
Commission Calculation Worksheet
Payroll Date    4/3/2015

| Member Name(s) | | Date Joined | Sales Rep | Membership Category | Price |
|---|---|---|---|---|---|
| **Club - New Memberships** | | | | | |
| Teeson | Jenna Kieley & Nichol | 03/20/15 | C/S/B | Auction Upgrade | 60,500.00 |
| | | | | | $ 60,500.00 |

|  | Bobbi |
| --- | --- |
| % | Amount |
| 1.3% | $ 806.47 |
|  | $ 806.47 |

Hermitage Club
Commission Calculation Worksheet
Payroll Date 3/20/2015

## Club - New Memberships

| Member Name(s) | | Date Joined | Sales Rep | Membership Category | Price | Bobbi % | Amount |
|---|---|---|---|---|---|---|---|
| Getchell | Keith & Elizabeth | 02/15/15 | C/B | Family Legacy | 63,000.00 | 2.0% | $ 1,260.00 |
| Smith | Cutter & Stacey | 02/22/15 | C/S/B | Auction Upgrade | 61,000.00 | 1.3% | $ 813.13 |
| Kimmel | Jeff & Liat | 02/10/15 | C/S/B | Auction Upgrade | 60,500.00 | 1.3% | $ 806.47 |
| Sykes | Macrae & Carisa | 02/23/15 | C/B | Family Legacy | 63,000.00 | 2.0% | $ 1,260.00 |
| Jagel | Chris & Chrstina | 02/13/15 | C/B | Family Legacy | 63,000.00 | 2.0% | $ 1,260.00 |
| Lane | Joshua & Bernadette | 02/15/15 | C/B | Family Legacy | 63,000.00 | 2.0% | $ 1,260.00 |
| | | | | | $ 373,500.00 | | $ 6,659.60 |

**The Hermitage Club**
Secondary Membership Commission Schedule
Pd upon Application
Pay Date 3/20/2015

| Date | Last | First | Sales | $$ | Total Qty | Bobbi | |
|---|---|---|---|---|---|---|---|
| 2/20/2015 | Koral | Joel | C/B | 65,000.00 | 1.0 | 0.5 | 500.00 |
| 2/25/2015 | Kunin | Len | Bobbi | 130,000.00 | 2.0 | 2 | 2,000.00 |
| 2/25/2015 | Bliss | David | C/B | 130,000.00 | 2.0 | 1 | 1,000.00 |
| 2/25/2015 | Colodny | Jeff | C/B | 65,000.00 | 1.0 | 0.5 | 500.00 |
| | | | | 390,000.00 | $ 6.00 | | $ 4,000.00 |

payable $ 10,659.60

**Hermitage Club**
Commission Calculation Worksheet
Payroll Date        3/6/2015

| Member Name(s) | | Date Joined | Sales Rep | Membership Category | Price | Bobbi % | Amount |
|---|---|---|---|---|---:|---:|---:|
| **Club - New Memberships** | | | | | | | |
| Tietjen | Derek & Stacey | 01/21/15 | C/B | Family Legacy | 63,000.00 | 2.0% | $ 1,260.00 |
| Larkin | John & Rebeccca | 02/10/15 | C/B | Family Legacy | 63,000.00 | 2.0% | $ 1,260.00 |
| Esposito | Rebecca & Gerry | 02/08/15 | C/B | Family Legacy | 63,000.00 | 2.0% | $ 1,260.00 |
| Jones | Bartow & Lauren | 02/14/15 | C/S/B | Legacy Guest Upgrade | 57,400.00 | 1.3% | $ 765.14 |
| Campbell | Scott & Missy | 02/11/15 | C/S/B | Auction Upgrade | 60,500.00 | 1.3% | $ 806.47 |
| Kim | Mike & Liz Larsen | 02/16/15 | C/B | Family Legacy | 65,000.00 | 2.0% | $ 1,300.00 |
| Klein | David & Elizabeth Wether | 02/13/15 | C/B | Family Legacy | 63,000.00 | 2.0% | $ 1,260.00 |
| Wood | Alastair & Alisa | 02/03/15 | C/B | Family Legacy | 65,000.00 | 2.0% | $ 1,300.00 |
| Cameron | Seth & Kirtley | 02/12/15 | C/S/B | Auction Upgrade | 60,000.00 | 1.3% | $ 799.80 |
| Wallace | Robert & Lori | 02/16/15 | C/S/B | Auction Upgrade | 60,000.00 | 1.3% | $ 799.80 |
| Adams | Katie & Chris Brooks | 02/16/15 | C/S/B | Legacy Guest Upgrade | 59,400.00 | 1.3% | $ 791.80 |
| Mayer | Robert & Diane | 02/01/15 | C/B | Family Legacy | 65,000.00 | 2.0% | $ 1,300.00 |
| Lowe | Jeff & Sam | 02/14/15 | C/S/B | Auction Upgrade | 61,000.00 | 1.3% | $ 813.13 |
| Gereghty | Jim & Liz | 02/13/15 | C/S/B | Auction Upgrade | 59,300.00 | 1.3% | $ 790.47 |
| Dyer | Greg & Lori | 02/07/15 | C/S/B/Rod | Auction Upgrade | 60,800.00 | 0.7% | $ 405.33 |
| Brawer | Meredith & Nicholas | 02/14/15 | C/S/B | Legacy Guest Upgrade | 59,400.00 | 1.3% | $ 791.80 |
| Harmon | Sean | 02/15/15 | C/S/B | Legacy Guest Upgrade | 59,400.00 | 1.3% | $ 791.80 |
| Tejpaul | Brett & Susan | 02/14/15 | C/S/B | Auction Upgrade | 61,000.00 | 1.3% | $ 813.13 |
| Horn | Scott & Jennifer | 02/12/15 | C/S/B | Family Legacy | 63,000.00 | 1.3% | $ 839.79 |
| Gewirtz | Greg & Colleen | 01/28/15 | C/S/B | Legacy Guest Upgrade | 59,400.00 | 1.3% | $ 791.80 |
| Edwards | Mia & Peter | 02/11/15 | C/B | Auction Upgrade | 61,000.00 | 2.0% | $ 1,220.00 |
| | | | | | **$ 1,288,600.00** | | **$ 20,160.27** |

Hermitage Club
Commission Calculation Worksheet
Payroll Date 2/20/2015

| Member Name(s) | | Date Joined | Sales Rep | Membership Category | Price | Bobbi % | Amount |
|---|---|---|---|---|---|---|---|
| **Club - New Memberships** | | | | | | | |
| Meyers | Matthew | 02/01/15 | C/B/Rich | Real Estate Upgrade | 50,000.00 | 2.0% | $ 1,000.00 |
| Robb | Barbera & Lisa Pacheco | 01/30/15 | C/S/B | Legacy Guest Upgrade | 59,400.00 | 1.3% | $ 791.98 |
| Biasotti | Chris & Robin | 01/25/15 | C/B/Rod | Auction Upgrade | 61,000.00 | 1.0% | $ 610.00 |
| Schwartz | Barry & Joy | 02/08/15 | Rich/B/C | Auction Upgrade | 59,000.00 | 2.0% | $ 1,180.00 |
| Rausch | Devon & Allison | 02/07/15 | C/S/B | Legacy Guest Upgrade | 59,400.00 | 1.3% | $ 791.80 |
| Mattera | Walter & Anna | 02/04/15 | C/B | Family Legacy | 63,000.00 | 2.0% | $ 1,260.00 |
| Taylor | David & James Green | 02/07/15 | C/B | Family Legacy | 59,000.00 | 2.0% | $ 1,180.00 |
| Parent | Gregory & Sara | 01/31/15 | C/S/B | Auction Upgrade | 61,000.00 | 1.3% | $ 813.13 |
| Kunin | Len & Susan | 02/01/15 | C/B | Family Legacy | 53,000.00 | 2.0% | $ 1,060.00 |
| | | | | | **$ 524,800.00** | | **$ 8,686.91** |