STATE OF VERMONT

SUPERIOR COURT  
Windham Unit

CIVIL DIVISION  
Docket No. 7-1-18 Wmcv

DAN SOLAZ,  
    Plaintiff,

v.

JAMES BARNES; and  
HERMITAGE INN REAL ESTATE  
HOLDING COMPANY, LLC,  
    Defendants.

FILED  
JUL 27 2018  
Vermont Superior Court  
Windham Unit

## JUDGMENT ORDER

WHEREAS, Plaintiff filed his action for unpaid wages on or about January 9, 2018; and

WHEREAS, Defendants were served the Summons and Complaint on or about January 18, 2018; and

WHEREAS, Defendants have failed to appear or otherwise defends themselves as provided by the Vermont Rules of Civil Procedure; and

WHEREAS, Defendants were provided further notice and opportunity to appear on July 19, 2018 but failed to do so pursuant to this courts entry order dated June 29, 2018; and

WHEREAS, Plaintiff filed his Affidavit in support of his Motion for Default Judgement showing that Defendants have failed to pay Defendant wages pursuant to Vermont Law; and

WHEREAS, this Court has granted Plaintiff's Motion for Default Judgment.

NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED that judgment by default in the amount of $157,000.00 for unpaid wages pursuant to 21 V.S.A. § 342(b)(2) and 21 V.S.A. § 345, that amount shall be doubled pursuant to 21 V.SA. § 347 for a total amount of $314,000.00, in addition to costs and reasonable attorney's fees of $6917.16 for

FITTS, OLSON  
& GIDDINGS, P.L.C.  
16 HIGH STREET  
BRATTLEBORO, VT  
05301  
802-254-2345  
foglaw@sover.net

a total judgment amount of $320,917.16, against Defendants James Barnes and The Hermitage Inn Real Estate Holding Company be granted.

Dated at Newfane, Vermont this 27 day of July, 2018

_____
Presiding Judge

I certify this document to be a true copy of the original on file in the Vermont Superior Court, Newfane, Vermont.

This 5th day of February 2019

_____
Clerk-Deputy Clerk

FITTS, OLSON
& GIDDINGS, P.L.C.
16 HIGH STREET
BRATTLEBORO, VT
05301
802-254-2345
foglaw@sover.net

February 7 2019
1  10  P
A09  393-394