**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF VERMONT

Case number (if known): _____ Chapter 7

☑ Check if this an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

1. Chapter of the Bankruptcy Code   Check one:
   - ☑ Chapter 7
   - ☐ Chapter 11

**Part 2: Identify the Debtor**

2. Debtor's name: ~~XXXXXXXXXXXXXXXXXXXXXXXXX~~ Hermitage Inn Real Estate Holding Company, LLC

3. Other names you know the debtor has used in the last 8 years

   Hermitage Club at Haystack Mountain
   The Hermitage Club

   Include any assumed names, trade names, or doing business as names.

4. Debtor's federal Employer Identification Number (EIN)
   ☐ Unknown
   36-4711531
   EIN

5. Debtor's address

   **Principal place of business**
   
   10  Gatehouse Trail
   Number  Street
   
   Wilmington   VT   05363
   City   State   Zip Code
   
   Windham
   County

   **Mailing address, if different**
   
   Number  Street
   2210
   P.O. Box
   West Dover   VT   05356
   City   State   Zip Code
   
   Location of principal assets, if different from principal place of business
   
   Number  Street
   
   City   State   Zip Code

6. Debtor's website (URL)   Suspended

7. Type of debtor
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. Type of debtor's   Check one:

Official Form 205   Involuntary Petition Against a Non-Individual   page 1
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com