# United States Bankruptcy Court

## District of Vermont

Filed & Entered
On Docket
May 22, 2019

In re:

Hermitage Inn Real Estate Holding Company, LLC (other names used by debtor: Hermitage Club at Haystack Mountain, The Hermitage Club) Employer Tax−Identification No (EIN): 36−4711531
Debtor.

Case Number: 19−10214 cab
Chapter: 7

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you on **May 22, 2019** in this bankruptcy court, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons.

Address of the Clerk:            Jeffrey S. Eaton, Clerk of Court
                                 U.S. Bankruptcy Court − VT
                                 11 Elmwood Ave
                                 P.O. Box 1663
                                 Burlington, VT 05402−1663

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Petitioner's Attorney:            Jess T. Schwidde
                                  Glinka & Schwidde
                                  P.O. Box 28
                                  77 Grove Street, Suite 106
                                  Rutland, VT 05702−0028

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

Petitioner's Attorney is to serve a copy of the SUMMONS and the Petition in accordance with the rules within fourteen (14) days of the date of this notice, and is to certify in writing to the clerk compliance therewith.

Dated of Issuance: May 22, 2019

Jeffrey S. Eaton, Clerk of Court

United States Bankruptcy Court
District of Vermont
11 Elmwood Ave
P.O. Box 1663
Burlington, VT 05402−1663

Tel. (844) 644−7459
VCIS* (866) 222−8029
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 136 −

This page intentionally left blank

# United States Bankruptcy Court

## District of Vermont

In re:

   Hermitage Inn Real Estate Holding Company, LLC (other names used by
   debtor: Hermitage Club at Haystack Mountain, The Hermitage Club)       Case Number: 19–10214 cab
   Employer Tax–Identification No (EIN): 36–4711531                        Chapter: 7
                              Debtor.

## CERTIFICATE OF SERVICE OF PROCESS

I,_____, certify that at all times during the service of process I was not less than 18 years of age, and not a party to the matter concerning which the service of process was made, I further certify that the service of the summons dated May 22, 2019, along with a copy of the petition filed were made on

the debtor in this case by [describe here the mode of service]

the said debtor at

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I certify under penalty of perjury that the foregoing is true and correct.

_____          _____
Executed on                   Signature
                              _____
                              Print Name
                              _____
                              Business Address
                              _____
                              City/State/Zip