**UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF VERMONT**

| | |
|---|---|
| In re: ) | |
| ) | |
| Hermitage Inn Real Estate ) | |
| Holding Company, LLC. ) | Case No.: 19-10214 |
| Putative Debtor ) | Involuntary Chapter 7 |

**SUPPLEMENT TO
EMERGENCY MOTION UNDER 11 USC § 303(f) TO KEEP STATE COURT APPOINTED RECEIVER IN PLACE DURING THE GAP PERIOD TO PRESERVE AND MAINTAIN ESTATE ASSETS OR IN THE ALTERNATIVE TO APPOINT AN INTERIM TRUSTEE UNDER 11 USC § 303(g) TO PRESERVE AND MAINTAIN ESTATE ASSETS DURING THE GAP PERIOD.**

The Emergency Motion is supplemented to correct the description of the Resort property mortgaged to Berkshire Bank by Debtor to include the Hermitage golf club and golf course.

The Resort property owned by Debtor and mortgaged to Berkshire Bank consists of an alpine ski area with lifts and trails, together with a private club resort community that includes a base lodge, a mid-mountain lodge, a summit lodge, a golf club and golf course, the Hermitage Inn, the Horizon Inn and the Snow Goose Inn, together with other buildings, roads, utilities, water rights, related infrastructure and operations for the ski area, and

1

acreage approved for development. There is also personal property situated on the real property, including ski lifts, and ski operation equipment. The total geographic area subject to Berkshire Bank's mortgages exceeds 838 acres +/-. Berkshire Bank also has a mortgage on the Doveberry Inn located in Wilmington, Vermont that is owned by another LLC of which the Debtor is the sole member and personal property pledged by non-debtor Hermitage Club, LLC.

Dated at Rutland, Vermont this 28th day of May 2019.

        Berkshire Bank

By: /s/Elizabeth A. Glynn
James B. Anderson, Esq.
Elizabeth A. Glynn, Esq.
Ryan Smith & Carbine, Ltd.
PO Box 310
Rutland, Vermont  05702-0310
Its Attorney
(802) 786-1055
jba@rsclaw.com

8582-071/917593