# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF VERMONT

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Hermitage Inn Real Estate | | |
| Holding Company, LLC. | ) | Case No.: 19-10214 |
|         Debtor | ) | Involuntary Chapter 7 |

## NOTICE ON MOTION

An *EMERGENCY MOTION UNDER 11 USC § 303(f) TO KEEP STATE COURT APPOINTED RECEIVER IN PLACE DURING THE GAP PERIOD TO PRESERVE AND MAINTAIN ESTATE ASSETS OR IN THE ALTERNATIVE TO APPOINT AN INTERIM TRUSTEE UNDER 11 USC § 303(g) TO PRESERVE AND MAINTAIN ESTATE ASSETS DURING THE GAP PERIOD* has been filed on May 24, 2019 by Berkshire Bank, through its attorneys, Law Offices of Ryan Smith & Carbine, Ltd.

**A HEARING ON THE MOTION** and any responses will be held at 10:00 A.M. on May 30, 2019 at the following location:

**United States Bankruptcy Court, U.S. Post Office and Courthouse, 11 Elmwood Avenue, Burlington, Vermont.**

**IF YOU OPPOSE THE MOTION**, you are encouraged to file a written opposition with the Clerk of Court, **on or before 10:00 A.M. on May 29, 2019**. If you file a written opposition, a copy must also be served on the Moving Party, the Debtor, the Debtor's counsel, the United States Trustee, the Case Trustee, if any, and in a Chapter 11 case, the Creditors' Committee and its counsel, or if no committee is appointed, then upon the 20 largest unsecured creditors. Addresses for those parties are set forth below.

Dated: Rutland, Vermont
       May 28, 2019

RYAN, SMITH & CARBINE, LTD
*Attorneys for Berkshire Bank*

By: /s/Elizabeth A. Glynn
Elizabeth A. Glynn, Esq.
RYAN SMITH & CARBINE, LTD.
P.O. Box 310
98 Merchants Row
Rutland, VT 05702-0310
(802) 786-1065
eag@rsclaw.com

| | |
|---|---|
| Hermitage Inn Real Estate Holding Company, LLC, Debtor<br>PO Box 2210<br>West Dover, VT 05356 | **US Trustee**<br>74 Chapel St., Ste 200<br>Albany, NY 12207-2190<br>and<br>ustpregion02.vt.ecf@usdoj.gov |
| Bobbi Resek, Petitioner<br>73 North Street<br>PO Box 74<br>East Dover, VT 05341 | Lakeland Bank, Petitioner<br>166 Changebridge Road<br>Montville, NJ 07045 |
| Dan Solaz, Petitioner<br>25 Saw Mill Village Way<br>PO Box 986<br>West Dover, VT 05356 | Lakeland Bank, Petitioner<br>250 Oak Ridge Road<br>Oak Ridge, NJ 07438 |
| Erin Kennedy, Esq.<br>Forman Holt, Esq.<br>66 Route 17 North<br>Paramus, NJ 07652<br>On behalf of Petitioning Creditor Lakeland Bank<br>and<br>*ekennedy@formanlaw.com* | Robert M. Fisher, Esq.<br>Fisher & Fisher<br>PO Box 321<br>Brattleboro, VT 05302-0621<br>(*Attorney for Hermitage Inn Real Estate Holding Company, LLC in Berkshire Bank state court foreclosure case)*<br>and<br>*bob@fisherandfisherlaw.com* |
| Douglas S. Skalka<br>NEUBERT, PEPE & MONTEITH, P.C.<br>195 Church Street, 13th Floor,<br>New Haven, CT 06510<br>and<br>*DSkalka@npmlaw.com* | |

8582/71/917573

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

Filed & Entered
On Docket
May 24, 2019

In re:

Hermitage Inn Real Estate
Holding Co., LLC
    Putative Debtor.

Chapter 7
Involuntary Case # 19-10214

### ORDER
### AUTHORIZING SHORTENED NOTICE, SETTING DEADLINES, AND SETTING HEARING ON EMERGENCY MOTION UNDER 11 U.S.C. § 303(f)&(g) TO RETAIN STATE COURT APPOINTED RECEIVER OR APPOINT CHAPTER 7 TRUSTEE FOR GAP PERIOD

AFTER DUE CONSIDERATION of the Motion for Emergency Hearing, filed by Berkshire Bank (the "Bank") at 3:30 PM on May 24, 2019 (doc. # 7), in which it seeks an Order either retaining the State Court appointed receiver, or appointment of a chapter 7 trustee, to serve during the gap period in this involuntary case, THE COURT FINDS the Bank has alleged emergency circumstances, set forth good cause for a hearing on an expedited basis and proposed two alternative types of relief that might be warranted if it proves the facts it alleges, and that all creditors and parties in interest must be given at least 24-hours notice of the hearing and an opportunity to respond and appear at the hearing.

    Therefore IT IS HEREBY ORDERED that:

1. The Bank's request for an emergency hearing is GRANTED and the Court will hold an evidentiaryy hearing on the Berkshire Bank's Emergency Motion on shortened notice.

2. The Bank shall (a) serve this Order, with a notice of motion, via electronic mail, fax, or personal service, to all known creditors and parties in interest in this case, as well as the Office of the U.S. Trustee, and (b) file a certificate of such service **by Tuesday, May 28, 2019 at 10:00 a.m.**

3. The Bank, and any other party in interest who intends to introduce evidence at the hearing, shall file a notice of evidentiary hearing, **by Wednesday May 29, 2019 at 10:00 a.m.**

4. Any party who opposes, or wishes to respond to, the Bank's Emergency Motion shall file their written opposition or response **by Wednesday May 29, 2019 at 10:00 a.m.**

5. The Bank shall appear to present its proof in support of the Emergency Motion, and any other party in interest who wishes to participate shall likewise appear at a hearing on **Thursday, May 30, 2019 at 10:00 a.m.** at the United States Bankruptcy Court in Burlington, Vermont.

May 24, 2019 at 5:10 pm
Burlington, Vermont

*Colleen A. Brown*
Colleen A. Brown
United States Bankruptcy Judge