**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**



Filed & Entered
On Docket
May 31, 2019

In re:

Hermitage Inn Real Estate Holding Company LLC,

　　　　Putative Debtor

Chapter 7

Involuntary Case No.  19-10214 (CAB)

### ORDER
### Granting Motion to Shorten Notice and Setting Hearing Date and Objection Deadline

The petitioning creditors' Motion to Shorten Notice with regard to their Motion to Transfer Venue of two chapter 11 cases filed in the District of Connecticut by the putative debtor Hermitage Inn Real Estate Holding Company, LLC ("HIREHCO") and an affiliate Hermitage Club, LLC (the "Hermitage Club"), for good cause shown, is hereby granted.

　　IT IS FURTHER ORDERED that
**1. by 3:00 P.M. on May 31, 2019**, the Petitioning Creditors shall serve their Motion to Transfer Venue on all parties entitled to notice under Bankruptcy Rule 1014(b), plus all parties in interest who have appeared in the state court foreclosure action or either of the Hermitage Bankruptcy Court proceedings pending in Vermont and Connecticut.
**2.    by June 5, 2019**, any party who opposes the Petitioning Creditors' Motion to Transfer Venue shall file a responsive memorandum of law.
**3.    by June 6, 2019**, the parties who intend to present testimony or evidence with respect to the venue issue shall confer and file a joint notice of evidentiary hearing.
**4.    by June 7, 2019**, the Petitioning Creditors shall file any stipulations of fact or motions in limine related to the hearing on the Motion to Transfer Venue.
**5.    by 10 a.m. on June 10, 2019**, the Petitioning Creditors may file a reply, if they determine a reply is warranted, to any responsive memoranda of law; and
**6.    on June 11, 2019, at 2:15 p.m.** the Petitioning Creditors and all parties with an interest in this matter, shall appear for a hearing on the Motions to Determine Venue, at the U.S. Bankruptcy Court, in Rutland, Vermont. The hearing shall continue, in Rutland, at 9:30 a.m. on June 12th, and to the extent additional time is needed, shall resume on June 13th at 9:30.

　　SO ORDERED.

May 31, 2019
Burlington, Vermont

_____
Colleen A. Brown
United States Bankruptcy Judge