**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

**In re:**

    **Hermitage Inn Real Estate**                    **Involuntary Chapter 7**
    **Holding Company, LLC**                      **Case # 19-10214**
            **Putative Debtor.**

Filed & Entered
On Docket
May 31, 2019

**SCHEDULING ORDER**
ON MOTIONS TO CHANGE VENUE

Pursuant to the "Joint Order Staying Parallel Proceedings in the District of Connecticut Pursuant to § 105(a) and Bankruptcy Rule 1014(b), Pending a Determination of Venue by the District of Vermont," entered on this date (doc. # 34), the Court enters the following Scheduling Order for joint evidentiary hearing on the Petitioning Creditors motion to change venue (doc. # 28), Barnstormer Summit Lift, LLC's memorandum in support of transferring venue of the Connecticut bankruptcy cases to Vermont (doc. # 32), and the Putative Debtor's anticipated motion to determine venue (collectively, the "Motions to Determine Venue").

Therefore, IT IS HEREBY ORDERED that

1. **by 3:00 P.M. on May 31, 2019**, the movants shall each serve their Motion to Determine Venue on all parties entitled to notice under Bankruptcy Rule 1014(b), plus all parties in interest who have appeared in the state court foreclosure action or either of the Hermitage Bankruptcy Court proceedings pending in Vermont and Connecticut.

2. **by June 5, 2019**, any party who opposes any of the Motions to Determine Venue shall file a responsive memorandum of law.

3. **by June 6, 2019**, the parties who intend to present testimony or evidence shall confer and file a joint notice of evidentiary hearing.

4. **by June 7, 2019**, the movants shall file any stipulations of fact or motions in limine related to the hearing on the Motions to Determine Venue.

5. **by 10 a.m. on June 10, 2019**, the Putative Debtor and the Petitioning Creditors may file a reply, if they determine a reply is warranted, to the responsive memoranda of law; and

6. **on June 11, 2019, at 2:15 p.m.** the Putative Debtor, the Petitioning Creditors, Barnstormer Summit Lift, LLC and all parties with an interest in this matter, shall appear for a hearing on the Motions to Determine Venue, at the U.S. Bankruptcy Court, in Rutland, Vermont.

The hearing on the Motions to Determine Venue will resume on June 12, 2019, at 9:30 a.m. and, if additional time is needed, the hearing will resume on June 13, 2019, at 9:30 a.m.[1] All hearings will be held in the U.S. Bankruptcy Court, in Rutland, Vermont.

    SO ORDERED.

May 31, 2019                                               Colleen A. Brown
Burlington, Vermont                               United States Bankruptcy Judge

---

[1] If, based on the notice of evidentiary hearing and stipulations of fact the movants file, the Court determines that one day will be sufficient for presentation of evidence on the Motions to Determine Venue, it will cancel the June 11 and 13 hearings.

2