**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| In re:<br><br>Hermitage Inn Real Estate Holding Company LLC,<br><br>Putative Debtor | Chapter 7<br><br>Involuntary Case No. 19-10214 (CAB) |

**NOTICE OF JOINDER IN SUPPORT OF MOTIONS
SEEKING TRANSFER OF VENUE OF PENDING CHAPTER 11
CASES FROM THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF CONNECTICUT TO THE DISTRICT OF VERMONT**

The *Ad Hoc* Committee of Members (the "*Ad Hoc* Committee") of Hermitage Inn Real Estate Holding Company, LLC ("HIREHCO"), by their attorneys, Downs Rachlin Martin, PLLC and Robinson & Cole LLP, hereby file its Notice of Joinder in Support of Motions Seeking Transfer of Venue of Pending Chapter 11 Cases from the United States Bankruptcy Court for the District to Connecticut to the United States Bankruptcy Court or the District of Vermont, which motions were filed by the Petitioning Creditors [Doc No. 28] and Barnstormer Summit Lift, LLC [Doc ID No. 32] (collectively, "Venue Transfer Motions"). For the reasons advanced in the Venue Transfer Motions, transfer of the chapter 11 cases pending in the District of Connecticut to the District of Vermont is in the interest of justice and for the convenience of the parties.

WHEREFORE, the *Ad Hoc* Committee joins in and incorporates the arguments and statements contained in the Venue Transfer Motions and requests that the Venue Transfer Motions be granted.

Dated: May 31, 2019

Ad Hoc Committee of Members of Hermitage Inn Real Estate Holding Co., LLC

By:/s/ Andre D. Bouffard
    Andre D. Bouffard
    Downs Rachlin Martin PLLC
    199 Main Street, PO Box 190
    Burlington, Vermont 05402-0190
    Tel: 802-863-2375
    Fax: 802-862-7512
    E-mail: abouffard@drm.com

-and-

Patrick M. Birney (*Pro Hac Vice* Admission Pending)
Robinson & Cole LLP
280 Trumbull Street
Hartford, Connecticut 06103
Tel: 860-2275-8275
Fax: 860-275-8299
E-mail: pbirney@rc.com

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on May 31, 2019, with the United States Bankruptcy Court for the District of Vermont, and has been served on the parties in interest via email by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

/s/ Andre Bouffard
Andre Bouffard

19313328.1