## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

_____

In Re:

HERMITAGE INN REAL ESTATE                          Chapter 7
HOLDING COMPANY, LLC,                              Case No. 19-10214

      Debtor.

_____

### NOTICE OF JOINDER IN SUPPORT OF MOTIONS SEEKING TRANSFER OF VENUE OF PENDING CHAPTER 11 CASES FROM THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF CONNECTICUT TO THE DISTRICT OF VERMONT

The Town of Wilmington (the "Town"), by and through their attorney, Edward G. Adrian, Esq., of Monaghan Safar Ducham PLLC, hereby files its Notice of Joinder in Support of Motions Seeking Transfer of Venue of Pending Chapter 11 Cases from the United States Bankruptcy Court for the District of Connecticut to the United States Bankruptcy Court of the District of Vermont, which motions were filed by the Petitioning Creditors [Doc. 28] and Barnstormer Summit Lift, LLC [Doc. 32] (together, "Venue Transfer Motions"). For the reasons advanced in the Venue Transfer Motions, transfer of the Chapter 11 cases pending in the District of Connecticut to the District of Vermont is in the interest of justice and the convenience of the parties.

The Town of Wilmington has a paramount interest in seeing all issues resolved by the Bankruptcy Court for the District of Vermont.  In addition to the potential loss of jobs and tax revenue, depending on the length of these proceedings it is more than likely the outcome of this matter may substantially impact the Town's operations and budgets. This Court also has deep experience in deciding matters where the Bankruptcy

proceedings have the potential to be impacted by Vermont law.  Of particular interest to

the case before the Court is the creation and impact of municipal tax liens regarding the

real estate that forms the basis of these proceedings pursuant to Title 32 V.S.A., Chapter

133, Subchapter 8.  This Court's knowledge and experience in adjudicating this and

other Vermont Statutes impacting municipal corporations further serves the interests of

justice and by extension, the residents of the Town.

WHEREFORE, the Town joins in and incorporates the arguments and statements

contained in the Venue Transfer Motions as they relate to the potential for adverse

impact on the Town and respectfully requests that the Venue Transfer Motions be

granted.

Dated at Burlington, VT this 5th of June, 2019.

TOWN OF WILMINGTON

By: /s/Edward G. Adrian
Edward G. Adrian, Esq.
Monaghan Safar Ducham PLLC
156 Battery Street
Burlington, VT 05401
(802) 660-4735
eadrian@msdvt.com