UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

IN RE:                              )
HERMITAGE INN REAL ESTATE )          CASE NO.: 19-10214
HOLDING COMPANY, LLC    )            INVOLUNTARY CHAPTER 7
                                    )
Alleged Debtor                      )
                                    )

## DISCOVERY CERTIFICATE

NOW COMES Thomas P. Simon, Esq., of the law firm McCormick, Fitzpatrick, Kasper & Burchard, P.C., and hereby certifies that on this date he served the **Motion for Order Transferring Venue**, by causing copies thereof to be sent via email and by first-class mail, postage prepaid, to:

Elizabeth Glynn, Esq.
Ryan, Smith & Carbine, LTD.
P.O. Box 310
Rutland, VT 05702

Mark Zwicker, Esq.
P.O. Box 2455
Brattleboro, VT 05303

Walter French, Esq.
P.O. Box 2
West Dummerston, VT 05357

Swan Electric Inc. 12
P.O. Box 851
Wilmington, VT 05363

Elizabeth M. Hannon, Esq.
P.O. Box 429
Montpelier, VT 05601

Robert O'Neill, Esq.
Gravel & Shea, PC
P.O. Box 369
Burlington, VT 05402

Sharon Annis, Esq.
P.O. Box 565
Brattleboro, VT 05302

Southworth Electrical, Inc.
P.O. Box 20
West Wardsboro, VT

Christopher Dugan, Esq.
P.O. Box 2341
Brattleboro, VT 05303

Christopher Blanchard, Esq.
P.O. Box 578
Rutland, VT 05702

Amanda Rundle, Esq.  
Rundle & Rundle  
10 Summer Hill Street  
Springfield, VT 05156  

Erin Miller Heins, Esq.  
P.O. Box 216  
Burlington, VT 05402  

Alexander Shriver, Esq.  
Phillips, Dunn, Shriver & Carroll  
147 Western Avenue  
Brattleboro, VT 05301  

Joyce Land Surveying Corp.  
37 Atherton Road  
Wilmington, VT 05363  

Adam Mordecai, Esq.  
Primmer, Piper, Eggleston & Cramer  
P.O. Box 1489  
Burlington, VT 05402  

Trinity Engineering & Tech. Services  
751 Main Street  
Stamford, VT 05352  

Richard Carrol, Esq.  
147 Western Avenue  
Brattleboro, VT 05301  

Dated at Burlington, Vermont, this 6th day of June, 2019.

_/s/ Thomas P. Simon_  
Thomas P. Simon, Esq.

N:\clients\638819\Legal\ds01.wpd