# McCormick, Fitzpatrick, Kasper & Burchard, P.C.

David A. Berman
Daniel L. Burchard
Chelsea K. Crucitti
Jason R. Ferreira
Eric A. Johnson
Keith J. Kasper
Craig S. Matanle
Robin M. McCormick
Thomas E. McCormick
Krystn M. Perettine
Thomas P. Simon

40 GEORGE STREET
P.O. BOX 638
BURLINGTON, VT 05402

June 6, 2019

John C. Fitzpatrick
(1936-2009)

John P. Cain
(1950-2018)

Telephone: (802) 863-3494
Telefax: (802) 865-9747
E-mail: [attorney's initials]@mc-fitz.com

VIA EFILE

United States Bankruptcy Court
Federal Building
11 Elmwood Ave, Rm 240
Burlington, VT 05401

**RE:** **Hermitage Inn Real Estate Holding Company, LLC**

Dear Court Clerk,

Enclosed please find a Discovery Certificate for filing with the court.

Please don't hesitate to contact me if you have any questions or concerns.

Cordially,

McCORMICK, FITZPATRICK,
KASPER & BURCHARD, PC

Thomas Simon, Esq.

Encs.

c: Elizabeth Glynn, Esq.
Robert O'Neill, Esq.
Mark Zwicker, Esq.
Sharon Annis, Esq.
Walter French, Esq.
Southworth Electrical, Inc.
Swan Electric Inc. 12
Christopher Dugan, Esq.
Elizabeth M. Hannon, Esq.
Christopher Blanchard, Esq.

Amanda Rundle, Esq.
Adam Mordecai, Esq.
Erin Miller Heins, Esq.
Trinity Engineering & Tech. Services
Alexander Shriver, Esq.
Richard Carrol, Esq.
Joyce Land Surveying Corp.

N:\clients\638819\Letter\LTR to Court 6-6-2019.docx