## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

| | |
|---|---|
| In re:<br><br>Hermitage Inn Real Estate Holding Company LLC,<br><br>Putative Debtor | Chapter 7<br><br>Involuntary Case No. 19-10214 (CAB) |

### RULE 9014(e) NOTICE OF EVIDENTIARY HEARING

1. A hearing is scheduled for 2:00 p.m. on June 11, 2019 at Rutland regarding the Motion of the *Ad Hoc* Committee of Members of Hermitage Inn Real Estate Holding Company, LLC ("Movant") to Intervene. Movant has confirmed with the courtroom deputy that this hearing has been scheduled as an evidentiary hearing.

2. 30 minutes has been set aside for this evidentiary hearing.

3. Movant's counsel has contacted putative Debtor's counsel regarding the time they believe necessary for presentation of their witnesses and/or cross-examination of Movant's witnesses, at this evidentiary hearing.

4. Movant intends to call the following witnesses, in the following order, and expects each will testify for the following amounts of time:[1]

   *Timothy Treanor—15 minutes*
   *Dan Solaz—15 minutes*

5. If you dispute the need for, or the scope of, the hearing described in this Notice**, you must**

   (a) file a written opposition with the Clerk of the Court as soon as possible, and

   (b) serve a copy of that opposition on the Movant's counsel, the debtor, the debtor's counsel, the U.S. trustee, the case trustee, and upon the 20 largest unsecured creditors, by the response deadline.

---

[1] If the list of intended witnesses changes, a supplemental Rule 9014(e) Notice of Evidentiary Hearing shall be filed promptly and notice served at least three (3) business days prior to the date set for the evidentiary hearing. See Vt. LBR 9014-1(b)(3).

Dated: June 5, 2019

Ad Hoc Committee of Members of Hermitage Inn Real Estate Holding Co., LLC

By: /s/ Andre D. Bouffard
    Andre D. Bouffard
    Downs Rachlin Martin PLLC
    199 Main Street, PO Box 190
    Burlington, Vermont 05402-0190
    Tel: 802-863-2375
    Fax: 802-862-7512
    E-mail: abouffard@drm.com

  -and-

    Patrick M. Birney (*Pro Hac Vice*)
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, Connecticut 06103
    Tel: 860-2275-8275
    Fax: 860-275-8299
    E-mail: pbirney@rc.com

19332392.1