**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

|  |  |  |
|---|---|---|
| In re: | : | INVOLUNTARY CHAPTER 7 |
|  | : |  |
| HERMITAGE INN REAL ESTATE HOLDING COMPANY, LLC | : | CASE NO. 19-10214 |
|  | : |  |
| Alleged Debtor | : | Re: ECF No. 69 |

**NOTICE OF WITHDRAWAL
OF PUTATIVE DEBTOR'S LIMITED OBJECTION TO
MOTION OF *AD HOC* COMMITTEE MEMBERS OF HERMITAGE INN REAL
ESTATE HOLDING COMPANY, LLC TO INTERVENE IN BANKRUPTCY CASE
PURSUANT TO BANKRUPTCY RULES 1018 AND 2018**

Hermitage Inn Real Estate Holding Company, LLC ("HIREHCO"), the alleged debtor herein, by and through its undersigned counsel, hereby withdraws its Limited Objection to Motion of *Ad Hoc* Committee Members of Hermitage Inn Real Estate Holding Company, LLC to Intervene in Bankruptcy Case Pursuant to Bankruptcy Rules 1018 and 2018, which objection was dated June 5, 2019 (ECF No. 69) and reserves its rights under Bankruptcy Rule 2019 if this case proceeds under Chapter 11 of the Bankruptcy Code.

Dated: June 7, 2019
      New Haven, Connecticut

ALLEGED DEBTOR,
HERMITAGE INN REAL ESTATE
HOLDING COMPANY, LLC

By:   /s/Douglas S. Skalka
    Douglas S. Skalka (ct00616)
    NEUBERT, PEPE & MONTEITH, P.C.
    195 Church Street
    New Haven, Connecticut 06510
    (203) 821-2000
    dskalka@npmlaw.com

    *and*

Thomas P. Simon
McCormick, Fitzpatrick, Kasper & Burchard, P.C.
40 George Street
Burlington, Vermont 05402
(802) 863-3494
tps@mc-fitz.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| In re: | INVOLUNTARY CHAPTER 7 |
| HERMITAGE INN REAL ESTATE HOLDING COMPANY, LLC | CASE NO. 19-10214 (CAB) |
| Alleged Debtor | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 7, 2019, the foregoing Notice of Withdrawal of Limited Objection To Motion Of *Ad Hoc* Committee Members Of Hermitage Inn Real Estate Holding Company, LLC To Intervene In Bankruptcy Case Pursuant To Bankruptcy Rules 1018 and 2018 was electronically filed. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Dated: June 7, 2019
    Burlington, Vermont

ALLEGED DEBTOR,
HERMITAGE INN REAL ESTATE
HOLDING COMPANY, LLC

By: /s/Douglas S. Skalka
Douglas S. Skalka, Esq. (ct00616)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street
New Haven, Connecticut 06510
(203) 821-2000
dskalka@npmlaw.com

3

Service List

**Electronic Mail Notice List**

- Edward Gordon Adrian    eadrian@msdvt.com, kshamis@msdvt.com
- James B Anderson    jba@rsclaw.com, tlf@rsclaw.com
- Shannon Aldridge Bertrand    bertrand@fgmvt.com, sgraham@fgmvt.com
- Andre Denis Bouffard    abouffard@drm.com, mbottino@drm.com
- Robert S DiPalma    rdipalma@pfclaw.com
- David N. Dunn    ddunn@pdsclaw.com, mgundry@pdsclaw.com
- Elizabeth A. Glynn    eag@rsclaw.com, ccs@rsclaw.com
- John J. Kennelly    kennelly@vermontcounsel.com, jda@vermontcounsel.com
- Tavian M. Mayer    tavian@mayerlaw.com
- Paul F. O'Donnell, Esq.    podonnell@hinckleyallen.com
- Lisa M. Penpraze    lisa.penpraze@usdoj.gov
- Heather Elizabeth Ross    hross@sheeheyvt.com, bsides@sheeheyvt.com
- Jess T. Schwidde    jtsesq@vtbankruptcylaw.com, j_schwidde@yahoo.com
- Thomas P. Simon    tps@mc-fitz.com
- Douglas S. Skalka    dskalka@npmlaw.com, smowery@npmlaw.com;npm.bankruptcy@gmail.com
- U S Trustee    ustpregion02.vt.ecf@usdoj.gov

**Manual Notice List**

Patrick M. Birney, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Erin Kennedy, Esq.
Forman Holt
66 Route 17 North
Paramus, NJ 07652