## **STATEMENT REGARDING DEBTORS' SCHEDULES A/B, D, AND E/ F**

Attached are Schedules A/B, D, and E/ F for Hermitage Inn Real Estate Holding Company, LLC and Hermitage Club, LLC which are being submitted in this involuntary proceeding in connection with the pending Motions to Change Venue.  Hermitage Inn Real Estate Holding Company, LLC and Hermitage Club, LLC have filed the attached Schedules in their pending chapter 11 bankruptcy proceedings in the United States Bankruptcy Court, District of Connecticut and continue to seek the transfer of venue of this case to the United States Bankruptcy Court, District of Connecticut.

**Hermitage Inn Real Estate Holding Company, LLC**
Schedules A/B, D, and E/ F

Fill in this information to identify the case:

Debtor name  **Hermitage Inn Real Estate Holding Company, LLC**

United States Bankruptcy Court for the:  DISTRICT OF CONNECTICUT

Case number (if known)  **19-20903**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended Schedule _____
☑ *Chapter 11 or Chapter 9 Cases: Amended List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____   x _____
Signature of individual signing on behalf of debtor

**James R. Barnes**
Printed name

**Manager**
Position or relationship to debtor

6/08/19 3:45PM

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Hermitage Inn Real Estate Holding Company, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF CONNECTICUT** |
| Case number (if known): | **19-20903** |

☑ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Haymaker Investments, LLC c/o Louis Chenevert 8 Atwater Terrace Farmington, CT 06032** | | **100k Club Member / Family Legacy Memberships** | | | | **$1,500,000.00** |
| **Don Griesdorn 8787 Bay Colony Drive Apt 2002 Naples, FL 34108** | | **Deposit on Real estate** | | | | **$1,300,000.00** |
| **Lorista Holdings LH VT House, LLC Attn: President or General Mgr 101 N. Plains Industrial Road Building 1B Ste 3 Wallingford, CT 06492** | | **Judgment** | | | | **$1,174,560.40** |
| **Rob Girschek 40 Joy Street Boston, MA 02114** | | **100k Club Member** | | | | **$700,000.00** |
| **John & Ioanna Donohue 25 Jennifer Lane New Canaan, CT 06840** | | **Deposit on Unfinished Townhome in Grenoble Way Development** | | | | **$670,000.00** |
| **IVJMA, LLC - Tanaglia Brothers Attn: President or General Mgr 6805 Atlantic Ave Wildwood, NJ 08260** | | **100k Club Member** | | | | **$600,000.00** |
| **Robert Rubin 4 Alpine Loop West Dover, VT 05356** | | **100k Club Member Bridge Loan** | | | | **$500,000.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 19-20903    Doc 26    Filed 06/09/19    Entered 06/09/19 12:30:09    Page 5 of 4

Debtor **Hermitage Inn Real Estate Holding Company, LLC**
Name

Case number *(if known)* **19-20903**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Douglas Hollenbeck 29 Timothy Drive Westerly, RI 02891** | | **100k Club Member, Membership Initiation Fee Redemption Value** | | | | **$500,000.00** |
| **G2 Capital 535 Boylston Street 11th Floor Attn: President or General Mgr Boston, MA 02116** | | **Advisory Services** | | | | **$410,012.33** |
| **Dan McLeod 411 Soundview Avenue Stamford, CT 06902** | | **100k Club Member** | | | | **$350,000.00** |
| **Carmen Martocchio & W Siracusa 151 Bamforth Road Vernon, CT 06066** | | **100k Club Member** | | | | **$300,000.00** |
| **Marcum LLP Attn: Joseph Natarelli 555 Long Wharf Drive New Haven, CT 06511** | | **Accounting Services** | | | | **$285,158.00** |
| **Albert Subbloie 908 Rainbow Trail Orange, CT 06477** | | **Loan** | | | | **$275,000.00** |
| **Joseph Willen 29 Bluff Point Rd Northport, NY 11768** | | **100k Club Member** | | | | **$250,000.00** |
| **Steven Albert 17 Frog Rock Road Armonk, NY 10504** | | **100k Club Member** | | | | **$200,000.00** |
| **Rob Aubin 91 Old Sawmill Road Londonderry, VT 05148** | | **100k Club Member** | | | | **$200,000.00** |
| **Kevin Siebrecht 8 Whispering Way Brookfield, CT 06804** | | **100k Club Member** | | | | **$200,000.00** |
| **Dana Nielsen 87 Sunset Dr Weston, MA 02493** | | **100k Club Member** | | | | **$200,000.00** |
| **Bill Russell 1085 Sasco Hill Rd Fairfield, CT 06824** | | **100k Club Member** | | | | **$200,000.00** |

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | | Case number *(if known)* | **19-20903** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **8 Stags Leap LLC 400 Beach Drive #2405 Attn: President or General Mgr St Petersburgh, FL 33617** | | **Rent** | | | | **$161,102.82** |

Fill in this information to identify the case:

Debtor name **Hermitage Inn Real Estate Holding Company, LLC**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) **19-20903**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6/9/19___    x _____
                              Signature of individual signing on behalf of debtor

                              **James R. Barnes**
                              Printed name

                              **Manager**
                              Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Hermitage Inn Real Estate Holding Company, LLC**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) **19-20903**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Berkshire Bank** | **Savings** | **5475** | $10.00 |
| 3.2. | **Berkshire Bank** | **Savings** | **9492** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                            $10.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| 8.1. | **Glebe Lease, Town of Wilmington, Vermont** | $84,000.00 |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number *(If known)* | **19-20903** |
|---|---|---|---|
| | Name | | |

| 8.2. | **Cold Brook Fire District No. 1, Wilmington, Vermont** | **$1,500,000.00** |
|---|---|---|

| 9. | **Total of Part 2.** | **$1,584,000.00** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11b. Over 90 days old: | **160,500.00** | - | **160,500.00** | =.... | **$0.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$0.00** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| | Name of entity: | % of ownership | |
| 15.1. | **Hermitage DVRE LLC** | **50** % | **$500,000.00** |
| 15.2. | **Hermitage Club, LLC** | **100** % | **$1.00** |
| 15.3. | **Hermitage Inn, LLC** | **100** % | **$1.00** |
| 15.4. | **Hermitage Realty, LLC** | **100** % | **$1.00** |
| 15.5. | **Deerfield Valley Regional Airport, LLC** | **100** % | **$1.00** |

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number *(If known)* | **19-20903** |
|---|---|---|---|
| | Name | | |

| 15.6. | **309 RTE 100 Dover LLC** | **100** | % | | $255,000.00 |
|---|---|---|---|---|---|

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**
Add lines 14 through 16. Copy the total to line 83.

| | $755,004.00 |
|---|---|

---

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Office furniture (see attached) | $23,767.48 | | $23,767.48 |
| 40. | **Office fixtures**<br>Office fixtures (see attached) | $827,656.97 | | $827,656.97 |

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $851,424.45 |
|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number *(If known)* **19-20903** |
|---|---|---|
| | Name | |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Other machinery, fixtures, and equipment (see<br>attached)** | $10,188,823.08 | | $10,188,823.08 |

| 51. | **Total of Part 8.** | | $10,188,823.08 |
|---|---|---|---|
| | Add lines 47 through 50. Copy the total to line 87. | | |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number *(If known)* **19-20903** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 55.1. | **Hermitage Inn located at 25 Handle Road, West Dover, Vermont (Assessor Map/Lot: 183.058.12015):** <br> **a. Hermitage Inn** <br> **b. Carriage House** <br> **c. Pond Lot** <br> **d. Pasture Lot** <br> **e. Rear/Inn Lot** | Fee simple | $0.00 | Appraisal | $2,683,750.00 |
| 55.2. | **Snow Goose Inn located at 259 Route 100, West Dover, Vermont (Assessor Map/Lot: 183.058.13354)** | Fee simple | $0.00 | Appraisal | $680,000.00 |
| 55.3. | **Horizon Inn located at 861 Route 9 East, Wilmington, Vermont (Assessor Map/Lot: 10.03.030.000)** | Fee simple | $0.00 | Appraisal | $510,000.00 |
| 55.4. | **Nordic Hills Lodge located at 34 Look Road, Wilmington, Vermont (Assessor Map/Lot: 02.04.062.000)** | Fee simple | $0.00 | Appraisal | $510,000.00 |
| 55.5. | **Hermitage Clubhouse located at 183 Gatehouse Trail, Wilmington, Vermont:** <br> **a. Hermitage Clubhouse** <br> **b. Mid Mountain Cabin** <br> **c. Top Mountain Cabin** <br> **d. Snowsports Tent** <br> **e. Maintenance Building** <br> **f. Mountain Ski/Open Space** | Fee simple | $0.00 | Appraisal | $27,000,000.00 |

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number *(If known)* | **19-20903** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.6. | **Golf Course located at 70 Spyglass Lane, Wilmington, Vermont (Assessor Map/Lot: 762.242.11593)**<br>**a. Golf Course**<br>**b. Hitchcock Lots 1-5 (Assessor Map/Lot: 002.03015.300)** | Fee simple | $0.00 | Appraisal | $1,440,000.00 |
| 55.7. | **Real Estate Development (450 lots) located in Wilmington and Dover, Vermont** | Fee simple | $0.00 | Appraisal | $11,875,000.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | $44,698,750.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes Fill in the information below.

| **Part 11:** | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Mortgage: 4V8, LLC, 69 Airport Road, West Dover and Wilmington, Vermont** | **2,000,000.00**<br>Total face amount | - | **1,000,000.00** =<br>doubtful or uncollectible amount | $1,000,000.00 |
| | **Mortgage: Comtuck, LLC, East Track Lots (450 acres), Wilmington, Vermont** | **500,000.00**<br>Total face amount | - | **250,000.00** =<br>doubtful or uncollectible amount | $250,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number *(If known)* | **19-20903** |
|---|---|---|---|
| | Name | | |

| 72. | **Tax refunds and unused net operating losses (NOLs)** | | |
|---|---|---|---|
| | Description (for example, federal, state, local) | | |

**73.**     **Interests in insurance policies or annuities**

**74.**     **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**     **Trusts, equitable or future interests in property**

**77.**     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**     **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.                    **$1,250,000.00**

**79.**     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number *(If known)* **19-20903** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$10.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$1,584,000.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$755,004.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$851,424.45** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$10,188,823.08** | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | **$44,698,750.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$1,250,000.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$14,629,261.53** | + 91b. **$44,698,750.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$59,328,011.53** |

HERMITAGE INN REAL ESTATE HOLDING COMPANY, LLC
Case No. 19-20903
Schedule AB - Part 7

| Asset Description | Book ID | Place in Service Date | Begin Year Cost | Cost Basis | Current Run Depreciation Amount | LTD Depreciation Amount | YTD Depreciation Amount | Net Book Value |
|---|---|---|---|---|---|---|---|---|
| Additional Fit Up Real Estate Additions | BOOK | 12/1/2015 | $ 18,677.18 | $ 18,677.18 | $ - | $ 505.84 | $ - | $ 18,171.34 |
| 339 Coldbrook Fit Up | BOOK | 7/1/2015 | $ 3,274.00 | $ 3,274.00 | $ - | $ 122.78 | $ - | $ 3,151.22 |
| massage tables and similar products | BOOK | 2/26/2014 | $ 2,250.00 | $ 2,250.00 | $ - | $ 910.72 | $ - | $ 1,339.28 |
| Doveberry Furniture & Fixtures | BOOK | 8/31/2016 | $ 1,275.73 | $ 1,275.73 | $ 127.57 | $ 170.09 | $ 127.57 | $ 1,105.64 |
| | | | | | | Part 7, Line 39 (Office Furniture) Total | | $ 23,767.48 |
| Snowgoose Inn Fit Up | BOOK | 10/1/2015 | $ 815,445.00 | $ 815,445.00 | $ - | $ 25,482.66 | $ - | $ 789,962.34 |
| landscaping and sidewwalks - pavers etc | BOOK | 7/1/2014 | $ 21,000.00 | $ 21,000.00 | $ - | $ 3,500.00 | $ - | $ 17,500.00 |
| landscaping and sidewwalks - pavers etc | BOOK | 6/1/2014 | $ 17,692.71 | $ 17,692.71 | $ - | $ 3,047.07 | $ - | $ 14,645.64 |
| wood work for guest coat room | BOOK | 10/7/2014 | $ 5,387.98 | $ 5,387.98 | $ - | $ 1,731.85 | $ - | $ 3,656.13 |
| fireplace | BOOK | 6/1/2014 | $ 3,000.00 | $ 3,000.00 | $ - | $ 1,107.14 | $ - | $ 1,892.86 |
| | | | | | | Part 7, Line 40 (Office Fixtures) Total | | $ 827,656.97 |

HERMITAGE INN REAL ESTATE HOLDING COMPANY, LLC

Case No. 19-20903

Schedule AB - Part 8

| Asset Description | Place in Service Date | Begin Year Cost | Cost Basis | Current Run Depreciation Amount | LTD Depreciation Amount | YTD Depreciation Amount | Net Book Value |
|---|---|---|---|---|---|---|---|
| Lifts | 12/1/2015 | $ 8,189,302.00 | $ 8,189,302.00 | $ - | $ 887,174.38 | $ - | $ 7,302,127.62 |
| Equipment Haystack Purchase | 1/1/2012 | $ 2,984,965.00 | $ 2,984,965.00 | $ 298,496.50 | $ 1,790,979.00 | $ 298,496.50 | $ 1,193,986.00 |
| Lifts | 12/1/2013 | $ 2,206,531.44 | $ 2,206,531.44 | $ 220,653.14 | $ 901,088.66 | $ 220,653.14 | $ 1,305,442.78 |
| Haystack Orig Machine Purchase | 1/1/2012 | $ 451,160.00 | $ 451,160.00 | $ 45,116.00 | $ 270,696.00 | $ 45,116.00 | $ 180,464.00 |
| BaseLodge-Kitchen Equipment | 7/1/2015 | $ 210,842.70 | $ 210,842.70 | $ - | $ 31,626.41 | $ - | $ 179,216.29 |
| Sky Track Taj Lift | 8/20/2012 | $ 50,000.00 | $ 50,000.00 | $ 5,000.00 | $ 26,666.67 | $ 5,000.00 | $ 23,333.33 |
| Storage Trailers | 2/26/2014 | $ 1,940.89 | $ 1,940.89 | $ - | $ 785.60 | $ - | $ 1,155.29 |
| Storage Trailers | 2/26/2014 | $ 1,895.69 | $ 1,895.69 | $ - | $ 767.30 | $ - | $ 1,128.39 |
| Storage Trailers | 2/26/2014 | $ 1,060.84 | $ 1,060.84 | $ - | $ 300.56 | $ - | $ 760.28 |
| Storage Trailers | 3/13/2014 | $ 1,015.64 | $ 1,015.64 | $ - | $ 411.09 | $ - | $ 604.55 |
| Storage Trailers | 3/13/2014 | $ 1,015.64 | $ 1,015.64 | $ - | $ 411.09 | $ - | $ 604.55 |

Part 8, Line 50 (Other Machinery) Total $ 10,188,823.08

**Fill in this information to identify the case:**

Debtor name    **Hermitage Inn Real Estate Holding Company, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **19-20903**

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1**   **A&W Realty LLC**<br>Creditor's Name<br><br>**Attn: President or General Mgr**<br>**2 Mountain Park Plaza**<br>**West Dover, VT 05356**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**4V8, LLC; and**<br>**Comtuck, LLC**<br><br><br>Describe the lien<br>**Pledge of Notes**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | **$678,028.00** | **$1,250,000.00** |

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| **2.2**   **Ann Coleman**<br>Creditor's Name<br><br>**437 Maple Drive**<br>**Whitingham, VT 05361**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Schedule A/B, Part 9**<br><br><br>Describe the lien<br>**Statutory Lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes | $1,597.47 | $44,698,750.00 |

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if know) | 19-20903 |
|---|---|---|---|
|  | Name |  |  |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 Atomic Professional Audio Inc**
Creditor's Name

**Attn President or General Mgr**
**364A Innovation Drive**
**North Clarendon, VT 05759**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Schedule A/B, Part 9**

Describe the lien
**Statutory Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$71,372.96    $44,698,750.00

---

**2.4 Austin Design Inc.**
Creditor's Name

**Attn: President or General Mgr**
**2 Mead Street**
**Greenfield, MA 01301**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Schedule A/B, Part 9**

Describe the lien
**Notice of Lien on Real Property**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$18,881.25    $44,698,750.00

---

**2.5 Barnstormer Summit Lift, LLC**
Creditor's Name

**Attn: President or General Mgr**
**6 Bayberry Lane**
**Wilton, CT 06897**

Describe debtor's property that is subject to a lien
**Schedule A/B, Part 4**

$9,252,753.00    $755,004.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 28

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | | | | Case number (if know) | **19-20903** |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Creditor's mailing address | Describe the lien |
|---|---|
| | **UCC Financing Statements** |

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Berkshire Bank** | Describe debtor's property that is subject to a lien | **$16,911,583.01** | **$44,188,750.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**1259 E Columbus Ave Ste 301**
**Springfield, MA 01105**

**55.1 (Hermitage Inn); 55.2 (Snow Goose Inn); 55.3 (Horizon Inn); 55.5 (Hermitage Clubhouse); 55.6 (Golf Course); and 55.7 Real Estate Development**

Creditor's mailing address

Describe the lien
**Mortgage**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Berkshire Bank** | Describe debtor's property that is subject to a lien | **$1,037,500.00** | **$44,188,750.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**1259 E Columbus Ave Ste 301**
**Springfield, MA 01105**

**55.1 (Hermitage Inn); 55.2 (Snow Goose Inn); 55.3 (Horizon Inn); 55.5 (Hermitage Clubhouse); 55.6 (Golf Course); and 55.7 Real Estate Development**

Creditor's mailing address

Describe the lien
**Mortgage**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if know) | 19-20903 |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Berkshire Bank** | Describe debtor's property that is subject to a lien | $986,212.89 | $44,188,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**1259 E Columbus Ave Ste 301**
**Springfield, MA 01105**

Creditor's mailing address

**55.1 (Hermitage Inn); 55.2 (Snow Goose Inn); 55.3 (Horizon Inn); 55.5 (Hermitage Clubhouse); 55.6 (Golf Course); and 55.7 Real Estate Development**

**Describe the lien**
**Mortgage**

Is the creditor an insider or related party?

☐ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Browns Country Services LLC** | Describe debtor's property that is subject to a lien | $150,382.86 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Jeffrey C Brown**
**797 VT Rte 100**
**Wilmington, VT 05363**

Creditor's mailing address

**Schedule A/B, Part 9**

**Describe the lien**
**Notice of Lien on Real Property**

Is the creditor an insider or related party?

☐ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **BSA Architects, Inc.** | Describe debtor's property that is subject to a lien | $338,717.81 | $27,000,000.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor **Hermitage Inn Real Estate Holding Company, LLC**

Name

Case number (if known) **19-20903**

| | |
|---|---|
| Creditor's Name | Schedule A/B, Part 9 |
| **dba Bull Stockwell Allen** | |
| **Attn: President or General** | |
| **Mgr** | |
| **300 Montgomery Street Ste** | |
| **1135** | |
| **San Francisco, CA 94104** | |

Creditor's mailing address

**Describe the lien**
**Mechanics Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 1 | **Carol H. Butler Trust** | **Describe debtor's property that is subject to a lien** | $1,092,993.16 | $44,698,750.00 |
|---|---|---|---|---|
| | Creditor's Name | **Schedule A/B, Part 9** | | |

**c/o Pamela Keefe, Trustee**
**241 White Oak Shade Road**
**New Canaan, CT 06840**

Creditor's mailing address

**Describe the lien**
**Writ of Attachment**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **Charles Collins & Ana Cladera** | **Describe debtor's property that is subject to a lien** | $1,107,192.00 | $44,698,750.00 |
|---|---|---|---|---|
| | Creditor's Name | **Schedule A/B, Part 9** | | |

**20 Prospect Avenue**
**Larchmont, NY 10538**

Creditor's mailing address

**Describe the lien**
**Judgment**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

---

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 5 of 28

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number (if know) | **19-20903** |
|---|---|---|---|
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 3 | **Coldbrook Fire District No. 1** | Describe debtor's property that is subject to a lien | $255.42 | $27,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr
18 Coldbrook Road
Wilmington, VT 05363-9624**

**55.5 (Hermitage Clubhouse)**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **Craig Doersch Painting, LLC** | Describe debtor's property that is subject to a lien | $76,834.00 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn President or General Mgr
9 King Phillip Trail
Sandy Hook, CT 06482**

**Schedule A/B, Part 9**

Creditor's mailing address

**Describe the lien**

**Notice of Lien on Real Property**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **Dan and John Lane** | Describe debtor's property that is subject to a lien | $23,309.29 | $44,698,750.00 |
|---|---|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 28

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number (if known) | **19-20903** |
|---|---|---|---|
| | Name | | |

| Creditor's Name | Schedule A/B, Part 9 | | |
|---|---|---|---|

**dba Lane Plumbing&Heating Inc**
**10 Adams Drive**
**Wilmington, VT 05363**
Creditor's mailing address

**Describe the lien**
**Notice of Mechanics Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.16 | **Dan Solaz** | Describe debtor's property that is subject to a lien | $320,917.16 | $27,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Schedule A/B, Part 9** | | |

**72 Limerick Road**
**Trumbull, CT 06611**
Creditor's mailing address

**Describe the lien**
**Judgment**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.17 | **David Manning Inc** | Describe debtor's property that is subject to a lien | $31,212.00 | $44,698,750.00 |
|---|---|---|---|---|
| | Creditor's Name | **Schedule A/B, Part 9** | | |

**Attn President or General Mgr**
**103 Frost Place**
**Brattleboro, VT 05302**
Creditor's mailing address

**Describe the lien**
**Statutory Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number (if know) | **19-20903** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 8 | **Donald Jabro** | Describe debtor's property that is subject to a lien | **$450,000.00** | **$11,875,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **55.7 (Real Estate Development)** | | |

**27 Brimmer St #3**
**Boston, MA 02108**
Creditor's mailing address

Describe the lien
**Mortgage**
Is the creditor an insider or related party?

Creditor's email address, if known
■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 9 | **Fisher and Fisher Law Offices** | Describe debtor's property that is subject to a lien | **$143,727.72** | **$510,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **55.4 (Nordic Hills Lodge)** | | |

**Attn: Robert Fisher**
**PO Box 621**
**Brattleboro, VT 05302**
Creditor's mailing address

Describe the lien
**Mortgage**
Is the creditor an insider or related party?

Creditor's email address, if known
■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 0 | **Fred H. Hamblet, LLC** | Describe debtor's property that is subject to a lien | **$1.00** | **$44,698,750.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number (if known) | **19-20903** |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

**Attn: President or General Mgr**
**29 Victoria Street**
**Keene, NH 03431**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Schedule A/B, Part 9**

**Describe the lien**
**Notice of Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Gordon Bristol Consulting** | **Describe debtor's property that is subject to a lien** | $36,800.58 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn President or General Mgr**
**279 Sunset Lake Rd**
**Williamsville, VT 05362**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Schedule A/B, Part 9**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Green Mountain Power** | **Describe debtor's property that is subject to a lien** | $257,628.11 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**163 Acorn Lane**
**Colchester, VT 05446**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Schedule A/B, Part 9**

**Describe the lien**
**Writ of Attachment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 28

Debtor **Hermitage Inn Real Estate Holding Company, LLC**
Name

Case number *(if know)* **19-20903**

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.23**

**Greenfield Glass Company**
Creditor's Name

**Attn President or General Mgr**
**52 River Street**
**Greenfield, MA 01301**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Schedule A/B, Part 9**

$4,928.88 | $44,698,750.00

Describe the lien
**Notice of Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.24**

**Grenoble Group**
Creditor's Name

**aka RTM Capital Partners Inc**
**c/o Langrock Sperry & Wool LLP**
**210 College Street**
**Burlington, VT 05402**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Schedule A/B, Part 9**

$2,080,527.00 | $44,698,750.00

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

Official Form 206D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page 10 of 28

| Debtor | Name | | | |
|---|---|---|---|---|
| | **Hermitage Inn Real Estate Holding Company, LLC** | | Case number (if know) | **19-20903** |

| 2.25 | **Harrington Engineering Inc.** | Describe debtor's property that is subject to a lien | $37,692.60 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn President or General Mgr**
**7868 Pomfret Road**
**North Pomfret, VT 05053**

Creditor's mailing address                **Schedule A/B, Part 9**

**Describe the lien**
**Statutory Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known        **Is anyone else liable on this claim?**
■ No
**Date debt was incurred**                ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**     **As of the petition filing date, the claim is:**
Check all that apply
■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.26 | **International Financial** | Describe debtor's property that is subject to a lien | $1.00 | $755,004.00 |
|---|---|---|---|---|

Creditor's Name

**Services Corporation**
**Attn: President or General Mgr**
**1113S Milwaukee Ave Ste 301**
**Libertyville, IL 60048**

Creditor's mailing address                **Schedule A/B, Part 4**

**Describe the lien**
**UCC Financing Statements**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known        **Is anyone else liable on this claim?**
■ No
**Date debt was incurred**                ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**     **As of the petition filing date, the claim is:**
Check all that apply
■ No                                      ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.27 | **Iron Horse Standing Seam Roofi** | Describe debtor's property that is subject to a lien | $25,631.11 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Co aka Iron Horse Roofing Co**
**Attn: President or General Mgr**
**PO Box 221, 1350 Route 11**
**Londonderry, VT 05148**

Creditor's mailing address                **Schedule A/B, Part 9**

**Describe the lien**

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 11 of 28 |
|---|---|---|

Debtor **Hermitage Inn Real Estate Holding Company, LLC**
Name

Case number (if know) **19-20903**

**Preliminary Lien Notice on Real Property**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.28 | **Joyce Land Surveying Corp** | | $1.00 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Benjamin A Joyce**
**37 Atherton Road**
**Wilmington, VT 05363**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Schedule A/B, Part 9**

Describe the lien
**Notice of Contractors Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.29 | **Key Drilling & Blasting Svcs** | | $66,600.00 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn President or General Mgr**
**14 Trowbridge Road**
**Keene, NH 03431**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Schedule A/B, Part 9**

Describe the lien
**Statutory Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Debtor  **Hermitage Inn Real Estate Holding Company, LLC**
Name

Case number (if know)    **19-20903**

---

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 0 | **Lakeland Bank** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**Schedule A/B, Part 4**

$674,435.52    $755,004.00

**Attn: President or General
Mgr
166 Changebridge Road
Montville, NJ 07045**
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **Macrolease Corporation** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**Schedule A/B, Part 4**

$7,015.00    $755,004.00

**Attn President or General
Mgr
185 Express Street Ste 100
Plainview, NY 11803**
Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **Manchester Carpet Care
Inc.** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**

$39,875.09    $44,698,750.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 13 of 28

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if know) | 19-20903 |
|--------|--------|--------|--------|
| | Name | | |

---

Creditor's Name

**Attn President or General Mgr**
**6 Manchester Valley Road**
**Manchester Center, VT 05255**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Schedule A/B, Part 9**

Describe the lien
**Statutory Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **Metropolitan Golf Assn** | Describe debtor's property that is subject to a lien | $50,358.84 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**28 VT ROUTE 110**
**SOUTH ROYALTON, VT 05068**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Schedule A/B, Part 9**

Describe the lien
**Judgment Order**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | **Michael Fayette** | Describe debtor's property that is subject to a lien | $12,703.34 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**dba MFayette Carpentry, LLC**
**284 Route 100**
**West Dover, VT 05356**

Creditor's mailing address

Creditor's email address, if known

**Schedule A/B, Part 9**

Describe the lien
**Notice of Mechanics Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

---

Debtor **Hermitage Inn Real Estate Holding Company, LLC**    Case number (if know)    **19-20903**

---

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 5 | **Mountain Glass and Lock Corp** | | |
|---|---|---|---|

Creditor's Name

**Attn President or General Mgr**
**57 Jackson Ave**
**Rutland, VT 05701**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Schedule A/B, Part 9**     **$39,199.50**     **$44,698,750.00**

**Describe the lien**
**Stipulated Writ of Attachment**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 6 | **MR Steel Acquisition Corp.** | | |
|---|---|---|---|

Creditor's Name

**dba Ameri-Fab**
**Attn President or General Mgr**
**4100 W Glenrosa Ave**
**Phoenix, AZ 85019**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Schedule A/B, Part 9**     **$58,750.00**     **$44,698,750.00**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 15 of 28

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number *(if know)* | 19-20903 |
|---|---|---|---|
| | Name | | |

---

| 2.37 | **Nordic Valley Properties LLC** | Describe debtor's property that is subject to a lien | **$1.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**34 Look Road**
**Wilmington, VT 05363**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.38 | **Northern Building Supplies,Inc** | Describe debtor's property that is subject to a lien | **$151,744.44** | **$44,698,750.00** |
|---|---|---|---|---|

Creditor's Name

**Schedule A/B, Part 9**

**Attn: President or General Mgr**
**7 Loop Road**
**Newfane, VT 05345**

Creditor's mailing address

Describe the lien
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.39 | **Pioneer Timber Frames LLC** | Describe debtor's property that is subject to a lien | **$16,520.00** | **$44,698,750.00** |
|---|---|---|---|---|

Creditor's Name

**Schedule A/B, Part 9**

**Attn President or General Mgr**
**PO Box 1057**
**Wilmington, VT 05363**

Creditor's mailing address

Describe the lien
**Notice of Lien on Real Property**

**Is the creditor an insider or related party?**
■ No

---

Official Form 206D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page 16 of 28

Debtor **Hermitage Inn Real Estate Holding Company, LLC**
Name

Case number (if know) **19-20903**

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.40 | **PJB Home Center, Inc.** | Describe debtor's property that is subject to a lien | $30,645.19 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Perkins Home Center**
**Attn President or General Mgr**
**PO Box 430**
**West Chesterfield, NH 03466**

Creditor's mailing address

**Schedule A/B, Part 9**

**Describe the lien**
**Notice of Mechanics Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.41 | **PJB Home Center, Inc.** | Describe debtor's property that is subject to a lien | $7,556.11 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Perkins Home Center**
**Attn President or General Mgr**
**PO Box 430**
**West Chesterfield, NH 03466**

Creditor's mailing address

**Schedule A/B, Part 9**

**Describe the lien**
**Contractor's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 17 of 28

Debtor  Name  **Hermitage Inn Real Estate Holding Company, LLC**   Case number (if know)  **19-20903**

---

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 2 | **Plimpton Excavating LLC** | | $34,145.00 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn President or General Mgr**
**496 East Hill Road**
**Wardsboro, VT 05355**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Schedule A/B, Part 9**

**Describe the lien**
**Order on Mechanics Lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 3 | **RCN Capital LLC, ATIMA** | | $1.00 | $755,004.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**75 Gerber Road East**
**South Windsor, CT 06074**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Schedule A/B, Part 4**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

---

| 2.4 4 | **Reinhart Equipment** | | $1,587,450.00 | $44,698,750.00 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if known) | 19-20903 |
|--------|-----------------------------------------------|------------------------|----------|
| | Name | | |

**Creditor's Name**

**Attn President or General Mgr**
**32 Thompson Drive**
**Essex Junction, VT 05452**

Creditor's mailing address

**Schedule A/B, Part 9**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 5 | **Reinhart Foodservice, LLC** | **Describe debtor's property that is subject to a lien** | $1,587,448.10 | $44,698,750.00 |
|-------|-------------------------------|---------------------------------------------------------|---------------|----------------|

Creditor's Name

**Attn: President or General Mgr**
**6250 N River Rd Ste 9000**
**Des Plaines, IL 60018**

Creditor's mailing address

**Schedule A/B, Part 9**

**Describe the lien**
**Writ of Attachment and UCC Financing Statement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 6 | **Seth and Jennifer Goodman** | **Describe debtor's property that is subject to a lien** | $986,495.21 | $44,698,750.00 |
|-------|-------------------------------|---------------------------------------------------------|-------------|----------------|

Creditor's Name

**65 Pendleton Lane**
**Longmeadow, MA 01106**

Creditor's mailing address

**Schedule A/B, Part 9**

**Describe the lien**
**Writ of Attachment**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 19 of 28

Debtor    **Hermitage Inn Real Estate Holding Company, LLC**

Name

Case number (if know)    **19-20903**

---

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 7 | **Southworth Electrical Inc** | Describe debtor's property that is subject to a lien | $53,053.45 | $44,698,750.00 |

Creditor's Name

**Attn President or General Mgr**
**PO Box 20**
**West Wardsboro, VT 05360**

Creditor's mailing address

**Schedule A/B, Part 9**

**Describe the lien**
**Memorandum of Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 8 | **Sprung Structures** | Describe debtor's property that is subject to a lien | $61,446.00 | $755,004.00 |

Creditor's Name

**Attn: President or General Mgr**
**5000 Tilghman Street Ste 155**
**Allentown, PA 18104**

Creditor's mailing address

**Schedule A/B, Part 4**

**Describe the lien**
**Alleged Lien on Equipment**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor    **Hermitage Inn Real Estate Holding Company, LLC**

Name

Case number (if know)    **19-20903**

---

| 2.49 | **Squire Capital** | Describe debtor's property that is subject to a lien | $55,000.00 | $755,004.00 |

Creditor's Name

**c/o Dan Proscia**
**5 Yarmouth Drive**
**Chatham, NJ 07928**

Creditor's mailing address

**Schedule A/B, Part 4**

**Describe the lien**
**Equipment lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.50 | **Stephen Kunkle** | Describe debtor's property that is subject to a lien | $12,970.00 | $44,698,750.00 |

Creditor's Name

**dba Stephen Kunkle**
**Carpentry**
**98 Forrett Drive**
**Vernon, VT 05354**

Creditor's mailing address

**Schedule A/B, Part 9**

**Describe the lien**
**Writ of Attachment and Order of Approval**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.51 | **SVT Masonry Incorporated** | Describe debtor's property that is subject to a lien | $89,450.00 | $44,698,750.00 |

Creditor's Name

**Attn: President or General Mgr**
**1185 Glasenbury Road**
**Shaftsbury, VT 05262**

Creditor's mailing address

**Schedule A/B, Part 9**

**Describe the lien**
**Judgment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 21 of 28

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if know) | 19-20903 |
|---|---|---|---|
| | Name | | |

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.5 2**

**Swan Electric, Inc.**
Creditor's Name

**Attn President or General Mgr**
**18 Coldbrook Rd**
**Wilmington, VT 05363**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Schedule A/B, Part 9**

**Describe the lien**
**Notice of Contractor's Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| $55,922.28 | $44,698,750.00 |
|---|---|

---

**2.5 3**

**Sysco Albany, LLC**
Creditor's Name

**Attn: President or General Mgr**
**One Liebich Lane**
**Clifton Park, NY 12065**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Schedule A/B, Part 9**

**Describe the lien**
**Judgment Order**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $14,460.28 | $44,698,750.00 |
|---|---|

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 22 of 28

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if know) | 19-20903 |
|---|---|---|---|
| | Name | | |

| 2.54 | **Terex Financial Services, Inc.** | Describe debtor's property that is subject to a lien | $1.00 | $755,004.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**200 Nyala Farm Road**
**Westport, CT 06880**

Creditor's mailing address

**Schedule A/B, Part 4**

Describe the lien
**UCC Financing Statement**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.55 | **TFT Holdings, LLC** | Describe debtor's property that is subject to a lien | $1,458,249.00 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Gary Greenstein**
**8 Upland Lane**
**Armonk, NY 10504**

Creditor's mailing address

**Schedule A/B, Part 9**

Describe the lien
**Judgment**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.56 | **Thomas Whit & Eliz Armstrong** | Describe debtor's property that is subject to a lien | $148,242.00 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Gravel & Shea PC**
**76 St. Paul Street, 7th Floor**
**Burlington, VT 05401**

Creditor's mailing address

**Schedule A/B, Part 9**

Describe the lien
**Writ of Attachment and Order of Approval**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred

■ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 23 of 28

Debtor **Hermitage Inn Real Estate Holding Company, LLC**
Name

Case number (if know) **19-20903**

---

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 7 | | | | |
|---|---|---|---|---|
| | **Trinity Engineering &** | Describe debtor's property that is subject to a lien | $13,557.75 | $44,698,750.00 |

Creditor's Name

**Technical Services LLC**
**Attn President or General**
**Mgr**
**751 Main Road**
**Stamford, VT 05352**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Schedule A/B, Part 9**

Describe the lien
**Notice of Mechanics Lien**

Is the creditor an insider or related party?

☑ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 8 | | | | |
|---|---|---|---|---|
| | **Trinity Engineering &** | Describe debtor's property that is subject to a lien | $9,743.65 | $44,698,750.00 |

Creditor's Name

**Technical Services LLC**
**Attn President or General**
**Mgr**
**751 Main Road**
**Stamford, VT 05352**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Schedule A/B, Part 9**

Describe the lien
**Notice of Mechanics Lien**

Is the creditor an insider or related party?

☑ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 24 of 28

| Debtor | | | |
|---|---|---|---|
| Name | **Hermitage Inn Real Estate Holding Company, LLC** | Case number (if know) | **19-20903** |

---

| 2.5 9 | **Triple T Trucking** | Describe debtor's property that is subject to a lien | $34,634.31 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**437 Vernon Street**
**Brattleboro, VT 05301**

Creditor's mailing address

**Schedule A/B, Part 9**

Creditor's email address, if known

**Describe the lien**
**Mechanic's Lien**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 0 | **TRUE WORLD FOODS** | Describe debtor's property that is subject to a lien | $10,790.58 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**22 Food Mart Road**
**Boston, MA 02118**

Creditor's mailing address

**Schedule A/B, Part 9**

Creditor's email address, if known

**Describe the lien**
**Order**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 1 | **Tyler and Rose Dickson** | Describe debtor's property that is subject to a lien | $1,005,000.00 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**9 Hunter Lane**
**Rye, NY 10580**

Creditor's mailing address

**Schedule A/B, Part 9**

Creditor's email address, if known

**Describe the lien**
**Writ of Attachment**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 25 of 28

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if know) | 19-20903 |
|---|---|---|---|

Name

| | | | |
|---|---|---|---|
| | Date debt was incurred | ■ No | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | Last 4 digits of account number | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| | ■ No | ☐ Contingent | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | |

---

| 2.6 2 | **Vareschi Plumbing & Heating** | Describe debtor's property that is subject to a lien **Schedule A/B, Part 9** | $15,220.00 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn President or General Mgr**
**1151 Massachusetts**
**North Adams, MA 01247**
Creditor's mailing address

Describe the lien
**Notice of Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 3 | **Vermont Department of Tax** | Describe debtor's property that is subject to a lien **Schedule A/B, Part 9** | $1,286,000.00 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**133 State Street**
**Montpelier, VT 05633**
Creditor's mailing address

Describe the lien
**Statutory Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.6 4 | **W&W Building Supply** | Describe debtor's property that is subject to a lien | $121,999.00 | $44,698,750.00 |
|---|---|---|---|---|

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number (if know) | **19-20903** |
|---|---|---|---|
| | Name | | |

Schedule A/B, Part 9

Creditor's Name
**Attn: President or General Mgr**
**434 Rte 100**
**Wilmington, VT 05363**
Creditor's mailing address

Describe the lien
**Statutory Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 5 | **Walker Kimball** | Describe debtor's property that is subject to a lien | $1,585,604.00 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name
**200 Mending Walls Road**
**Manchester Center, VT 05255**
Creditor's mailing address

Schedule A/B, Part 9

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 6 | **Western Equipment Finance, Inc** | Describe debtor's property that is subject to a lien | $2,788.60 | $755,004.00 |
|---|---|---|---|---|

Creditor's Name
**Attn: President or General Mgr**
**503 HIGHWAY 2 WEST**
**Devils Lake, ND 58301**
Creditor's mailing address

Schedule A/B, Part 4

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 27 of 28

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if know) | 19-20903 |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.67 | **Windham Architectural Metals** | Describe debtor's property that is subject to a lien | $16,209.16 | $27,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Schedule A/B, Part 9** | | |
| | **Attn President or General Mgr** | | | |
| | **86 Brook Street** | | | |
| | **Whitingham, VT 05361** | Describe the lien | | |
| | Creditor's mailing address | **Lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. — **$46,537,965.68**

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Barnstormer Summit Lift, LLC c/o Zeisler & Zeisler 10 Middle Street, 15th Floor Bridgeport, CT 06604** | Line **2.5** | |

---

**Fill in this information to identify the case:**

Debtor name    **Hermitage Inn Real Estate Holding Company, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **19-20903**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | | |
| | **Internal Revenue Service** | **$162.00** | **$0.00** |
| | **Central Insolvency Operation** | | |
| | **PO Box 7346** | | |
| | **Philadelphia, PA 19101-7346** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number     Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)    ☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | | |
| | **Town of Dover** | **$1.00** | **$1.00** |
| | **Attn: Tax Collector** | | |
| | **PO Box 527** | | |
| | **West Dover, VT 05356-0527** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:
    **Taxes**

Last 4 digits of account number     Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)    ☐ Yes

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number (if known) | **19-20903** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1.00** | **$1.00** |
|---|---|---|---|---|

**Town of Wilmington**
**Attn: Tax Collector**
**Wilmington Town Hall**
**2 East Main Street**
**Wilmington, VT 05363**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$70,639.97** | **$70,639.97** |
|---|---|---|---|---|

**US Dept of Labor**
**The Curtis Center Ste 850 West**
**170 S. Independence Mall West**
**Philadelphia, PA 19106-3323**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**H2B Employee Fines**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$161,102.82** |
|---|---|---|---|

**8 Stags Leap LLC**
**400 Beach Drive #2405**
**Attn: President or General Mgr**
**St Petersburgh, FL 33617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:   **Rent**

Last 4 digits of account number

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Aaron Kehoe**
**325 North End Avenue  Apt  22B**
**New York, NY 10282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:   **100k Club Member**

Last 4 digits of account number

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Adrian & Nikki Hamburger**
**15 Bridgette**
**Westerly, RI 02891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:   **100k Club Member**

Last 4 digits of account number

Is the claim subject to offset?   ■ No   ☐ Yes

---

Debtor **Hermitage Inn Real Estate Holding Company, LLC**

Name

Case number (if known)　**19-20903**

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,227.13 |
|---|---|---|---|

**AFCO**
**5600 North River Road Ste 400**
**Attn: President or General Mgr**
**Rosemont, IL 60018-5187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Insurance Premium Financing**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Alan & Diane Kurzer**
**17 Smith Farm Road**
**Bedford, NY 10506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Albert Subbloie**
**908 Rainbow Trail**
**Orange, CT 06477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $275,000.00 |
|---|---|---|---|

**Albert Subbloie**
**908 Rainbow Trail**
**Orange, CT 06477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**Loan**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Alex Hammett**
**318 West 71st St  Apt 1**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Alexandric & Kim Ho**
**20 Parkerville Rd**
**Southborough, MA 01772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Andrea & David Hekemian**
**91 Fox Hedge Road**
**Saddle River, NJ 07458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:　**100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number (if known) | **19-20903** |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

Andrew & Yvonne Rebak
830 Seneca Road
Franklin Lakes, NJ 07417

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

Anthony & Nicole Graziano
42 Deep Run
Cohasset, MA 02025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

Arpad & Madeleine Fejos
69 Broadfield Rd
Hamden, CT 06517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,000.00** |
|---|---|---|---|

ASSURANCE AGENCY, LTD.
P O BOX 5653
Attn: President or General Mgr
CAROL STREAM, IL 60197-5653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Insurance Agent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,881.25** |
|---|---|---|---|

Austin Design Inc.
Attn: President or General Mgr
2 Mead Street
Greenfield, MA 01301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

Barry & Jill Goldberg
82 Four Mile Road
West Hartford, CT 06107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

Barry & Joy Schwartz
118 Dogwood Court
Stamford, CT 06903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number (if known) | **19-20903** |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Becky Esposito**
**11 Birch Rd**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Benjamin Willemstyn**
**11 Hasler Lane**
**Little Silver, NJ 07739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Betsy & Dan Vogel Friedman**
**240 Gregory Rd**
**Franklin Lakes, NJ 07417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Bettima & Douglas Bosma**
**59 Wrights Mill Rd**
**Armonk, NY 10504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Bill & Ali Charon**
**17 2nd Avenue,nue**
**Bayville, NY 11709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Bill & Joyce Allen**
**31 Aunt Pattys Lane,**
**Bethel, CT 06801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Bill & Yvonne Deakins**
**144 Washington Avenue**
**Dobbs Ferry, NY 10522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number *(if known)* | **19-20903** |
|---|---|---|---|
| | Name | | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Bill and Tatiana Geist**
**933 Tryon St**
**South Glastonbury, CT 06073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __100K Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Bill Russell**
**1085 Sasco Hill Rd**
**Fairfield, CT 06824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Bob Fisher**
**535 Shearer Hill Rd**
**Brattleboro, VT 05301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Bradley & Amy Morris**
**71 Woodford Hill Dr**
**Avon, CT 06081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Brian & Allison Lorber**
**6 Rolling Hill Rd**
**Old Westbury, NY 11568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Brian Costello**
**5 Nolen Lane,**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Bryan & Barbara Rosen**
**40 Vanderbilt Rd**
**Manhasset, NY 11030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number (if known) | **19-20903** |
|---|---|---|---|
| | Name | | |

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Carina Calia**
**4 Deer Park Rd**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Carl Ferenbach**
**2 Commonwealth Avenue**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00** |
|---|---|---|---|

**Carmen Martocchio & W Siracusa**
**151 Bamforth Road**
**Vernon, CT 06066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Carter & Anne Sullivan**
**434 Mansfield Avenue**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,065.75** |
|---|---|---|---|

**CHAMONIX STAG'S LEAP HOA**
**C/O TPW MANAGEMENT LLC**
**PO BOX 60666**
**Attn: President or General Mgr**
**PHOENIX, AZ 85082-0666**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __Developer Home owner association__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Charles & Sheri Daknis**
**34 Rivers Edge Drive**
**Little Silver, NJ 07739**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Charles Collins**
**20 Prospect Avenue**
**Larchmont, NY 10538**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number (if known) | **19-20903** |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Cheryl LaFlamme**
**126 Whites Rd**
**PO Box 1044**
**Wilmington, VT 05363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Chip Wood**
**95 Cayuga Avenue**
**Oceanport, NJ 07757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Chris & Ellen Nakatani**
**161 Grand St  Apt 4A**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Chris & Jill Drury**
**133 West 17th PHC**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Christopher & Beth Ann Perrone**
**23 Wallace St PH1**
**Red Bank, NJ 07701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Christopher & Paula Pink**
**186 E  93rd St**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Christopher & Sharon Neuner**
**166 Washington Avenue**
**Chatham, NJ 07928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Hermitage Inn Real Estate Holding Company, LLC**
Name

Case number (if known)    **19-20903**

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Christopher Croft**
**60 E  96th St  4E**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  100k Club Member

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,603.00** |
|---|---|---|---|

**Cincinnati Insurance**
**PO Box 145620**
**Attn: President or General Mgr**
**Cincinnati, OH 45250-5620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Commercial Package Insurance Premium

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,315.46** |
|---|---|---|---|

**Coldbrook Fire District No. 1**
**Attn: President or General Mgr**
**18 Coldbrook Road**
**Wilmington, VT 05363-9624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Water and Sewer District Supplier

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Commonwealth Financial Group**
**35 Overlook Drive**
**Attn: President or General Mgr**
**Framingham, MA 01701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  100k Club Member

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Craig Doersch**
**9 King Philip Tr**
**Sandy Hook, CT 06482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  100k Club Member

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Dan & Karen Proscia**
**5 Yarmouth Dr**
**Chatham, NJ 07928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  100k Club Member

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Dan & Stacy Weinstein**
**31 Mockingbird Lane**
**Glastonbury, CT 06033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  100k Club Member

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number *(if known)* | **19-20903** |
|---|---|---|---|
| | Name | | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350,000.00** |
|---|---|---|---|

**Dan McLeod**
**411 Soundview Avenue**
**Stamford, CT 06902**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Dana Nielsen**
**87 Sunset Dr**
**Weston, MA 02493**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Daniel & Jeannine Thomasch**
**21 Pen Mor Drive**
**Muttontown, NY 11732**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Dave Otfinoski**
**49 Parkers Point**
**Chester, CT 06412**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**David & James Green Taylor**
**175 Milton St  #7**
**Milton, MA 02186**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**David Bliss**
**58 Compo Mill Cove**
**Westport, CT 06880**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ☒ No ☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**David Cameron**
**2 Sequan Road**
**Watch Hill, RI 02891**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ☒ No ☐ Yes

Debtor **Hermitage Inn Real Estate Holding Company, LLC**    Case number *(if known)* __19-20903__

Name

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**David Cohen**
**410 Hidden Valley Ct**
**Wyckoff, NJ 07481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**David Koch**
**148 Weeburn Drive**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**David Marks**
**779 Prospect Avenue**
**West Hartford, CT 06105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**David Mercier**
**32 Horizon Lane**
**Glastonbury, CT 06033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Debra Malloy**
**11 Upper Highlands Loop**
**PO Box 2172**
**West Dover, VT 05356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,175.45 |
|---|---|---|---|

**DECORATIVE INTERIORS**
**4566 MAIN Street**
**Attn: President or General Mgr**
**MANCHESTER CENTER, VT 05255**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Furniture__

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Deidre Kimble**
**10 Stafford Place**
**White Plains, NY 10604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

Case 19-20903    Doc 25    Filed 06/09/19    Entered 06/09/19 12:26:05    Page 47 of 76
Case 19-20903    Doc 25    Filed 06/09/19    Entered 06/09/19 12:26:05    Page 47 of 76
Desc    Main Document    Page    57 of 231

6/09/19 11:39AM

Debtor **Hermitage Inn Real Estate Holding Company, LLC**               Case number *(if known)*     **19-20903**

Name

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Dennis & Tarah Bellamy**
**17 Main St**
**Vernon, CT 06066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **100k Club Member**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Dennis Stanek**
**1A Gleneagles Dr**
**Farmington, CT 06032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **100k Club Member**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Derek & Stacey Tietjen**
**21 Vista Dr**
**Little Silver, NJ 07739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **100k Club Member**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Diane McCormick**
**24 Bourne Avenue**
**Sandwich, MA 02563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **100k Club Member**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300,000.00** |
|---|---|---|---|

**Don Griesdorn**
**8787 Bay Colony Drive**
**Apt 2002**
**Naples, FL 34108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Deposit on Real estate**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Donald Jabro**
**27 Brimmer St  #3**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **100k Club Member**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00** |
|---|---|---|---|

**Douglas Hollenbeck**
**29 Timothy Drive**
**Westerly, RI 02891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **100k Club Member**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor **Hermitage Inn Real Estate Holding Company, LLC**

Name

Case number (if known) **19-20903**

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |

**Douglas Long**
**18 White Tail Way**
**Littleton, MA 01460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **100k Club Member**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,538.45 |

**DUNCAN CABLE TV**
**PO Box 685**
**Attn: President or General Mgr**
**WILMINGTON, VT 05363-0685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Internet service provider fees**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |

**Dwight Long**
**363 King St**
**Littleton, MA 01460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **100k Club Member**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |

**Elliot Cooperstone**
**6 Marvin Place**
**Westport, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **100k Club Member**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $492.00 |

**EPHRAIM MOUNTAIN FARM**
**400 DUTTON DISTRICT Road**
**Attn: President or General Mgr**
**SPRINGFIELD, VT 05156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: ___

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |

**Eric Roemer**
**49 Birch Rd**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **100k Club Member**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,024.64 |

**EXXON**
**PO BOX 78001**
**Attn: President or General Mgr**
**PHOENIX, AZ 85062-8001**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Gas Card**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Hermitage Inn Real Estate Holding Company, LLC**__

    Name

Case number *(if known)*    **19-20903**

| | | |
|---|---|---|
| **3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$100,000.00** |

**3.81**

**Nonpriority creditor's name and mailing address**

**Frank Cotrona**
**5 Laurelwood Dr**
**Wallingford, CT 06492**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$100,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82**

**Nonpriority creditor's name and mailing address**

**Fred & Susan Pazmino**
**185 S County Rd**
**Leyden, MA 01301**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$100,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83**

**Nonpriority creditor's name and mailing address**

**G2 Capital**
**535 Boylston Street 11th Floor**
**Attn: President or General Mgr**
**Boston, MA 02116**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$410,012.33**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Advisory Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84**

**Nonpriority creditor's name and mailing address**

**Garold Miller**
**4 Mohawk Dr**
**West Hartford, CT 06117**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$100,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85**

**Nonpriority creditor's name and mailing address**

**Gary Rothschild**
**141 Loring Avenue**
**Pelham, NY 10803**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$100,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86**

**Nonpriority creditor's name and mailing address**

**Greg Rosen**
**170 East End Avenue,  Apt  8D**
**New York, NY 10128**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$100,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87**

**Nonpriority creditor's name and mailing address**

**Gregg Clark**
**8 Willowmere Avenue**
**Riverside, CT 06878**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$100,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Hermitage Inn Real Estate Holding Company, LLC**
Name
Case number (if known) **19-20903**

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500,000.00** |
|---|---|---|---|
| | **Haymaker Investments, LLC** | ☐ Contingent | |
| | **c/o Louis Chenevert** | ☐ Unliquidated | |
| | **8 Atwater Terrace** | ☐ Disputed | |
| | **Farmington, CT 06032** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **100k Club Member / Family Legacy Memberships** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|
| | **Howard Kotkin** | ☐ Contingent | |
| | **8 Baileys Mill Rd** | ☐ Unliquidated | |
| | **Basking Ridge, NJ 07920** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **100k Club Member** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,231.00** |
|---|---|---|---|
| | **HUTTER CONSTRUCTION CORPORATIO** | ☐ Contingent | |
| | **810 TURNPIKE Road** | ☐ Unliquidated | |
| | **Rte 124  POBOX 257** | ☐ Disputed | |
| | **Attn: President or General Mgr** | | |
| | **NEW IPSWICH, NH 03071** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Construction Quotes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|
| | **Ian Dilts** | ☐ Contingent | |
| | **7 Woods End Rd** | ☐ Unliquidated | |
| | **Darien, CT 06820** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **100k Club Member** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600,000.00** |
|---|---|---|---|
| | **IVJMA, LLC - Tanaglia Brothers** | ☐ Contingent | |
| | **Attn: President or General Mgr** | ☐ Unliquidated | |
| | **6805 Atlantic Ave** | ☐ Disputed | |
| | **Wildwood, NJ 08260** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **100k Club Member** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|
| | **Jack Murphy** | ☐ Contingent | |
| | **140 Stoneleigh Rd** | ☐ Unliquidated | |
| | **New Canaan, CT 06840** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **100k Club Member** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,200,000.00** |
|---|---|---|---|
| | **James R Barnes 2009 Irrev GRAT** | ☐ Contingent | |
| | **John DelNegro, Esq.** | ☐ Unliquidated | |
| | **71 Nook Farms Road** | ☐ Disputed | |
| | **Windsor, CT 06095** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **100k Club Member** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Hermitage Inn Real Estate Holding Company, LLC**

Name

Case number *(if known)* **19-20903**

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500,000.00 |

**James R. Barnes**
**145 Deercliff Road**
**Avon, CT 06001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __100k Club Member__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,925,000.00 |

**James R. Barnes**
**145 Deercliff Road**
**Avon, CT 06001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Wages Earned__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,457,262.00 |

**James R. Barnes**
**145 Deercliff Road**
**Avon, CT 06001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Subordinated Promissory Note__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |

**James Winiarski**
**115 Drumlin Hill Rd**
**Bolton, MA 01740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __100k Club Member__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |

**Jan Linhart**
**7 Orchard Dr**
**Purchase, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __100k Club Member__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |

**Jaroslaw Kalecinski**
**4 Viewpoint Rd**
**Ellington, CT 06029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __100k Club Member__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |

**Jason Barnett**
**48 Arasley Avenue**
**West Irvington, NY 10533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __100k Club Member__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Hermitage Inn Real Estate Holding Company, LLC**
Name

Case number (if known)   **19-20903**

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Jason Gies**
**64 Knollwood Lane**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Jeff & Jill Bornstein**
**174 Branchville Road**
**Ridgefield, CT 06877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Jeff Koslowsky**
**6 Brookline Rd**
**Scarsdale, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Jeremiah O'Dwyer**
**85 Bayberry Hill Road**
**Avon, CT 06001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,079.75** |
|---|---|---|---|

**Jeremy C. Powers**
**c/o Jess T Schwidde, Esq.**
**PO Box 28**
**Rutland, VT 05702-0028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Deposit - Wedding**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Jim & Emily Boshart**
**296 Mountain Avenue**
**Ridgewood, NJ 07450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Jim Ryan**
**P O  Box 663**
**Bondville, VT 05340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Hermitage Inn Real Estate Holding Company, LLC**
Name

Case number (if known) **19-20903**

| | | |
|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Joe Pastore**<br>**86 Peaceable St**<br>**Ridgefield, CT 06877** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **100k Club Member** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$70,000.00**

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Joel Koral**<br>**253 Woodlands Drive**<br>**Tuxedo Park, NY 10987** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **100k Club Member** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$100,000.00**

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Johannes Boeckmann**<br>**140 Davis Street**<br>**Hamden, CT 06517** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **100k Club Member** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$100,000.00**

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **John & Crista Gannon**<br>**68 Hall Rd**<br>**Wilmington, VT 05363** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **100k Club Member** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$100,000.00**

| | | |
|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **John & Ioanna Donohue**<br>**25 Jennifer Lane**<br>**New Canaan, CT 06840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **Deposit on Unfinished Townhome in Grenoble Way Development** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$670,000.00**

| | | |
|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **John & Theresa Curran**<br>**1 Captain Copeland Rd**<br>**East Dover, VT 10504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **100k Club Member** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$100,000.00**

| | | |
|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **John Arege**<br>**17 Paag Lane**<br>**Little Silver, NJ 07739** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: **100k Club Member** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$100,000.00**

Debtor **Hermitage Inn Real Estate Holding Company, LLC**          Case number (if known)          **19-20903**

Name

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**John Doyle**
**224 Hamilton Rd**
**Ridgewood, NJ 07450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _100k Club Member_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**John Fitzgerald**
**36 Kane Avenue**
**Larchmont, NY 10538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _100k Club Member_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**John Heneghan**
**14 Hewlett Avenue**
**Point Lookout, NY 11569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _100k Club Member_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**John Maher**
**82 Whipstick Rd**
**Ridgefield, CT 06877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _100k Club Member_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**John Maraganore**
**49 Constellation Warf**
**Charlestown, MA 02129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _100k Club Member_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**John Nesland**
**400 Beechwood Road**
**Ridgewood, NJ 07450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _100k Club Member_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**John Visgilio**
**6 Whitman Lane**
**Old Lyme, CT 06371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _100k Club Member_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number (if known) | **19-20903** |
|---|---|---|---|
| | Name | | |

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Jon & Kate Kaplan**
**280 Hollow Tree Ridge Rd**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Jonathan Chason**
**16 Huckleberry Road**
**Hopkinton, MA 01748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Jonathan Cody**
**131 Thayer Pond Rd**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Joseph Busuttil**
**19 Hunting Hollow Ct**
**Dix Hills, NY 11746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Joseph Conti**
**76 Marlborough Road**
**Glastonbury, CT 06033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00** |
|---|---|---|---|

**Joseph Willen**
**29 Bluff Point Rd**
**Northport, NY 11768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Justine Robertson**
**7 Gull Point**
**Monmouth Beach, NJ 07750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __100k Club Member__

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Hermitage Inn Real Estate Holding Company, LLC**

Case number *(if known)* **19-20903**

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,807.54 |
|---|---|---|---|

**KENLAN, A. JAY, ESQ.,PLLC**
**25 WASHINGTON Street**
**Attn: President or General Mgr**
**RUTLAND, VT 05701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Permitting Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Kenneth Corriveau**
**15 Old Orchard Road**
**Riverside, CT 06878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Kevin Heneghan**
**14 Hewlett Avenue**
**Point Lookout, NY 11569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|

**Kevin Siebrecht**
**8 Whispering Way**
**Brookfield, CT 06804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Kimberly & Bob Anderson**
**335 West Beach Rd**
**Charlestown, RI 02813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,027.03 |
|---|---|---|---|

**KraftCPA's PLLC**
**555 Great Circle Road**
**Attn: President or General Mgr**
**Nashville, TN 37228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Tax preparation services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Laurence Russian**
**39 Keofferam Road**
**Old Greenwich, CT 06870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number (if known) | **19-20903** |
|---|---|---|---|
| | Name | | |

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,036.00** |
|---|---|---|---|

| | **Law Offcs of John Del Negro** | ☐ Contingent | |
| | **71 Nook Farms Road** | ☐ Unliquidated | |
| | **Attn: John Del Negro, Esq.** | ☐ Disputed | |
| | **Windsor, CT 06106** | | |
| | | **Basis for the claim:** __Legal Fees__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

| | **Lawrence Hesse** | ☐ Contingent | |
| | **356 West Lake Avenue** | ☐ Unliquidated | |
| | **Bay Head, NJ 08742** | ☐ Disputed | |
| | | **Basis for the claim:** __100k Club Member__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

| | **Lawrence Kingsley** | ☐ Contingent | |
| | **5 Pine Island Rd** | ☐ Unliquidated | |
| | **Rye, NY 10580** | ☐ Disputed | |
| | | **Basis for the claim:** __100k Club Member__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

| | **Len Kunin** | ☐ Contingent | |
| | **149 Emery Dr** | ☐ Unliquidated | |
| | **Stamford, CT 06902** | ☐ Disputed | |
| | | **Basis for the claim:** __100k Club Member__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,174,560.40** |
|---|---|---|---|

| | **LH VT House, LLC** | ☐ Contingent | |
| | **Attn: President or General Mgr** | ☐ Unliquidated | |
| | **101 N. Plains Industrial Road** | ☐ Disputed | |
| | **Building 1B Ste 3** | | |
| | **Wallingford, CT 06492** | **Basis for the claim:** __Judgment__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

| | **Linda Goddard** | ☐ Contingent | |
| | **18 Hemlock Drive** | ☐ Unliquidated | |
| | **Essex, CT 06426** | ☐ Disputed | |
| | | **Basis for the claim:** __100k Club Member__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

| | **Lisa Yurko** | ☐ Contingent | |
| | **51 Crafts Road** | ☐ Unliquidated | |
| | **Carmel, NY 10512** | ☐ Disputed | |
| | | **Basis for the claim:** __100k Club Member__ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number *(if known)* | 19-20903 |
|---|---|---|---|
| | Name | | |

---

**3.144** | Nonpriority creditor's name and mailing address

**Lorista Holdings**
Attn: President or General Mgr
101 N. Plains Industrial Road
Building 1B Ste 3
Wallingford, CT 06492

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Judgment**

Is the claim subject to offset? ■ No ☐ Yes

**$1,174,560.40**

---

**3.145** | Nonpriority creditor's name and mailing address

**Lou Garcia**
128 West Hills  Road
New Canaan, CT 06840

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.146** | Nonpriority creditor's name and mailing address

**Lucas Turton**
32 Rutland St  1R
Boston, MA 02118

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.147** | Nonpriority creditor's name and mailing address

**Luke Walsh**
65 Edgewater Drive
Wilton, CT 06897

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.148** | Nonpriority creditor's name and mailing address

**Mag Hassan**
436 Frogtown Rd
New Canaan, CT 06840

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.149** | Nonpriority creditor's name and mailing address

**Makiaris Media Services**
101 Centerpoint Dr  SUITE 101
Attn: President or General Mgr
Middletown, CT 06457

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing Services**

Is the claim subject to offset? ■ No ☐ Yes

**$42,177.00**

---

**3.150** | Nonpriority creditor's name and mailing address

**Mansfield Hotel & Spa**
5800 St  Denis Suite 402
Montreal QC  H2S 3L5

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,667.23**

---

Debtor **Hermitage Inn Real Estate Holding Company, LLC**

Name

Case number (if known) **19-20903**

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $285,158.00 |
|---|---|---|---|

**Marcum LLP**
**Attn: Joseph Natarelli**
**555 Long Wharf Drive**
**New Haven, CT 06511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Accounting Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Mark & Karen Amanti**
**PO Box 1325**
**East Otis, MA 01029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Mark Buschmann**
**359 Dan's Hwy**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Mark Shafir & Hillary Shafer**
**113 East 90th Street**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Mary Anne Stets**
**369 Taugwonk Road**
**Stonington, CT 06378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47.80 |
|---|---|---|---|

**MassDOT**
**EZDriveMA Pymt Processing Ctr**
**PO BOX 847840**
**Attn: President or General Mgr**
**Boston, MA 02241-7448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Matthew Stepanski**
**19 Conover Lane**
**Rumson, NJ 07760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Hermitage Inn Real Estate Holding Company, LLC**
      Name

Case number (if known)   **19-20903**

| | |
|---|---|
| 3.158   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$1,150.00** |

**McCluskey, John & Co. P.C.**
**ROUTE 100**
**P O BOX 188**
**Attn: President or General Mgr**
**WEST DOVER, VT 05356**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Accounting fees__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.159   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$100,000.00** |

**Michael & Ann Quattrochi**
**26 Bentley Lane**
**Syosset, NY 11791**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __100k Club Member__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.160   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$100,000.00** |

**Michael & Kara Lech**
**26-2 Cove Road**
**Lyme, CT 06371**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __100k Club Member__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.161   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$100,000.00** |

**Michael & Noemi Radziemski**
**633 North Broadway**
**Nyack, NY 10960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __100k Club Member__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.162   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$100,000.00** |

**Michael Posillico**
**1750 New Highway**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __100k Club Member__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.163   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$100,000.00** |

**Mike & Lourdes Culnen**
**32 School House Lane,**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __100k Club Member__

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | |
|---|---|
| 3.164   **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$100,000.00** |

**Mike Quinn**
**745 Magic Circle**
**Londenderry, VT 05148**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __100k Club Member__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Hermitage Inn Real Estate Holding Company, LLC**                    Case number (if known)    **19-20903**
         Name

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Mike Slomsky**
**9 Boulder Trail**
**Chappaqua, NY 10514**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Mike Tokarz**
**2525 Purchase St**
**Purchase, NY 10577**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,885.75 |
|---|---|---|---|

**Murtha Cullina LLP**
**Attn: Edward B. Whittemore**
**185 Asylum Street, 29th Floor**
**Hartford, CT 06103**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney Fees - Financial Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Nancy Morris**
**137 Remington Road**
**Manhasset, NY 11030**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Neil Blumenthal**
**37 West 12th Street, Apt  8J**
**New York, NY 10011**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Nick & Kat Beevers**
**751 Lake Ave**
**Greenwich, CT 06830**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Nick Botta**
**28 Warewoods Road**
**Saddle River, NJ 07458**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Hermitage Inn Real Estate Holding Company, LLC**
Name

Case number (if known) **19-20903**

| | | |
|---|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$100,000.00** |

**Noah Goodman**
**90 Crestview Cir**
**Longmeadow, MA 01106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Membership Resignation - On Wait List, 100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$256.73** |

**NORTHBRANCH FIRE DIST #1**
**78 DOOR FITCH Road**
**Attn: President or General Mgr**
**WEST DOVER, VT 05356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Sewer and Water Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$430,000.00** |

**Oakleaf Marine Management Corp**
**Attn: President or General Mgr**
**c/o Inc Services, Ltd**
**1125 West St., Ste 229**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$133,749.68** |

**OPCO Americas, LLC dba Aethos**
**Costello  Valente  Gentry PC**
**PO BOX 483**
**Attn: President or General Mgr**
**Brattleboro, VT 05302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Recruiting Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$1,191.00** |

**Open Table, Inc.**
**29109 Network Place**
**Attn: President or General Mgr**
**Chicago, IL 60673-1291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Software service provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$25,000.00** |

**Patrick Aubry**
**29 Contessa Court**
**Port Jefferson, NY 11777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$100,000.00** |

**Paul & Shannon Weymouth**
**317 Wrights Mill Rd**
**Coventry, CT 06238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** |
| | Name |

Case number (if known) **19-20903**

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Paul Scheier**
**210 Central Park South**
**Apt 20**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Paul Verrochi**
**33 Beaver Place**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Peter Chase**
**273 Southdown Road**
**Lloyd Harbor, NY 11743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Peter Coleman**
**65 Pinehurst St**
**Lido Beach, NY 11561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Peter Harding**
**1050 Old Academy Road**
**Fairfield, CT 06824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Peter Lovell**
**48 Point Lookout**
**East Milford, CT 06460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Peter Mundheim**
**22 Beach Avenue**
**Larchmont, NY 10538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Hermitage Inn Real Estate Holding Company, LLC**

Name

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Peter Schwarz**
**2 Hickory Lane**
**Mount Kisco, NY 10549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: **100k Club Member**

Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,922.00** |
|---|---|---|---|

**PREMIER COPPER PRODUCTS LLC**
**23910 N 19TH Avenue**
**BLDG 4  SUITE 62**
**Attn: President or General Mgr**
**PHOENIX, AZ 85085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: **Building Supplies**

Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Ralph Guardiano**
**391 Boston Post Rd**
**Madison, CT 06443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: **100k Club Member**

Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$728.94** |
|---|---|---|---|

**RFID HOTEL**
**55 Skyline Drive Suite 2850**
**Attn: President or General Mgr**
**Lake Mary, FL 32746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _

Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Richard & Darcy Katz**
**55 Farrington St**
**Closter, NJ 07624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: **100k Club Member**

Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Richard Baudouin**
**9 Indian Springs Road**
**Rowayton, CT 06853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: **100k Club Member**

Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Richard Goldman**
**10 Quintard Avenue**
**Old Greenwich, CT 06870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: **100k Club Member**

Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number *(if known)* | **19-20903** |
|---|---|---|---|
| | Name | | |

| 3.193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Richard St. Jean**
**32 Lowell Road**
**Concord, MA 01742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __100k Club Member__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,471.74** |
|---|---|---|---|

**RITZ-CRAFT CORPORATION OF PA,**
**15 Industrial Park Road**
**Attn: President or General Mgr**
**Mifflinburg, PA 17844-7992**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Construction Plans__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Rob Aubin**
**91 Old Sawmill Road**
**Londonderry, VT 05148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __100k Club Member__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700,000.00** |
|---|---|---|---|

**Rob Girschek**
**40 Joy Street**
**Boston, MA 02114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __100k Club Member__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Rob Krzanowski**
**22 Links Court**
**Sparta, NJ 07871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __100k Club Member__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Robert & Jennifer King**
**83 Walbridge Road**
**West Hartford, CT 06119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __100k Club Member__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Robert & Rebecca Coffin**
**38 Beacon St  Unit 63**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __100k Club Member__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Hermitage Inn Real Estate Holding Company, LLC**

Name

Case number (if known)   **19-20903**

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400,000.00 |
|---|---|---|---|

**Robert Rubin**
**4 Alpine Loop**
**West Dover, VT 05356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Roger Cardinal**
**24 Bourne Avenue**
**Sandwich, MA 02563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Rogger & Isabelle Alvarado**
**4 Farrell Road**
**Weston, CT 06883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Rosario Ruffino**
**4 Trailside Place**
**Saddle River, NJ 07458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Sandra Manzke**
**12 Bishop Park Road**
**Pound Ridge, NY 10576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Scott & Debbie Bigman**
**58 Farmington Lane**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**Scott Johnston**
**27 Beach Drive**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Hermitage Inn Real Estate Holding Company, LLC**

Name

Case number (if known) **19-20903**

| | | |
|---|---|---|
| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $100,000.00 |

**3.207** Nonpriority creditor's name and mailing address

**Sean McHugh**
**42 Oak Hill Terrace**
**Haddam, CT 06438**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$100,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208** Nonpriority creditor's name and mailing address

**Sean Winters**
**10 Stillwater Road**
**St James, NY 11780**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$150,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.209** Nonpriority creditor's name and mailing address

**Seth Goodman**
**65 Pendleton Lane**
**Longmeadow, MA 01106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$100,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** Nonpriority creditor's name and mailing address

**SHEFFIELD FINANCIAL**
**PO BOX 580229**
**Attn: President or General Mgr**
**CHARLOTTE, NC 28258-0229**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$17,996.24**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** Nonpriority creditor's name and mailing address

**Sheila Talty**
**3 Bailey Drive**
**Guilford, CT 06437**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$100,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** Nonpriority creditor's name and mailing address

**SOLAR SENSE VT XIII LLC**
**CRESTMARK BANK**
**PO BOx 5935 Drawer 309**
**Attn: President or General Mgr**
**TROY, MI 48007-5935**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$56,059.68**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Solar Energy**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** Nonpriority creditor's name and mailing address

**SOLARSENSE VT VIII LLC**
**CRESTMARK BANK**
**PO BOX 5935 Drawer 303**
**Attn: President or General Mgr**
**TROY, MI 48007-5935**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$11,594.11**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Solar Energy**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number (if known) | **19-20903** |
|---|---|---|---|
| | Name | | |

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,231.04** |
|---|---|---|---|

**SOLARSENSE VT XII  LLC**
**CRESTMARK BANK**
**PO BOX 5935 Drawer 302**
**TROY, MI 48007-5913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Solar Energy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**SOUTHERN VERMONT SPRINKLER SER**
**35 WILLIAMS Street**
**Attn: President or General Mgr**
**BRATTLEBORO, VT 05301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Fire Suppression Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Stan Szczepanik**
**52 Foxcroft Court**
**Southington, CT 06489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,131.20** |
|---|---|---|---|

**STATE OF VERMONT**
**440 ASA BLOOMER STATE OFFICE B**
**Attn: President or General Mgr**
**RUTLAND, VT 05701-0503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: _**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00** |
|---|---|---|---|

**Steven Albert**
**17 Frog Rock Road**
**Armonk, NY 10504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Stuart Kovensky**
**18 Long Pond Road**
**Armonk, NY 10504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$96,000.00** |
|---|---|---|---|

**SUBURBAN COMBINED ACCOUNTS**
**4 MILL Street**
**Attn: President or General Mgr**
**WILMINGTON, VT 05363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Heating and fuel**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Hermitage Inn Real Estate Holding Company, LLC**
　　　Name

Case number (if known)　**19-20903**

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,239.97** |
|---|---|---|---|

**SUNDANCE SPAS, INC.**
**7283 COLLECTION CENTER DR**
**Attn: President or General Mgr**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Hot Tub Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,200.63** |
|---|---|---|---|

**SUPERIOR WALLS OF NORTHEAST LL**
**PO BOX 759  824 EAST MAIN Stre**
**Attn: President or General Mgr**
**EPHRATA, PA 17522**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PreFab Concrete Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Susan McCann**
**153 Middle Haddam Road**
**Middle Haddam, CT 06456**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Terence & Laura Linehan**
**8 Johnson Place**
**Rye, NY 10580**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Thano & Alison Chaltas**
**75 Loring Avenue**
**Providence, RI 02906**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65.00** |
|---|---|---|---|

**THE PORT AUTHORITY OF NY & NJ**
**VIOLATIONS PROCESSING CENTER**
**PO BOX 15186**
**Attn: President or General Mgr**
**ALBANY, NY 12212-5186**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$423.89** |
|---|---|---|---|

**The Portland Group**
**390 Franklin St**
**Attn: President or General Mgr**
**Framingham, MA 01702**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **A/C Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** |
| | Case number *(if known)* **19-20903** |

---

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Thomas & Sharon Quinn**
**96 High Street**
**Plainville, MA 02762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **100k Club Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Timothy Babineau**
**2 Holly Lane**
**Barrington, RI 02806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **100k Club Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Timothy Treanor**
**10 Shady Lane**
**Chappqua, NY 10514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **100k Club Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Timothy Walding**
**4 Mckesson Hill Road**
**Chappaqua, NY 10514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **100k Club Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Tom DeLitto**
**38 Edinburg Lane**
**Trumbull, CT 06611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **100k Club Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Tom Garten**
**77 Bluff Point Road**
**South Glastonbury, CT 06073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **100k Club Member**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$217.60** |
|---|---|---|---|

**TOUGH MUDDER INCORPORATED**
**15 METROTECH CENTER 7TH FLOOR**
**Attn: President or General Mgr**
**BROOKLYN, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number *(if known)* | **19-20903** |
|---|---|---|---|
| | Name | | |

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Tracy Smith**
**38 Stonefield Rd**
**Avon, CT 06001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**TRANZON AUCTION PROPERTIES**
**93 EXCHANGE Street**
**P O  BOX 4508**
**Attn: President or General Mgr**
**PORTLAND, ME 04112-4508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Auction Dealer**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,184.00** |
|---|---|---|---|

**TWIN PINES CONSTRUCTION LLC**
**304 OLD NEWPORT Road**
**Attn: President or General Mgr**
**CLAREMONT, NH 03743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Construction**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Tyler Dickson**
**9 Hunter Lane**
**Rye, NY 10580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91,905.00** |
|---|---|---|---|

**VERTITECH IT**
**4 OPEN SQUARE WAY  SUITE 310**
**Attn: President or General Mgr**
**HOLYOKE, MA 01040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **IT Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Virany Hillard**
**29 Gray Rock Lane**
**Chappaqua, NY 10514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **100k Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20.00** |
|---|---|---|---|

**VT Secretary of State**
**128 State Street**
**Montpelier, VT 05633-1101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** |
| | Name |

Case number (if known) **19-20903**

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,075.72**
---

**W & B MAINTENANCE**
**PO BOX 18**
**Attn: President or General Mgr**
**EAST DOVER, VT 05341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Property Maintenance Services_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**Walker Kimball**
**200 Mending Walls Road**
**Manchester Center, VT 05255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _100k Club Member_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,753.80**

**WATERSHED MANAGEMENT DIVISION,**
**1 NATIONAL LIFE DRIVE**
**MAIN BUILDING  SECOND FLOOR**
**MONTPELIER, VT 05620-3522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**Whitney Peterson**
**485 Whitfield Street**
**Guilford, CT 06437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _100k Club Member_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** | **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 70,803.97 |
| 5b. Total claims from Part 2 | 5b. + | $ | 87,725,856.15 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 87,796,660.12 |

---

**Hermitage Club, LLC**
Schedules A/B, D, and E/ F

Fill in this information to identify the case:

Debtor name    **Hermitage Club, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **19-20904**

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ *Amended Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: Amended List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____    X _____
                                          Signature of individual signing on behalf of debtor

                                          **James R. Barnes**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Hermitage Club, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF CONNECTICUT** |
| Case number (if known): | **19-20904** |

☑ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Robert Coffin**<br>**38 Beacon St., Unit 63**<br>**Boston, MA 02108** | | **Family Legacy / Secondary Memberships** | | | | **$1,946,000.00** |
| **Peter Coleman**<br>**65 Pinehurst St**<br>**Lido Beach, NY 11561** | | **Family Legacy / Secondary Memberships** | | | | **$1,471,000.00** |
| **Lorista Holdings LH VT House, LLC**<br>**Attn: President or General Mgr**<br>**101 N. Plains Industrial Road Building 1B Ste 3**<br>**Wallingford, CT 06492** | | **Judgment** | | | | **$1,174,560.40** |
| **Dale Ribaudo**<br>**26 Country Club Lane**<br>**East Granby, CT 06026** | | **Family Legacy** | | | | **$487,063.36** |
| **Mark Brett**<br>**1 Four Mile Riker Rd.**<br>**Old Lyme, CT 06371** | | **Family Legacy** | | | | **$486,000.00** |
| **Laurence Russian**<br>**39 Keofferam Rd.**<br>**Old Greenwich, CT 06870** | | **Family Legacy / Secondary Memberships** | | | | **$347,000.00** |
| **David Pinney**<br>**5 Woodside Circle**<br>**Hartford, CT 06105** | | **Family Legacy** | | | | **$285,735.00** |
| **Joel Koral**<br>**253 Woodlands Drive**<br>**Tuxedo Park, NY 10987** | | **Family Legacy / Secondary Membership** | | | | **$221,000.00** |

Case 19-20904   Doc 22   Filed 06/09/19   Entered 06/09/19 12:37:31   Page 37 of 3
Case 19-20904   Doc 22   Filed 06/09/19   Entered 06/09/19 12:37:31   Desc Main Document   Page   86 of 231

6/08/19 3:43PM

| Debtor | **Hermitage Club, LLC** | | Case number *(if known)* | **19-20904** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aaron Kehoe 325 North End Ave. Apt. 22B New York, NY 10282** | | **Family Legacy** | | | | **$208,000.00** |
| **Lou Garcia 128 West Hills  Rd. New Canaan, CT 06840** | | **Family Legacy** | | | | **$178,750.00** |
| **David Koch 148 Weeburn Drive New Canaan, CT 06840** | | **Family Legacy** | | | | **$173,950.00** |
| **Walker Kimball 200 Mending Walls Rd. Manchester Center, VT 05255** | | **Family Legacy** | | | | **$164,400.00** |
| **Mark Shafir & Hillary Schafer 113 East 90th Street New York, NY 10128** | | **Family Legacy** | | | | **$163,000.00** |
| **Scott Johnston 27 Beach Drive Darien, CT 06820** | | **Family Legacy** | | | | **$157,000.00** |
| **Paul Scheier 210 Central Park South Apt 20A New York, NY 10019** | | **Family Legacy** | | | | **$157,000.00** |
| **Mike Tokarz 2525 Purchase St. Purchase, NY 10577** | | **Family Legacy** | | | | **$157,000.00** |
| **Jan Linhart 7 Orchard Dr. Purchase, NY 10577** | | **Family Legacy** | | | | **$141,000.00** |
| **David Bliss 58 Compo Mill Cove Westport, CT 06880** | | **Family Legacy** | | | | **$133,000.00** |
| **Anthony Graziano 42 Deep Run Cohasset, MA 02025** | | **Family Legacy** | | | | **$133,000.00** |
| **Robert Brody 63 Quorn Hunt Rd West Simsbury, CT 06092** | | **Family Legacy** | | | | **$129,520.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **Hermitage Club, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **19-20904**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/9/19        x _____
Signature of individual signing on behalf of debtor

**James R. Barnes**
Printed name

**Manager**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Hermitage Club, LLC**

United States Bankruptcy Court for the:  DISTRICT OF CONNECTICUT

Case number (if known)  **19-20904**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank** | **Checking** | **9944** | **$1,403.11** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $1,403.11 |
|---|---|

### Part 2:  Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.  **Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| | 11b. Over 90 days old: | **4,410,442.63** | - | **2,126,599.81** | =.... | **$2,283,842.82** |

| Debtor | **Hermitage Club, LLC** | Case number *(If known)* | **19-20904** |
|---|---|---|---|
| | Name | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$2,283,842.82**

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture** | | |
| | **Office Furniture (see attached)** | **$993,917.47** | **Net Book** | **$993,917.47** |
| 40. | **Office fixtures** | | |
| | **Office fixtures (see attached)** | **$65,592.43** | **Net Book** | **$65,592.43** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
| | **Office equipment (see attached)** | **$1,620,810.20** | **Net Book** | **$1,620,810.20** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

**$2,680,320.10**

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Hermitage Club, LLC** | Case number *(If known)* | **19-20904** |
|---|---|---|---|
| | Name | | |

☐ Yes

**Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Other machinery, fixtures, and equipment (see<br>attached)** | $3,768,818.84 | | $3,768,818.84 |

**51.   Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $3,768,818.84 |
|---|---|

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.   Patents, copyrights, trademarks, and trade secrets<br>to be provided** | $0.00 | | $5,000.00 |
| **61.   Internet domain names and websites** | | | |

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | **Hermitage Club, LLC** | | Case number *(If known)* | **19-20904** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| | **www.hermitageclub.com**<br>**other URLs to be provided** | $0.00 | $2,500.00 |
| 62. | **Licenses, franchises, and royalties**<br>**Right to use facilities owned by Hermitage Inn**<br>**Real Estate Holding Company, LLC** | $0.00 | $1.00 |
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Customer lists, mailing lists, or other**<br>**compilations** | $0.00 | $2,500.00 |
| 64. | **Other intangibles, or intellectual property**<br>**Membership agreements with five hundred**<br>**twenty five individuals and/or entities for use**<br>**of facilities owned by the Debtor and**<br>**Hermitage Inn Real Estate Holding Company,**<br>**LLC** | $0.00 | $27,139,000.00 |

65. **Goodwill**

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   $27,149,001.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No. Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor **Hermitage Club, LLC**
Name

Case number *(If known)* **19-20904**

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,403.11 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,283,842.82 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,680,320.10 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,768,818.84 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $27,149,001.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $35,883,385.87 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $35,883,385.87 |

HERMITAGE CLUB, LLC
Case No. 19-20904
Schedule AB - Part 7

| Asset Description | Book ID | Place in Service Date | Begin Year Cost | Cost Basis | Current Run Depreciation Amount | LTD Depreciation Amount | YTD Depreciation Amount | Net Book Value |
|---|---|---|---|---|---|---|---|---|
| all decorative interiors is furniture | BOOK | 10/30/2014 | $ 400,000.00 | $ 400,000.00 | $ - | $ 86,666.67 | $ - | $ 313,333.33 |
| Base Lodge Furniture | BOOK | 12/10/2014 | $ 201,947.05 | $ 201,947.05 | $ - | $ 42,072.31 | $ - | $ 159,874.74 |
| Golf Course Furn. & Fixtures | BOOK | 7/1/2014 | $ 145,794.24 | $ 145,794.24 | $ - | $ 36,448.55 | $ - | $ 109,345.69 |
| Nordic Hills Fit Up | BOOK | 7/1/2015 | $ 130,361.00 | $ 130,361.00 | $ - | $ 4,888.54 | $ - | $ 125,472.46 |
| Club House Patio Furniture | BOOK | 7/1/2015 | $ 106,821.57 | $ 106,821.57 | $ - | $ 16,023.24 | $ - | $ 90,798.33 |
| all decorative interiors is furniture | BOOK | 9/24/2014 | $ 92,976.07 | $ 92,976.07 | $ - | $ 20,919.62 | $ - | $ 72,056.45 |
| massage tables and similar products | BOOK | 10/27/2014 | $ 46,623.18 | $ 46,623.18 | $ - | $ 14,430.98 | $ - | $ 32,192.20 |
| massage tables and similar products | BOOK | 10/27/2014 | $ 46,623.18 | $ 46,623.18 | $ - | $ 14,430.98 | $ - | $ 32,192.20 |
| Club House Furniture | BOOK | 7/1/2015 | $ 27,421.89 | $ 27,421.89 | $ - | $ 4,113.28 | $ - | $ 23,308.61 |
| Furniture & Fixtures | BOOK | 9/22/2014 | $ 26,393.20 | $ 26,393.20 | $ - | $ 5,938.47 | $ - | $ 20,454.73 |
| Doveberry Construction & Fit Up | BOOK | 7/1/2015 | $ 8,067.00 | $ 8,067.00 | $ - | $ 302.52 | $ - | $ 7,764.48 |
| Snow Goose Furniture & Fixtures | BOOK | 8/31/2016 | $ 5,881.84 | $ 5,881.84 | 588.18 | $ 784.24 | 588.18 | $ 5,097.60 |
| Adirondack Chairs | BOOK | 12/20/2013 | $ 2,782.00 | $ 2,782.00 | 278.20 | $ 1,112.80 | 278.20 | $ 1,669.20 |
| massage tables and similar products | BOOK | 12/3/2014 | $ 482.49 | $ 482.49 | $ - | $ 143.60 | $ - | $ 338.89 |
| massage tables and similar products | BOOK | 11/14/2014 | $ 26.88 | $ 26.88 | $ - | $ 8.32 | $ - | $ 18.56 |
| | | | | | **Part 7, Line 39 (Office Furniture) Total** | | | **993,917.47** |
| Hermitage Inn F&F | BOOK | 9/30/2017 | $ 44,370.00 | $ 44,370.00 | $ - | $ - | $ - | $ 44,370.00 |
| Bar Top | BOOK | 10/2/2014 | $ 16,293.13 | $ 16,293.13 | $ - | $ 2,443.97 | $ - | $ 13,849.16 |
| 1ST DIRECT PRODUCTS LLC | BOOK | 6/24/2014 | $ 7,045.00 | $ 7,045.00 | $ - | $ 5,870.83 | $ - | $ 1,174.17 |
| Shelving | BOOK | 7/1/2015 | $ 6,646.48 | $ 6,646.48 | $ - | $ 996.97 | $ - | $ 5,649.51 |
| Popcorn Poppers | BOOK | 7/1/2015 | $ 418.81 | $ 418.81 | $ - | $ 62.82 | $ - | $ 355.99 |
| Furniture & Fixtures (Ecolab) | BOOK | 10/16/2014 | $ 247.16 | $ 247.16 | $ - | $ 53.56 | $ - | $ 193.60 |
| | | | | | **Part 7, Line 40 (Office Fixtures) Total** | | | **65,592.43** |
| Accounting System | BOOK | 3/1/2014 | $ 673,866.72 | $ 673,866.72 | $ - | $ 190,928.90 | $ - | $ 482,937.82 |
| NEC Fin Svcs Lse PhoneAV | BOOK | 8/24/2014 | $ 587,491.92 | $ 587,491.92 | $ - | $ 195,830.65 | $ - | $ 391,661.27 |
| NEC Phone Sytm/AV Equip/Signage | BOOK | 5/31/2015 | $ 302,335.99 | $ 302,335.99 | $ - | $ 47,869.87 | $ - | $ 254,466.12 |
| VT Tax Audit Add'l Cost | BOOK | 11/15/2012 | $ 167,812.00 | $ 167,812.00 | 16,781.20 | $ 86,702.87 | 16,781.20 | $ 81,109.13 |
| DELL-IT Infastructure/Upgrades | BOOK | 11/1/2013 | $ 137,369.85 | $ 137,369.85 | 13,736.99 | $ 57,237.46 | 13,736.99 | $ 80,132.39 |

HERMITAGE CLUB, LLC
Case No. 19-20904
Schedule AB - Part 7

| Asset Description | Book ID | Place in Service Date | Begin Year Cost | Cost Basis | Current Run Depreciation Amount | LTD Depreciation Amount | YTD Depreciation Amount | Net Book Value |
|---|---|---|---|---|---|---|---|---|
| Computer Equipment-Dell | BOOK | 6/30/2016 | $ 100,315.11 | $ 100,315.11 | $ 10,031.51 | $ 15,047.27 | $ 10,031.51 | $ 85,267.84 |
| NEC Phone Sytm/AV Equip/Signage | BOOK | 5/31/2015 | $ 82,276.28 | $ 82,276.28 | $ - | $ 13,027.08 | $ - | $ 69,249.20 |
| Dell Lease #505 | BOOK | 7/1/2015 | $ 71,356.77 | $ 71,356.77 | $ - | $ 10,703.52 | $ - | $ 60,653.25 |
| Computer Equipment | BOOK | 9/30/2017 | $ 21,757.44 | $ 21,757.44 | $ - | $ - | $ - | $ 21,757.44 |
| NEC -TV Phones & Monitors | BOOK | 10/2/2014 | $ 19,611.16 | $ 19,611.16 | $ - | $ 6,303.58 | $ - | $ 13,307.58 |
| Computer Equipment Dell | BOOK | 3/1/2014 | $ 19,282.89 | $ 19,282.89 | $ - | $ 18,211.62 | $ - | $ 1,071.27 |
| Accounting System | BOOK | 4/30/2017 | $ 19,014.87 | $ 19,014.87 | $ - | $ - | $ - | $ 19,014.87 |
| Direct TV Receiver | BOOK | 11/6/2014 | $ 14,923.44 | $ 14,923.44 | $ - | $ 4,619.16 | $ - | $ 10,304.28 |
| Resort Suite | BOOK | 1/31/2014 | $ 13,195.00 | $ 13,195.00 | $ - | $ 13,195.00 | $ - | $ - |
| Dell Lease #508 | BOOK | 7/1/2015 | $ 10,239.07 | $ 10,239.07 | $ - | $ 1,535.86 | $ - | $ 8,703.21 |
| Computer Equipment-Dell | BOOK | 12/31/2016 | $ 8,413.27 | $ 8,413.27 | $ - | $ - | $ - | $ 8,413.27 |
| Dell Lease #507 | BOOK | 7/1/2015 | $ 7,727.10 | $ 7,727.10 | $ - | $ 1,159.07 | $ - | $ 6,568.03 |
| Dell Lease #511 | BOOK | 7/1/2015 | $ 5,730.73 | $ 5,730.73 | $ - | $ 859.61 | $ - | $ 4,871.12 |
| Computer Equipment Dell | BOOK | 10/1/2014 | $ 5,453.85 | $ 5,453.85 | $ - | $ 4,090.39 | $ - | $ 1,363.46 |
| NEC - TV Phones & Monitors | BOOK | 9/17/2014 | $ 4,900.00 | $ 4,900.00 | $ - | $ 1,575.00 | $ - | $ 3,325.00 |
| Dell Lease #509 | BOOK | 7/1/2015 | $ 4,764.42 | $ 4,764.42 | $ - | $ 714.66 | $ - | $ 4,049.76 |
| Surveillance Cameras at Gatehouse | BOOK | 10/23/2013 | $ 4,555.00 | $ 4,555.00 | $ 455.50 | $ 1,897.92 | $ 455.50 | $ 2,657.08 |
| Office Equipment | BOOK | 12/31/2015 | $ 4,498.56 | $ 4,498.56 | $ - | $ 1,799.42 | $ - | $ 2,699.14 |
| Dell Lease #510 | BOOK | 7/1/2015 | $ 3,915.63 | $ 3,915.63 | $ - | $ 587.34 | $ - | $ 3,328.29 |
| Radios | BOOK | 1/20/2012 | $ 2,998.00 | $ 2,998.00 | $ 299.80 | $ 1,773.82 | $ 299.80 | $ 1,224.18 |
| Dell Lease #506 | BOOK | 7/1/2015 | $ 2,580.01 | $ 2,580.01 | $ - | $ 387.00 | $ - | $ 2,193.01 |
| Radio for marketing office | BOOK | 1/10/2013 | $ 964.39 | $ 964.39 | $ 96.44 | $ 482.20 | $ 96.44 | $ 482.19 |
| | | | | | **Part 7, Line 41 (Office Equipment) Total** | | | **1,620,810.20** |

HERMITAGE CLUB, LLC

Case No. 19-20904

Schedule AB - Part 8

| Asset Description | Place in Service Date | Begin Year Cost | Cost Basis | Current Run Depreciation Amount | LTD Depreciation Amount | YTD Depreciation Amount | Net Book Value |
|---|---|---|---|---|---|---|---|
| Snowmakers | 12/1/2013 | $ 1,588,879.34 | $ 1,588,879.34 | $ 158,887.93 | $ 648,792.38 | $ 158,887.93 | $ 940,086.96 |
| Technoplin Guns | 1/1/2012 | $ 586,000.00 | $ 586,000.00 | $ 58,600.00 | $ 351,600.00 | $ 58,600.00 | $ 234,400.00 |
| Snowguns | 10/17/2012 | $ 520,800.00 | $ 520,800.00 | $ 52,080.00 | $ 217,000.00 | $ 52,080.00 | $ 303,800.00 |
| Sky Track Taj Lift | 9/16/2012 | $ 470,000.00 | $ 470,000.00 | $ 47,000.00 | $ 246,750.00 | $ 47,000.00 | $ 223,250.00 |
| Snow Cat Kassbohrer- Catillac | 1/1/2012 | $ 343,445.00 | $ 343,445.00 | $ 34,344.50 | $ 206,067.00 | $ 34,344.50 | $ 137,378.00 |
| Snow Guns | 1/1/2012 | $ 195,000.00 | $ 195,000.00 | $ 19,500.00 | $ 117,000.00 | $ 19,500.00 | $ 78,000.00 |
| Snowguns | 12/1/2013 | $ 195,000.00 | $ 195,000.00 | $ 19,500.00 | $ 82,841.67 | $ 19,500.00 | $ 112,158.33 |
| Snow Making Equipment | 7/1/2015 | $ 183,345.00 | $ 183,345.00 | $ - | $ 27,501.75 | $ - | $ 155,843.25 |
| Black Pipe Snowmaking | 10/2/2014 | $ 173,946.00 | $ 173,946.00 | $ 8,697.30 | $ 45,660.83 | $ 8,697.30 | $ 128,285.17 |
| fitness equipment ie weight machines and | 10/8/2014 | $ 165,381.41 | $ 165,381.41 | $ - | $ 37,210.82 | $ - | $ 128,170.59 |
| Sky Track Taj Lift | 9/14/2012 | $ 160,840.00 | $ 160,840.00 | $ 16,084.00 | $ 85,781.33 | $ 16,084.00 | $ 75,058.67 |
| Lawn Mowers | 12/1/2013 | $ 158,662.94 | $ 158,662.94 | $ 15,866.29 | $ 64,787.35 | $ 15,866.29 | $ 93,875.59 |
| Food Service Equipment -- 10 year life | 7/23/2014 | $ 140,877.50 | $ 140,877.50 | $ - | $ 34,045.40 | $ - | $ 106,832.10 |
| 5 Towers | 12/27/2012 | $ 120,000.00 | $ 120,000.00 | $ 6,000.00 | $ 30,000.00 | $ 6,000.00 | $ 90,000.00 |
| Lances (Technoalpine) | 3/29/2013 | $ 90,000.00 | $ 90,000.00 | $ 9,000.00 | $ 42,750.00 | $ 9,000.00 | $ 47,250.00 |
| Food Service Equipment -- 10 year life | 10/16/2014 | $ 86,630.06 | $ 86,630.06 | $ - | $ 18,769.85 | $ - | $ 67,860.21 |
| liftline Haystack Taj | 9/21/2012 | $ 85,288.00 | $ 85,288.00 | $ 8,528.80 | $ 44,776.20 | $ 8,528.80 | $ 40,511.80 |
| Bowling Lane | 10/31/2014 | $ 71,463.30 | $ 71,463.30 | $ - | $ 15,483.72 | $ - | $ 55,979.58 |
| Food Service Equipment -- 10 year life | 7/23/2014 | $ 70,438.75 | $ 70,438.75 | $ - | $ 17,022.71 | $ - | $ 53,416.04 |
| Witches Lift Ski | 1/31/2012 | $ 59,176.00 | $ 59,176.00 | $ 5,917.60 | $ 35,012.47 | $ 5,917.60 | $ 24,163.53 |
| Seat Pads Chair Lifts | 11/27/2012 | $ 55,080.00 | $ 55,080.00 | $ 5,508.00 | $ 27,999.00 | $ 5,508.00 | $ 27,081.00 |
| Air compressor | 1/1/2012 | $ 55,000.00 | $ 55,000.00 | $ 5,500.00 | $ 33,000.00 | $ 5,500.00 | $ 22,000.00 |
| Chairlifts | 1/1/2013 | $ 49,396.40 | $ 49,396.40 | $ 4,939.64 | $ 24,698.20 | $ 4,939.64 | $ 24,698.20 |
| Pipe Snowmaking | 1/1/2012 | $ 47,658.00 | $ 47,658.00 | $ 2,382.90 | $ 14,297.40 | $ 2,382.90 | $ 33,360.60 |
| Child Care Equipment | 11/6/2014 | $ 41,164.04 | $ 41,164.04 | $ - | $ 12,741.26 | $ - | $ 28,422.78 |
| Golf Course-Course Equipment | 12/31/2016 | $ 40,318.95 | $ 40,318.95 | $ - | $ - | $ - | $ 40,318.95 |
| Snowmobiles | 2/1/2015 | $ 39,711.00 | $ 39,711.00 | $ - | $ 7,611.28 | $ - | $ 32,099.72 |

HERMITAGE CLUB, LLC
Case No. 19-20904
Schedule AB - Part 8

| Asset Description | Place in Service Date | Begin Year Cost | Cost Basis | Current Run Depreciation Amount | LTD Depreciation Amount | YTD Depreciation Amount | Net Book Value |
|---|---|---|---|---|---|---|---|
| towers | 12/26/2012 | $ 39,500.00 | $ 39,500.00 | $ 1,975.00 | $ 9,875.00 | $ 1,975.00 | $ 29,625.00 |
| Snowmobiles | 12/21/2017 | $ 38,270.55 | $ 38,270.55 | $ - | $ - | $ - | $ 38,270.55 |
| Snowmobiles | 12/31/2014 | $ 28,090.80 | $ 28,090.80 | $ 5,618.16 | $ 16,854.48 | $ 5,618.16 | $ 11,236.32 |
| Food Service Equipment -- 10 year life | 10/16/2014 | $ 27,311.75 | $ 27,311.75 | $ - | $ 5,917.56 | $ - | $ 21,394.19 |
| Snow Guns | 12/11/2012 | $ 25,286.00 | $ 25,286.00 | $ 2,528.60 | $ 12,853.72 | $ 2,528.60 | $ 12,432.28 |
| Int'l Harvester Pickup Truck | 11/30/2014 | $ 25,000.00 | $ 25,000.00 | $ - | $ 10,416.67 | $ - | $ 14,583.33 |
| Equipment-New England Fitness | 12/1/2013 | $ 24,921.50 | $ 24,921.50 | $ 2,492.15 | $ 10,176.28 | $ 2,492.15 | $ 14,745.22 |
| Hermitage Lift | 11/1/2012 | $ 22,747.00 | $ 22,747.00 | $ 2,274.70 | $ 11,752.62 | $ 2,274.70 | $ 10,994.38 |
| Pad Mounts | 1/1/2012 | $ 21,900.00 | $ 21,900.00 | $ 1,095.00 | $ 6,570.00 | $ 1,095.00 | $ 15,330.00 |
| Food Service Equipment -- 10 year life | 12/5/2014 | $ 21,612.08 | $ 21,612.08 | $ - | $ 4,502.52 | $ - | $ 17,109.56 |
| Food Service Equipment -- 10 year life | 12/5/2014 | $ 21,612.08 | $ 21,612.08 | $ - | $ 4,502.52 | $ - | $ 17,109.56 |
| Food Service Equipment -- 10 year life | 9/30/2014 | $ 21,013.62 | $ 21,013.62 | $ - | $ 4,728.06 | $ - | $ 16,285.56 |
| Food Service Equipment -- 10 year life | 10/16/2014 | $ 20,435.93 | $ 20,435.93 | $ - | $ 4,427.78 | $ - | $ 16,008.15 |
| Chairlifts | 11/18/2013 | $ 19,327.03 | $ 19,327.03 | $ 1,932.70 | $ 7,891.86 | $ 1,932.70 | $ 11,435.17 |
| Snow Guns | 4/10/2012 | $ 18,000.00 | $ 18,000.00 | $ 1,800.00 | $ 10,350.00 | $ 1,800.00 | $ 7,650.00 |
| Utility Carts Golf | 6/21/2012 | $ 17,977.00 | $ 17,977.00 | $ 1,797.70 | $ 9,887.35 | $ 1,797.70 | $ 8,089.65 |
| Snow Guns | 1/12/2012 | $ 16,176.00 | $ 16,176.00 | $ 1,617.60 | $ 9,705.60 | $ 1,617.60 | $ 6,470.40 |
| Utility Carts-Golf Carts | 12/1/2013 | $ 15,099.75 | $ 15,099.75 | $ 1,509.98 | $ 6,165.75 | $ 1,509.98 | $ 8,934.00 |
| Witches Lift Ski | 1/12/2012 | $ 14,865.00 | $ 14,865.00 | $ 1,486.50 | $ 8,919.00 | $ 1,486.50 | $ 5,946.00 |
| Food Service Equipment -- 10 year life | 7/23/2014 | $ 12,756.00 | $ 12,756.00 | $ - | $ 3,082.70 | $ - | $ 9,673.30 |
| Lifts Taj | 3/8/2012 | $ 12,480.00 | $ 12,480.00 | $ 1,248.00 | $ 7,280.00 | $ 1,248.00 | $ 5,200.00 |
| Kubota RTU900X | 8/9/2012 | $ 12,243.00 | $ 12,243.00 | $ 1,224.30 | $ 6,631.63 | $ 1,224.30 | $ 5,611.37 |
| Food Service Equipment -- 10 year life | 9/22/2014 | $ 11,479.09 | $ 11,479.09 | $ - | $ 2,582.80 | $ - | $ 8,896.29 |
| Food Service Equipment -- 10 year life | 9/22/2014 | $ 11,479.08 | $ 11,479.08 | $ - | $ 2,582.80 | $ - | $ 8,896.28 |
| Food Service Equipment -- 10 year life | 10/27/2014 | $ 11,143.03 | $ 11,143.03 | $ - | $ 2,414.32 | $ - | $ 8,728.71 |
| 3 phase pad | 11/30/2012 | $ 10,864.00 | $ 10,864.00 | $ 543.20 | $ 2,761.27 | $ 543.20 | $ 8,102.73 |
| Electrical Work | 1/1/2013 | $ 10,864.00 | $ 10,864.00 | $ 271.60 | $ 1,358.00 | $ 271.60 | $ 9,506.00 |

HERMITAGE CLUB, LLC
Case No. 19-20904
Schedule AB - Part 8

| Asset Description | Place in Service Date | Begin Year Cost | Cost Basis | Current Run Depreciation Amount | LTD Depreciation Amount | YTD Depreciation Amount | Net Book Value |
|---|---|---|---|---|---|---|---|
| Ski Lifts | 1/1/2013 | $ 10,600.00 | $ 10,600.00 | $ 1,060.00 | $ 5,300.00 | $ 1,060.00 | $ 5,300.00 |
| Food Service Equipment -- 10 year life | 9/30/2014 | $ 10,507.41 | $ 10,507.41 | $ - | $ 2,364.17 | $ - | $ 8,143.24 |
| Polaris Crew Cab | 6/3/2013 | $ 10,488.00 | $ 10,488.00 | $ 1,048.80 | $ 4,807.00 | $ 1,048.80 | $ 5,681.00 |
| Food Service Equipment -- 10 year life | 9/30/2014 | $ 9,746.01 | $ 9,746.01 | $ - | $ 2,192.85 | $ - | $ 7,553.16 |
| Foundations for Towers | 10/25/2012 | $ 9,165.00 | $ 9,165.00 | $ 458.25 | $ 2,367.63 | $ 458.25 | $ 6,797.37 |
| Food Service Equipment -- 10 year life | 10/27/2014 | $ 8,825.00 | $ 8,825.00 | $ - | $ 1,912.08 | $ - | $ 6,912.92 |
| Food Service Equipment -- 10 year life | 10/15/2014 | $ 8,736.55 | $ 8,736.55 | $ - | $ 1,965.73 | $ - | $ 6,770.82 |
| Portable Radios | 1/1/2013 | $ 7,345.26 | $ 7,345.26 | $ 734.53 | $ 3,672.65 | $ 734.53 | $ 3,672.61 |
| Ski Racks | 7/1/2015 | $ 7,181.83 | $ 7,181.83 | $ - | $ 1,077.27 | $ - | $ 6,104.56 |
| Sleigh | 6/25/2014 | $ 7,000.00 | $ 7,000.00 | $ - | $ 2,500.00 | $ - | $ 4,500.00 |
| Food Service Equipment -- 10 year life | 9/30/2014 | $ 6,948.44 | $ 6,948.44 | $ - | $ 1,563.39 | $ - | $ 5,385.05 |
| Food Service Equipment -- 10 year life | 10/15/2014 | $ 5,896.77 | $ 5,896.77 | $ - | $ 1,326.78 | $ - | $ 4,569.99 |
| Ski Racks | 1/11/2013 | $ 5,760.00 | $ 5,760.00 | $ 576.00 | $ 2,880.00 | $ 576.00 | $ 2,880.00 |
| Coupling Element Grip Lift Witches | 2/14/2012 | $ 5,699.36 | $ 5,699.36 | $ 569.94 | $ 3,372.14 | $ 569.94 | $ 2,327.22 |
| Generator Summit Cabin | 12/14/2012 | $ 5,550.00 | $ 5,550.00 | $ 555.00 | $ 2,821.25 | $ 555.00 | $ 2,728.75 |
| Ski Lift Electrical Taj | 12/12/2012 | $ 5,476.00 | $ 5,476.00 | $ 547.60 | $ 2,783.63 | $ 547.60 | $ 2,692.37 |
| Witches Lift Ski | 2/22/2012 | $ 5,178.00 | $ 5,178.00 | $ 517.80 | $ 3,020.50 | $ 517.80 | $ 2,157.50 |
| Food Service Equipment -- 10 year life | 10/15/2014 | $ 4,867.86 | $ 4,867.86 | $ - | $ 1,095.28 | $ - | $ 3,772.58 |
| Kitchen Upgrades | 1/1/2017 | $ 3,890.64 | $ 3,890.64 | $ - | $ - | $ - | $ 3,890.64 |
| Food Service Equipment -- 10 year life | 10/15/2014 | $ 3,442.19 | $ 3,442.19 | $ - | $ 774.49 | $ - | $ 2,667.70 |
| Food Service Equipment -- 10 year life | 10/16/2014 | $ 3,365.55 | $ 3,365.55 | $ - | $ 729.21 | $ - | $ 2,636.34 |
| Rescue Tobagans & Gates | 2/11/2013 | $ 3,323.50 | $ 3,323.50 | $ 332.35 | $ 1,634.05 | $ 332.35 | $ 1,689.45 |
| Camera at Base | 7/24/2012 | $ 2,779.00 | $ 2,779.00 | $ 277.90 | $ 1,505.29 | $ 277.90 | $ 1,273.71 |
| Snowmobile | 1/21/2013 | $ 2,665.50 | $ 2,665.50 | $ 266.55 | $ 1,310.54 | $ 266.55 | $ 1,354.96 |
| Equipment | 12/1/2013 | $ 2,442.89 | $ 2,442.89 | $ 244.29 | $ 997.52 | $ 244.29 | $ 1,445.37 |
| Equipment | 1/21/2012 | $ 2,351.00 | $ 2,351.00 | $ 39.18 | $ 2,351.00 | $ 39.18 | $ - |
| Food Service Equipment -- 10 year life | 10/15/2014 | $ 2,201.74 | $ 2,201.74 | $ - | $ 495.38 | $ - | $ 1,706.36 |

HERMITAGE CLUB, LLC
Case No. 19-20904
Schedule AB - Part 8

| Asset Description | Place in Service Date | Begin Year Cost | Cost Basis | Current Run Depreciation Amount | LTD Depreciation Amount | YTD Depreciation Amount | Net Book Value |
|---|---|---|---|---|---|---|---|
| Food Service Equipment -- 10 year life | 10/15/2014 | $ 1,783.64 | $ 1,783.64 | $ - | $ 401.31 | $ - | $ 1,382.33 |
| Rescue Defibrillator Package | 1/2/2013 | $ 1,762.00 | $ 1,762.00 | $ 176.20 | $ 881.00 | $ 176.20 | $ 881.00 |
| Food Service Equipment -- 10 year life | 9/30/2014 | $ 1,479.68 | $ 1,479.68 | $ - | $ 332.93 | $ - | $ 1,146.75 |
| Generator | 2/6/2012 | $ 1,390.00 | $ 1,390.00 | $ 139.00 | $ 822.42 | $ 139.00 | $ 567.58 |
| Food Service Equipment -- 10 year life | 7/23/2014 | $ 1,300.00 | $ 1,300.00 | $ - | $ 314.17 | $ - | $ 985.83 |
| Food Service Equipment -- 10 year life | 10/15/2014 | $ 1,110.66 | $ 1,110.66 | $ - | $ 249.91 | $ - | $ 860.75 |
| Polaris Bench Seat | 10/2/2012 | $ 984.00 | $ 984.00 | $ 98.40 | $ 516.60 | $ 98.40 | $ 467.40 |
| Air compressor | 3/2/2012 | $ 971.00 | $ 971.00 | $ 97.10 | $ 566.42 | $ 97.10 | $ 404.58 |
| Food Service Equipment -- 10 year life | 10/15/2014 | $ 918.91 | $ 918.91 | $ - | $ 206.75 | $ - | $ 712.16 |
| Food Service Equipment -- 10 year life | 12/12/2014 | $ 895.07 | $ 895.07 | $ - | $ 186.48 | $ - | $ 708.59 |
| Food Service Equipment -- 10 year life | 9/30/2014 | $ 861.35 | $ 861.35 | $ - | $ 193.81 | $ - | $ 667.54 |
| Food Service Equipment -- 10 year life | 9/30/2014 | $ 789.89 | $ 789.89 | $ - | $ 177.73 | $ - | $ 612.16 |
| Golf Cart | 7/12/2012 | $ 719.00 | $ 719.00 | $ 71.90 | $ 395.45 | $ 71.90 | $ 323.55 |
| Golf Cart | 8/11/2012 | $ 719.00 | $ 719.00 | $ 71.90 | $ 389.46 | $ 71.90 | $ 329.54 |
| Golf Cart | 9/10/2012 | $ 719.00 | $ 719.00 | $ 71.90 | $ 383.47 | $ 71.90 | $ 335.53 |
| Golf Cart | 10/11/2012 | $ 719.00 | $ 719.00 | $ 71.90 | $ 377.48 | $ 71.90 | $ 341.52 |
| Food Service Equipment -- 10 year life | 10/15/2014 | $ 380.21 | $ 380.21 | $ - | $ 85.55 | $ - | $ 294.66 |
| Food Service Equipment -- 10 year life | 10/15/2014 | $ 377.16 | $ 377.16 | $ - | $ 84.87 | $ - | $ 292.29 |
| Food Service Equipment -- 10 year life | 10/15/2014 | $ 124.22 | $ 124.22 | $ - | $ 27.95 | $ - | $ 96.27 |
| Food Service Equipment -- 10 year life | 11/20/2014 | $ 118.04 | $ 118.04 | $ - | $ 24.58 | $ - | $ 93.46 |
| Food Service Equipment -- 10 year life | 10/31/2014 | $ 89.00 | $ 89.00 | $ - | $ 19.28 | $ - | $ 69.72 |
| Food Service Equipment -- 10 year life | 10/15/2014 | $ 86.31 | $ 86.31 | $ - | $ 19.42 | $ - | $ 66.89 |

**Part 8, Line 50 (Other Machinery) Total   $ 3,768,818.84**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Hermitage Club, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | **19-20904** |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Berkshire Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**1259 E Columbus Ave Ste 301**
**Springfield, MA 01105**

Creditor's mailing address

**Personal Property**

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 | **Dell Financial Services, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**Mail Stop-PS2DF-23**
**One Dell Way**
**Round Rock, TX 78682**

Creditor's mailing address

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

Debtor    **Hermitage Club, LLC**

Name

Case number *(if know)*    **19-20904**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **NEC Financial Services LLC** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn President or General Mgr**
**250 Pehle Ave Ste 704**
**Saddle Brook, NJ 07663-5806**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statements**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Reinhart Foodservice, LLC** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**6250 N River Rd Ste 9000**
**Des Plaines, IL 60018**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement and Writ of Attachment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Sysco Albany, LLC** | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Debtor **Hermitage Club, LLC**
Name

Case number (if know) **19-20904**

Creditor's Name

**Attn: President or General Mgr**
**One Liebich Lane**
**Clifton Park, NY 12065**
Creditor's mailing address

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |

Creditor's Name

**TCF National Bank**
**Attn: President or General Mgr**
**1111 W San Marnan Dr Ste A2**
**Waterloo, IA 50701-8926**
Creditor's mailing address

Describe the lien
**UCC Financing Statements**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Webbank** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |

Creditor's Name

**Attn: President or General Mgr**
**6440 S Wasatch Blvd, Ste 300**
**Salt Lake City, UT 84121**
Creditor's mailing address

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 3 of 4

Case 19-20904 Doc 21 Filed 06/09/19 Entered 06/09/19 12:36:49 Page 102 of 231
Case 19-20904 Doc 21 Filed 06/09/19 Entered 06/09/19 12:36:49 Desc Main Document Page 102 of 231 Page 117 of 143

6/09/19 11:41AM

| Debtor | **Hermitage Club, LLC** | Case number (if know) | **19-20904** |
|---|---|---|---|
| | Name | | |

Date debt was incurred

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$0.00** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name **Hermitage Club, LLC**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) **19-20904**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address<br><br>**State of Vermont**<br>**Department of Taxes**<br>**133 State Street**<br>**Montpelier, VT 05633** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,473,269.62** | **$1,473,269.62** |
| --- | --- | --- | --- | --- |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | Amount of claim |
| --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address<br><br>**3 OLD WITNESS TREE LANE, LLC**<br>**Attn: President or General Mgr**<br>**18 White Tail Way**<br>**Littleton, MA 01460**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Rental Income__<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$15,000.00** |
| --- | --- | --- |
| 3.2 | Nonpriority creditor's name and mailing address<br><br>**Aaron Kehoe**<br>**325 North End Ave. Apt. 22B**<br>**New York, NY 10282**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Family Legacy__<br><br>Is the claim subject to offset? ■ No   ☐ Yes | **$208,000.00** |

| Debtor | **Hermitage Club, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **19-20904** |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $375.00 |
|---|---|---|---|

**AARONS PEST CONTROL**
Attn: President or General Mgr
PO BOX 158
WILMINGTON, VT 05363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,387.50 |
|---|---|---|---|

**ABACUS**
Attn: President or General Mgr
55 STAMP FARM Road
CRANSTON, RI 02921-3401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _401k Third Party Administrator_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $43,730.00 |
|---|---|---|---|

**ACE GROUP - CHUBB**
Attn: President or General Mgr
PO BOX 3556
Orlando, FL 32802-3556

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Workers Comp Insurance Premium_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,536.60 |
|---|---|---|---|

**ACTIVE BRANDS NO AMERICA INC**
Attn: President or General Mgr
100 TECHNOLOGY DR
SUITE 100-B
BROOMFIELD, CO 80021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Retail Product Purchased_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $62,000.00 |
|---|---|---|---|

**Adrian & Nikki Hamburger**
15 Bridgette
Westerly, RI 02891

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Family Legacy_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**ADVANCED ONSITE SERVICES, LLC.**
Attn: President or General Mgr
PO BOX 124
MILTON, VT 05468

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Services rendered_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,711.85 |
|---|---|---|---|

**ADVENTURE IN FOOD TRADING**
Attn: President or General Mgr
PO Box 11610
Albany, NY 12211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Food Product Purchased_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Hermitage Club, LLC | Case number (if known) | 19-20904 |
|--------|---------------------|------------------------|----------|
|        | Name                |                        |          |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,208.55**

**Air Compressor Eng. Co., Inc.**
Attn: President or General Mgr
PO Box 738
Westfield, MA 01086

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services Rendered on air compressors**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00**

**AKG PROPERTY SERVICES LLC**
Attn: President or General Mgr
PO BOX 1710
WILMINGTON, VT 05363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Property Maintenance Services**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00**

**Alan & Diane Kurzer**
17 Smith Farm Road
Bedford, NY 10506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00**

**Alastair & Alisa Wood**
8 East 96th Street, Apt. 9c
New York, NY 10128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78,000.00**

**Albert Subbloie**
908 Rainbow Trail
Orange, CT 06477

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,430.00**

**Alec & Melanie Borisoff**
353 4th Street
Brooklyn, NY 11215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00**

**Alex Hammett**
318 West 71st st, apt 1
New York, NY 10023

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,216.00** |
|---|---|---|---|

**Alex Naboicheck**
38 W 22nd St., Apt. 5
New York, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,000.00** |
|---|---|---|---|

**Alexandric & Kim Ho**
20 Parkerville Rd
Southborough, MA 01772

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Alfred & Jennifer Barbagallo**
120 Long Neck Point Rd.
Darien, CT 06820

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,842.24** |
|---|---|---|---|

**ALLY**
Attn: President or General Mgr
PO BOX 78234
PHOENIX, AZ 85062-8234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vehicle Financing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,020.64** |
|---|---|---|---|

**ALP-N-ROCK LLC**
Attn: President or General Mgr
6138 INNOVATION WAY
CARLSBAD, CA 92009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Retail Product Purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,761.25** |
|---|---|---|---|

**ALPINE PROMOTIONS INC.**
Attn: President or General Mgr
2963 South Adams Garden Cove
Salt Lake City, UT 84106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Product Purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,590.00** |
|---|---|---|---|

**AMERICAN ARBITRATION ASSOC.**
Attn: President or General Mgr
1301 Atwood Avenue
Johnston, RI 02919

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
| --- | --- | --- | --- |
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$187.50** |

**AMERICAN FUNDS**
**Attn: President or General Mgr**
**PO BOX 659530**
**SAN ANTONIO, TX 78265-9530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **401k Fund Administrator**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,935.57** |

**AMERICAN NEEDLE INC.**
**Attn: President or General Mgr**
**8156 SOLUTIONS CENTER**
**BUFFALO GROVE, IL 60677-8001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Retail Product Purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49,150.00** |

**Amy & Brett Harsch**
**26 Bates Road**
**Harrison, NY 10528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$44,000.00** |

**Andrea & David Hekemian**
**91 Fox Hedge Road**
**Saddle River, NJ 07458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$58,800.00** |

**Andrew & Cindy Aran**
**102 Morley Dr.**
**Wyckoff, NJ 07481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$59,189.60** |

**Andrew & Elizabeth Banever**
**12 West Lane**
**Niantic, CT 06357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,500.00** |

**Andrew & Yvonne Rebak**
**830 Seneca Road**
**Franklin Lakes, NJ 07417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,160.00** |
|---|---|---|---|

**Anthony & Janice Yanni**
**35 Memery Lane**
**Longmeadow, MA 01106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Anthony & Tara Coniglio**
**373 Greenley Rd.**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$133,000.00** |
|---|---|---|---|

**Anthony Graziano**
**42 Deep Run**
**Cohasset, MA 02025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,357.59** |
|---|---|---|---|

**ANTIGUA GROUP**
**Attn: President or General Mgr**
**2903 PAYSPHERE CIRCLE**
**CHICAGO, IL 00060-6074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Retail Product Purchased**

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Archer Group Investments, Ltd**
**Attn: President or General Mgr**
**200 South Orange Avenue**
**Sarasota, FL 34230-3258**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Corporate- National Membership (Christian Urciuoli and Richard Jacoby)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,750.00** |
|---|---|---|---|

**ARMSTER RECLAIMED LUMBER**
**Attn: President or General Mgr**
**PO BOX 347**
**GUILFORD, CT 06437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Arpad & Madeleine Fejos**
**69 Broadfield Rd**
**Hamden, CT 06517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hermitage Club, LLC** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | **19-20904** |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,200.00** |
|---|---|---|---|

**Arrowwood Environmental**
**Attn: President or General Mgr**
**950 Bert White Road**
**Huntington, VT 05462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,275.96** |
|---|---|---|---|

**ARTWORKS, THE**
**Attn: President or General Mgr**
**21 BLISH Road**
**MARLBOROUGH, CT 06447-1111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Signs**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,195.74** |
|---|---|---|---|

**ASCENTIUM CAPITAL**
**Attn: President or General Mgr**
**23970 HWY 59 N**
**KINGWOOD, TX 77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Financing for Bowling Lane, data**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,620.00** |
|---|---|---|---|

**Ashleigh Banfield**
**128 Mansfield Ave.**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**B&B Forms**
**Attn: President or General Mgr**
**PO Box 67**
**East Dover, VT 05341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,505.37** |
|---|---|---|---|

**BABOR COSMETICS**
**Attn: President or General Mgr**
**430 S Congress Avenue**
**Delray, FL 33445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Retail Product Purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**BALLOONS OVER NEW ENGLAND**
**Attn: President or General Mgr**
**PO BOX 101**
**QUECHEE, VT 05059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Services Rendered for entertainment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Hermitage Club, LLC**

Name    Case number *(if known)*    **19-20904**

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $475.00 |
|---|---|---|---|

**BALOON GAL JENNY**
**Attn: President or General Mgr**
**PO BOX 1715**
**TROY, NY 12181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,020.00 |
|---|---|---|---|

**Barbara & Lisa Pacheco Robb**
**258 Shawmut Ave., #1**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,300.00 |
|---|---|---|---|

**Barbara Chace**
**15 River Ridge Lane**
**Wilton, CT 06897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,000.00 |
|---|---|---|---|

**Barry & Jill Goldberg**
**82 Four Mile Road**
**West Hartford, CT 06107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,800.00 |
|---|---|---|---|

**Barry & Joy Schwartz**
**118 Dogwood Court**
**Stamford, CT 06903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,255.00 |
|---|---|---|---|

**BART J. RUGGIERE SPRTS CTR.**
**Attn: President or General Mgr**
**P O  BOX 2232**
**MANCHESTER CTR, VT 05255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Services performed for special needs athletes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,206.26 |
|---|---|---|---|

**BAY STATE ELEVATOR COMPANY**
**Attn: President or General Mgr**
**PO BOX 5**
**DALTON, MA 01227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Elevator inspection and repair**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Hermitage Club, LLC**

Name

Case number (if known) **19-20904**

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $10,000.00 |
| | **BEAR CREEK ENVIRONMENTAL, LLC** <br> Attn: President or General Mgr <br> 149 STATE Street <br> MONTPELIER, VT 05602 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $332.75 |
| | **BEARDSLEY, INC.** <br> Attn: President or General Mgr <br> 76 Hartness Avenue Ste 1 <br> Springfield, VT 05156 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Publishing Company for marketing__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $3,131.66 |
| | **BELVAL REFRIGERATION** <br> Attn: President or General Mgr <br> PO BOX 194 <br> WILMINGTON, VT 05363 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Local services on small machines__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $55,200.00 |
| | **Ben & Margot Fooshee** <br> 205 Stone Hill Rd. <br> Pound Ridge, NY 10576 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Family Legacy__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $46,000.00 |
| | **Benjamin & Kim Willemstyn** <br> 11 Hasler Lane <br> Little Silver, NJ 07739 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Family Legacy__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $56,316.50 |
| | **BERGERON CONSTRUCTION CO.INC.** <br> Attn: President or General Mgr <br> 27 MATTHEWS Road <br> KEENE, NH 03431 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Construction__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $3,320.00 |
| | **BEST SEPTIC SERVICE, LLC** <br> Attn: President or General Mgr <br> 153 BIRCHVIEW EXT <br> WESTMINSTER, VT 05158 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Portable Restroom Service__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
|--------|-------------------------|------------------------|--------------|
| | Name | | |

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,449.85 |

**BEST TILE-VERMONT**
Attn: President or General Mgr
287 Leroy Road
Williston, VT 05495

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Construction

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11.17 |

**BEST TILE-VERMONT**
Attn: President or General Mgr
287 Leroy Road
Williston, VT 05495

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,500.00 |

**Betsy & Dan Vogel Friedman**
240 Gregory Rd.
Franklin Lakes, NJ 07417

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Family Legacy

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,520.00 |

**Bettima & Douglas Bosma**
59 Wrights Mill Rd.
Armonk, NY 10504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Family Legacy

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |

**BHS EDUCATION**
Attn: President or General Mgr
10 WHITNEY Lane
WILMINGTON, VT 05363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**Bill & Ali Charon**
17 2nd Avenue
Bayville, NY 11709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Family Legacy

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,000.00 |

**Bill & Erin Russell**
1085 Sasco Hill Rd.
Fairfield, CT 06824

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Family Legacy

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Hermitage Club, LLC**

Case number (if known) **19-20904**

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Bill & Joyce Allen**
**31 Aunt Pattys Lane**
**Bethel, CT 06801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,000.00 |
|---|---|---|---|

**Bill & Linda Rambow**
**32 Island Circle North**
**Groton Long Pt., CT 06340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,000.00 |
|---|---|---|---|

**Bill & Marnie Schwartz**
**8 Upland Lane**
**Armonk, NY 10504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Corporate- National**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,000.00 |
|---|---|---|---|

**Bill & Renee Hughes**
**2440 Redding Road**
**Fairfield, CT 06824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,640.00 |
|---|---|---|---|

**Bill & Tatiana Geist**
**933 Tryon St.**
**South Glastonbury, CT 06073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,500.00 |
|---|---|---|---|

**Bill & Yvonne Deakins**
**144 Washington Ave**
**Dobbs Ferry, NY 10522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,962.50 |
|---|---|---|---|

**Birch Island Assoc**
**Attn: President or General Mgr**
**PO BOX 552**
**WEST DOVER, VT 05356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Hermitage Club, LLC | |
|---|---|---|

Name

Case number (if known) **19-20904**

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68,000.00** |
|---|---|---|---|
| | **Blake & Maria Underhill**<br>**6 Oak Circle**<br>**Dover, MA 02080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Family Legacy**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|
| | **Bob & Sarah Fisher**<br>**535 Shearer Hill Rd.**<br>**Brattleboro, VT 05301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Family Legacy**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,339.15** |
|---|---|---|---|
| | **Bobbi Resek**<br>**PO BOX 74**<br>**East Dover, VT 05341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Commissions**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,333.75** |
|---|---|---|---|
| | **BOGNER OF AMERICA**<br>**Attn: President or General Mgr**<br>**185 Allen Brook Lane**<br>**Williston, VT 05495** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Retail Product Purchased**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,520.42** |
|---|---|---|---|
| | **BOOKING.COM B.V.**<br>**Attn: President or General Mgr**<br>**5295 PAYSPHERE CIRCLE**<br>**CHICAGO, IL 60674-5295** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Services for marketing of hotel rooms**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,880.00** |
|---|---|---|---|
| | **Brad & Melissa Porter**<br>**12 Halls Rd**<br>**Westbrook, CT 06498** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Family Legacy**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|
| | **Bradley & Amy Morris**<br>**71 Woodford Hill Dr.**<br>**Avon, CT 06081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: **Family Legacy**<br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Hermitage Club, LLC**

Name

Case number (if known)  **19-20904**

| | | |
|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**Brant & Jamie Behr**<br>**67 Highland Ave**<br>**Norwalk, CT 06853**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,600.00** |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Brendan & Renee Gunderson**<br>**97 Old Washington Rd.**<br>**Ridgefield, CT 06877**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$57,520.00** |
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**Brett & Susan Tejpaul**<br>**12 Meadowcroft Lane**<br>**Greenwich, CT 06830**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$58,800.00** |
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**Brian & Ali Kreiter**<br>**83 Roton Ave**<br>**Rowayton, CT 06853**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$62,000.00** |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**Brian & Allison Lorber**<br>**6 Rolling Hill Rd.**<br>**Old Westbury, NY 11568**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$62,000.00** |
| 3.85 | **Nonpriority creditor's name and mailing address**<br>**Brian & Courtney O'Connor**<br>**63 Salem Straits**<br>**Darien, CT 06820**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$62,000.00** |
| 3.86 | **Nonpriority creditor's name and mailing address**<br>**Brian & Katherine Coverdale**<br>**662 Linton Hill Rd.**<br>**Newtown, PA 18440**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Equity**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$10,000.00** |

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,090.00** |
|---|---|---|---|

**Brian & Lesley Sondey**
**74 Reade St.**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Brian & Linda Costello**
**5 Nolen Lane**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Brown Advisory**
**99 High Street**
**Attn: Dune and Neville Thorne**
**Boston, MA 02110**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Corporate Membership**
**(Dune Thorne)**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,572.00** |
|---|---|---|---|

**BROWN ENTEPRISES, INC.**
**Attn: President or General Mgr**
**50 SMITH HAVEN Lane**
**SOUTH LONDONDERRY, VT 05155**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Services rendered**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,000.00** |
|---|---|---|---|

**Bruce & Carole Blueweiss**
**45 East End Ave.**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Bruce & Yanet Theuerkauf**
**17 Heather Hill Way**
**Mendham, NJ 07945**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,000.00** |
|---|---|---|---|

**Bryan & Barbara Rosen**
**40 Vanderbilt Rd**
**Manhasset, NY 11030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Hermitage Club, LLC**

Name

Case number (if known) **19-20904**

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,530.00 |
|---|---|---|---|
| | **BURR AND MCCALLUM ARCHITECTS**<br>Attn: President or General Mgr<br>P O BOX 345<br>WILLIAMSTOWN, MA 01267 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,767.45 |
|---|---|---|---|
| | **BURRIS VENDING**<br>Attn: President or General Mgr<br>475 WEST HOUSATONIC Street<br>DALTON, MA 01226 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vending machine and arcade supplier** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,886.60 |
|---|---|---|---|
| | **C & R FLOORING**<br>Attn: President or General Mgr<br>378 WASHINGTON ST<br>WESTWOOD, MA 02090 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,711.99 |
|---|---|---|---|
| | **CANANDAIGUA NAT'L BANK & TRUST**<br>Attn: President or General Mgr<br>72 S MAIN ST<br>CANANDAIGUA, NY 14424-1999 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vehicle Financing** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,274.84 |
|---|---|---|---|
| | **CAPTIVE-AIRE SYSTEMS, INC.**<br>Attn: President or General Mgr<br>350 FAIRFIELD Avenue<br>BRIDGEPORT, CT 06604 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Construction** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,305.00 |
|---|---|---|---|
| | **CARBON'S GOLDEN MALTED**<br>Attn: President or General Mgr<br>P O BOX 129<br>CONDORDVILLE, PA 19331 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,000.00 |
|---|---|---|---|
| | **Carina & Fabio Calia**<br>4 Deer Park Road<br>New Canaan, CT 06840 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Hermitage Club, LLC** | Case number *(if known)* | **19-20904** |
|---|---|---|---|

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00** |
|---|---|---|---|

**Carl & Ginger Stickel**
**2 Birch Ln.**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,800.00** |
|---|---|---|---|

**Carl & Judy Ferenbach**
**2 Commonwealth Ave**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Carmen Martocchio & W Siracusa**
**151 Bamforth Road**
**Vernon, CT 06066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,000.00** |
|---|---|---|---|

**Carmino & Kelly Santomaro**
**85 5th St.**
**Stamford, CT 06905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,400.00** |
|---|---|---|---|

**Carol & John Virzi Moleti**
**36-33 209th Street**
**Bayside, NY 11361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,000.00** |
|---|---|---|---|

**Caroline & Fell Herdeg**
**120 Barnegat Road**
**Pound Ridge, NY 10576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,000.00** |
|---|---|---|---|

**Carter & Anne Sullivan**
**434 Mansfield Ave**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| Debtor | **Hermitage Club, LLC** | Case number (if known) **19-20904** |
| | Name | |

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,778.00** |
|---|---|---|---|

**CASCADE RESCUE**
Attn: President or General Mgr
1808 INDUSTRIAL Drive
SANDPOINT, ID 83864

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplies purchased for Ski Patrol**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$62,000.00** |
|---|---|---|---|

**Casey & Jennifer Donovan**
95 Pine Ridge Dr
Putney, VT 05346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Corporate- National**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$273.89** |
|---|---|---|---|

**CASTAWAY MARINA**
Attn: President or General Mgr
2546 Route 9L
Queensbury, NY 12804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Boat Maintenance and Repairs**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
|---|---|---|---|

**Catamount Carpet Cleaning**
Attn: President or General Mgr
PO Box 566
Wilmington, VT 05363

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,152.00** |
|---|---|---|---|

**Cavoli's Grinding**
Attn: President or General Mgr
1921 BRoad
SCHENECTADY, NY 12306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services performed for knife sharpening**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,065.75** |
|---|---|---|---|

**CHAMONIX STAG'S LEAP ASSOC.**
Attn: President or General Mgr
C/O TPW MANAGEMENT LLC
PHOENIX, AZ 85082-0666

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Developer Home owner association**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Charles & Ana Collins**
20 Prospect Ave
Larchmont, NY 10538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Hermitage Club, LLC**

Name

Case number (if known)    **19-20904**

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,510.34 |
|---|---|---|---|

**Charles & Kim Magloire Nafie**
**400 E 70th St. #3301**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,000.00 |
|---|---|---|---|

**Charles & Sheri Daknis**
**34 Rivers Edge Drive**
**Little Silver, NJ 07739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**CHARLES FISHER**
**147 RIDGEWOOD DR**
**MYSTIC, CT 06355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Musician performance payment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,000.00 |
|---|---|---|---|

**Cheryl & Tom LaFlamme**
**126 Whites Rd., PO Box 1044**
**Wilmington, VT 05363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.72 |
|---|---|---|---|

**CHESHIRE HORSE, THE**
**Attn: President or General Mgr**
**8 WHITTEMORE FARM Road**
**SWANZEY, NH 03446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Feed and services for Horses**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,650.00 |
|---|---|---|---|

**CHIEF EXECUTIVE GROUP LLC**
**Attn: President or General Mgr**
**Nine West Broad Street Ste 430**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Integrated Executive Meetings Program**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,000.00 |
|---|---|---|---|

**Chip & Ilda Wood**
**95 Cayuga Ave.**
**Oceanport, NJ 07757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,500.00** |
|---|---|---|---|
| | **Chip & Vanessa Lewis** | ☐ Contingent | |
| | **15 Thornbrook Lane** | ☐ Unliquidated | |
| | **Bedford, NY 10506** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,600.00** |
|---|---|---|---|
| | **Chris & Charlotte Morello** | ☐ Contingent | |
| | **12 Woodland Pl.** | ☐ Unliquidated | |
| | **Wilton, CT 06897** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,064.32** |
|---|---|---|---|
| | **Chris & Chrstina Jagel** | ☐ Contingent | |
| | **151 Riverview Rd.** | ☐ Unliquidated | |
| | **Glastonbury, CT 06033** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|
| | **Chris & Cindy Lynch** | ☐ Contingent | |
| | **313 Landons Way** | ☐ Unliquidated | |
| | **Guilford, CT 06437** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,950.00** |
|---|---|---|---|
| | **Chris & Danielle Hasenbein** | ☐ Contingent | |
| | **128 Lake Dr.** | ☐ Unliquidated | |
| | **East Wayne, NJ 07470** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,912.80** |
|---|---|---|---|
| | **Chris & Denise Salafia** | ☐ Contingent | |
| | **318 Roast Meat Hill** | ☐ Unliquidated | |
| | **Killingworth, CT 06419** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|
| | **Chris & Ellen Nakatani** | ☐ Contingent | |
| | **161 Grand St. Apt 4A** | ☐ Unliquidated | |
| | **New York, NY 10013** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Hermitage Club, LLC** | Case number *(if known)* | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,500.00** |
|---|---|---|---|

**Chris & Haylee Milligan**
**300 North End Ave., Apt 3F**
**New York, NY 10282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Chris & Heidi Zizza**
**274 Winch Street**
**Framingham, MA 01701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Chris & Jennifer Lasusa**
**302 Rosenbrook Rd.**
**New Canaan, CT 06413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,000.00** |
|---|---|---|---|

**Chris & Jill Drury**
**133 West 17th PHC**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,000.00** |
|---|---|---|---|

**Chris & Kara Davis**
**313 Commonwealth Ave. #3**
**Boston, MA 02115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,000.00** |
|---|---|---|---|

**Chris & Lee Franzek**
**60 Fox Wood Run**
**Middletown, NJ 07748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,800.00** |
|---|---|---|---|

**Chris & Lisa Lawrence**
**112 Meeting House Rd.**
**Haddam, CT 06438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Hermitage Club, LLC**

Name

Case number *(if known)* **19-20904**

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,000.00** |
|---|---|---|---|

**Chris & Patricia O'Neill**
**85 Asharoken Ave**
**Asharoken, NY 11768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,800.00** |
|---|---|---|---|

**Chris & Robin Biasotti**
**31 Beech Rd.**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,520.00** |
|---|---|---|---|

**Chris & Tammy Gessay**
**22 Valky Falls Rd.**
**Vernon, CT 05360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Christine & Peter Whang Ko**
**377 Saint Ronan St**
**New Haven, CT 06511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,000.00** |
|---|---|---|---|

**Christopher & Andriene Johnson**
**6 Cardinal Lane**
**Westport, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,090.00** |
|---|---|---|---|

**Christopher & Anna Toomey**
**30 Mayhew Ave.**
**Larchmont, NY 10538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,000.00** |
|---|---|---|---|

**Christopher & Beth Ann Perrone**
**23 wallace st PH1**
**red bank, NJ 07701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | Hermitage Club, LLC | Case number (if known) | 19-20904 |
|---|---|---|---|
| | Name | | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,000.00 |
|---|---|---|---|

**Christopher & Lori Croft**
**60 E. 96th St., 4E**
**New York, NY 10128**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,000.00 |
|---|---|---|---|

**Christopher & Paula Pink**
**186 E. 93rd St.**
**New York, NY 10128**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,000.00 |
|---|---|---|---|

**Christopher & Sharon Neuner**
**166 Washington Ave**
**Chatham, NJ 07928**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,000.00 |
|---|---|---|---|

**Christopher & Sue Kurek**
**248 Old Stage Road**
**Essex Junction, VT 05452**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Corporate- National**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,000.00 |
|---|---|---|---|

**Christopher Nicotra**
**196 Pine Creek Avenue**
**Fairfield, CT 06824**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Corporate-National**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,589.64 |
|---|---|---|---|

**CIGNA Healthcare**
**Attn: President or General Mgr**
**1700 Lincoln St  LL3**
**Denver, CO 80274**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Health Insurance Premium**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,655.00 |
|---|---|---|---|

**CIRQUE MOUNTAIN APPAREL**
**Attn: President or General Mgr**
**PO BOX 9691**
**Avon, CO 81620**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Retail Product Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Hermitage Club, LLC**     Case number (if known) **19-20904**

Name

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37.70 |
|---|---|---|---|

**Citrix Online, LLC**
Attn: President or General Mgr
PO BOX 50264
LOS ANGELES, CA 90074-0264

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,724.90 |
|---|---|---|---|

**Clark - Mortenson Agency Inc.**
Attn: President or General Mgr
102 Main Street
Keene, NH 03431

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Corporate Membership**
**D&O Insurance tail policy, Membership Initiation Fee Redemption Value**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,368.27 |
|---|---|---|---|

**Clarke Distribution Corp**
Attn: President or General Mgr
393 Fortune Boulevard
Milford, MA 01757

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,000.00 |
|---|---|---|---|

**Clarke Distribution Corporatio**
Attn: Jay & Michelle Clarke
393 Fortune Boulevard
Milford, MA 01757

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Corporate - National**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $454.52 |
|---|---|---|---|

**Claudia Cortez**
5589 Kings Mills Road
Mason, OH 45040

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Employee Wages Earned**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,000.00 |
|---|---|---|---|

**Clifford & Lynn Gurnham**
12 Brook Lane
Guilford, CT 06437

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,582.20 |
|---|---|---|---|

**CloudAlly Ltd**
Attn: President or General Mgr
PO Box 393
Kfar Saba Isreal 4410301

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Mail and Salesforce Backup**

Is the claim subject to offset? ■ No ☐ Yes

---

Desc Main Document Page 126 of 231

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,434.10** |
|---|---|---|---|

Cocoplum, Inc.
Attn: President or General Mgr
1300 Putney Road
Brattleboro, VT 05301-9104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Equipment purchased for construction projects__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,608.39** |
|---|---|---|---|

Code42
Attn: President or General Mgr
100 Washington Ave S  Ste 2000
Minneapolis, MN 55401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Backup Workstations and Power Offiste__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,465.52** |
|---|---|---|---|

Coffee Barn
Attn: President or General Mgr
321 ROUTE 100
WEST DOVER, VT 05356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Third party vendor for coffee sales to consumer__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,000.00** |
|---|---|---|---|

Colin & Jessie McFadzen
38 Kitchel Rd
Mount Kisco, NY 10549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Family Legacy__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,047.50** |
|---|---|---|---|

Collin De La Bruere
82 Myrtle Street  APT 5
Boston, MA 02114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Deposit - Wedding__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

COMMERCIAL CONS GROUP, LLC
Attn: President or General Mgr
61-1 BUTTONBALL Road
OLD LYME, CT 06371

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Construction__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

COMMONS, THE
Attn: President or General Mgr
139 Main St
BRATTLEBORO, VT 05301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Services for print advertising__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Hermitage Club, LLC**
Name

Case number (if known) **19-20904**

| | | |
|---|---|---|
| 3.164 | **Nonpriority creditor's name and mailing address**<br>**Commonwealth Financial Group**<br>Attn: President or General Mgr<br>101 Federal Street Ste 800<br>Boston, MA 02110<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Corporate Membership (Eric & Jen Spindt)<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$52,000.00** |
| 3.165 | **Nonpriority creditor's name and mailing address**<br>**Communication Corp of CT**<br>dba Makiaris Media Srvcs<br>101 Centerpoint Drive<br>Middletown, CT 06457<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Corporate - National<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$52,000.00** |
| 3.166 | **Nonpriority creditor's name and mailing address**<br>**COUNTRY CLUB ENTERPRISES**<br>Attn: President or General Mgr<br>PO BOX 670<br>W WAREHAM, MA 02576<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Supplies purchased for Golf Cart repair<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$122.61** |
| 3.167 | **Nonpriority creditor's name and mailing address**<br>**COUNTRYSIDE LOCK & ALRMS, INC.**<br>Attn: President or General Mgr<br>495 Old Turnpike Road<br>Mount Holly, VT 05758<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Fire alarm monitoring testing performed<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$220.00** |
| 3.168 | **Nonpriority creditor's name and mailing address**<br>**COX BUSINESS**<br>Attn: President or General Mgr<br>DEPT 781110 PO BOX 78000<br>DETROIT, MI 48278-1110<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Communications expense for Hartford Office<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$1,056.44** |
| 3.169 | **Nonpriority creditor's name and mailing address**<br>**Craig & Allison Werder**<br>83 Duxbury Ln.<br>Longmeadow, MA 01106<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Family Legacy<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$62,000.00** |
| 3.170 | **Nonpriority creditor's name and mailing address**<br>**Craig & Anne Doersch**<br>9 King Philip Tr.<br>Sandy Hook, CT 06482<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Family Legacy<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$66,800.00** |

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$36,000.00** |
|---|---|---|---|

**Craig & Theresa Bowling**
**627 Laurel Rd**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$76,434.00** |
|---|---|---|---|

**CRAIG DOERSCH PAINTING**
**9 KING PHILLIP TRAIL**
**SANDY HOOK, CT 06482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Painting Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,518.49** |
|---|---|---|---|

**CRIQUET SHIRTS**
**Attn: President or General Mgr**
**1603 S  1ST Street**
**AUSTIN, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Retail Product Purchased**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,520.06** |
|---|---|---|---|

**Crop Production Services**
**Attn: President or General Mgr**
**4923 VT Route 22A**
**Addison, VT 05491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Golf Course Turf supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$154.40** |
|---|---|---|---|

**Crystal Rock**
**Attn: President or General Mgr**
**PO BOX 10028**
**Waterbury, CT 06725-0028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Water Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Curtis & Suzanne Spacavento**
**25 Whippoorwill Rd.**
**East Armonk, NY 10504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$680.00** |
|---|---|---|---|

**DAF SERVICES, INC.**
**Attn: President or General Mgr**
**20 LAWNACRE Road**
**WINDSOR LOCKS, CT 06096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Field Technician Labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Hermitage Club, LLC**    Case number (if known)    **19-20904**

Name

| | | |
|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address**<br>**DAISY STONE STUDIO**<br>Attn: President or General Mgr<br>48 Pomeroy Avenue<br>Pittsfield, MA 01201 | As of the petition filing date, the claim is: *Check all that apply.*      **$2,488.35**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Miscellaneous supplies purchased__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address**<br>**DALE OF NORWAY**<br>Attn: President or General Mgr<br>20 WINTERSPORT Lane<br>Williston,   05495 | As of the petition filing date, the claim is: *Check all that apply.*      **$10,682.79**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Retail Product Purchased__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.180 | **Nonpriority creditor's name and mailing address**<br>**Dale Ribaudo**<br>26 Country Club Lane<br>East Granby, CT 06026 | As of the petition filing date, the claim is: *Check all that apply.*      **$487,063.36**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Family Legacy__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address**<br>**Dan & Barbara McLeod**<br>411 Soundview Ave.<br>Stamford, CT 06902 | As of the petition filing date, the claim is: *Check all that apply.*      **$56,800.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Family Legacy__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.182 | **Nonpriority creditor's name and mailing address**<br>**Dan & Carrie Chandra**<br>437 Brookside Rd.<br>New Canaan, CT 06840 | As of the petition filing date, the claim is: *Check all that apply.*      **$46,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Family Legacy__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.183 | **Nonpriority creditor's name and mailing address**<br>**Dan & Cheryl Earle**<br>18 Edwin Court<br>Guilford, CT 06437 | As of the petition filing date, the claim is: *Check all that apply.*      **$70,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Family Legacy__

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.184 | **Nonpriority creditor's name and mailing address**<br>**Dan & Connie Geoghan**<br>500 E 85th St. Apt. 18A<br>New York, NY 10028 | As of the petition filing date, the claim is: *Check all that apply.*      **$47,390.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Family Legacy__

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| Debtor | **Hermitage Club, LLC** |
| | Case number (if known) **19-20904** |

| | | | |
|---|---|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,960.00** |
| | **Dan & Jennifer Malone**<br>**46 Linden Place**<br>**Summit, NJ 07901** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,000.00** |
| | **Dan & Karen Proscia**<br>**5 Yarmouth Dr**<br>**Chatham, NJ 07928** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,000.00** |
| | **Dan & Stacy Weinstein**<br>**31 Mockingbird Lane**<br>**Glastonbury, CT 06033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,520.00** |
| | **Dan & Terri Janki**<br>**3 Pump Ln.**<br>**Ridgefield, CT 06877** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy - Suspended through 9/30/18** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
| | **Dan & Tracy Nichols**<br>**32 River Bend Rd.**<br>**Trumbull, CT 06611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,600.00** |
| | **Dan Donnelly**<br>**252 E. 57th Street, Apt. 57B**<br>**New York, NY 10022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00** |
| | **Dan Kilmurray**<br>**17 Cedarcliff Road**<br>**Riverside, CT 06878** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Hermitage Club, LLC | Case number *(if known)* | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Dana & Sarah Nielsen**
**87 Sunset Dr.**
**Weston, MA 02493**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,000.00** |
|---|---|---|---|

**Dana O'Brien**
**60 Richardson Rd.**
**Dublin, NH 03444**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Guest 5 Year**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00** |
|---|---|---|---|

**Daniel & Jeannine Thomasch**
**21 Pen Mor Drive**
**Muttontown, NY 11732**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Daniel & Jill Gordon Malkoun**
**77 Frogtown Rd**
**New Canaan, CT 06840**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,090.00** |
|---|---|---|---|

**Daniel & Jody Googel**
**15 Jeffery Lane**
**Chappaqua, NY 10514**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,850.00** |
|---|---|---|---|

**Daniel & Kurt Slye Ramnes**
**30 Bradford St.**
**Boston, MA 02118**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Daniel O'Connor & Sons Inc.**
**Attn: President or General Mgr**
**PO Box 500  45 BETHANY Road**
**Monson, MA 01057**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Ski ChairLift Maintenance Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hermitage Club, LLC | Case number *(if known)* | 19-20904 |
|---|---|---|---|
| | Name | | |

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425.00 |
|---|---|---|---|

**Daryl Johnson**
**93 MOUNTAIN Road**
**ERVING, MA 01344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Construction**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,000.00 |
|---|---|---|---|

**Dave & Maria Otfinoski**
**49 Parkers Point**
**Chester, CT 06412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Family Legacy**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,000.00 |
|---|---|---|---|

**David & Ann Sagalyn Marks**
**779 Prospect Ave.**
**West Hartford, CT 06105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Family Legacy**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125,000.00 |
|---|---|---|---|

**David & Beth Mercier**
**32 Horizon Ln.**
**Glastonbury, CT 06033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Family Legacy**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,000.00 |
|---|---|---|---|

**David & Elizabeth Klein**
**18 Middle Rd.**
**Southborough, MA 01772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Family Legacy**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**David & Elizabeth Renehan**
**211 River Drive**
**Tequesta, FL 33469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Family Legacy**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,000.00 |
|---|---|---|---|

**David & James Green Taylor**
**175 Milton St. # 7**
**Milton, MA 02186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Family Legacy**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**David & Lauren Cohen**
**410 Hidden Valley Ct.**
**Wyckoff, NJ 07481**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,000.00** |
|---|---|---|---|

**David & Lily Strine**
**42 Dan's Highway**
**New Canaan, CT 06840**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,000.00** |
|---|---|---|---|

**David & Melissa Verlizzo**
**17 Stonehurst Lane**
**Dix Hill, NY 11746**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**David & Tracy Marra**
**16 Sunswyck Rd**
**Darien, CT 06820**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$133,000.00** |
|---|---|---|---|

**David Bliss**
**58 Compo Mill Cove**
**Westport, CT 06880**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00** |
|---|---|---|---|

**David Cameron**
**2 Sequan Road**
**Watch Hill, RI 02891**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$173,950.00** |
|---|---|---|---|

**David Koch**
**148 Weeburn Drive**
**New Canaan, CT 06840**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$285,735.00** |
|---|---|---|---|

**David Pinney**
**5 Woodside Circle**
**Hartford, CT 06105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,739.72** |
|---|---|---|---|

**DAVIS FRAME COMPANY**
**Attn: President or General Mgr**
**513 RIVER Road**
**CLAREMONT, NH 03743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,000.00** |
|---|---|---|---|

**Dawn & Tod Pike**
**26 Orchard Lane**
**Rye, NY 10580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$62,000.00** |
|---|---|---|---|

**Deb Malloy**
**11 Upper Highlands Loop, 2**
**PO Box 217**
**West Dover, VT 05356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |
|---|---|---|---|

**Deidre & Matthew Kimble**
**10 Stafford Place**
**White Plains, NY 10604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,237.60** |
|---|---|---|---|

**Dennis & Frances Bresnan**
**36 Valley Rd.**
**Westport, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,000.00** |
|---|---|---|---|

**Dennis & Tarah Bellamy**
**17 Main St.**
**Vernon, CT 06066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Hermitage Club, LLC | Case number (if known) | 19-20904 |
| --- | --- | --- | --- |
| | Name | | |

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
| --- | --- | --- | --- |

**Dennis Stanek**
**1A Gleneagles Dr**
**Farmington, CT 06032**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: __Family Legacy__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,000.00 |
| --- | --- | --- | --- |

**Derek & Stacy Tietjen**
**21 Vista Dr.**
**Little Silver, NJ 07739**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Family Legacy__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,160.00 |
| --- | --- | --- | --- |

**Derek Grimes**
**125 Fells Rd.**
**Essex Fells, NJ 07021**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Single Legacy__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,270.20 |
| --- | --- | --- | --- |

**DESCENTE NORTH AMERICA**
**Attn: President or General Mgr**
**334 N  MARSHALL SUITES A&B**
**LAYTON, UT 84041**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Retail Product Purchased__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,245.00 |
| --- | --- | --- | --- |

**DESTAFANO & CHAMBERLAIN**
**Attn: President or General Mgr**
**50 THORPE Street**
**FAIRFIELD, CT 06824**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |
| --- | --- | --- | --- |

**Devin & Laura Maher**
**40 Broad Street Apr. 18D**
**New York, NY 10004**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Family Legacy__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,520.00 |
| --- | --- | --- | --- |

**Devon & Allison Rausch**
**498 Flax Hill Rd.**
**Norwalk, CT 06854**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Family Legacy__

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Hermitage Club, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **19-20904** |

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**DFT CONSTRUCTION**
Attn: President or General Mgr
16 Gladstone Avenue
Wareham, MA 02571

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,984.49** |
|---|---|---|---|

**DGE MECHANICAL ON NH LLC**
Attn: President or General Mgr
PO BOX 366
MARLBOROUGH, NH 03455

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,000.00** |
|---|---|---|---|

**Diane McCormick**
24 Bourne Avenue
Sandwich, MA 02563

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,557.00** |
|---|---|---|---|

**DINSE, KNAPP & McANDREW, P.C.**
Attn: President or General Mgr
209 BATTERY Street
BURLINGTON, VT 05402

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$525.00** |
|---|---|---|---|

**DISANTO PROPANE**
Attn: President or General Mgr
11098 Route 31
NY, 14433

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Propane providor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.88** |
|---|---|---|---|

**DLL FINANCIAL SOLUTION PARTNER**
Attn: President or General Mgr
PO BOX 14535
DES MOINES, IA 50306-3535

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,900.00** |
|---|---|---|---|

**DOCUSIGN**
Attn: President or General Mgr
221 MAIN Street
San Francisco, CT 94105

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **IT provider for document creation**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Hermitage Club, LLC**  Case number (if known) **19-20904**

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,000.00 |
|---|---|---|---|

**Don & Denise Trooien**
38 W. Medow Rd.
Wilton, CT 06897

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,000.00 |
|---|---|---|---|

**Don & Joanne Ouchterloney**
5 Tioga Court
New York, NY 10956

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,000.00 |
|---|---|---|---|

**Don & Savanna Jabro**
27 Brimmer St. #3
Boston, MA 02108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,135.34 |
|---|---|---|---|

**DONALD ROSS SPORTSWEAR**
Attn: President or General Mgr
P O BOX 4377
PINEHURST, NC 28374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Retail Product Purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donna & Mike Staples**
21 Sycamore Way
Wallingford, CT 06492

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Corporate- National**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,101.29 |
|---|---|---|---|

**DOONEY WOODWORKS LLC**
Attn: President or General Mgr
105 River Road
Cos Cob, CT 06807

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $267.07 |
|---|---|---|---|

**DOPPELMAYR**
Attn: President or General Mgr
3160 WEST 500
South Salt Lake City, UT 84104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hermitage Club, LLC** | Case number *(if known)* | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,000.00** |
|---|---|---|---|

**Douglas & Eve Fishkin**
**73 Burning Tree Rd.**
**Greenwich, CT 06830**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Family Legacy__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,950.00** |
|---|---|---|---|

**Douglas & Sheri Donaldson**
**1 Glen Lane**
**Laurel Hollow, NY 11791**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Family Legacy__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00** |
|---|---|---|---|

**Douglas Hollenbeck**
**29 Timothy Drive**
**Westerly, RI 02891**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Family Legacy__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,400.00** |
|---|---|---|---|

**Dover Painting Company**
**Attn: President or General Mgr**
**PO Box 481**
**West Dover, VT 05356**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,338.04** |
|---|---|---|---|

**DUBOIS & KING INC.**
**Attn: President or General Mgr**
**PO BOX 339**
**RANDOLPH, VT 05060**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**DWYER FLOOR COVERING**
**Attn: President or General Mgr**
**7 CATTIN Drive**
**WILMINGTON, VT 05363**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,218.75** |
|---|---|---|---|

**EAS CONSULTING, LLC**
**Attn: President or General Mgr**
**32 Thorton Road**
**Londonderry, NH 03053**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Accounting Software Consulting services__

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Hermitage Club, LLC** | Case number *(if known)* | **19-20904** |
| --- | --- | --- | --- |

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72,000.00** |
| --- | --- | --- | --- |

**Eddie & Carolyn Blumenthal**
**121 Stoner Drive**
**West Hartford, CT 06107**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,000.00** |
| --- | --- | --- | --- |

**Edward & Pamela Tomer**
**60 Sundance Dr.**
**Cos Cob, CT 06807**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,000.00** |
| --- | --- | --- | --- |

**Edward & Sun Wishik**
**44 Ackerman Rd**
**Saddle River, NJ 07458**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72,000.00** |
| --- | --- | --- | --- |

**Eliseo & Debbie Sampayo**
**39 Woodbing Ave.**
**Larchmont, NY 10538**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,249.18** |
| --- | --- | --- | --- |

**Eliz Beloff & Greg Masterson**
**91 Middle Rd.**
**Southborough, MA 01772**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
| --- | --- | --- | --- |

**Elizabeth Eileen Walker**
**12792 Cinnamon Way**
**Palm City, FL 34990**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,080.95** |
| --- | --- | --- | --- |

**ELLIS BOXER BLAKE PLLC ATTYS**
**Attn: President or General Mgr**
**24 SUMMER HILL Street**
**SPRINGFIELD, VT 05156**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Attorney Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,000.00** |
|---|---|---|---|

**Emilio & Janice Mignanelli**
**732 Whitebirch Road**
**Washington Twp, NJ 07676**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Family Legacy**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$48,090.00** |
|---|---|---|---|

**Emily & Chad Dreas**
**5 Craw Ave**
**Rowayton, CT 06853**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,750.00** |
|---|---|---|---|

**ENGLISH WOLF MUSIC LLC**
**Attn: President or General Mgr**
**61 High View Circle**
**Gilford, NH 03249**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55,200.00** |
|---|---|---|---|

**Enzo & Connie Reale**
**139 New Road**
**Ridgefield, CT 06877**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Eric & Ellen Cantos**
**109 Firestone Circle**
**Roslyn, NY 11576**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$67,500.00** |
|---|---|---|---|

**Eric & Heather Boyriven**
**5 Glen Terrace**
**Chappaqua, NY 10514**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Eric & Jeanne Bickford**
**5 Laurel Lane**
**Darien, CT 06820**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **19-20904** |

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,520.00** |
|---|---|---|---|
| | Eric Roemer<br>49 Birch Rd<br>Darien, CT 06820 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: **Family Legacy**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,500.00** |
|---|---|---|---|
| | Erica & David Napach<br>21 Roberts Road<br>New City, NY 10956 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: **Family Legacy**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,525.40** |
|---|---|---|---|
| | ESI<br>Attn: President or General Mgr<br>55 CHAMBERLAIN ST<br>WELLSVILLE, NY 14895 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: **Employee Assistance Programs**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,648.51** |
|---|---|---|---|
| | EUROSOCKS INTERNATIONAL<br>Attn: President or General Mgr<br>4575 S  COACH DR<br>TUCSON, AZ 85714-3403 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: **Retail Product Purchased**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,000.00** |
|---|---|---|---|
| | Eva & Chris Hessert<br>15 Pebblebrook<br>Chappaqua, NY 10514 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: **Family Legacy**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$469.45** |
|---|---|---|---|
| | EZ WAY RENTAL CENTER<br>Attn: President or General Mgr<br>115 COUNTY Street<br>BENNINGTON, VT 05201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: **Kitchen Supplies Purchased**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$668.75** |
|---|---|---|---|
| | F.W. WEBB COMPANY<br>Attn: President or General Mgr<br>160 MIDDLESEX Turnpike<br>BEDFORD, MA 01730 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: **Supplies purchased**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | Hermitage Club, LLC | Case number (if known) | 19-20904 |
|---|---|---|---|
| | Name | | |

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,230.78 |
|---|---|---|---|

**Fairpoint Communications**
Attn: President or General Mgr
PO Box 5200
White River Junction, VT 05001-5200

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Internet and Phone service provider fees__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,846.72 |
|---|---|---|---|

**FALVEY POOLS & SPAS**
Attn: President or General Mgr
234 ELLIOT ST
BRATTLEBORO, VT 05301-3115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Pool and Spa services__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $293.64 |
|---|---|---|---|

**FASTENAL COMPANY**
Attn: President or General Mgr
P O  BOX 1286
WINONA, MN 55987-1286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,592.50 |
|---|---|---|---|

**FATBOY COOKIE COMPANY**
Attn: President or General Mgr
140 GREENWOOD Avenue UNIT 2A
MIDLAND PARK, NJ 07432

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Food Product__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,454.44 |
|---|---|---|---|

**FEAD CONSTRUCTION LAW**
Attn: President or General Mgr
1233 SHELBURNE Road Ste 300
SOUTH BURLINGTON, VT 05403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Construction__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,295.36 |
|---|---|---|---|

**FedEx**
Attn: President or General Mgr
PO Box 371461
Pittsburgh, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Shipping services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,000.00 |
|---|---|---|---|

**Fintan & Helen Ryan**
40 Oriole St.
Pearl River, NY 10905

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Family Legacy__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hermitage Club, LLC** | Case number *(if known)* | **19-20904** |
|---|---|---|---|
| | Name | | |

Case 19-20904 Doc 21 Filed 06/09/19 Entered 06/09/19 12:36:49 Page 143 of 143
Desc Main Document Page 143 of 231

---

**3.276**

Nonpriority creditor's name and mailing address

**FIRSTLIGHT**
Attn: President or General Mgr
PO BOX 495
BELLOWS FALLS, VT 05101-0495

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Internet service provider fees**

Is the claim subject to offset? ■ No ☐ Yes

**$3,915.60**

---

**3.277**

Nonpriority creditor's name and mailing address

**FIS GROUPE SPORTS**
Attn: President or General Mgr
35 LEA SORBIERA  LAVAL
QC  H7R 1E5

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Retail Product Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$6,172.32**

---

**3.278**

Nonpriority creditor's name and mailing address

**FIVE STAR GOLF & UT'Y VEHICLES**
Attn: President or General Mgr
29 HIDDEN CREEK Drive
SCARBOROUGH, ME 04074

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Golf Cart repair**

Is the claim subject to offset? ■ No ☐ Yes

**$14,859.23**

---

**3.279**

Nonpriority creditor's name and mailing address

**FLEISHMAN-HILLARD INC.**
Attn: President or General Mgr
855 BOYLSTON Street 5th FL
BOSTON, MA 02116

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Publishing Company for marketing**

Is the claim subject to offset? ■ No ☐ Yes

**$37,567.98**

---

**3.280**

Nonpriority creditor's name and mailing address

**Ford Credit**
Attn: President or General Mgr
93 EXCHANGE Street
PORTLAND, ME 04112-4508

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vehicle Financing**

Is the claim subject to offset? ■ No ☐ Yes

**$4,942.39**

---

**3.281**

Nonpriority creditor's name and mailing address

**Ford Credit**
Attn: President or General Mgr
PO BOX 220564
PITTSBURGH, PA 15257-2564

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vehicle Financing**

Is the claim subject to offset? ■ No ☐ Yes

**$2,977.19**

---

**3.282**

Nonpriority creditor's name and mailing address

**Foster Materials**
Attn: President or General Mgr
1778 Old Concord Road
Henniker, NH 03242

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rock/Sand Material Purchased**

Is the claim subject to offset? ■ No ☐ Yes

**$1,340.92**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
|---|---|---|---|
| | Name | | |

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,000.00** |
|---|---|---|---|

**Frank & Allison Stadelmaier**
**40 East 94th Street, Apt. 70**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Frank & Karen Knapp**
**39 Cedar Gate Rd.**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,025.00** |
|---|---|---|---|

**Frank & Susan Wilk**
**354 Pennock Lane**
**Rutland, VT 05701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,000.00** |
|---|---|---|---|

**Frank Cotrona**
**5 Laurelwood Dr**
**Wallingford, CT 06492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Frank DeCarlo**
**145 Stowe Gate Trail**
**Cresskill, NJ 07626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Fred & Susan Pazmino**
**185 S. County Rd.**
**Leyden, MA 01301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Frederick & Sylvia Fogel**
**45 Old Farm Rd.**
**Wellesley, MA 02481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Hermitage Club, LLC**
Name

Case number *(if known)* **19-20904**

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,520.00** |
|---|---|---|---|
| | **Frederik & Jan Van Der Weijden**<br>**4 Cook Rd**<br>**Stamford, CT 06902** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,045.69** |
|---|---|---|---|
| | **FRIENDS OF THE SUN, LTD.**<br>**Attn: President or General Mgr**<br>**532 PUTNEY Road**<br>**BRATTLEBORO, VT 05301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,675.86** |
|---|---|---|---|
| | **FROST WELL & PUMPS, INC.**<br>**Attn: President or General Mgr**<br>**P O BOX 476**<br>**EAST DORSET, VT 05253** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Well Service and repair** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **G. Housen & Co, Inc.**<br>**Attn: President or General Mgr**<br>**1568 Putney Road**<br>**Brattleboro, VT 05304** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **National Corporate Membership** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,038.00** |
|---|---|---|---|
| | **Galvin Green**<br>**35 Tower LN-Lower Level**<br>**Avon, Ct 00600-1423** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Retail Product Purchased** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,000.00** |
|---|---|---|---|
| | **Garold & Katharine Miller**<br>**4 Mohawk Dr.**<br>**West Hartford, CT 06117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,000.00** |
|---|---|---|---|
| | **Gary & Andrea McLaughlin**<br>**11 Van Duyne Road**<br>**Mountain Lakes, NJ 07046** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Membership Initiation Fee Redemption Value** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Hermitage Club, LLC** | Case number *(if known)* | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,000.00** |
|---|---|---|---|

**Gary & Maia Elfont**
**103 79th St.**
**New York, NY 11209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**Gary Rothschild**
**141 Loring Avenue**
**Pelham, NY 10803**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,138.63** |
|---|---|---|---|

**GC BUILDERS**
**Attn: President or General Mgr**
**349 Russell Road**
**Langdon, NH 03602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Construction**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,105.25** |
|---|---|---|---|

**GEAR FOR SPORTS, INC.**
**Attn: President or General Mgr**
**9700 COMMERCE PARKWAY**
**LENEXA, KS 66219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Retail Product Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$390.00** |
|---|---|---|---|

**GEISE ENGINEERING, INC.**
**Attn: President or General Mgr**
**375 LINCOLN ST**
**NORTHUMBERLAND, PA 17857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Ski ChairLift Maintenance Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,800.00** |
|---|---|---|---|

**George & Celeste Shapiro**
**25 Old Sprain Rd.**
**Ardsley, NY 10502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,950.00** |
|---|---|---|---|

**George & Karen Kaltner**
**Avatar Technologies**
**2 Dickel Road**
**Scarsdale, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Hermitage Club, LLC | Case number (if known) | 19-20904 |
|--------|---------------------|------------------------|----------|
| | Name | | |

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,000.00 |
|-------|------------------------------------------------|---------------------------------------------------------------------|------------|

**George & Patricia Fay**
**1925 Main Street**
**Glastonbury, CT 06033**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,583.66 |
|-------|------------------------------------------------|---------------------------------------------------------------------|-----------|

**GETSNO LLC**
**Attn: President or General Mgr**
**1778 VT RTE 105**
**NEWPORT, VT 05855**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Repair**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,060.00 |
|-------|------------------------------------------------|---------------------------------------------------------------------|-----------|

**GILMAN & BRIGGS ENVIRO, INC.**
**Attn: President or General Mgr**
**1 CONTI CIRCLE  SUITE 5**
**BARRE, VT 05641**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Evnironmental Consulting**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,493.89 |
|-------|------------------------------------------------|---------------------------------------------------------------------|-----------|

**GIS Benefits**
**Attn: President or General Mgr**
**NEED ADDRESS**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance Premium**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,900.00 |
|-------|------------------------------------------------|---------------------------------------------------------------------|------------|

**Glen & Alexis Mclachlan**
**7 Squirrel Hill Rd.**
**Wayland, MA 01778**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,000.00 |
|-------|------------------------------------------------|---------------------------------------------------------------------|------------|

**Glen & Ayelet Pollner**
**29 Hitching Post Lane**
**Chappaqua, NY 10514**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,800.00 |
|-------|------------------------------------------------|---------------------------------------------------------------------|------------|

**Glenn & Laura Tobias**
**315 Stanwich Rd.**
**Greenwich, CT 06830**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Hermitage Club, LLC** |
| | Name |
| | Case number *(if known)* **19-20904** |

| | | | |
|---|---|---|---|
| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,000.00** |
| | **Gordon & Christina Schmidt** | ☐ Contingent | |
| | **74 Warren Glen** | ☐ Unliquidated | |
| | **Burlington, CT 06013** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Family Legacy_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$241.45** |
| | **GRAINGER** | ☐ Contingent | |
| | **Attn: President or General Mgr** | ☐ Unliquidated | |
| | **DEPT   882648231** | ☐ Disputed | |
| | **PALATINE, IL 60038-0001** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Safety Parts Purchased_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,936.53** |
| | **Grassland Equipment** | ☐ Contingent | |
| | **Attn: President or General Mgr** | ☐ Unliquidated | |
| | **892-898 Troy-Schenectady Road** | ☐ Disputed | |
| | **Latham, NY 12110** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Equipment Repari parts purchased_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,602.01** |
| | **GREEN MOUNTAIN TENT RENTALS** | ☐ Contingent | |
| | **Attn: President or General Mgr** | ☐ Unliquidated | |
| | **P O  Box 58** | ☐ Disputed | |
| | **Townshend, VT 05353** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Event Rentals_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,835.51** |
| | **GREEN MTN. CONCERT SVCS INC.** | ☐ Contingent | |
| | **Attn: President or General Mgr** | ☐ Unliquidated | |
| | **PO BOX 4208** | ☐ Disputed | |
| | **BURLINGTON, VT 05406** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Event Setup Labor_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,200.00** |
| | **Greg & Abbie Park** | ☐ Contingent | |
| | **357 w. 12th st.** | ☐ Unliquidated | |
| | **New York, NY 10014** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Family Legacy_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,520.00** |
| | **Greg & Colleen Gewirtz** | ☐ Contingent | |
| | **110 Country View Dr.** | ☐ Unliquidated | |
| | **Freehold, NJ 07728** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Family Legacy_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |

| | Name | | |

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,800.00** |
|---|---|---|---|

**Greg & Julia Gilbert**
**121 Doubling Rd**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |

**Greg & Kelly Tschantz Butz**
**18 Old Wagon Rd**
**Old Greenwich, CT 06870**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,640.00** |

**Greg & Lori Dyer**
**25 Mead Rd**
**Armonk, NY 10504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,800.00** |

**Greg & Meghan Rosen**
**170 East End Ave., Apt. 8D**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,000.00** |

**Gregg & Danielle Clark**
**8 Willowmere Ave.**
**Riverside, CT 06878**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,800.00** |

**Gregory & Sara Parent**
**227 Hollow Tree Ridge Road**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,618.06** |

**Guy E. Nido, Inc.**
**Attn: President or General Mgr**
**193 Route 100**
**Wilmington, VT 05363**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Heating Fuel Supplier**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Hermitage Club, LLC**    Case number (if known)    **19-20904**

Name

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,336.00 |
|---|---|---|---|

**GW Sk, Inc dba First Trax Spor**
**Attn John Grush & Mark Wallace**
**5 Mountain Park Plaza**
**Dover, VT 05356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Corporate- Local (Mark Wallace/John Grush)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,640.00 |
|---|---|---|---|

**H2O GUY**
**Attn: President or General Mgr**
**256 DOVER HILL Road**
**EAST DOVER, VT 05341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Water testing service**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,000.00 |
|---|---|---|---|

**Hardin & Jenn Gray**
**9 Tipping Rock Rd.**
**Stonington, CT 06378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Family Legacy**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,156.00 |
|---|---|---|---|

**HARRINGTON STEEL LLC**
**Attn: President or General Mgr**
**1185 Glastenbury Road**
**Shaftsbury, VT 05262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Construction**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**HARTFORD STEAM BOILER**
**Attn: President or General Mgr**
**21045 NETWORK PLACE**
**CHICAGO, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **HVAC services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**HAYDEN PLMB & HEATING, INC.**
**Attn: President or General Mgr**
**268 Benmont Avenue**
**BENNINGTON, VT 05201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Construction**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $734.00 |
|---|---|---|---|

**HCAREERS**
**Attn: President or General Mgr**
**C/O BANK OF AMERICA**
**CHICAGO, IL 60674-8242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Recruiting Service**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Hermitage Club, LLC**

Name

Case number *(if known)* **19-20904**

---

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$868.63** |
|---|---|---|---|
| | **HEAD TOYROLIA WINTERSPORTS** Attn: President or General Mgr 25829 NETWORK PLACE CHICAGO, IL 60673-1258 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Ski Rental Forms Purchased | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52,000.00** |
|---|---|---|---|
| | **Heather Frahm & Bill Cronin** 7 Lawrence Road Weston, MA 02493 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Family Legacy | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,916.75** |
|---|---|---|---|
| | **Helena Chemical Co.** Attn: President or General Mgr 225 Schilling Blvd Suite 300 Collierville, TN 38017 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Turf Chemicals Purchased | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,000.00** |
|---|---|---|---|
| | **HELMHOLZ FINE ART, LLC.** Attn: President or General Mgr 315 PEACE Street DORSET, VT 05251 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Sculpture purchase | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,355.83** |
|---|---|---|---|
| | **HESTRA GLOVES LLC** Attn: President or General Mgr 600 CORPORATE CIRCLE UNIT H GOLDEN, CO 80401 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Retail Product Purchased | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,002.53** |
|---|---|---|---|
| | **Higgins** Attn: President or General Mgr 777 Broadway South Portland, ME 04106 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Printing Supplies | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|
| | **HIGH PEAKS SOUND INC** Attn: President or General Mgr 386 BURGOYNE Road SARATOGA SPRINGS, NY 12866 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Product Purchased | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Hermitage Club, LLC**
Name

Case number (if known) **19-20904**

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,948.35** |
|---|---|---|---|

**HOLLISTER HILL CNSLT, LLC.**
Attn: President or General Mgr
3061 Hollister Hill Road
Marshfield, VT 05658

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Environmental ANR Consulting Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,933.72** |
|---|---|---|---|

**HOLLMAN**
Attn: President or General Mgr
1825 W WALNUT HILL Lane
IRVING, TX 75038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Lockers__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,660.00** |
|---|---|---|---|

**HORIZON FORESTRY, LLC**
Attn: President or General Mgr
18154 Brentwood Lane
Gordonsville, VA 22942

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trail Brush cutting services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Howard & Ellyn Kotkin**
8 Baileys Mill Rd
Basking Ridge, NJ 07920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Family Legacy__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$945.10** |
|---|---|---|---|

**Hunter Amenities Int'l LTD**
Attn: President or General Mgr
1205 Corporate Drive
Burlington, Ontario L7L 5V5

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Retail Product Purchased__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,376.05** |
|---|---|---|---|

**Hunter Douglas Fab. Co. Inc**
Attn: President or General Mgr
PO Box 405756
Atlanta, GA 30384-5756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Construction__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,602.36** |
|---|---|---|---|

**HUNTINGTON NATIONAL BANK**
Attn: President or General Mgr
PO BOX 182519
COLUMBUS, OH 43218-2519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vehicle Financing__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 19-20904 Doc 21 Filed 06/09/19 Entered 06/09/19 12:38:09 Page 167 of 143
Case 19-20904 Doc 21 Filed 06/09/19 Entered 06/09/19 12:28:00 Page 153 of 231
Desc Main Document Page 153 of 231

6/09/19 11:41AM

Debtor **Hermitage Club, LLC**
Name

Case number (if known) **19-20904**

| | | |
|---|---|---|
| 3.346 | **Nonpriority creditor's name and mailing address**<br>**Ian & Kaili Dilts**<br>**7 Woods End Rd.**<br>**Darien, CT 06820** | As of the petition filing date, the claim is: *Check all that apply.*      **$62,000.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.347 | **Nonpriority creditor's name and mailing address**<br>**IMPLUS/ICETREKKERS**<br>**Attn: President or General Mgr**<br>**PO BOX 13925**<br>**Durham, NC 27709-3925** | As of the petition filing date, the claim is: *Check all that apply.*      **$915.92**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Safety Parts Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.348 | **Nonpriority creditor's name and mailing address**<br>**Independent Outdoor III LLC**<br>**Attn: Dave Gannon**<br>**4 Peach Hill Dr**<br>**Wallingford, CT 06492** | As of the petition filing date, the claim is: *Check all that apply.*      **$62,000.00**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Corporate Membership**
**(Dave & Nadine Gannon)**
**(Jim & Jeanine Johnsen)**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.349 | **Nonpriority creditor's name and mailing address**<br>**Inkspot Press**<br>**Attn: President or General Mgr**<br>**736 MAIN Street**<br>**BENNINGTON, VT 05201** | As of the petition filing date, the claim is: *Check all that apply.*      **$780.97**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Office Supplies Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.350 | **Nonpriority creditor's name and mailing address**<br>**INSPERITY**<br>**Attn: President or General Mgr**<br>**P O BOX 846055**<br>**DALLAS, TX 75284** | As of the petition filing date, the claim is: *Check all that apply.*      **$8,858.55**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Payroll Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.351 | **Nonpriority creditor's name and mailing address**<br>**Integra Companies**<br>**Attn: President or General Mgr**<br>**18 White Tail Way**<br>**Littleton, MA 01460** | As of the petition filing date, the claim is: *Check all that apply.*      **$64,000.00**<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Corporate Membership**
**(Doug & Eileen Long)**
**(Dwight Long & Mary-Lu Rizzardi)**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.352 | **Nonpriority creditor's name and mailing address**<br>**Iron Mountain**<br>**Attn: President or General Mgr**<br>**1000 CAMPUS DR**<br>**COLLEGEVILLE, PA 19426** | As of the petition filing date, the claim is: *Check all that apply.*      **$324.17**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | | Case number *(if known)* | **19-20904** |
|---|---|---|---|---|
| | Name | | | |

| 3.353 | **Nonpriority creditor's name and mailing address**<br>**ISUZU FINANCE OF AMERICA, INC.**<br>**Attn: President or General Mgr**<br>**7865 SOLUTION CENTER**<br>**CHICAGO, IL 60677-7008**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vehicle Financing**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$8,555.85** |
|---|---|---|---|

| 3.354 | **Nonpriority creditor's name and mailing address**<br>**Jack & Jennifer Murphy**<br>**140 Stoneleigh Rd.**<br>**New Canaan, CT 06840**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$70,000.00** |

| 3.355 | **Nonpriority creditor's name and mailing address**<br>**Jack & Judi Remondi**<br>**258 Bridle Trail Road**<br>**Needham, MA 02492**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$66,800.00** |

| 3.356 | **Nonpriority creditor's name and mailing address**<br>**James & Ann Jacobs**<br>**5 Eagles Glen**<br>**Avon, CT 06001**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20,000.00** |

| 3.357 | **Nonpriority creditor's name and mailing address**<br>**James & Caroline Maynard**<br>**51 Elm Streer**<br>**Westerly, RI 02891**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$58,800.00** |

| 3.358 | **Nonpriority creditor's name and mailing address**<br>**James & Catherine Winters**<br>**319 Old Mill Rd.**<br>**St. James, NY 11780**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$62,000.00** |

| 3.359 | **Nonpriority creditor's name and mailing address**<br>**James & Emily Boshart**<br>**296 Mountain Ave**<br>**Ridgewood, NJ 07450**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$62,000.00** |

| Debtor | **Hermitage Club, LLC** | Case number *(if known)* | **19-20904** |
|---|---|---|---|
| | Name | | |

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,298.34** |
|---|---|---|---|

**James & Heather Smith**
**14 Stoner Drive**
**West Hartford, CT 06107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Family Legacy**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,000.00** |
|---|---|---|---|

**James & Jane Macri**
**2109 Broadway, Apt 1579**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Family Legacy**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**James & Kathleen Winiarski**
**115 Drumlin Hill Rd**
**Bolton, MA 01740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Family Legacy**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**James & Marcela Grover**
**21 Spring Street**
**Riverside, CT 06878**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Family Legacy - Suspended**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,000.00** |
|---|---|---|---|

**James & Rachel Tully**
**6 Sharlin Dr**
**West Simsbury, CT 06052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Family Legacy**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**James & Suzanne Jesse**
**3 Rustic Lane**
**Westport, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Family Legacy**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**JAMES NIEHUES, LLC**
**Attn: President or General Mgr**
**PO BOX 1913**
**LOVELAND, CO 80539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trail Map production**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Hermitage Club, LLC** |
| | Name |

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,000.00** |
|---|---|---|---|

**James Reyes**
**4655 Hawthorne Lane NW**
**Washington, DC 20014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Corporate- National (Reinhart)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141,000.00** |
|---|---|---|---|

**Jan Linhart**
**7 Orchard Dr.**
**Purchase, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,000.00** |
|---|---|---|---|

**Jaroslaw & Jadwiga Kalecinski**
**4 Viewpoint Rd.**
**Ellington, CT 06029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,800.00** |
|---|---|---|---|

**Jason & Becca Sherrill Hedberg**
**176 S. Mountain Ave.**
**Montclair, NJ 07042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Jason & Brooke Gies**
**64 Knollwood Lane**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Jason & Lauren Gross**
**155 Mill Rd.**
**Saddle River, NJ 07458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Jason & Suzy Barnett**
**48 Arasley Ave West**
**Irvington, NY 10533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Equity**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | | Case number *(if known)* | **19-20904** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.374 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55,020.00** |
|---|---|---|---|

**Jay & Stephanie Gromek**
**309 3rd Street, Apt 1 J**
**New York, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.375 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,950.00** |
|---|---|---|---|

**JEDRZIEWSKI DESIGNS**
**Attn: President or General Mgr**
**1537 East Yale Avenue**
**Salt Lake City, UT 84105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.376 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Jeff & Denise Koslowsky**
**6 Brookline Rd.**
**Scarsdale, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,420.00** |
|---|---|---|---|

**Jeff & Jessica Wheeler**
**745 Old Academy Rd.**
**Fairfield, CT 06824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,000.00** |
|---|---|---|---|

**Jeff & Jill Bornstein**
**174 Branchville Road**
**Ridgefield, CT 06877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$58,800.00** |
|---|---|---|---|

**Jeff & Sam Lowe**
**91 Deerfield Lane North**
**Pleasantville, NY 10570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49,000.00** |
|---|---|---|---|

**Jeff & Sara Colodny**
**58 Red Coat Road**
**Westport, CT 06880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor | Hermitage Club, LLC | Case number *(if known)* | **19-20904**
--- | --- | --- | ---
 | Name | | 

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $57,250.00 |
|---|---|---|---|
| | **Jeff Schor & Alex Trinkoff**<br>**1 Briarcliff Drive**<br>**Port Washington, NY 11050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Family Legacy** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $65,000.00 |
|---|---|---|---|
| | **Jefferson & Juliette Ginieres**<br>**235 Easy 87th St. Apt. 2C**<br>**New York, NY 10128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Family Legacy** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $67,500.00 |
|---|---|---|---|
| | **Jeffrey & Allison Wolf**<br>**5 Hickory Hill**<br>**Roslyn Estates, NY 15576** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Family Legacy** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,000.00 |
|---|---|---|---|
| | **Jeffrey & Diane Lipes**<br>**122 Farmstead Dr**<br>**Glastonbury, CT 06033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Family Legacy** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $54,000.00 |
|---|---|---|---|
| | **Jeffrey & Lisa Alter**<br>**3 Woodland Rd.**<br>**Belle Terre, NY 11777** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Family Legacy** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,900.00 |
|---|---|---|---|
| | **Jenna Kieley & Nicholas Teeson**<br>**22 Pleasant St.**<br>**Dover, MA 02030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Family Legacy** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,000.00 |
|---|---|---|---|
| | **Jeremy & Elizabeth Bixenman**<br>**325 North End Ave. Apt. 15Q**<br>**New York, NY 10282** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Family Legacy** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 19-20904 Doc 21 Filed 06/09/19 Entered 06/09/19 12:36:49 Page 473 of 143
Case 19-20904 Doc 21 Filed 06/09/19 Entered 06/09/19 12:36:49 Page 159 of 231

Desc Main Document Page 159 of 231

6/09/19 11:41AM

| Debtor | **Hermitage Club, LLC** | | Case number *(if known)* | **19-20904** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,000.00** |
|---|---|---|---|

**Jeremy Piccini**
**60 Cloverdale Ave.**
**Paramus, NJ 07652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Jerry ODwyer & Roberta Garceau**
**85 Bayberry Hill Rd**
**Avon, CT 06001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,660.00** |
|---|---|---|---|

**Jess & Mike Marullo-Dell'Aera**
**117 Goslee Rd**
**Bantam, CT 06750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,000.00** |
|---|---|---|---|

**Jesse & Jessica Hiney**
**51 Sherwood Dr.**
**Shoreham, NY 11786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,256.25** |
|---|---|---|---|

**JFP Consulting Services, P.C.**
**Attn: President or General Mgr**
**PO Box 10**
**Chester, VT 05143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Engineering Consulting**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,200.00** |
|---|---|---|---|

**Jim & Carrie Czapiga**
**68 Knolwood Dr.**
**Hebron, CT 06248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Jim & Jennifer McCarroll**
**599 Lexington Ave. 26th Fl**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Hermitage Club, LLC**

Case number (if known)   **19-20904**

Name

| | | |
|---|---|---|
| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Nonpriority creditor's name and mailing address**

3.395

**Jim Ryan**
**P.O. Box 663**
**Bondville, VT 05340**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate - Local
(Landscape Construction Srvcs)**

Is the claim subject to offset? ■ No ☐ Yes

**$54,000.00**

---

3.396

**Nonpriority creditor's name and mailing address**

**Joe  & Kathy Busuttil**
**19 Hunting Hollow Ct.**
**Dix Hills, NY 11746**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

**$46,000.00**

---

3.397

**Nonpriority creditor's name and mailing address**

**Joe & Donna Pastore**
**86 Peaceable St**
**Ridgefield, CT 06877**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

**$26,685.60**

---

3.398

**Nonpriority creditor's name and mailing address**

**Joe & Gina Lodi**
**47 Masterton Rd.**
**Bronxville, NY 10708**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

**$60,000.00**

---

3.399

**Nonpriority creditor's name and mailing address**

**Joe & Kerryn Dowling**
**32 Vernon Street**
**Nahant, MA 01908**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

**$70,000.00**

---

3.400

**Nonpriority creditor's name and mailing address**

**Joe Bardenheier & Cam Bradley**
**30 Moorland Rd.**
**Newport, RI 02840**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

**$50,872.00**

---

3.401

**Nonpriority creditor's name and mailing address**

**Joel Koral**
**253 Woodlands Drive**
**Tuxedo Park, NY 10987**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy / Secondary Membership**

Is the claim subject to offset? ■ No ☐ Yes

**$221,000.00**

---

| Debtor | Hermitage Club, LLC | Case number (if known) | 19-20904 |
|---|---|---|---|
| | Name | | |

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,000.00 |
|---|---|---|---|

Johannes Boeckman
140 davis street
Hamden, CT 06517

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,000.00 |
|---|---|---|---|

John & Cecilia Kennedy
198 Kings Rd.
Madison, NJ 07940

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,000.00 |
|---|---|---|---|

John & Christine Maraganore
49 Constellation Warf
Charlestown, MA 02129

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,000.00 |
|---|---|---|---|

John & Crista Gannon
68 Hall Rd.
Wilmington, VT 05363

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,000.00 |
|---|---|---|---|

John & Eilene Grayken
100 Whitehead Rd.
Cohasset, MA 02025

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,000.00 |
|---|---|---|---|

John & Geraldine Arege
17 Paag Lane
Little Silver, NJ 07739

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,000.00 |
|---|---|---|---|

John & Ioanna Donohue
25 Jennifer Ln.
New Canaan, CT 06840

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Hermitage Club, LLC**

Name

Case number *(if known)* **19-20904**

| | | |
|---|---|---|
| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$62,000.00** |

**John & Karen Doyle**
**224 Hamilton Rd**
**Ridgewood, NJ 07450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$26,000.00** |

**John & Karen Heneghan**
**14 Hewlett Avenue**
**Point Lookout, NY 11569**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$37,146.60** |

**John & Katie Fitzgerald**
**36 Kane Ave**
**Larchmont, NY 10538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$70,000.00** |

**John & Lesley Osborn**
**29 Arrowhead Way**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$62,000.00** |

**John & Martha Babitt**
**121 Commodore Rd.**
**Chappaqua, NY 10514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$54,000.00** |

**John & Maureen Maher**
**82 Whipstick Rd.**
**Ridgefield, CT 06877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$66,800.00** |

**John & Molly Reilly**
**188 Hoyt Farm Road**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | | Case number *(if known)* | **19-20904** |
|---|---|---|---|---|
| | Name | | | |

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00** |
|---|---|---|---|
| | **John & Rebecca Nesland**<br>**400 Beechwood Road**<br>**Ridgewood, NJ 07450** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|
| | **John & Rebeccca Larkin**<br>**140 Franklin St. 2A**<br>**New York, NY 10013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,500.00** |
|---|---|---|---|
| | **John & Rob Milligan**<br>**30 Union Park St. #304**<br>**Boston, MA 02118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,336.45** |
|---|---|---|---|
| | **John & Robin Pavia**<br>**311 Silver Hill Rd**<br>**Easton, CT 06612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,336.00** |
|---|---|---|---|
| | **John & Shirley Grush**<br>**1752 East Dover Rd.**<br>**East Dover, VT 05356** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Corporate- Local** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,400.00** |
|---|---|---|---|
| | **John & Stephanie Brodacki**<br>**558 Williams Street**<br>**Longmeadow, MA 01106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00** |
|---|---|---|---|
| | **John & Theresa Curran**<br>**1 Captain Copeland Rd.**<br>**East Dover, VT 10504** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Hermitage Club, LLC | Case number (if known) | 19-20904 |
|---|---|---|---|
| | Name | | |

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,000.00 |
|---|---|---|---|
| | **John & Trisha Stull**<br>**438 Thompson St.**<br>**Glastonbury, CT 06038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,000.00 |
|---|---|---|---|
| | **John & Wendy Visgilio**<br>**6 Whitman Lane**<br>**Old Lyme, CT 06371** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Corporate- National**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,118.75 |
|---|---|---|---|
| | **John Guminak**<br>**Attn: President or General Mgr**<br>**51 Harris Road**<br>**East Dover, VT 05341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Architecture Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,336.45 |
|---|---|---|---|
| | **John Pavia**<br>**311 Silver Hill Road**<br>**Easton, CT 06612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Rental program revenue**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,090.00 |
|---|---|---|---|
| | **Jon & Catherine Levine**<br>**264 Salem Road**<br>**Pound Ridge, NY 10576** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,000.00 |
|---|---|---|---|
| | **Jon & Kate Kaplan**<br>**280 Hollow Tree Ridge Rd.**<br>**Darien, CT 06820** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,000.00 |
|---|---|---|---|
| | **Jon & Kathy Savastano**<br>**3 Saddle Lane**<br>**Saint James, NY 11780** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Hermitage Club, LLC** | Case number *(if known)* | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,300.00 |
|---|---|---|---|

**Jon & Lara Rockman**
**55 Huckleberry Hill Rd.**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Family Legacy__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,000.00 |
|---|---|---|---|

**Jonathan & Heather Cody**
**131 Thayer Pond Rd**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Family Legacy__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,950.00 |
|---|---|---|---|

**Jonathan & Jo Cain**
**8114 Avalon Dr. East**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Family Legacy__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Jonathan & Traci Chason**
**16 Huckleberry Road**
**Hopkinton, MA 01748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Family Legacy__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,278.40 |
|---|---|---|---|

**Jonathan Shockley**
**91 Joralemon St. Apt. 4**
**New York, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Junior Legacy__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,040.00 |
|---|---|---|---|

**Jordan & Laura Frank**
**95 President Ave**
**Providence, RI 02906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Family Legacy__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,000.00 |
|---|---|---|---|

**Joseph & Janine Conti**
**76 Marlborough Road**
**Glastonbury, CT 06033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Family Legacy__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |

| | | | |
|---|---|---|---|
| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,438.00** |
| | **Joseph & Jill Molko** | ☐ Contingent | |
| | **245 East 72nd St. # 16F** | ☐ Unliquidated | |
| | **New York, NY 10021** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,000.00** |
| | **Joseph & Kara Artiglere** | ☐ Contingent | |
| | **1 Overlook Road** | ☐ Unliquidated | |
| | **Chatham, NJ 07928** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00** |
| | **Joseph & Kimberly Willen** | ☐ Contingent | |
| | **29 Bluff Point Road** | ☐ Unliquidated | |
| | **Northport, NY 11768** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Equity** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
| | **Joshua & Bernadette Lane** | ☐ Contingent | |
| | **6 Harvard St.** | ☐ Unliquidated | |
| | **Garden City, NY 11530** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,084.00** |
| | **Joshua & Jennifer Solomon** | ☐ Contingent | |
| | **80 Emerson Rd.** | ☐ Unliquidated | |
| | **Needham, MA 02492** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
| | **JP & Anne Van Arsdale** | ☐ Contingent | |
| | **18 Split Tree Rd** | ☐ Unliquidated | |
| | **Scarsdale, NY 10583** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
| | **Justin & Mina Meng** | ☐ Contingent | |
| | **10 Rock Hill Lane** | ☐ Unliquidated | |
| | **Scarsdale, NY 10583** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| Debtor | **Hermitage Club, LLC** |
| | Name |

Case number (if known)  **19-20904**

---

**3.444** | Nonpriority creditor's name and mailing address | | $54,000.00

**Justine & Jim Robertson**
**7 Gull Point**
**Monmouth Beach, NJ 07750**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.445** | Nonpriority creditor's name and mailing address | | $68,000.00

**Kaity & Ken Allen**
**95 Edwardel Road**
**Needham, MA 02492**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.446** | Nonpriority creditor's name and mailing address | | $20,036.16

**Kassbohrer**
**Attn: President or General Mgr**
**8850 Double Diamond Parkway**
**Reno, NV 89521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vehicle Maintenance Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.447** | Nonpriority creditor's name and mailing address | | $52,625.06

**Kate & Kevin Ward**
**783 Hale St**
**Beverly Farms, MA 01915**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.448** | Nonpriority creditor's name and mailing address | | $26,000.00

**Kathleen & Bradley Hay**
**33 Briar Brae Road**
**Darien, CT 06820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.449** | Nonpriority creditor's name and mailing address | | $47,520.00

**Katie & Chris Brooks**
**3039 Route 30**
**Dorset, VT 05251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.450** | Nonpriority creditor's name and mailing address | | $27,500.00

**Kaumil & Monica Gajrawala**
**24 Cambridge Way**
**Weehawken, NY 07086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Kayvan & Amanda Heravi**
**104 Beach Avenue**
**Larchmont, NY 10538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Keith & Elizabeth Getchell**
**27 Old Farm Rd.**
**Hopkinton, MA 01748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,160.00** |
|---|---|---|---|

**Keith & Rosanna Dougherty**
**7 Davis Dr.**
**Armonk, NY 10504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,520.00** |
|---|---|---|---|

**Ken & Kaity Geren**
**28 Windrose Way**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,000.00** |
|---|---|---|---|

**Kenneth & Pamela Corriveau**
**15 Old Orchard Road**
**Riverside, CT 06878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,000.00** |
|---|---|---|---|

**Keri Jaye & Dave Fontano**
**336 Olde Stage Rd.**
**Glastonbury, CT 06033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,000.00** |
|---|---|---|---|

**Kerry & James Plutte**
**25 Brushy Hill Road**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Hermitage Club, LLC** | Case number *(if known)* | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,000.00 |
|---|---|---|---|

**Kevin & Angela Siebrecht**
**8 Whispering Way**
**Brookfield, CT 06804**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Kevin & Eileen Heneghan**
**177 Bayside Drive**
**Point Lookout, NY 11569**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,961.60 |
|---|---|---|---|

**Kevin & Evonne Dunne**
**76 Cowdin Lane**
**Chappaqua, NY 10514**

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy - Suspended**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,200.00 |
|---|---|---|---|

**Kevin & Judy Yao**
**9 The Glen**
**Tenafly, NJ 07670**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

**Kevin & Kristie Smith**
**107 Devonwood Lane**
**New Canaan, CT 06840**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,640.00 |
|---|---|---|---|

**Kevin & Sharon Boucher**
**216 Bosque Rd.**
**Farmington, CT 06032**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,000.00 |
|---|---|---|---|

**Kim & Rob Haisch**
**8 Meadow Lane**
**Saddle River, NJ 07458**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Hermitage Club, LLC**
Name

Case number *(if known)* **19-20904**

| | | |
|---|---|---|
| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,160.00** |

**Kimberly & Bob Anderson**
**335 West Beach Rd.**
**Charlestown, RI 02813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Family Legacy**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,771.57** |

**KINROSS CASHMERE**
**Attn: President or General Mgr**
**PO Box 10546**
**Albany, NY 12201-0546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Retail Product Purchased**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,410.00** |

**Kirk & Claire Lehneis**
**21 Benenson Dr.**
**Cos Cob, CT 06807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Family Legacy**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,194.32** |

**KJUS NORTH AMERICA, INC.**
**Attn: President or General Mgr**
**4940 Pearl East Circle STE 300**
**BOULDER, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Retail Product Purchased**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,750.00** |

**KRAFT ENTERPRISE SYSTEMS, LLC**
**Attn: President or General Mgr**
**TEN CADILLAC DRIVE SUITE 380**
**BRENTWOOD, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Accounting Software Consulting services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,060.65** |

**KRIMSON KLOVER**
**Attn: President or General Mgr**
**PO BOX 214**
**BOULDER, CO 80306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Retail Product Purchased**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,750.00** |

**Kris & Lauren Erickson**
**93 Thayer Dr.**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Family Legacy**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **Hermitage Club, LLC**     Case number *(if known)*    **19-20904**

Name

| | | |
|---|---|---|
| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $105.09 |

**3.472**
Nonpriority creditor's name and mailing address
**LA RESERVE, INC.**
Attn: President or General Mgr
P O Box 7689
New York, NY 10150

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$105.09**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Food Product**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.473**
Nonpriority creditor's name and mailing address
**LABADORF ASSOCIATES, INC.**
Attn: President or General Mgr
9248 Moose County Place
LAS VEGAS, NV 89178

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Construction Consulting**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.474**
Nonpriority creditor's name and mailing address
**Landscape Construction Srvcs**
Attn: President or General Mgr
PO Box 663
Bondville, VT 05340

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$54,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Corporate Membership (James Ryan and Eryn Badger)**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.475**
Nonpriority creditor's name and mailing address
**LANDSCAPE CONSTRUCTIONS INC.**
Attn: President or General Mgr
POST OFFICE BOX 663
BONDVILLE, VT 05340

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$62,113.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Landscape Services**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.476**
Nonpriority creditor's name and mailing address
**LANG DOOR & HARDWARE, LLC**
Attn: President or General Mgr
2 BROOKSIDE WEST
HOOKSET, NH 03106-2518

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$6,575.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.477**
Nonpriority creditor's name and mailing address
**Larry & Christine Hesse**
356 West Lake Ave
Bay Head, NJ 08742

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$46,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.478**
Nonpriority creditor's name and mailing address
**Larry & Diane Kingsley**
5 Pine Island Rd.
Rye, NY 10580

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$26,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☒ No ☐ Yes

Debtor **Hermitage Club, LLC**
Name

Case number *(if known)* **19-20904**

| | | |
|---|---|---|
| 3.479 | **Nonpriority creditor's name and mailing address**<br>**Laura Hesse**<br>**12 Harbor View Dr**<br>**Atlantic Highlands, NJ 07716** | **$44,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.480 | **Nonpriority creditor's name and mailing address**<br>**Laurence Russian**<br>**39 Keofferam Rd.**<br>**Old Greenwich, CT 06870** | **$347,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy / Secondary Memberships**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.481 | **Nonpriority creditor's name and mailing address**<br>**Lawrence & Eliz Wertheimer**<br>**124 East 93rd St.**<br>**New York, NY 10128** | **$58,800.00** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.482 | **Nonpriority creditor's name and mailing address**<br>**Laz Parking**<br>**Attn: Michael J. Kuziak**<br>**15 Lewis Street**<br>**Hartford, CT 06103** | **$46,000.00** |

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Corporate- National**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.483 | **Nonpriority creditor's name and mailing address**<br>**Leader Distribution Systems**<br>**Attn: President or General Mgr**<br>**PO Box 8285**<br>**Brattleboro, VT 05304** | **$8,595.30** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Beverage distribution**

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.484 | **Nonpriority creditor's name and mailing address**<br>**Leader Distribution Systems**<br>**Attn: President or General Mgr**<br>**1556 Putney Road**<br>**Brattleboro, VT 05304** | **Unknown** |

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Corporate Membership (Daniel & Jennifer Donovan) (John & Marcia Leader)**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.485 | **Nonpriority creditor's name and mailing address**<br>**LEDUC GIFTS & SPEC PROD, LLC**<br>**Attn: President or General Mgr**<br>**15102 MINNETONKA IND. Rd**<br>**MINNETONKA, MN 55345** | **$625.66** |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Desc Main Document Page 173 of 231

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.486 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Leigh & Amy Small**
**73 Sunset Beach Rd.**
**Branford, CT 06405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Leitner-Poma Service, Inc.**
**Attn: President or General Mgr**
**Dept 0819**
**Denver, CO 80256-0819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ski ChairLift Maintenance Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54,000.00** |
|---|---|---|---|

**Len & Susan Kunin**
**149 Emery Dr. E**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Lenny Veneziano**
**54 Reynal Road**
**White Plains, NY 10605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,174,560.40** |
|---|---|---|---|

**LH VT House, LLC**
**Attn: President or General Mgr**
**101 N. Plains Industrial Road**
**Building 1B Ste 3**
**Wallingford, CT 06492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Linda & Charlie Goddard**
**18 Hemlock Drive**
**Essex, CT 06426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,000.00** |
|---|---|---|---|

**Lisa & Brian Yurko**
**51 Crafts Road**
**Carmel, NY 10512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Desc Main Document Page 174 of 231

| | |
|---|---|
| Debtor | **Hermitage Club, LLC** |
| | Name |

Case number (if known) **19-20904**

---

**3.493** | Nonpriority creditor's name and mailing address

**Liviu & Giselle Vogel**
**257 Lyons Plain Rd.**
**Weston, CT 06883**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

**$62,000.00**

---

**3.494** | Nonpriority creditor's name and mailing address

**LOCKE LORD LLP**
**Attn: President or General Mgr**
**P O BOX 301170**
**DALLAS, TX 75303-1170**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Attorney fees**

Is the claim subject to offset? ☑ No ☐ Yes

**$52,803.13**

---

**3.495** | Nonpriority creditor's name and mailing address

**LOGMEIN.COM**
**Attn: President or General Mgr**
**PO BOX 50264**
**LOS ANGELES, CA 90074**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business software service**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,387.10**

---

**3.496** | Nonpriority creditor's name and mailing address

**Lorista Holdings**
**Attn: President or General Mgr**
**101 N. Plains Industrial Road**
**Building 1B Ste 3**
**Wallingford, CT 06492**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Judgment**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,174,560.40**

---

**3.497** | Nonpriority creditor's name and mailing address

**Lou Garcia**
**128 West Hills  Rd.**
**New Canaan, CT 06840**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

**$178,750.00**

---

**3.498** | Nonpriority creditor's name and mailing address

**LOUD CANVAS**
**Attn: President or General Mgr**
**2 ALEX COURT**
**SOMERSWORTH, NH 03878**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Web Hosting Service**

Is the claim subject to offset? ☑ No ☐ Yes

**$25,000.00**

---

**3.499** | Nonpriority creditor's name and mailing address

**Louis Chenevert**
**8 Atwater Terrace**
**Farmington, CT 06032**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

**$26,000.00**

---

Debtor   **Hermitage Club, LLC**

Name

Case number (if known)   **19-20904**

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,173.00 |
|---|---|---|---|

**LOVE SAM**
**Attn: President or General Mgr**
**225 WEST 35 ST**
**NEW YORK, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retail Product Purchased**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,000.00 |
|---|---|---|---|

**Lucas & Caitlin Turton**
**32 Rutland St. 1R**
**Boston, MA 02118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,000.00 |
|---|---|---|---|

**Luke & Caitlin Walsh**
**57 Chichester Rd**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.64 |
|---|---|---|---|

**LYNDE WELL DRILLING INC.**
**Attn: President or General Mgr**
**5345 Hinesburg Road**
**Guilford, VT 05301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Well Service and repair**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,160.00 |
|---|---|---|---|

**Mackae & Carisa Sykes**
**35 Keoffevlam Rd.**
**Old Greenwich, CT 06870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

**Mag & Cecilia Hassan**
**436 Frogtown Rd**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,500.00 |
|---|---|---|---|

**Manny & Minerva Rodrigues**
**131 Old Kings Highway**
**Wilton, CT 06897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hermitage Club, LLC | Case number (if known) | 19-20904 |
|---|---|---|---|
| | Name | | |

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,000.00 |
|---|---|---|---|
| | Marc & Lauren Slayton<br>500 West End Ave, Apt GA<br>New York, NY 10024 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,900.00 |
|---|---|---|---|
| | Marc & Maggie Anderson<br>185 Iron Ore Hill Rd.<br>Bridgewater, CT 06752 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,000.00 |
|---|---|---|---|
| | Marc & MaryAnn Beliveau<br>115 Silo Drive<br>Rocky Hill, CT 06067 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,569.31 |
|---|---|---|---|
| | Margaret Metz<br>206 Roxbury Street, Apt 1<br>Keene, NH 03431 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Employee Wages Earned** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,000.00 |
|---|---|---|---|
| | Maria & Andrew Lund<br>37 Maher Ave<br>Greenwich, CT 06830 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,000.00 |
|---|---|---|---|
| | Marie & Raymond Morena<br>24 The Fairway<br>Oak Beach, NY 11702 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,000.00 |
|---|---|---|---|
| | Marisa & Peter Dooney<br>55 Conyers Farm Dr.<br>Greenwich, CT 06831 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Family Legacy** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Hermitage Club, LLC**
Name

Case number (if known) **19-20904**

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,000.00 |
|---|---|---|---|

**Mark & Jamie Buschmann**
**359 Dan's Hwy**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,400.00 |
|---|---|---|---|

**Mark & Jennifer Unferth**
**26 Barberry Lane**
**Short Hills, NJ 07078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,000.00 |
|---|---|---|---|

**Mark & Karen Amanti**
**PO Box 1325**
**East Otis, MA 01029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,000.00 |
|---|---|---|---|

**Mark & Kristen Wallace**
**193 Dover Hill Road**
**East Dover, VT 05341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,800.00 |
|---|---|---|---|

**Mark & Megan Abrahamsen**
**7 Rolling Ridge Road**
**Wilton, CT 06897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,000.00 |
|---|---|---|---|

**Mark & Tara Metcalf**
**11 Revere Rd**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $486,000.00 |
|---|---|---|---|

**Mark Brett**
**1 Four Mile Riker Rd.**
**Old Lyme, CT 06371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$163,000.00** |
|---|---|---|---|

**Mark Shafir & Hillary Schafer**
**113 East 90th Street**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$111,000.00** |
|---|---|---|---|

**Marsden & David Kline**
**21 Ridgewood Rd**
**Rowayton, CT 06853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy; Secondary Membership**

Is the claim subject to offset? ■ No ☐ Yes

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Mary Anne & Wes Stets**
**369 Taugwonk Road**
**Stonington, CT 06378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,800.00** |
|---|---|---|---|

**Mary Lou & Tim Ricci**
**505 Congress St #914**
**Boston, MA 02210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Matlock & Amanda Schlumberger**
**20 Oak Ave.**
**Larchmont, NY 10538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,624.80** |
|---|---|---|---|

**Matt & Amy Somberg**
**48 Paddock Lane**
**South Glastonbury, CT 06073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53,950.00** |
|---|---|---|---|

**Matt & Karen Durcan**
**20 Branch Dr.**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Hermitage Club, LLC**
Name

Case number (if known) **19-20904**

| | | |
|---|---|---|
| 3.528 | **Nonpriority creditor's name and mailing address**<br>**Matt & Liz Curtis**<br>**14 Dellwood Ave.**<br>**Chatham, NJ 07928** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$62,000.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.529 | **Nonpriority creditor's name and mailing address**<br>**Matt & Marie Romanelli**<br>**121 Barcliff Rd.**<br>**East Norwich, NY 11732** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40,590.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.530 | **Nonpriority creditor's name and mailing address**<br>**Matt & Tracy Kaplan**<br>**32 Wawapek Rd**<br>**Cold Spring Harbor, NY 11724** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$46,000.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.531 | **Nonpriority creditor's name and mailing address**<br>**Matthew & Davina Small**<br>**912 F Street NW  #705**<br>**Washington, DC 20004** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$26,000.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.532 | **Nonpriority creditor's name and mailing address**<br>**Matthew & Elizabeth Baird**<br>**74 Reade St.**<br>**New York, NY 10007** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$40,590.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.533 | **Nonpriority creditor's name and mailing address**<br>**Matthew & James Sobolewski**<br>**30 Lookout Circle**<br>**Larchmont, NY 10538** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60,000.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.534 | **Nonpriority creditor's name and mailing address**<br>**Matthew & Jenny Wiener**<br>**506 Long Ridge Rd**<br>**Bedford, NY 10506** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$31,252.00** |

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Hermitage Club, LLC**

Name

Case number (if known)   **19-20904**

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,000.00 |
|---|---|---|---|

**Matthew & Jessica Stepanski**
**19 Conover Lane**
**Rumson, NJ 07760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,000.00 |
|---|---|---|---|

**Matthew & Katherine Maleska**
**188 Bishop Street**
**New Haven, CT 06511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Matthew & Katie Meyers**
**34 Desbrosses St., #622**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,000.00 |
|---|---|---|---|

**Matthew & Nancy White**
**14 Butternut Ridge**
**Newtown, CT 06470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,000.00 |
|---|---|---|---|

**Matthew & Susan Trokel**
**9 Saxon Rd.**
**Newton, MA 02461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,000.00 |
|---|---|---|---|

**Max & Suzie Jellinek**
**110 Nearwater Lane**
**Darien, CT 06820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,826.01 |
|---|---|---|---|

**MERCEDES-BENZ Financial Svcs**
**Attn: President or General Mgr**
**P O  BOX 5260**
**CAROL, IL 60197-5260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vehicle Financing**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Hermitage Club, LLC**
Name

Case number *(if known)* **19-20904**

| | | |
|---|---|---|
| 3.542 | **Nonpriority creditor's name and mailing address**<br>**Meredith & Nick Brawer**<br>**11 Leafy Ln.**<br>**Larchmont, NY 10538**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$33,610.00** |
| 3.543 | **Nonpriority creditor's name and mailing address**<br>**Merrill A. Mundell, Jr., P.E.**<br>**Attn: President or General Mgr**<br>**PO Box 866**<br>**Wilmington, VT 05363**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Engineering and Surveying Consulting**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,256.25** |
| 3.544 | **Nonpriority creditor's name and mailing address**<br>**METROPOLITAN PGA**<br>**Attn: President or General Mgr**<br>**PO BOX 59**<br>**SOUTH ROYALTON, VT 05068**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Marketing**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$52,680.61** |
| 3.545 | **Nonpriority creditor's name and mailing address**<br>**Michael & Allison Zampetti**<br>**203 E. 29th St.**<br>**New York, NY 10016**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50,408.00** |
| 3.546 | **Nonpriority creditor's name and mailing address**<br>**Michael & Amy Cherry**<br>**17 Fawn Lane**<br>**Armonk, NY 10504**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$57,520.00** |
| 3.547 | **Nonpriority creditor's name and mailing address**<br>**Michael & Andrea McGough**<br>**223 W. 80th St., Apt 1**<br>**New York, NY 10024**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$62,000.00** |
| 3.548 | **Nonpriority creditor's name and mailing address**<br>**Michael & Ann Quattrochi**<br>**26 Bentley Lane**<br>**Syosset, NY 11791**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |

| Debtor | **Hermitage Club, LLC** | Case number *(if known)* | **19-20904** |
|---|---|---|---|
| | Name | | |

---

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,840.80** |
|---|---|---|---|

**Michael & Claudia Taglich**
**198 E Main Street**
**Oyster Bay, NY 11771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,138.27** |
|---|---|---|---|

**Michael & Elizabeth Wilens**
**166 W. 18th St.**
**New york, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,246.00** |
|---|---|---|---|

**Michael & Jacqui Schein**
**240 E. 79th St., Apt 7CD**
**New York, NY 10075**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,000.00** |
|---|---|---|---|

**Michael & Jennifer Steiner**
**2312 Ridgeway Road**
**Wilmington, DE 19805**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,000.00** |
|---|---|---|---|

**Michael & Jessica Weaver**
**516 3rd St.**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Michael & Kara Lech**
**26-2 Cove Road**
**Lyme, CT 06371**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,080.00** |
|---|---|---|---|

**Michael & Krystal Sachs**
**22 Perkins Road**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hermitage Club, LLC | Case number (if known) | 19-20904 |
|---|---|---|---|
| | Name | | |

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,000.00 |
|---|---|---|---|

**Michael & Lorie Pill**
6 Lake Louise Dr.
Westbrook, CT 06498

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,000.00 |
|---|---|---|---|

**Michael & Lourdes Culnen**
32 School House Ln.
Morristown, NJ 07960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,800.00 |
|---|---|---|---|

**Michael & Noemi Radziemski**
633 North Broadway
Nyack, NY 10960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,000.00 |
|---|---|---|---|

**Michael & Rachel Gigliotti**
55 Fairview Ave
Stamford, CT 06902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,999.20 |
|---|---|---|---|

**Michael & Wendy Egan**
19 Knapp Rd.
Pound Ridge, NY 10576

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,000.00 |
|---|---|---|---|

**Michael Posillico**
1750 New Highway
Farmingdale, NY 11735

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,830.47 |
|---|---|---|---|

**Microsoft**
Attn: President or General Mgr
One Microsoft Way
Redmond, WA 98052-7329

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Email and Office Programs**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Hermitage Club, LLC | Case number (if known) | 19-20904 |
|---|---|---|---|
| | Name | | |

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,000.00 |
|---|---|---|---|

**Mike & Heather Ferrone**
112 Edge Hill Rd
Fairfield, CT 06824

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,220.00 |
|---|---|---|---|

**Mike & Heidi Lariviere**
31 Priscilla Road
Wellesley Hills, MA 02481

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy - Suspended**

Is the claim subject to offset? ■ No ☐ Yes

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,800.00 |
|---|---|---|---|

**Mike & Kelley Sanders**
25 Wampus Ave.
Armonk, NY 10504

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,000.00 |
|---|---|---|---|

**Mike & Kelly Slomsky**
9 Boulder Trail
Chappaqua, NY 10514

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,000.00 |
|---|---|---|---|

**Mike & Liz Kim**
61 Curve St.
Wellesley, MA 02482

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,220.00 |
|---|---|---|---|

**Mike & Molly Winn**
7 Rocky Point Rd.
Rowayton, CT 06853

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104,442.85 |
|---|---|---|---|

**Mike Quinn**
745 Magic Circle
Londonderry, VT 05148

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **100k Club Member**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$157,000.00** |
|---|---|---|---|

**Mike Tokarz**
2525 Purchase St.
Purchase, NY 10577

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$62,000.00** |
|---|---|---|---|

**Mindy & Phil Lissner**
528 Boulevard
Westfield, NJ 07090

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,075.44** |
|---|---|---|---|

**Modular Space Corporation**
Attn: President or General Mgr
12603 Collection Center Drive
Chicago, IL 60693-0126

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Food Supplier**

Is the claim subject to offset? ■ No ☐ Yes

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,000.00** |
|---|---|---|---|

**Molly & Guillaume de Ramel**
58 Perry St.
Newport, RI 02840

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,640.00** |
|---|---|---|---|

**MONADNOCK ART PARTIES**
Attn: President or General Mgr
87 ASHUELOT ST
KEENE, NH 03431

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trailer Rental**

Is the claim subject to offset? ■ No ☐ Yes

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**MOORE BROTHERS BODY & PAINT**
Attn: President or General Mgr
797 100 NORTH  P O  BOX 1690
WILMINGTON, VT 05363

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Towing Service**

Is the claim subject to offset? ■ No ☐ Yes

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,000.00** |
|---|---|---|---|

**Morgan & Suzanne Connor**
1 Red Coat Pass
Darien, CT 06820

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Hermitage Club, LLC | Case number (if known) | 19-20904 |
|---|---|---|---|
| | Name | | |

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,000.00 |
|---|---|---|---|

**Mount Snow Acad In Tandem LLC**
Attn: Elliot Cooperstone
25 Mount Snow Road
West Dover, VT 05356

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Corporate- Local Membership (Elliot Sheldon Cooperstone)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,665.82 |
|---|---|---|---|

**Mountain Plumbing & Heating**
Attn: President or General Mgr
PO Box 687
Manchester Center, VT 05255

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **HVAC services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,041.79 |
|---|---|---|---|

**MTE TURF EQUIPMENT SOLUTIONS**
Attn: President or General Mgr
33 THRUWAY PARK Drive
WEST HENRIETTA, NY 14586

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Vehicle Repair**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|

**MTL INTERNATIONAL SERVICES**
Attn: President or General Mgr
3500 SEGOVIA Street
CORAL GABLES, FL 33134

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Recruiting Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**MULTIMEDIA**
Attn: President or General Mgr
138 GUIDER Lane
BETHEHEM, NH 03574-4320

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,000.00 |
|---|---|---|---|

**Nadene & James Worth**
38 Darkin Rd
Sudbury, MA 01776

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,000.00 |
|---|---|---|---|

**Nancy & Alan Morris**
137 Remington Road
Manhasset, NY 11030

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
| --- | --- | --- | --- |
| | Name | | |

| 3.584 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
| --- | --- | --- | --- |

**Nancy & John Murphy**
**59 Mount Pleasant Road**
**Newtown, CT 06470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Family Legacy__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.585 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,080.00** |
| --- | --- | --- | --- |

**NANTEEKA GLOVES LLC**
**Attn: President or General Mgr**
**1359 VAN DYKE Avenue**
**SAN FRANCISCO, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Retail Product Purchased__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.586 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,900.00** |
| --- | --- | --- | --- |

**Natasha & Irwin Engan**
**35C Walpole St.**
**Dover, MA 02030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Family Legacy__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.587 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$70,000.00** |
| --- | --- | --- | --- |

**Nathan & Nicolette Klebacha**
**79 Carbrier Road**
**Weston, CT 06883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Family Legacy__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.588 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$46,400.00** |
| --- | --- | --- | --- |

**Nathan & Stine Romano**
**65 West 13th Street, 2b**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Family Legacy__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.589 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30,000.00** |
| --- | --- | --- | --- |

**Nathan & Zoe Owen**
**12 Kew Gardens**
**Farmington, CT 06032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Family Legacy__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.590 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$606.00** |
| --- | --- | --- | --- |

**NATIONAL SKI PATROL**
**Attn: President or General Mgr**
**133 SOUTH VAN GORDON ST**
**SUITE 100**
**LAKEWOOD, CO 08228-1706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Ski Patrol Dues__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 19-20904 Doc 21    Filed 06/09/19    Entered 06/09/19 12:28:40    Page 47 of 143
Case 19-20904 Doc 21    Filed 06/09/19    Entered 06/09/19 12:28:40    Desc Main Document    Page 188 of 231

6/09/19 11:41AM

| Debtor | Hermitage Club, LLC | Case number *(if known)* | **19-20904** |
|---|---|---|---|
| | Name | | |

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,364.19** |
|---|---|---|---|

**NATUROPATHICA**
Attn: President or General Mgr
74 MONTAUK HWY  UNIT #23
EASTHAMPTON, NY 11937

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retail Product Purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Neil & Rachel Blumenthal**
37 West 12th Street Apt. 8J
New York, NY 10011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Nelson & Beth Griggs**
43 Highland Ave
Rowayton, CT 06857

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$483.89** |
|---|---|---|---|

**NEW ENGLAND MAINTAINENCE DEPOT**
Attn: President or General Mgr
125 FRANK B  MURRAY ST
SPRINGFIELD, MA 01103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,218.00** |
|---|---|---|---|

**Nick & Christa Struk**
1 Dew Lane
Darien, CT 06820

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Nick & Jaime Botta**
28 Warewoods Road
Saddle River, NJ 07458

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,646.40** |
|---|---|---|---|

**Nick & Kat Beevers**
751 Lake Ave.
Greenwich, CT 06830

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| Debtor | **Hermitage Club, LLC** | Case number *(if known)* **19-20904** |
| | Name | |

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78,000.00** |
|---|---|---|---|

Nick & Tracy Demmo
1 Hudson Road West
Irvington, NY 10533

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,802.80** |
|---|---|---|---|

NICOM COATINGS CORP
Attn: President or General Mgr
140 INDUSTRIAL Lane
BARRE, VT 05641

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Nicotra Classic Car Invst LLC
c/o Olympia Properties
Attn: Christopher Nicotra
142 Temple St Ste 304
New Haven, CT 06510

☒ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Corporate- National (Christopher Nicotra)**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,159.22** |
|---|---|---|---|

NILS INC.
Attn: President or General Mgr
3550 Cadillac Avenue
Costa Mesa, CA 92626-1418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retail product purchased**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,032.18** |
|---|---|---|---|

NIVO SPORTS US INC.
Attn: President or General Mgr
5290 THIMENS BLVD   MONTREAL
QUEBEC, H4R 2B2

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retail Product Purchased**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,960.00** |
|---|---|---|---|

Noah Goodman
90 Crestview Cir.
Longmeadow, MA 01106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **RESIGNING FAMILY LEGACY AS OF 4/7/18, 100k Member**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,454.70** |
|---|---|---|---|

NOEL ASMAR UNIFORMS INC.
Attn: President or General Mgr
306-2630 CROYDON Drive
SURREY BC V3S 6T3

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Uniform Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **Hermitage Club, LLC**                                        Case number *(if known)*    **19-20904**

Name

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,020.00 |
|---|---|---|---|

**Noelle Richetelli**
**40 Harrisen St, Apt. 23A**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Single Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,000.00 |
|---|---|---|---|

**Northern Building Supplies Inc**
**dba WW Bldg Supply & Home Ctr**
**Attn: Terri Druke**
**7 Loop Road**
**Newfane, VT 05345**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate Membership (Edward and Terri Druke)**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|---|

**NORTHSTAR FIREWORKS DISPLAYS**
**Attn: President or General Mgr**
**P O  BOX 65**
**EAST MONTPELIER, VT 05651**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Fireworks supplier**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $997.08 |
|---|---|---|---|

**NUTMEG INT'L TRUCKS, INC.**
**Attn: President or General Mgr**
**130 BRAINARD Road**
**HARTFORD, CT 06114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $305.84 |
|---|---|---|---|

**OSTERMAN PROPANE LLC**
**Attn: President or General Mgr**
**PO BOX 150**
**WHITINSVILLE, MA 01588-0150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Fuel provider**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,315.76 |
|---|---|---|---|

**OTIS ELEVATOR**
**Attn: President or General Mgr**
**34 Sword St**
**Auburn, MA 01501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Elevator inspection and repair**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,000.00 |
|---|---|---|---|

**Parker & Hunter Stitzer**
**60 East 88th Street Apt. 3B**
**New York, NY 10128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | **19-20904** |

| 3.612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**PARTY VISION, LLC**
**Attn: President or General Mgr**
**20A NORTHWEST BLVD #217**
**NASHUA, NH 03063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,600.00** |
|---|---|---|---|

**Patrick & Erika Kelly**
**13 Grace Street**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Family Legacy__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,000.00** |
|---|---|---|---|

**Patrick & Maria Aubry**
**29 Contessa Court**
**Port Jefferson, NY 11777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Family Legacy__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,800.00** |
|---|---|---|---|

**Patrick & Michelle Pinto**
**4 Benson Ave.**
**Westerly, RI 02891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Family Legacy__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,430.00** |
|---|---|---|---|

**Paul & Cindy Scrudato**
**670 West End Ave #6B**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Family Legacy__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,000.00** |
|---|---|---|---|

**Paul & Kelly Verrochi**
**33 Beaver Place**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Family Legacy__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,387.20** |
|---|---|---|---|

**Paul & Lucia DeLia**
**183 Cortlandt St.**
**Croton On Hudson, NY 10520**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Family Legacy - Suspended__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Hermitage Club, LLC**

Name

Case number (if known)    **19-20904**

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,000.00 |
|---|---|---|---|
| | **Paul & Maria Scarpa**<br>**9 Indian Meadows Dr.**<br>**Guilford, CT 06437** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |
|---|---|---|---|
| | **Paul & Nancy Sedlack**<br>**12 Knollwood Lane**<br>**Darien, CT 06820** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,000.00 |
|---|---|---|---|
| | **Paul & Shannon Weymouth**<br>**317 Wrights Mill Rd.**<br>**Coventry, CT 06238** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157,000.00 |
|---|---|---|---|
| | **Paul Scheier**<br>**210 Central Park South Apt 20A**<br>**New York, NY 10019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,000.00 |
|---|---|---|---|
| | **Penny & Jason Geller**<br>**1 Cross Road**<br>**Bedford, NY 10506** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,537.00 |
|---|---|---|---|
| | **PERRY'S FLOOR COVERING**<br>**Attn: President or General Mgr**<br>**PFC/AMP CARPET SUPPLY CO**<br>**NORWICH, CT 06360** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Construction**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,000.00 |
|---|---|---|---|
| | **Pete & Tanya Schwarz**<br>**2 Hickory Lane**<br>**Mount Kisco, NY 10549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,000.00 |
|---|---|---|---|

**Peter & Amy Goodermote**
**5 Gardenia Ct.**
**Holtsville, NY 11742**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,750.00 |
|---|---|---|---|

**Peter & Christine Velyvis**
**335 Worcester**
**Wellesley, MA 02481**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,000.00 |
|---|---|---|---|

**Peter & Dina Chase**
**273 Southdown Rd.**
**Lloyd Harbor, NY 11743**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,000.00 |
|---|---|---|---|

**Peter & Janna Whalen**
**35 Norfolk Ave.**
**Northampton, MA 01060**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,000.00 |
|---|---|---|---|

**Peter & Jennifer Harding**
**1050 Old Academy Rd.**
**Fairfield, CT 06824**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,400.00 |
|---|---|---|---|

**Peter & Judy Turchin**
**45 East 72nd St**
**New York, NY 10021**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,800.00 |
|---|---|---|---|

**Peter & Lisa Mundheim**
**22 Beach Ave.**
**Larchmont, NY 10538**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hermitage Club, LLC** | | Case number *(if known)* | **19-20904** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.633 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Peter & Patricia Lovell**
**48 Point Lookout**
**East Milford, CT 06460**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,471,000.00** |
|---|---|---|---|

**Peter Coleman**
**65 Pinehurst St**
**Lido Beach, NY 11561**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy / Secondary Memberships**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350.00** |
|---|---|---|---|

**PETER MILES**
**PO BOX 1621**
**WILMINGTON, VT 05363**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Musician**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,921.43** |
|---|---|---|---|

**PETER MILLAR**
**6449 -PO Box 7247**
**Philadelphia, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Retail Product Purchased**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57,520.00** |
|---|---|---|---|

**Philip & Lauren Camp**
**935 Park Ave. #4**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Philip & Valarie Greenberg**
**2 Post Lane**
**Palisades, NY 10964**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,568.31** |
|---|---|---|---|

**PING**
**Attn: President or General Mgr**
**PO BOX 52450**
**PHOENIX, AZ 85072-2450**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Retail Product Purchased**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | Case number *(if known)* | **19-20904** |
|---|---|---|---|

**Name**

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $211.25 |
|---|---|---|---|

**POWERPLAN**
Attn: President or General Mgr
8402 Excelsior Dr
Madison, WI 53717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vehicle Parts and Repair

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,212.00 |
|---|---|---|---|

**PREMIUM DENIM, LLC**
Attn: President or General Mgr
PO BOX 5611443
DENVER, CO 80256-1443

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Retail Product Purchased

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,154.10 |
|---|---|---|---|

**PRESTWICK GROUP, INC.**
Attn: President or General Mgr
W248 N5499 Executive Drive
Sussex, WI 53089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Retail Product Purchased

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,354.99 |
|---|---|---|---|

**PRG AMERICAS LLC**
Attn: President or General Mgr
804 READING ST   STE C
FOLSOM, CA 95630

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Retail Product Purchased

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,075.00 |
|---|---|---|---|

**PRIME TOUCH PAINTERS**
Attn: President or General Mgr
PO Box 2141
West Dover, VT 05356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Painting Services

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,547.00 |
|---|---|---|---|

**PROGRESSIVE HOME BLDR CONST CO**
Attn: President or General Mgr
86 TALKING TREE Lane
WOODFORD, VT 05201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Construction

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,216.30 |
|---|---|---|---|

**PROGRESSIVE INSURANCE**
Attn: President or General Mgr
PO BOX 105428
ATLANTA, GA 30348-5428

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vehicle Insurance

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Hermitage Club, LLC**

Name

Case number (if known)    **19-20904**

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,176.00 |
|---|---|---|---|

**QUALITY INSULATION**
**Attn: President or General Mgr**
**1 Pease Road**
**Meredith, NH 03253-5506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Construction__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $538.75 |
|---|---|---|---|

**R L Fuller**
**Attn: President or General Mgr**
**PO Box 132**
**Wilmington, VT 05363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Materials__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $678.81 |
|---|---|---|---|

**R&R Communications**
**Attn: President or General Mgr**
**PO Box 10383**
**Swanzey, NH 03446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
|---|---|---|---|

**R.B. ALLEN**
**Attn: President or General Mgr**
**P O  BOX 770**
**NO HAMPTON, NH 03862-0770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Fire alarms__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $779.11 |
|---|---|---|---|

**R.J. SHEPARD**
**Attn: President or General Mgr**
**P O  BOX 169**
**WHITMAN, MA 02382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Retail Product Purchased__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $782.17 |
|---|---|---|---|

**RAIN OR SHINE TENT CO.**
**Attn: President or General Mgr**
**167 Wall St**
**Grangerville, NY 12871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,745.98 |
|---|---|---|---|

**RALPH LAUREN CORPORATION**
**Attn: President or General Mgr**
**PO BOX 911371**
**DALLAS, TX 75391-1371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Retail product purchased__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **19-20904** |

---

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,020.00** |
|---|---|---|---|

**Randy & Lisa Ehrlich**
**21 Chieftan's Place**
**Greenwich, CT 06832**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**RANDY CORMIER**
**PO BOX 14**
**DALTON, MA 01227**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Musician performance payment**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,480.00** |
|---|---|---|---|

**Ray & Christine Devault**
**19 Turner Rd.**
**East Dover, VT 05341**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,571.94** |
|---|---|---|---|

**READY CARE INDUSTRIES INC.**
**Attn: President or General Mgr**
**15845 EAST 32ND Avenue**
**AURORA, CO 80011**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,000.00** |
|---|---|---|---|

**Rebecca & Gerry Esposito**
**11 Birch Rd.**
**Darien, CT 06820**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.659 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,499.73** |
|---|---|---|---|

**REGINA IMPORTS, LLC.**
**Attn: President or General Mgr**
**73 Glenwood Place**
**East Orange, NJ 07017**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retail Product Purchased**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.660 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,000.00** |
|---|---|---|---|

**Regis & Tenley de Ramel**
**2207 Old Kennett Rd.**
**Wilmington, DE 19807**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Hermitage Club, LLC** | Case number (if known) **19-20904**

Name

| 3.661 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,000.00** |

**Reinhart Food Service Inc.**
**Attn: James Reyes**
**248 Old Stage Road**
**Essex Junction, VT 05452**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Corporate Membership**
**(Christopher & Sue Kurek)**
**(John & Ann Nolan)**
**(Frederick & Patricia Casinelli)**
**(James Reyes)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,035.25** |

**Rentals Plus**
**Attn: President or General Mgr**
**480 Marlboro Road**
**Brattleboro, VT 05301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Equipment supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,174.96** |

**Resort Suite**
**Attn: President or General Mgr**
**171 LIBERTY Street**
**ON, M6K 3P6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Software service provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$316.15** |

**RESURFICE CORP.**
**Attn: President or General Mgr**
**25 Oriole Parkway  East**
**Elmira ONT N3B 3A9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,000.00** |

**Rich & Alex Baudouin**
**9 Indian Springs Rd**
**Rowayton, CT 06853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,500.00** |

**Rich & Jami Goldman**
**10 Quintard Ave**
**Old Greenwich, CT 06870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,000.00** |

**Rich & Kristen Locke**
**16 Constitution Dr.**
**Southborough, MA 01772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy - Suspended**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | Case number *(if known)* | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,000.00** |
|---|---|---|---|

**Richard & Darcy Katz**
**55 Farrington St**
**Closter, NJ 07624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00** |
|---|---|---|---|

**Richard & Nancy St. Jean**
**32 Lowell Road**
**Concord, MA 01742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Rick & Jennie Diamond**
**307 Heights Rd.**
**Ridgewood, VT 07450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,537.79** |
|---|---|---|---|

**RINGEY, MARTIN G.**
**P O BOX 60295**
**FLORENCE, MA 01062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$466.06** |
|---|---|---|---|

**Rite Aid**
**Attn: President or General Mgr**
**PO BOX 360321**
**PITTSBURGH, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,800.00** |
|---|---|---|---|

**Rob & Cara Raich**
**610 2nd St.**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,000.00** |
|---|---|---|---|

**Rob & Denise Krzanowski**
**22 Links Court**
**Sparta, NJ 07871**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hermitage Club, LLC | Case number *(if known)* | **19-20904** |
|---|---|---|---|
| | Name | | |

---

| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |

**Rob & Jen King**
83 Walbridge Rd.
West Hartford, CT 06119

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00** |

**Rob & Julie Girschek**
40 Joy Street
Boston, MA 02114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,000.00** |

**Rob Aubin**
91 Old Sawmill Road
Londonderry, VT 05148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Rob Bliss**
146 Dudley Rd.
Wilton, CT 06897

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Ambassador**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |

**Robert & Bonnie Mongno**
1710 Baptist Church Rd.
Yorktown Heights, NY 10598

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72,549.45** |

**Robert & Cindy Rubin**
4 Alpine Loop
West Dover, VT 05356

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |

**Robert & Diane Mayer**
158 Leber rd.
Blauvelt, NY 10913

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Family Legacy**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | Case number *(if known)* | **19-20904** |
|---|---|---|---|

Name

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,340.80** |
|---|---|---|---|

**Robert & Elizabeth Mormile**
**9 Laurie Ln.**
**Wallingford, PA 10986**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,000.00** |
|---|---|---|---|

**Robert & Melissa Savage**
**227 Canoe Hill Rd**
**New Canaan, CT 06840**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,000.00** |
|---|---|---|---|

**Robert & Mina Kim**
**311 Hardenburgh Ave.**
**Demarest, NJ 07627**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Robert & Susan Morgenthau**
**4682 Dodgewood Rd.**
**Bronx, NY 10471**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$129,520.00** |
|---|---|---|---|

**Robert Brody**
**63 Quorn Hunt Rd**
**West Simsbury, CT 06092**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,946,000.00** |
|---|---|---|---|

**Robert Coffin**
**38 Beacon St., Unit 63**
**Boston, MA 02108**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy / Secondary Memberships**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$128,000.00** |
|---|---|---|---|

**Robert Rubin**
**4 Alpine Loop**
**West Dover, VT 05356**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting fees; bridge loan**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Hermitage Club, LLC**

Case number (if known) **19-20904**

Name

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,000.00 |
|---|---|---|---|

Roger Cardinal
24 Bourne Ave
Sandwich, MA 02563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,600.00 |
|---|---|---|---|

Rogger & Isabelle Alvarado
4 Farrell Road
Weston, CT 06883

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|---|

Ron & Courtney Hansen
44 School House Rd.
Wallingford, MA 06492

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,000.00 |
|---|---|---|---|

Ron & Laureen Shriberg
10 Saltaire Lane
Bayville, NY 11709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,000.00 |
|---|---|---|---|

Rosario & Alex Ruffino
4 Trailside Place
Saddle River, NJ 07458

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,000.00 |
|---|---|---|---|

Ross & Erin Wecker
146 Warren Ave, #5
Boston, MA 02116

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,330.81 |
|---|---|---|---|

RSG INC.
Attn: President or General Mgr
55 Railrow
RIVER JUNCTION, VT 05001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Project management services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **19-20904** |

| 3.696 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,400.00** |
|---|---|---|---|

**Russell & Carrie Wallack**
**49 Willow Rd**
**Riverside, CT 06878**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.697 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,600.00** |
|---|---|---|---|

**Ryan & Lisa Primmer**
**27 Bitter Sweet Ln.**
**Darien, CT 06820**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.698 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Ryan & Michelle Hallam**
**415 Greenwich St., Apt 7H**
**New York, NY 10013**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350.00** |
|---|---|---|---|

**S Consulting, LLC**
**Attn: President or General Mgr**
**393 Henry Avenue**
**Stratford, CT 06614**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Construction Consulting**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,110.55** |
|---|---|---|---|

**SABIA TAIMAN, LLC**
**450 CHURCH Street**
**HARTFORD, CT 06103**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Attorney Fees**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.701 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**SABIN FLOORING LLC**
**Attn: President or General Mgr**
**P O  BOX 12**
**WEST WARDSBORO, VT 05360**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Construction**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.702 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,000.00** |
|---|---|---|---|

**Samantha & Lucas Kelly**
**597 Westport Ave., Apt#A415**
**Norwalk, CT 06851**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | | |
| --- | --- | --- | --- |
| | Name | Case number (if known) | **19-20904** |

---

| 3.703 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,218.50** |

SAMBA Holdings, Inc.
Attn: President or General Mgr
DEPT LA 24443
Pasadena, CA 91185-4443

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Safety Consulting**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.704 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |

Sandra Manzke
12 Bishop Park Road
Pound Ridge, NY 10576

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.705 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |

Sanford Insurance Group
26 Longview Ave.
Madison, NJ 07940

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Corporate- National
(Bruce & Patti Sanford)
(George F Sanford IV)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.706 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,000.00** |

Sanny & Matt Warner
Four Winds Lane
New Canaan, CT 06840

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.707 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,000.00** |

Sarah & Fausto Grayson
317 13th Street
Brooklyn, NY 11215

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$224.69** |

SCHURE SPORTS USA INC.
Attn: President or General Mgr
345 CONNIE CRESCENT
CONCORD, ONTARIO L45 5R2

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Retail Product Purchased**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,500.00** |

Scott & Debbie Bigman
58 Farmington Lane
Melville, NY 11747

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | | Case number *(if known)* | **19-20904** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.710 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$56,000.00** |
|---|---|---|---|

**Scott & Kateri Depetris**
**597 Weed St.**
**New Canaan, CT 06840**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.711 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$44,000.00** |
|---|---|---|---|

**Scott & Kathryn Callahan**
**301 Leavenworth rd.**
**Shelton, CT 06484**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$44,490.00** |
|---|---|---|---|

**Scott & Missy Campbell**
**23 Mary Lane**
**Riverside, CT 06878**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.713 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52,000.00** |
|---|---|---|---|

**Scott & Renee Connolly**
**38 Crowdis St.**
**Salem, MA 01970**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$46,000.00** |
|---|---|---|---|

**Scott & Simone Gladstone**
**30 Niantic River Rd.**
**Waterford, CT 06385**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.715 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42,230.00** |
|---|---|---|---|

**Scott & Terri Colonna**
**99 New Meadow Rd.**
**Barrington, RI 02806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Scott Aufenanger**
**2 12th S+L173t. #502**
**Hoboken, NJ 07030**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | Case number *(if known)* | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$157,000.00** |
|---|---|---|---|

**Scott Johnston**
27 Beach Drive
Darien, CT 06820

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**SCOTT'S CLEAN SWEEP**
Attn: President or General Mgr
PO BOX 993
WEST DOVER, VT 05356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Construction Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,000.00** |
|---|---|---|---|

**Sean & Eileen  Winters**
10 Stillwater Rd
St. James, NY 11780

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Sean & Hillary Grogan**
22 Marks Road
Riverside, CT 06878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Equity**

Is the claim subject to offset? ■ No ☐ Yes

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,000.00** |
|---|---|---|---|

**Sean & Lori McHugh**
42 Oak Hill Terrace
Haddam, CT 06438

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,520.00** |
|---|---|---|---|

**Sean Harmon**
155 Summer Street
Weston, MA 02493

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$924.00** |
|---|---|---|---|

**SESAC, LLC**
Attn: President or General Mgr
55 Music Square East
Nashville, TN 37203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Music Licensing**

Is the claim subject to offset? ■ No ☐ Yes

6/09/19 11:41AM

| Debtor | **Hermitage Club, LLC** | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | **19-20904** |

| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,000.00** |
|---|---|---|---|

**Seth & Jenna Goodman**
**65 Pendleton Lane**
**Longmeadow, MA 01106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,000.00** |
|---|---|---|---|

**Seth & Kirtley Cameron**
**47 Pound Ridge Rd**
**Bedford, NY 10506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,000.00** |
|---|---|---|---|

**Shaun & Rebecca Golden**
**496 Wainscott Harbor Rd**
**P.O. Box 1228**
**Sagaponack, NY 11962**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,000.00** |
|---|---|---|---|

**Shawn & Jennifer McCann**
**318 Walkley Hill Rd.**
**Haddam, CT 06438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00** |
|---|---|---|---|

**Shawn & Laura Byron**
**229 Sylvania Place**
**Westfield, NY 07090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,913.94** |
|---|---|---|---|

**Sid Wainer & Son**
**Attn: President or General Mgr**
**PO Box 50240**
**New Bedford, MA 02745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Food Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,655.00** |
|---|---|---|---|

**SISU SPORTS, LLC**
**Attn: President or General Mgr**
**Attn: LORI KIRK**
**PARK CITY, UT 84068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Retail Product Purchased**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Hermitage Club, LLC**

Name

Case number (if known) **19-20904**

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,089.64 |
|---|---|---|---|

**SKEA LIMITED**
Attn: President or General Mgr
PO BOX 2328
VAIL, CO 81620

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Retail Product Purchased

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,286.72 |
|---|---|---|---|

**SKI DOOR**
Attn: President or General Mgr
PO BOX 959
WEST RUTLAND, VT 05777

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Building Supplies

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,986.70 |
|---|---|---|---|

**SKI Electric**
Attn: President or General Mgr
PO Box 523
West Dover, VT 05356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Electrical Contractor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,808.81 |
|---|---|---|---|

**Sky Trac Services, Inc.**
Attn: President or General Mgr
5440 Woodcrest Drive
Holladay, UT 84117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Ski ChairLift Maintenance Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,448.93 |
|---|---|---|---|

**SNOW ECONOMICS, INC.**
Attn: President or General Mgr
15 MERCER Road
NATICK, MA 01760

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Snowmaking Equipment and Repair

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,630.50 |
|---|---|---|---|

**SOUTHERN VT SPRINKLER Srvc**
Attn: President or General Mgr
35 WILLIAMS Street
BRATTLEBORO, VT 05301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Fire Suppression Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**SOUTHERN VT VETERINARY CLINIC**
Attn: President or General Mgr
1265 RT7S
BENNINGTON, VT 05201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,900.00** |
|---|---|---|---|

**Spencer & Sara Schubert**
**45 Heather Dr.**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00** |
|---|---|---|---|

**Stan Szczepanik**
**52 Foxcroft Court**
**Southington, CT 06489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,814.78** |
|---|---|---|---|

**Staples Advantage**
**Attn: President or General Mgr**
**PO BOX 415256**
**Boston, MA 02241-5256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Office Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$870.00** |
|---|---|---|---|

**STATE OF VERMONT**
**Attn: President or General Mgr**
**DRINKING WTR &**
**GROUND WTR PROT'N**
**SPRINGFIELD, VT 05156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Water testing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,000.00** |
|---|---|---|---|

**Stefanie & Robert Fogel**
**788 Hale St.**
**Beverly Farms, MA 01915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Stephen & Jane Leonard**
**33 Crescent Rd**
**Riverside, CT 06878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,000.00** |
|---|---|---|---|

**Stephen & Katherine Dow**
**252 Mooreland Rd.**
**Kensington, CT 06037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | | Case number *(if known)* | **19-20904** |
|---|---|---|---|---|

Name

| 3.745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111,000.00** |
|---|---|---|---|

**Stephen & Laura Catherwood**
**274 Putnam Rd**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,090.00** |
|---|---|---|---|

**Steve & Robyn Krumrei**
**610 Calvin St.**
**Washington Twp, NJ 07676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,000.00** |
|---|---|---|---|

**Steven  & Gail Wolff**
**17 Paulding Street**
**Fairfield, CT 06824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00** |
|---|---|---|---|

**Steven  & Marsha Shelov**
**115 Brite Avenue**
**Scarsdale, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,520.00** |
|---|---|---|---|

**Steven  & Risa Raich**
**222 W. Haviland Lane**
**Stamford, CT 06903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,000.00** |
|---|---|---|---|

**Steven & Allie Marks**
**24 Rock Ridge Ave.**
**Greenwich, CT 06831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,000.00** |
|---|---|---|---|

**Steven & Kat Albert**
**17 Frog Rock Rd.**
**Armonk, NY 10504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Hermitage Club, LLC**    Case number *(if known)*    **19-20904**

| | |
|---|---|
| 3.752 | **$62,000.00** |

Nonpriority creditor's name and mailing address

**Steven & Marina Lowy**
**118 Anderson Rd.**
**Kent, CT 06757**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.753 | **$104.68** |

Nonpriority creditor's name and mailing address

**STRIPSLIDER SCOREBOARDS**
**Attn: President or General Mgr**
**1215 DAVID Drive**
**HASTINGS, MI 49058**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.754 | **$30,000.00** |

Nonpriority creditor's name and mailing address

**Stuart & Nicole Kovensky**
**18 Long Pond Road**
**Armonk, NY 10504**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.755 | **$62,000.00** |

Nonpriority creditor's name and mailing address

**Suhas & Felicitie Daftuar**
**2 Wooddale rd**
**Greenwich, CT 06830**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.756 | **$100,000.00** |

Nonpriority creditor's name and mailing address

**Susan McCann**
**153 Middle Haddam Road**
**Middle Haddam, CT 06456**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.757 | **$10,203.98** |

Nonpriority creditor's name and mailing address

**SWANY SKI DIVISION**
**Attn: President or General Mgr**
**115 CORPORATE DR**
**JOHNSTOWN, NY 12095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retail Product Purchased**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.758 | **$14,460.28** |

Nonpriority creditor's name and mailing address

**Sysco Albany, LLC**
**Attn: President or General Mgr**
**One Liebich Lane**
**Clifton Park, NY 12065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Food Product Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | | Case number (if known) | **19-20904** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.759 | **Nonpriority creditor's name and mailing address**<br>**T. Ormiston & Mt. Snow Academy**<br>**248 Route 100**<br>**West Dover, VT 05356** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$26,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Corporate - Local_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.760 | **Nonpriority creditor's name and mailing address**<br>**Tammas & Lynne McVie**<br>**134 Wellesley St.**<br>**Weston, MA 02493** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$59,500.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Family Legacy_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.761 | **Nonpriority creditor's name and mailing address**<br>**TAYLOR MADE GOLF COMPANY, INC.**<br>**Attn: President or General Mgr**<br>**TM US WHOLESALE LOCKBOX 29516**<br>**CHICAGO   60673-1295** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,419.76** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Retail Product Purchased_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.762 | **Nonpriority creditor's name and mailing address**<br>**Technicon, P.C.**<br>**Attn: President or General Mgr**<br>**PO BOX 437**<br>**Ludlow, VT 05149** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,028.70** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Environmental ANR Consulting Service_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.763 | **Nonpriority creditor's name and mailing address**<br>**Technoalpin USA Inc.**<br>**Attn: President or General Mgr**<br>**8465 CONCORD CENTER Drive**<br>**ENGLEWOOD, CO 80112** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$117,559.43** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Snow making fan guns_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.764 | **Nonpriority creditor's name and mailing address**<br>**Ted & Shari Seides**<br>**26 Glen Avon Dr.**<br>**Riverside, CT 06878** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$32,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _Family Legacy_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.765 | **Nonpriority creditor's name and mailing address**<br>**TEMPERATURE CONTROLS OF VT**<br>**Attn: President or General Mgr**<br>**PO BOX 5563**<br>**Essex Juction, VT 05453** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,084.60** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _HVAC services_<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Hermitage Club, LLC** | Case number *(if known)* | **19-20904** |
|---|---|---|---|
| | Name | | |

---

**3.766** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,000.00**

**Terence & Laura Linehan**
**8 Johnson Place**
**Rye, NY 10580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Family Legacy**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.767** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,065.10**

**TEREX FINANCIAL SERVICES, INC.**
**Attn: President or General Mgr**
**12460 COLLECTIONS CENTER DR**
**CHICAGO, IL 60693-0124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Vehicle Financing**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.768** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$568.89**

**Tevion Walker**
**PO Box 1944**
**Little River, SC 29566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Employee Wages Earned**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.769** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$439.29**

**TEXAS REFINERY CORP.**
**Attn: President or General Mgr**
**P O BOX 711**
**FORT WORTH, TX 76101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Supplies**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.770** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,374.26**

**TF MORAN INC.**
**Attn: President or General Mgr**
**48 Constitution Dr**
**Bedford, NH 03110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Engineering Consulting**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.771** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00**

**Thano & Alison Chaltas**
**75 Loring Ave.**
**Providence, RI 02906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Family Legacy**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.772** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,422.31**

**THE CHEF'S GARDEN, INC.**
**Attn: President or General Mgr**
**9009 Huron-Avery Road**
**Huron, OH 44839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim: **Food Product Purchases**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Hermitage Club, LLC**
Name

Case number (if known) **19-20904**

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $375.00 |

**THE MELANSON CO/SOLAR SOURCE**
Attn: President or General Mgr
353 West Street
Keene, NH 03431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |

**Thomas  & Shevaun Doyle**
15 Hudson Road East
Irvington, NY 10533

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,400.00 |

**Thomas & Ellen Eglin**
9 Oakcrest
Darien, CT 06820

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,207.20 |

**Thomas & Jill Greenwald**
61 Little Silver Point Road
Little Silver, NJ 07739

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,000.00 |

**Thomas & Sharon Quinn**
96 High Street
Plainville, MA 02762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,553.78 |

**Thomson Reuters**
Attn: President or General Mgr
P O  BOX 6292
CAROL STREAM, IL 60197-6292

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Software**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,000.00 |

**Tim & Felicity Yanoti**
6 Ballwoos Rd.
Old Greenwich, CT 06870

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
|---|---|---|---|

Name

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Tim & Lenore Walding**
**4 Mckesson Hill Rd**
**Chappaqua, NY 10514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Tim & Liz Donahue**
**113 Hix Ave.**
**Rye, NY 10580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,000.00** |
|---|---|---|---|

**Tim & Lora Greene**
**97 Fairway Ave**
**Rye, NY 10580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Tim & Noel Gallagher**
**11-24 31st Ave #14 A**
**Long Island City, NY 11106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,900.00** |
|---|---|---|---|

**Timothy & Jamie Curley**
**31 Sunnyledge St.**
**New Britain, CT 06052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,000.00** |
|---|---|---|---|

**Timothy & Keira Treanor**
**10 Shady Lane**
**Chappqua, NY 10514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,000.00** |
|---|---|---|---|

**Timothy & Kimberly Sullivan**
**127 Roxen Rd.**
**Rockville Center, NY 11576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
|--------|-------------------------|------------------------|--------------|
| | Name | | |

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,520.00** |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-----------------|

**Timothy & Mora Babineau**
**2 Holly Lane**
**Barrington, RI 02806**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,828.70** |
|-------|--------------------------------------------------|--------------------------------------------------------------------|---------------|

**Tina Scharf**
**99 Hall Road**
**Lincoln, VT 05443**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Environmental ANR Consulting Service**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,000.00** |
|-------|--------------------------------------------------|--------------------------------------------------------------------|----------------|

**Todd & Marisa Marlin**
**2 Fawn Brook Ct.**
**Pleasantville, NY 10570**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$62,000.00** |
|-------|--------------------------------------------------|--------------------------------------------------------------------|----------------|

**Tom & Carole Kelleher**
**6 Bayberry Lane**
**Wilton, CT 06897**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,000.00** |
|-------|--------------------------------------------------|--------------------------------------------------------------------|----------------|

**Tom & Cindy Garten**
**77 Bluff Point Road**
**South Glastonbury, CT 06073**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,000.00** |
|-------|--------------------------------------------------|--------------------------------------------------------------------|----------------|

**Tom & Donna Delitto**
**38 Edinburg La.**
**Trumbull, CT 06611**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Family Legacy**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|-------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**Tom & Heather Minkler**
**20 Foxwood ave.**
**Keene, NH 03431**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Corporate- National**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | Case number *(if known)* | **19-20904** |
|---|---|---|---|
| | Name | | |

| 3.794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,000.00** |
|---|---|---|---|

**Tom & Irene Hall**
**7 Markwood Lane**
**Rumson, NJ 07760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,000.00** |
|---|---|---|---|

**Tom & Megan Capozza**
**3 Atlantic Crossing**
**Barrington, RI 02806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,800.00** |
|---|---|---|---|

**Tony & Beth Miranda**
**49A Shore Rd.**
**Old Greenwich, CT 06870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Tony & Chris McIntyre**
**2 Splitrail Ln**
**Medford, NJ 08055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,900.00** |
|---|---|---|---|

**Torie & Chris Seidl**
**27 Old Deep River Rd.**
**Centerbrook, CT 06409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,000.00** |
|---|---|---|---|

**Tracy & Matthew Smith**
**38 Stonefield Rd.**
**Avon, CT 06001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,650.00** |
|---|---|---|---|

**TRI-STATE ACOUSTICAL INC.**
**Attn: President or General Mgr**
**P O  BOX 231**
**Keene, NH 03431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hermitage Club, LLC | | Case number (if known) | 19-20904 |
|--------|---------------------|--|------------------------|----------|
| | Name | | | |

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,616.81 |
|-------|--|--|--|
| | **Triple T Trucking**<br>Attn: President or General Mgr<br>437 Vernon Road<br>Brattleboro, VT 05301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Waste Removal Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,236.30 |
|-------|--|--|--|
| | **Trophy Factory**<br>Attn: President or General Mgr<br>111 WEST RICH Avenue<br>DELAND, FL 32720 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Framing Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,849.82 |
|-------|--|--|--|
| | **TRUE WORLD FOODS**<br>Attn: President or General Mgr<br>22 Food Mart Road<br>Boston, MA 02118 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Food Product | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,800.00 |
|-------|--|--|--|
| | **Tyler & Rose Dickson**<br>9 Hunter Lane<br>Rye, NY 10580 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Family Legacy | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318.19 |
|-------|--|--|--|
| | **ULINE**<br>Attn: President or General Mgr<br>ATTN ACCOUNTS RECEIVABLE<br>CHICAGO, IL 60680-1741 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Supplies | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,452.00 |
|-------|--|--|--|
| | **UNCLE BOB'S SEPTIC**<br>Attn: President or General Mgr<br>204 SOUTH Street<br>BENNINGTON, VT 05201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Lavatory Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,263.14 |
|-------|--|--|--|
| | **UNICRON PROPERTY MANAGEMENT**<br>Attn: President or General Mgr<br>PO BOX 365<br>MARLBOROUGH, NH 03455 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Property Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor  **Hermitage Club, LLC**

Case number *(if known)*  **19-20904**

Name

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,638.27 |
|---|---|---|---|

**United Business Machines**
**Attn: President or General Mgr**
**L-3757**
**COLUMBUS, OH 43260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office Equipment**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.00 |
|---|---|---|---|

**UNITED STATES TREASURY**
**Attn: President or General Mgr**
**PO BOX 480   STOP 660**
**HOLTSVILLE, NY 11742-0480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,200.00 |
|---|---|---|---|

**US AMERICANS INC**
**Attn: President or General Mgr**
**888 BALDWIN Drive**
**WESTBURY, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **H2B employee Recruiting fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,639.97 |
|---|---|---|---|

**US Dept of Labor**
**Attn: President or General Mgr**
**The Curtis Center, Ste 850 W**
**Philadelphia, PA 19106-3323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **H2B Employee Fines**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,751.40 |
|---|---|---|---|

**US Relay**
**Attn: President or General Mgr**
**3688 MIDWAY Drive**
**San Diego, CA 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security Camera Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $128,359.40 |
|---|---|---|---|

**US SECURITY ASSOCIATES, INC**
**Attn: President or General Mgr**
**200 MANSELL CT 5TH FL**
**Ste 500**
**ROSWELL, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Security Personnel fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,205.25 |
|---|---|---|---|

**US.BANK EQUIPMENT FINANCE**
**Attn: President or General Mgr**
**PO BOX 790448**
**ST LOUIS, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office Equipment Financing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 19-20904 Doc 2 Filed 06/09/19 Entered 06/09/19 12:06:09 Page 47 of 143
Case 19-20921 Doc 2 Filed 06/09/19 Entered 06/09/19 12:06:09 Page 220 of 231

Desc   Main Document   Page   220 of 231
6/09/19 11:41AM

| Debtor | **Hermitage Club, LLC** | | Case number (if known) | **19-20904** |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| 3.815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$110.00** |

**3.815**

**Nonpriority creditor's name and mailing address**

**USGA CLUB MEMBERSHIP**
**Attn: President or General Mgr**
**P O  BOX 5008**
**HAGERSTOWN, MD 21741-5008**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$110.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Golf Club dues**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.816**

**Nonpriority creditor's name and mailing address**

**UVEX SPORTS**
**Attn: President or General Mgr**
**45 MARIAN Avenue**
**NARRAGANSETT, RI 02882**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$17,768.99**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Retail Product Purchased**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.817**

**Nonpriority creditor's name and mailing address**

**Vector Media Ventures LLC**
**Attn: President or General Mgr**
**8 Upland Lane**
**Armonk, NY 10504**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$52,000.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate Membership**
**(Bill & Marnie Schwartz)**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.818**

**Nonpriority creditor's name and mailing address**

**Vermont Assoc of Wedding Prof**
**Attn: President or General Mgr**
**PO Box 2103**
**South Burlington, VT 05356**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$175.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.819**

**Nonpriority creditor's name and mailing address**

**Vermont Chamber of Commerce**
**Attn: President or General Mgr**
**PO Box 37**
**Montpelier, VT 05601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$1,136.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.820**

**Nonpriority creditor's name and mailing address**

**VERMONT DEPARTMENT OF LABOR**
**Attn: President or General Mgr**
**PO BOX 488**
**MONTPELIER, VT 05601-0488**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$1,023.23**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.821**

**Nonpriority creditor's name and mailing address**

**VERMONT DEPT OF ENVIRON CONS**
**Attn: President or General Mgr**
**ONE NATIONAL LIFE DRIVE**
**MONTPELIER, VT 05620-3522**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$4,650.53**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | Case number *(if known)* | **19-20904** |
|---|---|---|---|

Name

| 3.822 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**VERMONT DEPT. OF HEALTH**
Attn: President or General Mgr
**108 CHERRY ST**
**BURLINGTON, VT 05402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$265.00** |
|---|---|---|---|

**VERMONT DIVISON OF FIRE SAFETY**
Attn: President or General Mgr
**1311 U S ROUTE 302-SUITE 600**
**BARRE, VT 05641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$103.00** |
|---|---|---|---|

**Vermont DMV**
Attn: President or General Mgr
**AGENCY OF TRANSPORTATION**
**WILLISTON, VT 05495-1308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$476.25** |
|---|---|---|---|

**VERMONT GELATO**
Attn: President or General Mgr
**PO BOX 251**
**NEWFANE, VT 05345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Food Supplier_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$168.00** |
|---|---|---|---|

**VERMONT GOLF ASSOCIATION, INC,**
Attn: President or General Mgr
**PO BOX 1612 STATION A**
**RUTLAND, VT 05701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _State Golf Authority Fees_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,958.00** |
|---|---|---|---|

**VERMONT HOUSING &**
**CONSERVATION BOARD**
Attn: President or General Mgr
**58 EAST STATE Street**
**MONTPELIER, VT 05602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,120.10** |
|---|---|---|---|

**VERMONT ISLANDS**
Attn: President or General Mgr
**22 BROWNE COURT-UNIT 115**
**BRATTLEBORO, VT 05301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Equipment_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hermitage Club, LLC** | | Case number *(if known)* | **19-20904** |
|---|---|---|---|---|

Name

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,842.49** |
|---|---|---|---|

**Vermont Media Publishing Co.**
**Attn: President or General Mgr**
**PO Box 310**
**West Dover, VT 05356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Advertisements__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$182.00** |
|---|---|---|---|

**Vermont State Wmn's Golf Assn.**
**Attn: President or General Mgr**
**2703 EAST Street**
**NORTH CLARENDON, VT 05759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __State Golf Authority Fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$292.46** |
|---|---|---|---|

**VIKING ELEC CONTR'G CO., LLC**
**Attn: President or General Mgr**
**193 DAY Street**
**NEWINGTON, CT 06111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,520.00** |
|---|---|---|---|

**Vincent & Elizabeth Trama**
**154 Oakside Dr.**
**Smithtown, NY 11787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Family Legacy__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,000.00** |
|---|---|---|---|

**Vinnie & Denise Dascano**
**42 Rockwood Lane**
**Danbury, CT 06811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Family Legacy__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$56,800.00** |
|---|---|---|---|

**Virany & Brooke Hillard**
**29 Gray Rock Lane**
**Chappaqua, NY 10514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Family Legacy__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,000.00** |
|---|---|---|---|

**Virginia and Jason Brown**
**193 Watch Hill Road**
**Westerly, RI 02891**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Family Legacy__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Hermitage Club, LLC**

Name

Case number (if known) **19-20904**

| | | |
|---|---|---|
| 3.836 | **Nonpriority creditor's name and mailing address**<br>**Vrountas, Ayer & Chandler**<br>**Attn: President or General Mgr**<br>**250 COMMERCIAL Street**<br>**SUITE 4004**<br>**MANCHESTER, NH 03101**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Attorney Fees**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,605.00** |
| 3.837 | **Nonpriority creditor's name and mailing address**<br>**VtGCSA**<br>**Attn: President or General Mgr**<br>**24 Bowman Road**<br>**Vergennes, VT 05491**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$150.00** |
| 3.838 | **Nonpriority creditor's name and mailing address**<br>**VTrans**<br>**Attn: President or General Mgr**<br>**ONE NATIONAL LIFE DR**<br>**MONTPELIER, VT 05633-5001**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$300.00** |
| 3.839 | **Nonpriority creditor's name and mailing address**<br>**Waite-Heindel Env Mngmt.**<br>**Attn: President or General Mgr**<br>**7 Kilburn Street  Suite 301**<br>**Burlington, VT 05401**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Advisory Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,650.00** |
| 3.840 | **Nonpriority creditor's name and mailing address**<br>**Walker & April Manzke**<br>**12 Bishop Park Road**<br>**Pound Ridge, NY 10576**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$54,000.00** |
| 3.841 | **Nonpriority creditor's name and mailing address**<br>**Walker Kimball**<br>**200 Mending Walls Rd.**<br>**Manchester Center, VT 05255**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$164,400.00** |
| 3.842 | **Nonpriority creditor's name and mailing address**<br>**Walter & Anna Mattera**<br>**15 Daniel Court**<br>**Westport, CT 06880**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$62,000.00** |

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.843 | **Nonpriority creditor's name and mailing address**<br>**Warren & Andrea Alexander**<br>**117 Bay Point Rd.**<br>**Swansea, MA 02777**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$64,000.00** |
| 3.844 | **Nonpriority creditor's name and mailing address**<br>**WELLS FARGO**<br>**Attn: President or General Mgr**<br>**P O BOX 105743**<br>**ATLANTA, GA 30348**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Equipment Finance - Repossession Expense**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$495.00** |
| 3.845 | **Nonpriority creditor's name and mailing address**<br>**Wendell & Ellen Maddrey**<br>**19 Cornell Way**<br>**Montclair, NJ 07043**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$30,000.00** |
| 3.846 | **Nonpriority creditor's name and mailing address**<br>**Wendy Webber**<br>**131 Tennyson Dr.**<br>**Longmeadow, MA 01106**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$52,000.00** |
| 3.847 | **Nonpriority creditor's name and mailing address**<br>**WESTERN EQUIPMENT FINANCE**<br>**Attn: President or General Mgr**<br>**503 HIGHWAY 2 WEST**<br>**DEVILS LAKE, ND 58301**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Equipment Finance**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,788.60** |
| 3.848 | **Nonpriority creditor's name and mailing address**<br>**WESTON & SAMPSON**<br>**Attn: President or General Mgr**<br>**FIVE CENTENNIAL Drive**<br>**PEABODY, MA 01960-7985**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Project management services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,500.00** |
| 3.849 | **Nonpriority creditor's name and mailing address**<br>**Whit & Lilly Armstrong**<br>**107 Patterson Ave.**<br>**Greenwich, CT 06830**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Family Legacy**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$57,520.00** |

| Debtor | **Hermitage Club, LLC** | | Case number *(if known)* | **19-20904** |
|---|---|---|---|---|
| | Name | | | |

| 3.850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**WHITE MOUNTIAN PRECAST, LLC**
**Attn: President or General Mgr**
**PO BOX 870**
**Henniker, NH 03242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,080.58** |
|---|---|---|---|

**WHITELEAF ENTERTAINMENT GROUP**
**Attn: President or General Mgr**
**73 BEDFORD Road**
**KATONAH, NY 10536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Musician Brokerage fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,000.00** |
|---|---|---|---|

**Whitney  & Matthew  Peterson**
**485 Whitfield Street**
**Guilford, CT 06437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,329.76** |
|---|---|---|---|

**WILCOX ICE CREAM**
**Attn: President or General Mgr**
**116 SWEET Street**
**EAST ARLINGTON, VT 05252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Food Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,000.00** |
|---|---|---|---|

**William & Heather Castle**
**24 Audubon Rd.**
**Wellesley, MA 02481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72,000.00** |
|---|---|---|---|

**William & Sarah Orum**
**733 Lake Ave.**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Family Legacy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,835.19** |
|---|---|---|---|

**WILLIAMS SCOTSMAN**
**Attn: President or General Mgr**
**PO BOX 91975**
**CHICAGO, IL 60693-1975**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trailer Rental**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Hermitage Club, LLC**
Name

Case number *(if known)* **19-20904**

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,365.36 |
|---|---|---|---|

**WINTERSTEIGER**
Attn: President or General Mgr
**4705 AMELIA EARHART DRIVE**
**SALT LAKE CITY, UT 84116-2876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Boot Dryers for Lockers

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**WM Forest Products LLC**
Attn: President or General Mgr
**PO Box 312**
**Wardsboro, VT 05355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,689.65 |
|---|---|---|---|

**WOOD & WOOD**
Attn: President or General Mgr
**98 CARROLL Road**
**WAITSFIELD, VT 05673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Sign Suppliers

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $401.06 |
|---|---|---|---|

**World Cup Supplies**
Attn: President or General Mgr
**226 INDUSTRIAL Drive**
**BRADFORD, VT 05033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Supplies

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,000.00 |
|---|---|---|---|

**Yadin & Ursula Rozov**
**1 Anchor Drive**
**Rye, NY 10580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Family Legacy

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,000.00 |
|---|---|---|---|

**Yarrow Thorne**
**92 Hudson St.**
**Providence, RI 02909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Single Legacy

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bill & Marnie Schwartz**<br>**8 Upland Lane**<br>**Armonk, NY 10504** | Line 3.817<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Hermitage Club, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **19-20904** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Bruce & Patti Sanford**<br>**26 Longview Ave.**<br>**Madison, NJ 07940** | Line **3.705**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Christian & Beca Urciuoli**<br>**504 W. 11th St.**<br>**New York, NY 10025** | Line **3.35**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Christopher & Sue Kurek**<br>**248 Old Stage Road**<br>**Essex Junction, VT 05452** | Line **3.661**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Christopher Nicotra**<br>**196 Pine Creek Ave**<br>**Fairfield, CT 06824** | Line **3.600**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Daniel and Jennifer Donovan**<br>**95 Pine Ridge Drive**<br>**Putney, VT 05346** | Line **3.484**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Dave & Nadine Gannon**<br>**4 Peach Hill Dr**<br>**Wall, CT 06492** | Line **3.348**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Dune & Neville Thorne**<br>**105 Lincoln Rd.**<br>**Lincoln, MA 01773** | Line **3.89**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Ed & Terri Druke**<br>**265 Newfane Hill Road**<br>**Newfane, VT 05345** | Line **3.606**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Elliot & Barbara Cooperstone**<br>**6 Marvin Place**<br>**Westport, CT 06880** | Line **3.577**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Eric and Jennifer Spindt**<br>**35 Overlook Drive E**<br>**Framingham, MA 01701** | Line **3.164**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Frederick & Patricia Casinelli**<br>**225 Hancock Road**<br>**Taunton, MA 02780** | Line **3.661**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **George F Sanford IV**<br>**86 Yantacaw Brook Road**<br>**Montclair, NJ 07043** | Line **3.705**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Irene & Manny Makiaris**<br>**36 West Pattagansett Rd.**<br>**Niantic, CT 06357** | Line **3.165**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Hermitage Club, LLC** | | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.15 | **James Reyes**<br>**4655 Hawthorne Lane NW**<br>**Washington, DC 20016** | Line **3.661**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **James Ryan & Eryn Badger**<br>**558 Gates Road**<br>**Chester, VT 05143** | Line **3.474**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Jay & Michelle Clarke**<br>**22 Phillip Drive**<br>**Spofford, NH 03462** | Line **3.153**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Jim & Jeanine Johnsen**<br>**7 East Trl.**<br>**Darien, CT 06820** | Line **3.348**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **John & Ann Nolan**<br>**225 John Hancock Road**<br>**Taunton, MA 02780** | Line **3.661**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **John & Marcia Leader**<br>**567 Westminster Rd.**<br>**Putney, VT 05346** | Line **3.484**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **John and Shirley Grush**<br>**1752 East Dover Road**<br>**East Dover, VT 05341** | Line **3.325**<br>☐ Not listed. Explain ____ | _ |
| 4.22 | **Mark & Kristen Wallace**<br>**193 Dover Hill Road**<br>**East Dover, VT 05341** | Line **3.325**<br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Michael & Dori Kuziak**<br>**120 Bashan Rd**<br>**East Haddam, CT 06423** | Line **3.482**<br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Rich & Anne Clarke**<br>**32 Salisbury Rd.**<br>**Keene, NH 03431** | Line **3.293**<br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Richard and Caryn Jacoby**<br>**201 Cognewaugh Road**<br>**Riverside, CT 06878** | Line **3.35**<br>☐ Not listed. Explain ____ | _ |
| 4.26 | **Thomas & Heather Minkler**<br>**20 Foxwood Avenue**<br>**Keene, NH 03431** | Line **3.151**<br>☐ Not listed. Explain ____ | _ |

Case number (if known)   **19-20904**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **1,473,269.62** |

| Debtor | **Hermitage Club, LLC** | Case number (if known) | **19-20904** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| **5b. Total claims from Part 2** | | 5b. | + $ | **38,563,224.28** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $ | **40,036,493.90** |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

|  |  |  |
|---|---|---|
| _____x | : |  |
| In re: | : | INVOLUNTARY CHAPTER 7 |
|  | : |  |
| HERMITAGE INN REAL ESTATE | : |  |
| HOLDING COMPANY, LLC | : | CASE NO.  19-10214 (CAB) |
|  | : |  |
| Alleged Debtor | : |  |
| _____x | : |  |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 9, 2019, the foregoing document was electronically filed.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

Dated: June 9, 2019                    ALLEGED DEBTOR,
      New Haven, Connecticut          HERMITAGE INN REAL ESTATE
                                        HOLDING COMPANY, LLC


                                   By: ___/s/Douglas S. Skalka_____
                                         Douglas S. Skalka
                                         NEUBERT, PEPE & MONTEITH, P.C.
                                         195 Church Street
                                         New Haven, Connecticut 06510
                                         (203) 821-2000
                                         dskalka@npmlaw.com

Service List

## Electronic Mail Notice List

- Edward Gordon Adrian    eadrian@msdvt.com, kshamis@msdvt.com
- James B Anderson    jba@rsclaw.com, tlf@rsclaw.com
- Shannon Aldridge Bertrand    bertrand@fgmvt.com, sgraham@fgmvt.com
- Andre Denis Bouffard    abouffard@drm.com, mbottino@drm.com
- Robert S DiPalma    rdipalma@pfclaw.com
- David N. Dunn    ddunn@pdsclaw.com, mgundry@pdsclaw.com
- Elizabeth A. Glynn    eag@rsclaw.com, ccs@rsclaw.com
- John J. Kennelly    kennelly@vermontcounsel.com, jda@vermontcounsel.com
- Tavian M. Mayer    tavian@mayerlaw.com
- Paul F. O'Donnell, Esq.    podonnell@hinckleyallen.com
- Lisa M. Penpraze    lisa.penpraze@usdoj.gov
- Heather Elizabeth Ross    hross@sheeheyvt.com, bsides@sheeheyvt.com
- Jess T. Schwidde    jtsesq@vtbankruptcylaw.com, j_schwidde@yahoo.com
- Thomas P. Simon    tps@mc-fitz.com
- Douglas S. Skalka    dskalka@npmlaw.com,
  smowery@npmlaw.com;npm.bankruptcy@gmail.com
- U S Trustee    ustpregion02.vt.ecf@usdoj.gov

## Manual Notice List

Patrick M. Birney, Esq.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

Erin Kennedy, Esq.
Forman Holt
66 Route 17 North
Paramus, NJ 07652