UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Leo O'Brien Federal Building
11A Clinton Avenue, Room 620
Albany, New York 12207



Filed & Entered
On Docket
June 24, 2019

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

*In re:*

HERMITAGE INN REAL ESTATE
HOLDING COMPANY, LLC
               *Putative Debtor.*

Case No.: 19-10214-CAB
Chapter 7 Involuntary

## ORDER APPROVING THE UNITED STATES TRUSTEE'S APPLICATION TO APPEAR BY PHONE

**UPON,** the United States Trustee's Ex Parte Application to Appear by Phone,

**UPON**, for good cause shown, the United States Trustee may appear by phone for the hearing on the Putative Debtor's Emergency Motion for Order Authorizing the Debtor to Assume Insurance Premium Finance Agreement and to Provide Adequate Protection (ECF No. 90).

**SO ORDERED.**

Dated at Burlington, Vermont this 24th day of June, 2019.

*/s/ Colleen A. Brown*

Hon. Colleen A. Brown
United States Bankruptcy Judge