UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

Filed & Entered
On Docket
July 11, 2019

In re:

Hermitage Inn Real Estate Holding Company, LLC

Case No.: 19-10214-cab
Chapter 11

Debtor.

# ORDER GRANTING UNITED STATES TRUSTEE'S
# MOTION FOR HEARING ON SHORTENED AND LIMITED NOTICE
# AND SETTTING HEARING DATE & OBJECTION DEADLINE

Upon the filing of the United States Trustee's Motion for Hearing on Shortened and Limited Notice as filed in the above-captioned case ("Motion"), and the Court finding good cause to grant the Motion, it is hereby

**ORDERED**, that service of the Motion and this Order as proposed by the United States Trustee is deemed adequate and any additional service requirements imposed by Fed. R. Bankr. P. 2002(a) is hereby waived, and it is further

**ORDERED**, that parties wishing to object to the Motion shall file written objections via CM/ECF or as otherwise permitted by Local Rule on or before July 22, 2019, and it is further

**ORDERED**, that the Court shall hear the Motion on July 26, 2019 at 11:45 a.m. at the U.S. Bankruptcy Court – Rutland, U.S. Post Office and Courthouse, 151 West Street, Room 202, Rutland, VT

**SO ORDERED.**

July 11, 2019
Burlington, Vermont

COLLEEN A. BROWN
UNITED STATES BANKRUPTCY JUDGE