### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF VERMONT

In re:

Hermitage Inn Real Estate                          Chapter 11
Holding Company, LLC,                              Case No. 19-10214-cab

                    Debtor.

## MOTION FOR *PRO HAC VICE* ADMISSION
## OF CRAIG I. LIFLAND, ESQ.

Michael B. Fisher, Esq., local counsel for Restructured Opportunity Investors,

Inc. (the "DIP Lender"), and a member in good standing of the bar of the United States

District Court for the District of Vermont, hereby moves pursuant to Vt. LBR 2090-

1(b)(1)(A) for the *pro hac vice* admission of Craig I. Lifland, Esq.

Attorney Fisher moves for Mr. Lifland's *pro hac vice* admission so that Attorney

Lifland may appear in this Court on behalf of the DIP Lender in all matters related to this

bankruptcy proceeding.  Attorney Fisher shall remain at all times associated with

Attorney Lifland in this action, and shall sign all filings and be served with all process,

notices, and other papers, but respectfully requests that he be excused from appearing

with Attorney Lifland at any proceeding before this Court except as the Court may order.

Attorney Lifland's affidavit containing the information required by Vt. LBR

2090-l(b)(l)(B) is attached hereto.

WHEREFORE, this Court should enter an Order, in the form attached hereto,

approving Mr. Lifland's admission *pro hac vice*.

Dated: July 16, 2019 at Hanover, New Hampshire.

                              FISHER LAW OFFICES, PLLC
                              Local Counsel to DIP Lender

                              */s/ Michael B. Fisher, Esq.*
                              Michael B. Fisher, Esq.
                              45 Lyme Road, Suite 205
                              Hanover, New Hampshire 03755
                              (603) 643-1313
                              fisher@mbfisherlaw.com