UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

In re:

Hermitage Inn Real Estate
Holding Company, LLC,

Chapter 11
Case No. 19-10214-cab

Debtor.

**AFFIDAVIT IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION
OF CRAIG I. LIFLAND, ESQ.**

STATE OF CONNECTICUT)
                            ss:
COUNTY OF HARTFORD)

Craig I Lifland, Esq., deposes and states the following:

1. I am an attorney and a member of the firm of Halloran Sage, with an office address of One Goodwin Square, 225 Asylum Street, Hartford, Connecticut 06103 with a telephone number: (860) 522-6103 and e-mail: lifland@halloransage.com.

2. I have been retained by the DIP Lender, Restructured Opportunity Investors, Inc. to provide legal representation in connection with the above-captioned case.

3. I am a member in good standing of the Bars of the State of Connecticut (Bar No. 402447; December 16, 1991), the United States District Court for the District of Connecticut (Bar No. 00976; September 12, 1986), and the Bar of the State of New York (May 23, 1983) and U.S. District Court, S.D.N.Y. (June 14, 1983), and am currently eligible to practice in each of these courts.

4. I am not currently suspended from practice nor have I been disbarred in any jurisdiction.

5. I have not been involved in any past or pending disciplinary proceedings.

6. I have read and am familiar with the Local Rules of the United States District Court for the District of Vermont and the United States Bankruptcy Court, District of Vermont Local Bankruptcy Rules, and will abide by and comply with the substantive and

procedural requirements of the local rules and the administrative orders of this Court.

7. I am registered to use CM/ECF in the District of Connecticut and will register to use CM/ECF in this District within 28 days of the Court granting *pro hac vice* admission. Until my CM/ECF registration is complete, Attorney Fisher, my local counsel, will effectuate electronic filings on behalf of the DIP Lender.

8. Michael B. Fisher, Esq. of Fisher Law Offices, PLLC with an address of 45 Lyme Road, Suite 205, Hanover, New Hampshire 03755, will serve as my local counsel and agent for service of process.

9. I acknowledge that the United States Bankruptcy Court, District of Vermont shall be the forum for the resolution of any dispute arising out of my admission.

10. I will file a notice with the Clerk if any fact underlying the foregoing statements changes during the pendency of this case, within 14 days of such change in circumstances.

_____
Craig I. Lifland, Esq.

Sworn and subscribed to before me this
16th day of July, 2019

_____
Notary Public, State of Connecticut

My Commission Expires 8/31/2020