**The Hermitage Club**
 **Confidential**
 **Projected Weekly Cash Flow Analysis**

7/15/2019

| | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Week 14 | Week 15 | Week 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Cash Receipts** | | | | | | | | | | | | | | | | |
| Membership Annual Dues | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Membership and Administrative | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Existing AR (Collections/Sweep) 0% | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Lodging, Food and Beverage | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Snowsports & Mountain Operations | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Clubhouse Amenities | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Golf Course | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Restructure Funds Reserve and Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Operating Cash Disbursements** | | | | | | | | | | | | | | | | |
| COGS Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Payroll | 11,307 | 11,307 | 11,307 | 11,307 | 11,307 | 11,307 | 11,307 | 11,307 | 11,307 | 11,307 | 11,307 | 11,307 | 11,307 | 11,307 | 11,307 | 11,307 |
| Operations Payroll | 8,025 | 8,025 | 8,025 | 8,025 | 8,025 | 8,025 | 8,025 | 8,025 | 8,025 | 8,025 | 8,025 | 8,025 | 8,025 | 8,025 | 8,025 | 8,025 |
| Employee Health Benefits | 1,499 | 1,499 | 1,499 | 1,499 | 1,499 | 1,499 | 1,499 | 1,499 | 1,499 | 1,499 | 1,499 | 1,499 | 1,499 | 1,499 | 1,499 | 1,499 |
| Mountain Operations Exp | - | 2,000 | - | 2,500 | 2,500 | 2,000 | - | 2,500 | 2,500 | 2,000 | 2,500 | 2,500 | 2,500 | 2,000 | 2,500 | 2,500 |
| Snowsports Exp | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Golf Course Exp | 718 | 718 | 718 | 718 | 718 | 718 | 718 | 718 | 718 | 718 | 718 | 718 | 718 | 718 | 718 | 718 |
| Clubhouse Amenity Exp | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Food & Beverage Exp | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Properties Exp | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Overhead - Utility | - | - | 20,525 | 200 | - | - | 20,525 | 200 | - | - | - | 20,725 | - | - | - | 20,525 |
| **Total Disbursements** | 21,549 | 23,548 | 42,073 | 24,248 | 24,048 | 23,548 | 42,073 | 24,248 | 24,048 | 23,548 | 24,048 | 44,773 | 24,048 | 23,548 | 24,048 | 44,573 |
| **Net Operating Cash Flow** | (21,549) | (23,548) | (42,073) | (24,248) | (24,048) | (23,548) | (42,073) | (24,248) | (24,048) | (23,548) | (24,048) | (44,773) | (24,048) | (23,548) | (24,048) | (44,573) |
| **Nonoperating Cash Disbursements & Receipts** | | | | | | | | | | | | | | | | |
| Loan Obligations | (1,317,500) | | | - | 10,000 | - | - | - | 10,000 | - | - | | 10,000 | - | - | - |
| Equipment, and Insurance Obligations | - | - | - | - | 37,870 | - | - | - | 37,870 | - | - | - | - | 37,870 | - | - |
| Berkshire Bank Payments | - | - | 42,500 | - | - | - | - | 42,500 | - | - | - | 42,500 | - | - | - | 42,500 |
| Coldbrook - Water/Sewer Fees | | | | | 75,000 | - | | | | | | | | | | |
| Real Estate Tax Obligations | | | | | 286,000 | - | | | | | | | | | | |
| Maintenance Allocation | - | - | 15,000 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Professional Fee Escrow | - | - | - | - | 50,000 | - | - | - | - | 50,000 | - | - | - | 50,000 | - | - |
| US Trustee/Receiver Fees | - | - | - | - | 1,650 | - | - | - | - | 1,650 | - | - | - | 1,650 | - | - |
| **Total Nonoperating Cash Flow** | (1,317,500) | - | 57,500 | - | 460,520 | - | 42,500 | - | 47,870 | 51,650 | - | 42,500 | 10,000 | 89,520 | - | 42,500 |
| **Beginning Cash Balance** | - | 1,295,951 | 1,272,403 | 1,172,830 | 1,148,581 | 664,013 | 640,464 | 555,891 | 531,643 | 459,724 | 384,526 | 360,477 | 273,204 | 239,156 | 126,087 | 102,039 |
| Net Operating Cash Flow | (21,549) | (23,548) | (42,073) | (24,248) | (24,048) | (23,548) | (42,073) | (24,248) | (24,048) | (23,548) | (24,048) | (44,773) | (24,048) | (23,548) | (24,048) | (44,573) |
| Net Nonoperating Cash Flow | 1,317,500 | - | (57,500) | - | (460,520) | - | (42,500) | - | (47,870) | (51,650) | - | (42,500) | (10,000) | (89,520) | - | (42,500) |
| **Total Cash Flow** | 1,295,951 | (23,548) | (99,573) | (24,248) | (484,568) | (23,548) | (84,573) | (24,248) | (71,918) | (75,198) | (24,048) | (87,273) | (34,048) | (113,068) | (24,048) | (87,073) |
| **Ending Cash Balance** | 1,295,951 | 1,272,403 | 1,172,830 | 1,148,581 | 664,013 | 640,464 | 555,891 | 531,643 | 459,724 | 384,526 | 360,477 | 273,204 | 239,156 | 126,087 | 102,039 | 14,965 |