**Fill in this information to identify the case:**

Debtor name    **Hermitage Inn Real Estate Holding Company, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **19-20903**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1 A&W Realty LLC** Creditor's Name **Attn: President or General Mgr 2 Mountain Park Plaza West Dover, VT 05356** Creditor's mailing address | Describe debtor's property that is subject to a lien **4V8, LLC; and Comtuck, LLC** | **$678,028.00** | **$1,250,000.00** |

Describe the lien
**Pledge of Notes**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2 Ann Coleman** Creditor's Name **437 Maple Drive Whitingham, VT 05361** Creditor's mailing address | Describe debtor's property that is subject to a lien **Schedule A/B, Part 9** | $1,597.47 | $44,698,750.00 |

Describe the lien
**Statutory Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Case 19-20903 Doc 25   Filed 06/09/19 Entered 06/09/19 12:26:05   Page 47 of 776
Desc   Exhibit Main Document   Debtors Exhibit No. 2   Page 2 of 32

6/09/19 11:39AM

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if known) | 19-20903 |
|---|---|---|---|
| | Name | | |

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Atomic Professional Audio Inc** | Describe debtor's property that is subject to a lien | $71,372.96 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Schedule A/B, Part 9**

**Attn President or General Mgr**
**364A Innovation Drive**
**North Clarendon, VT 05759**

Creditor's mailing address

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Austin Design Inc.** | Describe debtor's property that is subject to a lien | $18,881.25 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Schedule A/B, Part 9**

**Attn: President or General Mgr**
**2 Mead Street**
**Greenfield, MA 01301**

Creditor's mailing address

**Describe the lien**
**Notice of Lien on Real Property**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Barnstormer Summit Lift, LLC** | Describe debtor's property that is subject to a lien | $9,252,753.00 | $755,004.00 |
|---|---|---|---|---|

Creditor's Name

**Schedule A/B, Part 4**

**Attn: President or General Mgr**
**6 Bayberry Lane**
**Wilton, CT 06897**

---

Case 19-20903 Doc 25 Filed 06/09/19 Entered 06/09/19 12:45:05 Desc Main Document Page 3 of 32

Case 19-20903 Doc 25 Filed 06/09/19 Entered 06/09/19 12:45:05 Desc Exhibit Main Debtors Exhibit No Page 20 Page 31 3 of 32

6/09/19 11:39AM

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if know) | 19-20903 |
| --- | --- | --- | --- |
| | Name | | |

**Describe the lien**

UCC Financing Statements

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Berkshire Bank** | | | $16,911,583.01 | $44,188,750.00 |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**Attn: President or General Mgr
1259 E Columbus Ave Ste 301
Springfield, MA 01105**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

55.1 (Hermitage Inn); 55.2 (Snow Goose Inn); 55.3 (Horizon Inn); 55.5 (Hermitage Clubhouse); 55.6 (Golf Course); and 55.7 Real Estate Development

**Describe the lien**

Mortgage

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Berkshire Bank** | | | $1,037,500.00 | $44,188,750.00 |
| --- | --- | --- | --- | --- | --- |

Creditor's Name

**Attn: President or General Mgr
1259 E Columbus Ave Ste 301
Springfield, MA 01105**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

55.1 (Hermitage Inn); 55.2 (Snow Goose Inn); 55.3 (Horizon Inn); 55.5 (Hermitage Clubhouse); 55.6 (Golf Course); and 55.7 Real Estate Development

**Describe the lien**

Mortgage

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if known) | 19-20903 |
|---|---|---|---|

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Berkshire Bank** | Describe debtor's property that is subject to a lien | $986,212.89 | $44,188,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**1259 E Columbus Ave Ste 301**
**Springfield, MA 01105**

Creditor's mailing address

**55.1 (Hermitage Inn); 55.2 (Snow Goose Inn); 55.3 (Horizon Inn); 55.5 (Hermitage Clubhouse); 55.6 (Golf Course); and 55.7 Real Estate Development**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **Browns Country Services LLC** | Describe debtor's property that is subject to a lien | $150,382.86 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Jeffrey C Brown**
**797 VT Rte 100**
**Wilmington, VT 05363**

Creditor's mailing address

**Schedule A/B, Part 9**

**Describe the lien**
**Notice of Lien on Real Property**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.10 | **BSA Architects, Inc.** | Describe debtor's property that is subject to a lien | $338,717.81 | $27,000,000.00 |
|---|---|---|---|---|

---

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if known) | 19-20903 |
|---|---|---|---|
| | Name | | |

---

| Creditor's Name | Schedule A/B, Part 9 | | |

**dba Bull Stockwell Allen**
**Attn: President or General Mgr**
**300 Montgomery Street Ste 1135**
**San Francisco, CA 94104**

Creditor's mailing address

**Describe the lien**
**Mechanics Lien**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

□ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

□ Contingent

□ Yes. Specify each creditor, including this creditor and its relative priority.

□ Unliquidated

■ Disputed

---

| 2.1 1 | **Carol H. Butler Trust** | Describe debtor's property that is subject to a lien | $1,092,993.16 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Schedule A/B, Part 9**

**c/o Pamela Keefe, Trustee**
**241 White Oak Shade Road**
**New Canaan, CT 06840**

Creditor's mailing address

**Describe the lien**
**Writ of Attachment**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

□ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

□ Contingent

□ Yes. Specify each creditor, including this creditor and its relative priority.

□ Unliquidated

□ Disputed

---

| 2.1 2 | **Charles Collins & Ana Cladera** | Describe debtor's property that is subject to a lien | $1,107,192.00 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Schedule A/B, Part 9**

**20 Prospect Avenue**
**Larchmont, NY 10538**

Creditor's mailing address

**Describe the lien**
**Judgment**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

□ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if known) | 19-20903 |
|--------|---------------------------------------------|-------|-------|
| | Name | | |

---

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.1 3** **Coldbrook Fire District No. 1**

Creditor's Name

**Attn: President or General Mgr**
**18 Coldbrook Road**
**Wilmington, VT 05363-9624**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**55.5 (Hermitage Clubhouse)**

$255.42     $27,000,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 4** **Craig Doersch Painting, LLC**

Creditor's Name

**Attn President or General Mgr**
**9 King Phillip Trail**
**Sandy Hook, CT 06482**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Schedule A/B, Part 9**

$76,834.00     $44,698,750.00

**Describe the lien**
**Notice of Lien on Real Property**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 5** **Dan and John Lane**

**Describe debtor's property that is subject to a lien**

$23,309.29     $44,698,750.00

---

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if known) | 19-20903 |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

dba Lane
Plumbing&Heating Inc
10 Adams Drive
Wilmington, VT 05363

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Schedule A/B, Part 9**

**Describe the lien**
**Notice of Mechanics Lien**
Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Dan Solaz** | **Describe debtor's property that is subject to a lien** | $320,917.16 | $27,000,000.00 |
|---|---|---|---|---|

Creditor's Name

72 Limerick Road
Trumbull, CT 06611

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Schedule A/B, Part 9**

**Describe the lien**
**Judgment**
Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **David Manning Inc** | **Describe debtor's property that is subject to a lien** | $31,212.00 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

Attn President or General
Mgr
103 Frost Place
Brattleboro, VT 05302

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Schedule A/B, Part 9**

**Describe the lien**
**Statutory Lien**
Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number (if known) | **19-20903** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| □ Yes. Specify each creditor, including this creditor and its relative priority. | □ Contingent |
| | □ Unliquidated |
| | □ Disputed |

---

| 2.1 8 | **Donald Jabro** | Describe debtor's property that is subject to a lien | **$450,000.00** | **$11,875,000.00** |
|---|---|---|---|---|

Creditor's Name

**27 Brimmer St  #3
Boston, MA 02108**

Creditor's mailing address

**55.7 (Real Estate Development)**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
□ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
■ Disputed

---

| 2.1 9 | **Fisher and Fisher Law Offices** | Describe debtor's property that is subject to a lien | **$143,727.72** | **$510,000.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Robert Fisher
PO Box 621
Brattleboro, VT 05302**

Creditor's mailing address

**55.4 (Nordic Hills Lodge)**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
□ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

---

| 2.2 0 | **Fred H. Hamblet, LLC** | Describe debtor's property that is subject to a lien | **$1.00** | **$44,698,750.00** |
|---|---|---|---|---|

Case 19-20903 Doc 25   Filed 06/09/19 Entered 06/09/19 12:45:09 13:47:20 Desc Exhibit Main Document Debtors Exhibit No. 2 Page 26 of 31   9 of 32

6/09/19 11:39AM

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number (if known) | **19-20903** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**Attn: President or General Mgr**
**29 Victoria Street**
**Keene, NH 03431**

Creditor's mailing address

**Schedule A/B, Part 9**

**Describe the lien**
**Notice of Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.21 | **Gordon Bristol Consulting** | **Describe debtor's property that is subject to a lien** | $36,800.58 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn President or General Mgr**
**279 Sunset Lake Rd**
**Williamsville, VT 05362**

Creditor's mailing address

**Schedule A/B, Part 9**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.22 | **Green Mountain Power** | **Describe debtor's property that is subject to a lien** | $257,628.11 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**163 Acorn Lane**
**Colchester, VT 05446**

Creditor's mailing address

**Schedule A/B, Part 9**

**Describe the lien**
**Writ of Attachment**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| | |
|---|---|
| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** |
| | Name |

Case number (if know)  **19-20903**

---

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **Greenfield Glass Company** | Describe debtor's property that is subject to a lien | $4,928.88 | $44,698,750.00 |
|---|---|---|---|---|
| | Creditor's Name | **Schedule A/B, Part 9** | | |

**Attn President or General Mgr**
**52 River Street**
**Greenfield, MA 01301**
Creditor's mailing address

Describe the lien
**Notice of Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Grenoble Group** | Describe debtor's property that is subject to a lien | $2,080,527.00 | $44,698,750.00 |
|---|---|---|---|---|
| | Creditor's Name | **Schedule A/B, Part 9** | | |

**aka RTM Capital Partners Inc**
**c/o Langrock Sperry & Wool LLP**
**210 College Street**
**Burlington, VT 05402**
Creditor's mailing address

Describe the lien
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

Debtor   **Hermitage Inn Real Estate Holding Company, LLC**                    Case number (if known)   **19-20903**
Name

| 2.2 5 | **Harrington Engineering Inc.** | Describe debtor's property that is subject to a lien | $37,692.60 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn President or General Mgr**
**7868 Pomfret Road**
**North Pomfret, VT 05053**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Schedule A/B, Part 9**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **International Financial** | Describe debtor's property that is subject to a lien | $1.00 | $755,004.00 |
|---|---|---|---|---|

Creditor's Name

**Services Corporation**
**Attn: President or General Mgr**
**1113S Milwaukee Ave Ste 301**
**Libertyville, IL 60048**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Schedule A/B, Part 4**

**Describe the lien**
**UCC Financing Statements**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Iron Horse Standing Seam Roofi** | Describe debtor's property that is subject to a lien | $25,631.11 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Co aka Iron Horse Roofing Co**
**Attn: President or General Mgr**
**PO Box 221, 1350 Route 11**
**Londonderry, VT 05148**

Creditor's mailing address

**Schedule A/B, Part 9**

**Describe the lien**

---

| Debtor | **Hermitage Inn Real Estate Holding Company, LLC** | Case number (if know) | **19-20903** |
|---|---|---|---|
| | Name | | |

### Preliminary Lien Notice on Real Property

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.28** **Joyce Land Surveying Corp**

Creditor's Name

**Attn: Benjamin A Joyce**
**37 Atherton Road**
**Wilmington, VT 05363**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Schedule A/B, Part 9**

$1.00    $44,698,750.00

**Describe the lien**
**Notice of Contractors Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.29** **Key Drilling & Blasting Svcs**

Creditor's Name

**Attn President or General Mgr**
**14 Trowbridge Road**
**Keene, NH 03431**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Schedule A/B, Part 9**

$66,600.00    $44,698,750.00

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | | Case number (if known) | 19-20903 |
|---|---|---|---|---|
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.30 | **Lakeland Bank** | Describe debtor's property that is subject to a lien | $674,435.52 | $755,004.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**166 Changebridge Road**
**Montville, NJ 07045**

Creditor's mailing address

**Schedule A/B, Part 4**

Describe the lien
**UCC Financing Statement**

Is the creditor an insider or related party?

- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.31 | **Macrolease Corporation** | Describe debtor's property that is subject to a lien | $7,015.00 | $755,004.00 |
|---|---|---|---|---|

Creditor's Name

**Attn President or General Mgr**
**185 Express Street Ste 100**
**Plainview, NY 11803**

Creditor's mailing address

**Schedule A/B, Part 4**

Describe the lien
**UCC Financing Statement**

Is the creditor an insider or related party?

- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.32 | **Manchester Carpet Care Inc.** | Describe debtor's property that is subject to a lien | $39,875.09 | $44,698,750.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if know) | 19-20903 |
|--------|-----------------------------------------------|----------------------|----------|
| | Name | | |

Creditor's Name

**Attn President or General Mgr**
**6 Manchester Valley Road**
**Manchester Center, VT 05255**

Creditor's mailing address

Describe the lien

**Statutory Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **Metropolitan Golf Assn** | Describe debtor's property that is subject to a lien | $50,358.84 | $44,698,750.00 |
|-------|---------------------------|---|---|---|

Creditor's Name

**Schedule A/B, Part 9**

**Attn: President or General Mgr**
**28 VT ROUTE 110**
**SOUTH ROYALTON, VT 05068**

Creditor's mailing address

Describe the lien

**Judgment Order**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | **Michael Fayette** | Describe debtor's property that is subject to a lien | $12,703.34 | $44,698,750.00 |
|-------|---------------------|---|---|---|

Creditor's Name

**Schedule A/B, Part 9**

**dba MFayette Carpentry, LLC**
**284 Route 100**
**West Dover, VT 05356**

Creditor's mailing address

Describe the lien

**Notice of Mechanics Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

---

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if know) | 19-20903 |
|---|---|---|---|
| | Name | | |

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.35 | **Mountain Glass and Lock Corp** | | |
|---|---|---|---|

Creditor's Name

**Attn President or General Mgr**

Describe debtor's property that is subject to a lien
**Schedule A/B, Part 9**

$39,199.50    $44,698,750.00

**57 Jackson Ave**
**Rutland, VT 05701**

Creditor's mailing address

Describe the lien
**Stipulated Writ of Attachment**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.36 | **MR Steel Acquisition Corp.** | | |
|---|---|---|---|

Creditor's Name

**dba Ameri-Fab**
**Attn President or General Mgr**

Describe debtor's property that is subject to a lien
**Schedule A/B, Part 9**

$58,750.00    $44,698,750.00

**4100 W Glenrosa Ave**
**Phoenix, AZ 85019**

Creditor's mailing address

Describe the lien
**Statutory Lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if know) | 19-20903 |
|---|---|---|---|
| | Name | | |

---

| 2.37 | Nordic Valley Properties LLC | | $1.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**34 Look Road**
**Wilmington, VT 05363**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.38 | Northern Building Supplies,Inc | | $151,744.44 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**7 Loop Road**
**Newfane, VT 05345**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Schedule A/B, Part 9**

Describe the lien
**Statutory Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.39 | Pioneer Timber Frames LLC | | $16,520.00 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn President or General Mgr**
**PO Box 1057**
**Wilmington, VT 05363**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Schedule A/B, Part 9**

Describe the lien
**Notice of Lien on Real Property**

Is the creditor an insider or related party?
☑ No

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 16 of 28

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if known) | 19-20903 |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.40 | PJB Home Center, Inc. | Describe debtor's property that is subject to a lien | $30,645.19 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name
**Perkins Home Center
Attn President or General Mgr
PO Box 430
West Chesterfield, NH 03466**

Creditor's mailing address

**Schedule A/B, Part 9**

**Describe the lien**
**Notice of Mechanics Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.41 | PJB Home Center, Inc. | Describe debtor's property that is subject to a lien | $7,556.11 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name
**Perkins Home Center
Attn President or General Mgr
PO Box 430
West Chesterfield, NH 03466**

Creditor's mailing address

**Schedule A/B, Part 9**

**Describe the lien**
**Contractor's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 17 of 28

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if know) | 19-20903 |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 2 | **Plimpton Excavating LLC** | **Describe debtor's property that is subject to a lien** | $34,145.00 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn President or General Mgr**
**496 East Hill Road**
**Wardsboro, VT 05355**

**Schedule A/B, Part 9**

Creditor's mailing address

**Describe the lien**
**Order on Mechanics Lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☐ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 3 | **RCN Capital LLC, ATIMA** | **Describe debtor's property that is subject to a lien** | $1.00 | $755,004.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**75 Gerber Road East**
**South Windsor, CT 06074**

**Schedule A/B, Part 4**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 4 | **Reinhart Equipment** | **Describe debtor's property that is subject to a lien** | $1,587,450.00 | $44,698,750.00 |
|---|---|---|---|---|

---

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if known) | 19-20903 |
|---|---|---|---|
| | Name | | |

**Schedule A/B, Part 9**

**Creditor's Name**

**Attn President or General Mgr**
**32 Thompson Drive**
**Essex Junction, VT 05452**

Creditor's mailing address

**Describe the lien**
**Statutory Lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☐ Unliquidated

■ No

☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 5 | **Reinhart Foodservice, LLC** | **Describe debtor's property that is subject to a lien** | $1,587,448.10 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**6250 N River Rd Ste 9000**
**Des Plaines, IL 60018**

Creditor's mailing address

**Schedule A/B, Part 9**

**Describe the lien**
**Writ of Attachment and UCC Financing Statement**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☐ Unliquidated

■ No

☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 6 | **Seth and Jennifer Goodman** | **Describe debtor's property that is subject to a lien** | $986,495.21 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**65 Pendleton Lane**
**Longmeadow, MA 01106**

Creditor's mailing address

**Schedule A/B, Part 9**

**Describe the lien**
**Writ of Attachment**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if know) | 19-20903 |
|---|---|---|---|
| | Name | | |

---

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.47 | | | |
|---|---|---|---|

**Southworth Electrical Inc**
Creditor's Name

**Attn President or General Mgr**
**PO Box 20**
**West Wardsboro, VT 05360**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Schedule A/B, Part 9**

$53,053.45     $44,698,750.00

**Describe the lien**
**Memorandum of Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.48 | | | |
|---|---|---|---|

**Sprung Structures**
Creditor's Name

**Attn: President or General Mgr**
**5000 Tilghman Street Ste 155**
**Allentown, PA 18104**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Schedule A/B, Part 4**

$61,446.00     $755,004.00

**Describe the lien**
**Alleged Lien on Equipment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

Case 19-20903 Doc 25  Filed 06/09/19 Entered 06/09/19 12:26:05 Desc Main Document Exhibit No. 2 Page 21 of 32    6/09/19 11:39AM

Desc Exhibit Main Documents Exhibit No. 2 Page 38 of 31  21 of 32

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if known) | 19-20903 |
|---|---|---|---|
| | Name | | |

---

**2.49**

**Squire Capital**
Creditor's Name

**c/o Dan Proscia**
**5 Yarmouth Drive**
**Chatham, NJ 07928**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Schedule A/B, Part 4**

Describe the lien
**Equipment lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$55,000.00    $755,004.00

---

**2.50**

**Stephen Kunkle**
Creditor's Name

**dba Stephen Kunkle**
**Carpentry**
**98 Forrett Drive**
**Vernon, VT 05354**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Schedule A/B, Part 9**

Describe the lien
**Writ of Attachment and Order of Approval**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,970.00    $44,698,750.00

---

**2.51**

**SVT Masonry Incorporated**
Creditor's Name

**Attn: President or General Mgr**
**1185 Glasenbury Road**
**Shaftsbury, VT 05262**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**Schedule A/B, Part 9**

Describe the lien
**Judgment**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

$89,450.00    $44,698,750.00

---

Debtor **Hermitage Inn Real Estate Holding Company, LLC**    Case number (if known) **19-20903**

Name

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 2 | | | | |
|---|---|---|---|---|

**Swan Electric, Inc.**

Creditor's Name

**Attn President or General Mgr**
**18 Coldbrook Rd**
**Wilmington, VT 05363**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Schedule A/B, Part 9**

$55,922.28    $44,698,750.00

**Describe the lien**
**Notice of Contractor's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 3 | | | | |
|---|---|---|---|---|

**Sysco Albany, LLC**

Creditor's Name

**Attn: President or General Mgr**
**One Liebich Lane**
**Clifton Park, NY 12065**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Schedule A/B, Part 9**

$14,460.28    $44,698,750.00

**Describe the lien**
**Judgment Order**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if known) | 19-20903 |
|--------|-----------------------------------------------|------------------------|----------|
| | Name | | |

| 2.54 | **Terex Financial Services, Inc.** | | |
|------|-----------------------------------|---|---|

Creditor's Name

**Attn: President or General Mgr**
**200 Nyala Farm Road**
**Westport, CT 06880**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Schedule A/B, Part 4**

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1.00     $755,004.00

---

| 2.55 | **TFT Holdings, LLC** | | |
|------|-----------------------|---|---|

Creditor's Name

**Attn: Gary Greenstein**
**8 Upland Lane**
**Armonk, NY 10504**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Schedule A/B, Part 9**

Describe the lien
**Judgment**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

$1,458,249.00     $44,698,750.00

---

| 2.56 | **Thomas Whit & Eliz Armstrong** | | |
|------|----------------------------------|---|---|

Creditor's Name

**c/o Gravel & Shea PC**
**76 St. Paul Street, 7th Floor**
**Burlington, VT 05401**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**Describe debtor's property that is subject to a lien**
**Schedule A/B, Part 9**

Describe the lien
**Writ of Attachment and Order of Approval**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No

$148,242.00     $44,698,750.00

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 23 of 28

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if know) | 19-20903 |
|---|---|---|---|
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 7 | **Trinity Engineering &** | Describe debtor's property that is subject to a lien | $13,557.75 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Technical Services LLC**
**Attn President or General Mgr**
**751 Main Road**
**Stamford, VT 05352**

**Schedule A/B, Part 9**

Creditor's mailing address

Describe the lien

**Notice of Mechanics Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 8 | **Trinity Engineering &** | Describe debtor's property that is subject to a lien | $9,743.65 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Technical Services LLC**
**Attn President or General Mgr**
**751 Main Road**
**Stamford, VT 05352**

**Schedule A/B, Part 9**

Creditor's mailing address

Describe the lien

**Notice of Mechanics Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 19-20903 Doc 25  Filed 06/09/19  Entered 06/09/19 12:26:05  Desc Main Document  Exhibit No. 2  Page 25 of 32    6/09/19 11:39AM

Desc  Debtor Exhibit Main Documents Exhibit No. 2 Page  42 of 231   25 of 32

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if known) | 19-20903 |

---

**2.59** | **Triple T Trucking** | Describe debtor's property that is subject to a lien | $34,634.31 | $44,698,750.00

Creditor's Name

**Attn: President or General Mgr**
**437 Vernon Street**
**Brattleboro, VT 05301**

Creditor's mailing address | Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
□ Yes
Is anyone else liable on this claim?

Date debt was incurred

■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
□ Contingent
□ Unliquidated
■ Disputed

---

**2.60** | **TRUE WORLD FOODS** | Describe debtor's property that is subject to a lien | $10,790.58 | $44,698,750.00

Creditor's Name

**Attn: President or General Mgr**
**22 Food Mart Road**
**Boston, MA 02118**

Creditor's mailing address | Describe the lien
**Order**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
□ Yes
Is anyone else liable on this claim?

Date debt was incurred

■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
□ Contingent
□ Unliquidated
■ Disputed

---

**2.61** | **Tyler and Rose Dickson** | Describe debtor's property that is subject to a lien | $1,005,000.00 | $44,698,750.00

Creditor's Name

**9 Hunter Lane**
**Rye, NY 10580**

Creditor's mailing address | Describe the lien
**Writ of Attachment**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
□ Yes
Is anyone else liable on this claim?

---

Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 25 of 28

Case 19-20903 Doc 25 Filed 06/09/19 Entered 06/09/19 12:26:05 Page 43 of 231 Desc Exhibit Main Document Exhibit No. 2 Page 26 of 32

6/09/19 11:39AM

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if known) | 19-20903 |
|---|---|---|---|
| | Name | | |

No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 2 | **Vareschi Plumbing & Heating** | Describe debtor's property that is subject to a lien | $15,220.00 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Schedule A/B, Part 9**

**Attn President or General Mgr**
**1151 Massachusetts**
**North Adams, MA 01247**

Creditor's mailing address

Describe the lien
**Notice of Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 3 | **Vermont Department of Tax** | Describe debtor's property that is subject to a lien | $1,286,000.00 | $44,698,750.00 |
|---|---|---|---|---|

Creditor's Name

**Schedule A/B, Part 9**

**133 State Street**
**Montpelier, VT 05633**

Creditor's mailing address

Describe the lien
**Statutory Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.6 4 | **W&W Building Supply** | Describe debtor's property that is subject to a lien | $121,999.00 | $44,698,750.00 |
|---|---|---|---|---|

| Debtor | | Case number (if known) |
|---|---|---|
| | **Hermitage Inn Real Estate Holding Company, LLC** | **19-20903** |
| | Name | |

**Schedule A/B, Part 9**

---

| Creditor's Name | |
|---|---|
| **Attn: President or General Mgr**<br>**434 Rte 100**<br>**Wilmington, VT 05363** | **Describe the lien**<br>**Statutory Lien** |

Creditor's mailing address

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 5 | **Walker Kimball** | **Describe debtor's property that is subject to a lien**<br>**Schedule A/B, Part 9** | **$1,585,604.00** | **$44,698,750.00** |
|---|---|---|---|---|

Creditor's Name

**200 Mending Walls Road**
**Manchester Center, VT 05255**

Creditor's mailing address

**Describe the lien**
**Mortgage**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 6 | **Western Equipment Finance, Inc** | **Describe debtor's property that is subject to a lien**<br>**Schedule A/B, Part 4** | **$2,788.60** | **$755,004.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**503 HIGHWAY 2 WEST**
**Devils Lake, ND 58301**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

---

| Debtor | Hermitage Inn Real Estate Holding Company, LLC | Case number (if known) | 19-20903 |
|---|---|---|---|
| | Name | | |

Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 7 | **Windham Architectural Metals** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Attn President or General Mgr**
**86 Brook Street**
**Whitingham, VT 05361**
Creditor's mailing address

| | | | | | |
|---|---|---|---|---|---|
| | **Describe debtor's property that is subject to a lien** **Schedule A/B, Part 9** | | $16,209.16 | $27,000,000.00 |

**Describe the lien**
**Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $46,537,965.68 |
|---|---|---|

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Barnstormer Summit Lift, LLC** **c/o Zeisler & Zeisler** **10 Middle Street, 15th Floor** **Bridgeport, CT 06604** | Line **2.5** | |

---

**Fill in this information to identify the case:**

Debtor name **Hermitage Club, LLC**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)   **19-20904**

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Berkshire Bank**<br>Creditor's Name<br><br>**Attn: President or General Mgr**<br>**1259 E Columbus Ave Ste 301**<br>**Springfield, MA 01105**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Personal Property** | **Unknown** | **$0.00** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?

■ No

☐ Yes
Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2** **Dell Financial Services, LLC**<br>Creditor's Name<br><br>**Attn: President or General Mgr**<br>**Mail Stop-PS2DF-23**<br>**One Dell Way**<br>**Round Rock, TX 78682**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |

Creditor's email address, if known

**Date debt was incurred**

Describe the lien
**UCC Financing Statement**
Is the creditor an insider or related party?

■ No

☐ Yes
Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Hermitage Club, LLC** | Case number (if know) | **19-20904** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **NEC Financial Services LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Attn President or General Mgr**
**250 Pehle Ave Ste 704**
**Saddle Brook, NJ 07663-5806**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statements**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Reinhart Foodservice, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: President or General Mgr**
**6250 N River Rd Ste 9000**
**Des Plaines, IL 60018**

Creditor's mailing address

**Describe the lien**
**UCC Financing Statement and Writ of Attachment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Sysco Albany, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Hermitage Club, LLC**      Case number (if know)  **19-20904**
     Name

---

Creditor's Name

**Attn: President or General Mgr**
**One Liebich Lane**
**Clifton Park, NY 12065**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
UCC Financing Statement
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **TCF Equipment Finance** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |

Creditor's Name

**TCF National Bank**
**Attn: President or General Mgr**
**1111 W San Marnan Dr Ste A2**
**Waterloo, IA 50701-8926**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
UCC Financing Statements
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Webbank** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |

Creditor's Name

**Attn: President or General Mgr**
**6440 S Wasatch Blvd, Ste 300**
**Salt Lake City, UT 84121**
Creditor's mailing address

Creditor's email address, if known

**Describe the lien**
UCC Financing Statement
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 4

Case 19-90204 Doc 1 Filed 06/09/19 Entered 06/09/19 12:36:49 Page 31 of 32
Desc Main Document Page 102 of 231

Case 19-90204 Doc 1 Filed 06/09/19 Entered 06/09/19 12:36:49 Desc Exhibit Exhibit Debtors Exhibit No Page 32 of 32
6/09/19 11:41AM

| | |
|---|---|
| Debtor | **Hermitage Club, LLC** |
| | Name |

Case number *(if know)* **19-20904**

**Date debt was incurred**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$0.00**

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy