**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

Filed & Entered
On Docket
July 24, 2019

_____

**In re**
**HERMITAGE INN REAL ESTATE**                    Chapter 11
**HOLDING COMPANY, LLC,**                        Case # 19-10214
         **Debtor.**                        Jointly Administered

_____

**In re**
**HERMITAGE CLUB, LLC,**                         Chapter 11
         **Debtor.**                        Case # 19-10276

_____

**ORDER**
**IMPOSING TIME LIMIT ON EVIDENTIARY HEARING**
**AND MODIFYING SCHEDULE FOR HEARINGS ON JULY 26, 2019**

As of today's date, there are several hearings scheduled in these jointly administered cases, for Friday, July 26, 2019, in the U.S. Bankruptcy Court in Rutland, Vermont, to wit:

1. 10:00 a.m.   meeting of Creditors, pursuant to 11 U.S.C. § 341
2. 11:45 a.m.   hearing on the U.S. trustee's motion to either (a) convert cases to chapter 7, (b) dismiss cases, or (c) appoint a chapter 11 trustee (doc. # 126)
3. 12:00 P.M.   case management conference
4. 1:00 P.M.    evidentiary hearing on Debtors' motion to approve DIP financing (doc. # 147) and Debtors' motion to assume insurance finance agreement (doc. # 90)

In light of the responses parties in interest have filed to each of these motions, the joint stipulation of facts and exhibits (# 166) the parties have filed, and the reality that how the Court rules on the Debtors' two motions may determine the outcome of the U.S. trustee's motion, and to make best use of the time and resources of the Court, the parties, and counsel, THE COURT FINDS it is reasonable and in the best interest of all to (i) modify the hearing schedule and (ii) reduce the amount of time allocated to the evidentiary hearing from 5.25 hours (as proposed in the Joint Notice of Evidentiary Hearing, doc. # 156) to 4 hours (set forth below), so these hearings may all be completed by 5:00 P.M.

Therefore, IT IS HEREBY ORDERED that, unless the parties show cause for an alternate or extended schedule, the hearings on July 26, 2019, in these jointly administered cases, shall proceed as follows[*]:

I. 10:00 – 11:20   meeting of Creditors, pursuant to 11 U.S.C. § 341

II. 11:30 – 1:00   begin evidentiary hearing on Debtors' motion to approve DIP financing (doc. # 147) and Debtors' motion to assume insurance finance agreement (doc. # 90)

    1:00 – 2:00   lunch break

    2:00 – 4:00   continue and conclude evidentiary hearing on Debtors' motions (doc. ## 90, 147)

III. 4:00 – 4:30   hearing on the U.S. trustee's motion to either (a) convert cases to chapter 7, (b) dismiss cases, or (c) appoint a chapter 11 trustee (doc. # 126)

IV. 4:30 – 5:00   case management conference (if case is still in chapter 11 after the preceding hearing)

**SO ORDERED.**

July 24, 2019  
Burlington, Vermont

Colleen A. Brown  
United States Bankruptcy Judge

---

[*] with the caveat that if any of these hearings finish earlier than indicated, the next hearing will begin immediately thereafter.