**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

Filed & Entered
On Docket
July 24, 2019

_____

In re
**HERMITAGE INN REAL ESTATE**　　　　　　　　　　**Chapter 11**
**HOLDING COMPANY, LLC,**　　　　　　　　　　　　**Case # 19-10214**
　　　　Debtor.　　　　　　　　　　　　　　　　　**Jointly Administered**

_____

In re
**HERMITAGE CLUB, LLC,**　　　　　　　　　　　　**Chapter 11**
　　　　Debtor.　　　　　　　　　　　　　　　　　**Case # 19-10276**

_____

**ORDER**
**(1) Modifying Order entered on June 28, 2019, with Respect to Date of Order of Relief**
**(2) Modifying Commencement of Case Notice entered July 5, 2019,**
**with Respect to Deadline for the Filing of Proofs of Claim, and**
**(3) Setting Deadline for Debtors to File Consolidated List of Creditors**

### Order for Relief

On June 28, 2019, this Court entered an Order (doc. # 110), based on the hearing held on June 25, 2019, and the joint stipulation filed on June 27th for, among other things, entry of an order for relief under chapter 11 in the Hermitage Inn Real Estate Holding Company, LLC ("HIRECHO") case and consolidation of that case with HIRECHO's chapter 11 case then pending in the U.S. Bankruptcy Court for the District of Connecticut. At the June 25th hearing, this Court indicated the Order for Relief in these cases would be the date the involuntary cases were filed, May 22, 2019. Pursuant to Bankruptcy Rule 9024 (incorporating Fed. R. Civ. P. 60), and recognizing that use of that date will reduce the time period for filing claims, THE COURT FINDS cause to modify that Order for Relief date, in these jointly administered cases, to the date these involuntary chapter 7 cases converted to chapter 11.

### Proof of Claim Filing Deadlines

In light of the change of the Order for Relief date, and the requirements of Bankruptcy Rules 3002 and 3003, and 11 U.S.C. § 502(b)(9), THE COURT FINDS the deadline for proofs of claims, and the Commencement of Case notice setting forth that deadline, in these jointly administered cases, must also be modified.

**Consolidated List of Creditors**

Pursuant to Vermont Local Bankruptcy Rule 1015-1(b)(2), the Debtors in jointly administered cases are required to file a consolidated master mailing list within seven days of the entry of the order of joint administration. That has not yet been filed in this case and is necessary to effective noticing in the jointly administered cases.

Therefore, IT IS HEREBY ORDERED that

1. the June 28, 2019 Order (doc. # 110) is modified to designate that the effective date of the conversion of these involuntary cases from chapter 7 to chapter 11, as well as the date for the Order for Relief in these (now jointly administered) cases, is June 28, 2019;

2. the deadlines for the filing of proofs of claims in these (now jointly administered) cases are

    (a) **November 1, 2019** for all claims other than claims of a governmental unit, and

    (b) **December 26, 2019** for all claims of a governmental unit;

3. the Debtors are directed to file a consolidated master mailing list, pursuant to Vt. LBR 1015-1(b)(2), **by 4:00 P.M. on July 25, 2019**; and

4. the Clerk of Court is directed to issue a modified Notice of Commencement of Case in these jointly administered cases, including the foregoing modified information, forthwith.

    SO ORDERED.

July 24, 2019  
Burlington, Vermont

Colleen A. Brown  
United States Bankruptcy Judge