UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF VERMONT

---------------------------------------------------------x
IN RE: )
    **Hermitage Inn Real Estate** )  **Chapter 11**
    **Holding Company, LLC.** )  **Case No.: 19-10214 CAB**
        **Debtor** )
                                 )
---------------------------------------------------------x

Filed & Entered
On Docket
July 23, 2019

---------------------------------------------------------x
IN RE: )
    **Hermitage Club, LLC** )
                                 )  **Chapter 11**
                                 )  **Case No.: 19-10276 CAB**
        **Debtor** )  **(Jointly Administered)**
---------------------------------------------------------x

### ORDER GRANTING MOTION OF ELIZABETH A. GLYNN, ESQ. TO ALLOW ADMISSION PRO HAC VICE OF SCOTT A. MCQUILKIN, ESQ., CO-COUNSEL TO BERKSHIRE BANK

      **UPON CONSIDERATION** of the motion (the "Motion") of Elizabeth A. Glynn, Esq. with accompanying Affidavit of the proposed Admittee for an order, pursuant to Rule 83.1(b) of the Local Rules of the United States District Court for the District of Vermont (the "District Court Local Rules") and Rule 2090-1(b) of the Vermont Local Bankruptcy Rules (the "Local Bankruptcy Rules"), (i) admitting Scott A. McQuilkin (the "Admittee") pro hac vice to also represent Berkshire Bank in this matter, (ii) authorizing the registration of the Admittee for this Court's electronic filing system, (iii) authorizing the Admittee to rely upon the law offices of Ryan, Smith & Carbine, Ltd. to effectuate electronic filings with the Court until such time as the Admittee's registration to use this Court's electronic filing system has been processed and the Admittee is able to use such electronic filing system, and (iv) for Elizabeth A. Glynn, Esq. to be excused from the Local Bankruptcy Rule requiring attendance at all hearings with the Admittee; and upon consideration of the Affidavit; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. The Admittee is admitted pro hac vice to represent Berkshire Bank in the above captioned cases and may appear in these cases and any related proceedings pro hac vice.

3. The Admittee is authorized to register for this Court's electronic filing system and to rely upon the law offices of Ryan Smith & Carbine, Ltd. to effectuate electronic filings with this Court until such time as the Admittee's registration to use this Court's electronic filing system has been processed and the Admittee is able to access and use such electronic filing system.

4. For good cause shown, Elizabeth A. Glynn, Esq. is excused from the Local Bankruptcy Rule requiring attendance at all hearings with the Admittee.

July 22, 2019  
Burlington, Vermont

HONORABLE COLLEEN A. BROWN  
UNITED STATES BANKRUPTCY JUDGE

8582-071/943585

United States Bankruptcy Court
District of Vermont

In re:                                                                Case No. 19-10214-cab
Hermitage Inn Real Estate Holding Compan                              Chapter 11
Hermitage Club, LLC
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0210-2          User: jmk                Page 1 of 2              Date Rcvd: Jul 23, 2019
                              Form ID: pdf613          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2019.
```
db         +Hermitage Club, LLC,   145 Deercliff Road,   Avon, CT 06001-2852
db         +Hermitage Inn Real Estate Holding Company, LLC,   P.O. Box 2210,   West Dover, VT 05356-2210
aty        +Craig I. Lifland,   Halloran & Sage,   225 Asylum Street,   One Goodwin Square,
             Hartford, CT 06103-4300
aty        +Erin Kennedy, Esq.,   Forman Holt,   66 Route 17 North,   Paramus, NJ 07652-2742
aty        +Scott A McQuilkin,   Hinckley Allen,   28 State Street,   Boston, MA 02109-1776
cr         +Ana Cladera,   20 Prospect Ave.,   Larchmont, NY 10538-4155
cr         +Barnstormer Summit Lift, LLC,   147 Western Ave,   Phillips, Dunn, Shriver & Carroll, P.C.,
             Brattleboro, VT  05301,   UNITED STATES 05301-7210
cr         +Berkshire Bank,   30 South Pearl Street,   Albany, NY 12207-3425
cr         +Bobbi Resek,   73 North St.,   PO Box 74,   East Dover, VT 05341-0074
cr         +Boxer Blake & Moore PLLC,   24 Summer Hill Street,   PO Box 948,   Springfield, VT 05156-0948
cr         +Charles Collins,   20 Prospect Ave.,   Larchmont, NY 10538-4155
intp       +Cold Brook Fire District,   c/o Pratt Vreeland Kennelly, et al,   PO Box 280,
             Rutland, VT  05702-0280,   UNITED STATES 05702-0280
cr         +Dan Solaz,   25 Saw Mill Village Way,   PO Box 986,   West Dover, VT 05356-0986
cr         +Gary Rothschild,   C/O Merrill Bent, Esq.,   PO Box 2748,   4900 Main Street,
             Manchester Center, VT  05255,   UNITED STATES 05255-9784
cr         +Jennifer Goodman,   65 Pendleton Lane,   Longmeadow, MA 01106-2570
cr         +Joseph Willen,   c/o Moritt Hock & Hamroff LLP,   Moritt Hock & Hamroff,
             400 Garden City Plaza,   Leslie A. Berkoff,   Garden City, NY 11530-3327
cr         +Lakeland Bank,   166 Changebridge Rd,   Montville, NJ 07045-9544
cr         +Lakeland Bank, N.A.,   Facey Goss & McPhee, P.C.,   c/o Heather Z Cooper, Esq.,   PO Box 578,
             Rutland, VT  05702-0578,   UNITED STATES 05702-0578
cr         +Plimpton Excavating LLC,   PO Box 65,   Wardsboro, VT 05355-0065
cr         +Reinhart FoodService, L.L.C.,   6250 N. River Road,   Suite 9000,   Rosemont, IL 60018-4241
cr         +Rob Krzanowski,   3 Lakeshore Drive,   Mount Arlington, NJ 07856-1430
cr         +Rose Stewart Dickson,   9 Hunter Lane,   Rye, NY 10580-1614
cr         +Seth Goodman,   65 Pendleton Lane,   Longmeadow, MA 01106-2570
cr         +Shaun P. Golden,   c/o Facey Goss & McPhee, P.C.,   P.O. Box 578,   Rutland, VT 05702-0578
cr         +TFT Holdings, LLC,   c/o William Schwartz,   8 Upland Lane,   Armonk, NY 10504-2245
cr          The Carol H. Butler Trust,   c/o M&N Advisory Services,   111Superior Avenue,
             Cleveland, OH  44114
cr         +Town of Wilmington,   2 East Main Street,   P.O. Box 217,   Wilmington, VT 05363-0217
cr         +Tyler Dickson,   9 Hunter Lane,   Rye, NY 10580-1614
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/Text: tax.compliancesupport@vermont.gov Jul 23 2019 19:57:28
             Vermont Department of Taxes,   PO Box 429,   Montpelier, VT 05601-0429
                                                                                              TOTAL: 1
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*       +Erin Kennedy, Esq.,   Forman Holt,   66 Route 17 North,   Paramus, NJ 07652-2742
                                                                                 TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2019 at the address(es) listed below:
```
              Adam Robbins Mordecai    on behalf of Creditor    Reinhart FoodService, L.L.C. amordecai@primmer.com
              Amy Judith Ginsberg    on behalf of U.S. Trustee    U S Trustee amy.j.ginsberg@usdoj.gov
```

```
District/off: 0210-2          User: jmk                Page 2 of 2          Date Rcvd: Jul 23, 2019
                              Form ID: pdf613          Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Andre Denis Bouffard    on behalf of Interested Party   Ad Hoc Committee of Unsecured
               Creditor/Members of Hermitage Inn Real Estate Holding Company LLC and The Hermitage Club, LLC
               abouffard@drm.com,    mbottino@drm.com
              David N. Dunn    on behalf of Creditor    Barnstormer Summit Lift, LLC ddunn@pdsclaw.com,
               mgundry@pdsclaw.com
              Douglas S. Skalka    on behalf of Debtor Hermitage Inn Real  Estate Holding Company, LLC
               dskalka@npmlaw.com,   smowery@npmlaw.com;npm.bankruptcy@gmail.com
              Douglas S. Skalka    on behalf of Debtor    Hermitage Club, LLC dskalka@npmlaw.com,
               smowery@npmlaw.com;npm.bankruptcy@gmail.com
              Edward Gordon Adrian    on behalf of Creditor    Town of Wilmington eadrian@msdvt.com,
               kshamis@msdvt.com
              Elizabeth A. Glynn    on behalf of Creditor    Berkshire Bank eag@rsclaw.com,   ccs@rsclaw.com
              Elizabeth M. Hannon    on behalf of Creditor    Vermont Department of Taxes
               Elizabeth.hannon@vermont.gov
              Erin Miller Heins    on behalf of Creditor    LPV, 15-Hermitage, LLC eheins@langrock.com,
               slehouiller@langrock.com
              Erin Miller Heins    on behalf of Creditor    RTM Capital Partners, Inc. eheins@langrock.com,
               slehouiller@langrock.com
              Erin Miller Heins    on behalf of Creditor Matthew  Curtis eheins@langrock.com,
               slehouiller@langrock.com
              Heather Elizabeth Ross    on behalf of Interested Party   FTI Consulting, Inc. (Alan Tantleff,
                Receiver) hross@sheeheyvt.com,   bsides@sheeheyvt.com
              Heather Z Cooper    on behalf of Creditor Lakeland  Bank hcooper@fgmvt.com,   lclifford@fgmvt.com
              Heather Z Cooper    on behalf of Creditor    Lakeland Bank, N.A. hcooper@fgmvt.com,
               lclifford@fgmvt.com
              Hobart F. Popick    on behalf of Creditor Matthew  Curtis hpopick@langrock.com,
               sdietsch@langrock.com
              Hobart F. Popick    on behalf of Creditor    LPV, 15-Hermitage, LLC hpopick@langrock.com,
               sdietsch@langrock.com
              Hobart F. Popick    on behalf of Creditor    RTM Capital Partners, Inc. hpopick@langrock.com,
               sdietsch@langrock.com
              James B Anderson    on behalf of Creditor    Berkshire Bank jba@rsclaw.com,   ljm@rsclaw.com
              John J. Kennelly    on behalf of Interested Party   Cold Brook Fire District
               kennelly@vermontcounsel.com,    jda@vermontcounsel.com
              John J. Kennelly    on behalf of Creditor    Cold Brook Fire District kennelly@vermontcounsel.com,
               jda@vermontcounsel.com
              Lisa M. Penpraze    on behalf of U.S. Trustee    U.S. Trustee lisa.penpraze@usdoj.gov
              Lisa M. Penpraze    on behalf of U.S. Trustee    U S Trustee lisa.penpraze@usdoj.gov
              Merrill Elizabeth Bent    on behalf of Creditor Gary  Rothschild Merrill@greenmtlaw.com
              Michael Bryan Fisher    on behalf of Interested Party   Restructured Opportunity Investors, Inc.
               fisher@mbfisherlaw.com
              Oliver Arthurs Abbott    on behalf of Creditor    Boxer Blake & Moore PLLC oaabbott@boxerblake.com,
               slbishop@boxerblake.com
              Patrick M. Birney, Esq.    on behalf of Interested Party   Ad Hoc Committee of Unsecured
               Creditor/Members of Hermitage Inn Real Estate Holding Company LLC and The Hermitage Club, LLC
               pbirney@rc.com,   ctrivigno@rc.com
              Paul F. O'Donnell, Esq.    on behalf of Creditor    Berkshire Bank podonnell@hinckleyallen.com
              Robert S DiPalma    on behalf of Creditor    TFT Holdings, LLC rdipalma@pfclaw.com
              Robert S DiPalma    on behalf of Creditor Charles  Collins rdipalma@pfclaw.com
              Robert S DiPalma    on behalf of Creditor Jennifer  Goodman rdipalma@pfclaw.com
              Robert S DiPalma    on behalf of Creditor    The Carol H. Butler Trust rdipalma@pfclaw.com
              Robert S DiPalma    on behalf of Creditor Ana  Cladera rdipalma@pfclaw.com
              Robert S DiPalma    on behalf of Creditor Tyler  Dickson rdipalma@pfclaw.com
              Robert S DiPalma    on behalf of Creditor Seth  Goodman rdipalma@pfclaw.com
              Robert S DiPalma    on behalf of Creditor Rose Stewart Dickson rdipalma@pfclaw.com
              Shannon Aldridge Bertrand    on behalf of Creditor Shaun P. Golden bertrand@fgmvt.com,
               sgraham@fgmvt.com
              Tavian M. Mayer    on behalf of Creditor    NEC Financial Services, LLC tavian@mayerlaw.com
              Thomas P. Simon    on behalf of Debtor Hermitage Inn Real  Estate Holding Company, LLC
               tps@mc-fitz.com
              U S Trustee    ustpregion02.vt.ecf@usdoj.gov
                                                                                             TOTAL: 40
```