UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

_____

*In Re:*

**HERMITAGE INN REAL ESTATE HOLDING COMPANY, LLC,**

**and**

**HERMITAGE CLUB, LLC,**

                *Debtors.*

_____

Chapter 7

Case Nos. 19-10214 (CAB) and
19-10276 (CAB)
**Jointly Administered**

## APPOINTMENT OF INTERIM TRUSTEE AND TRUSTEE
## AND DESIGNATION OF REQUIRED BOND

**RAYMOND J. OBUCHOWSKI, ESQ.** is hereby appointed Interim Trustee for the estates of the above named debtors. Unless a trustee is elected at the meeting of creditors to be called pursuant to Section 341 of Title 11, United States Code, in the above referenced cases, the Interim Trustee shall serve as Trustee. In addition, because your blanket acceptance of appointment is on file, you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject these appointments.

These cases are covered by the blanket bond for Chapter 7 case trustees, a copy of which is on file with the Court.

Dated: Albany, NY
       July 30, 2019

WILLIAM K. HARRIGNTON
UNITED STATES TRUSTEE
REGION 2

*/s/ Lisa M. Penpraze*
Assistant U.S. Trustee
Bar Roll No.: 105165
Leo O'Brien Federal Building
11A Clinton Avenue, Room 620
Albany, New York 12207
(518) 434-4553
(518) 434-4459 (fax)
Lisa.penpraze@usdoj.gov