**UCC Lien Summary -**

**Connecticut Secretary of State**

**DEBTOR: Hermitage Inn Real Estate Holding Company LLC**

|    | CREDITOR | TYPE OF FILING |
|----|----------|----------------|
| 1. | Berkshire Bank<br>1259 E. Columbus Avenue, Suite 301<br>Springfield, MA 01105 | UCC-1<br><br>UCC-3 |
| 2. | International Financial Services Corporation<br>1113 S. Milwaukee Avenue, Suite 301<br>Libertyville, IL 60048<br><br>**Assigned to:**<br><br>Fifth Third Bank<br>222 South Riverside Plaza<br>1MOBB1<br>Chicago, IL 60606 | UCC-1<br><br>UCC-3 |
| 3. | Macrolease Corporation<br>185 Express Street, Suite 100<br>Plainview, NY 11803<br><br>Macrolease (cont.) | UCC-1<br><br><br><br>UCC-3 |
| 4. | RCN Capital, LLC Atima<br>75 Gerber Road East<br>West Windsor, CT 06074 | UCC-1 |
| 5. | Lakeland Bank<br>166 Changebridge Road<br>Montville, NJ 07045 | UCC-1 |
| 6. | Barnstormer Summit Lift LLC<br>29 South Main Street, Suite 327<br>West Hartford, CT 06107 | UCC-1 |
| 7. | Western Equipment Finance, Inc.<br>P.O. Box 640<br>Devils Lake, ND 58301 | UCC-1 |
| 8. | Terex Financial Services, Inc.<br>200 Nyala Farm Road<br>Westport, CT 06880 | UCC-1 |
| 9. | Reinhart Foodservice, LLC<br>6250 N. River Road, Suite 9000<br>Rosemont, IL 60018 | UCC-1 |

8582/71/966196

**DEBTOR: HCOC, LLC (HCOC, LLC is now known as Hermitage Club LLC)**

| | CREDITOR | TYPE OF FILING |
|---|---|---|
| 1. | TCF Equipment Finance, Inc.<br>1111 W. San Marnan Drive, Suite A2<br>Waterloo, IA 50701-8926 | UCC-1 |
| 2. | Dell Financial Services L.L.C.<br>Mail Stop-PS2DF-23<br>One Dell Way<br>Round Rock, TX 78682<br><br>**Debtor added:**<br><br>Hermitage Club LLC<br>PO Box 2210<br>West Dover, VT 05356 | UCC-1<br><br><br><br><br><br>UCC-3 |
| 3. | Berkshire Bank<br>1259 East Columbus Avenue<br>Springfield, MA 01105<br><br>**Debtor changed to:**<br><br>Hermitage Club LLC<br>10 Gatehouse Trail<br>West Dover, CT 05356 | UCC-1<br><br><br><br><br>UCC-3 |

**DEBTOR:  Hermitage Club LLC**

| | CREDITOR | TYPE OF FILING |
|---|---|---|
| 1. | Dell Financial Services L.L.C.<br>Mail Stop-PS2DF-23<br>One Dell Way<br>Round Rock, TX 78682<br><br>**Other Debtor:**<br><br>HCOC, LLC<br>PO Box 2210<br>West Dover, VT 05356 | UCC-1<br><br><br><br><br><br>UCC-3 |
| 2. | Berkshire Bank<br>1259 East Columbus Avenue<br>Springfield, MA 01105<br><br>**Original Debtor:** | UCC-1 |

8582/71/966196

|  | **CREDITOR** | **TYPE OF FILING** |
|---|---|---|
|  | HCOC, LLC<br><br>Debtor changed to:<br>Hermitage Club LLC | UCC-3 |
| 3. | Corporate Service Company, As Representative<br>UCCSPREP@cscinfo.com<br>Springfield, IL 62708 | UCC-1 |
| 4. | WEBBANK<br>6440 S. Wasatch Boulevard, Suite 300<br>Salt Lake City, UT 84121 | UCC-1 |
| 5. | TCF Equipment Finance, a division of TCF National Bank<br>1111 W. San Marnan Drive, Suite A2<br>Waterloo, IA 50701-8926 | UCC-1 |
| 6. | NEC Financial Services, LLC<br>250 Pehle Avenue<br>Saddle Brook, NJ 07663-5806 | UCC-1 |
| 7. | NEC Financial Services, LLC<br>250 Pehle Avenue<br>Saddle Brook, NJ 07663-5806 | UCC-1 |
| 8. | TCF Equipment Finance, A Division of TCF National Bank<br>1111 W. San Marnan Drive<br>Suite A2 West<br>Waterloo, IA 50701-8926 | UCC-1 |
| 9. | Sysco Albany, LLC<br>One Liebich Lane<br>Clifton Park, NY 12065 | UCC-1 |
| 10. | Reinhart Foodservice, LLC<br>6250 N. River Road, Suite 9000<br>Rosemont, IL 60018 | UCC-1 |

8582/71/966196