# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| In re: ) | |
| ) | |
| HERMITAGE INN REAL ESTATE ) | Chapter 7 |
| HOLDING COMPANY, LLC, ) | Case No. 19-10214 (CAB) |
| ) | |
| and ) | |
| ) | |
| HERMITAGE CLUB, LLC, ) | |
| ) | |
| Debtors. ) | |
| ) | |

## JOINT STIPULATION

    Berkshire Bank, by and through its attorneys, Elizabeth A. Glynn, Esq. and Paul F. O'Donnell, III, Esq. agree to extend the objection date for the Berkshire Bank Motion for Relief From Stay (Doc. #201-202) to August 20, 2019, at 4 P.M. only for the Chapter 7 Trustee, Raymond Obuchowski, and Andre D. Bouffard, Esq. for the Ad Hoc Committee of Members of Hermitage Inn Real Estate Holding Company, LLC.

    Respectfully submitted this 15th day of August, 2019.

    BERKSHIRE BANK

    By its attorneys

    By: /s/
    Elizabeth A. Glynn, Esq.
    Ryan, Smith & Carbine, Ltd.
    PO Box 310
    Rutland, Vermont 05702-0310
    (802) 786-1065
    eag@rsclaw.com

    and

    By: /s/
    Paul F. O'Donnell, III
    Hinckley, Allen & Snyder LLP
    28 State Street
    Boston, Massachusetts 02109

(617) 378-4182
podonnell@hinckleyallen.com

AD HOC COMMITTEE OF MEMBERS OF HERMITAGE INN REAL ESTATE HOLDING COMPANY, LLC

By their attorney

By:    /s/
Andre D. Bouffard
Downs Rachlin Martin PLLC
199 Main Street, PO Box 190
Burlington, Vermont 05402-0190
(802) 863-2375
abouffard@drm.com

CHAPTER 7 Trustee

By:    /s/
Raymond J. Obuchowski
Chapter 7 Trustee
PO Box 60
Bethel, VT 05032-0060

8582/71-980111