UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

IN RE:                                             )
                                                   )
HERMITAGE INN REAL ESTATE                          )   19-10214-cab
HOLDING COMPANY, LLC, et.al                        )   *(Jointly Administered)*
                                                   )   Chapter 7 case
                                    Debtor.        )

## NOTICE OF RETENTION BY BERKSHIRE BANK OF AUCTION COMPANY TO MARKET PROPERTY

BERKSHIRE BANK has retained Keen-Summit Capital Partners LLC ("Keen-Summit") to market the real property and personal property that is collateral of Berkshire Bank, as set forth on Exhibit "A" to the Stalking Horse Contract with Rainmaker Mountain LLC for higher and better offers. See Trustee Motion to Sell, document #324 and document #381(Revised Real Estate Purchase Agreement under Motion to Sell), and document #9 in consolidated case #19-10522. The Trustee has consented to the retention. The fees and expenses of Keen-Summit are to be paid by Berkshire Bank.

Parties interested in purchasing the assets should contact Keen-Summit at:

**Harold J. Bordwin,** Principal and Managing Director
*Keen-Summit Capital Partners LLC*
555 Madison Ave., 5th Fl, New York, NY 10022
Direct: +1 646-381-9201
Mobile: +1 914-980-8555
Email: hbordwin@keen-summit.com

**Matthew Bordwin,** Principal and Managing Director
*Keen-Summit Capital Partners LLC*
1 Huntington Quadrangle. Suite 2C04, Melville, NY 11747
Main: 646-381-9222
Direct: 646-381-9202
Email: mbordwin@Keen-Summit.com

**Douglas Greenspan,** Vice President
*Keen-Summit Capital Partners LLC*
555 Madison Ave., 5th Fl, New York, NY 10022
Direct: +1 646-381-9218
Email: dgreenspan@keen-summit.com

- 1 -

Hinckley, Allen & Snyder LLP, co-counsel to Berkshire Bank, has set up a Data Room with documents and information regarding the Hermitage assets ("Property Information").  The Data Room was established at the request of the Trustee as a central repository for information that the Trustee is aware of with respect to the Assets, but with no verification of any of the information.  It is a requirement of access to the Data Room that each person agree to the terms and conditions of access.  Neither Trustee, Berkshire Bank, its counsel, nor Keen-Summit, makes any express or implied representation or warranty of any kind with respect to the accuracy, completeness, suitability or applicability of any of the Property Information provided in the Data Room. Access to the Data Room for interested purchasers can be arranged through contacting Keen-Summit.

Dated:  February 10, 2020

BERKSHIRE BANK

By its attorneys

By: _____/s/_____
Elizabeth A. Glynn, Esq.
Ryan, Smith & Carbine, Ltd.
PO Box 310
Rutland, Vermont 05702-0310
(802) 786-1065
eag@rsclaw.com

and

By: _____/s/_____
Paul F. O'Donnell, III
Hinckley, Allen & Snyder LLP
28 State Street
Boston, Massachusetts 02109
(617) 378-4182
podonnell@hinckleyallen.com

CHAPTER 7 Trustee

*/s/ Raymond J. Obuchowski*_____
Raymond J. Obuchowski
Obuchowski Law Office
PO Box 60
Bethel, VT 05032
(802) 234-6244
ray@oeblaw.com

- 2 -