**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

|  |  |
|---|---|
| In re: ) | |
| ) | |
| HERMITAGE INN REAL ESTATE ) | Chapter 7 Cases |
| HOLDING COMPANY, LLC, et al, ) | Case Nos. 19-10214 (CAB) |
| Debtors. ) | (*Jointly Administered*) |
| ) | |

**THIRD STIPULATED CONSENT ORDER FOR ENLARGEMENT OF TIME**

Now comes Berkshire Bank (the "Bank"), Chapter 7 Trustee (the "Trustee") and Town of Wilmington (the "Town"), and by and through their respective undersigned counsel, and hereby submit this Joint Stipulated Consent Order and request the Court Order that the time for the Chapter 7 Trustee to assume or reject any and all unexpired leases involving the Town of Wilmington, including but not limited to the Lease Agreement dated June 21, 1994 between the Town of Wilmington and Mount Snow, Ltd., as affected by Assignment of Lease to Alt Charities dated June 29, 2005, that certain [First] Amendment to Lease Agreement dated March 1, 2006, that certain Assignment of Lease from Alt Charities f/k/a 1 Cornell, Inc. to Hermitage Inn Real Estate Holding Company, LLC dated October 7, 2011, that certain [Second] Amendment to Lease dated November 1, 2011, that certain Ground Lease Consent and Recognition Agreement between Town of Wilmington, Wilmington Water District and Hermitage Inn Real Estate Holding Company, LLC in favor of Berkshire Bank dated March 15, 2015, and that certain Third Amendment to Lease dated December 23, 2019, and any lease in or to the Glebe Land(s), including, but not limited, to all as referenced in Doc. #244, be extended through April 30, 2020.

| | |
|---|---|
| Date: March 9, 2020 | BERKSHIRE BANK |
| | By its Attorneys |
| | BY: /s/ Elizabeth A. Glynn, Esq.<br>Elizabeth A. Glynn, Esq.<br>Ryan Smith & Carbine, Ltd.<br>PO Box 310<br>Rutland, VT  05702-0310<br>(802) 786-1000<br>eag@rsclaw.com |
| Date:  March 9, 2020 | BANKRUPTCY ESTATE OF HERMITAGE INN REAL ESTATE HOLDING COMPANY, LLC – *Jointly Administered* |
| | By its Attorney |
| | By:_____<br>Raymond J. Obuchowski, Esq.<br>Chapter 7 Trustee<br>Obuchowski Law Office<br>PO Box 60<br>Bethel, VT  05032<br>(802) 234-6244<br>ray@oeblaw.com |
| | *Counsel to Chapter 7 Trustee* |
| Date:  March __, 2020 | Town of Wilmington |
| | By its Attorneys |
| | By: _____<br>Edward G. Adrian, Esq.<br>Monaghan Safar Ducham PLLC<br>156 Battery Street<br>Burlington, VT 05401<br>(802) 60-4735<br>eadrian@msdvt.com |

So Ordered at Burlington, Vermont
March ___, 2020

_____

Honorable Colleen A. Brown
US Bankruptcy Judge

8582/71-1038742