# United States Bankruptcy Court

## District of Vermont

Filed & Entered
On Docket
May 31, 2023

In re:

Hermitage Inn Real Estate Holding Company, LLC (other names used by debtor: Hermitage Club at Haystack Mountain, The Hermitage Club)
Employer Tax–Identification No (EIN): 36–4711531

Hermitage Club, LLC
Employer Tax–Identification No (EIN): 36–4711531
Debtor.

Case Number: 19–10214 rel
Chapter: 7

## FINAL DECREE

THE COURT FINDS that the estate of the above named debtor has been fully administered.

**IT IS ORDERED** that Raymond J Obuchowski, Chapter 7 Trustee is discharged as trustee of the above named debtor and the bond is cancelled.

The chapter 7 case of the above named debtor is closed as of the date of this order.

Dated: May 31, 2023

Robert E. Littlefield Jr.
United States Bankruptcy Judge

United States Bankruptcy Court
District of Vermont
11 Elmwood Ave
P.O. Box 1663
Burlington, VT 05402–1663

Tel. (844) 644–7459
VCIS* (866) 222–8029
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 149